RECEIVED

NOV 17 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MediaTek Inc.

        Plaintiff,

v.

Freescale Semiconductor, Inc.

        Defendant.

CASE NO. 3:11-cv-05341

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

William F. Lee, whose business address and telephone number is

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109
617-526-6556

and who is an active member in good standing of the bar of Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing MediaTek Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 21, 2011



IT IS SO ORDERED
Judge Charles R. Breyer