**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>        **Defendant.** | **Case No.: 11-CV-5341 YGR**<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO DESIGNATE ADDITIONAL CLAIM TERMS FOR CONSTRUCTION** |

Defendant–Counterclaimant Freescale Semiconductor, Inc. ("Defendant") brings this unopposed Motion for Administrative Relief for Leave, if Necessary, to Designate Additional Claim Terms for Construction. (Dkt. No. 41.)   The Court has reviewed the motion and supporting papers.  The motion is **DENIED**.

Defendant has failed to comply with the Court's Standing Order for Patent Cases, paragraph 4, by "explain[ing] why other methods of limiting the claims at issue (such as the selection of representative claims or any grouping of claims by issues presented) would be ineffective."  Good cause is not demonstrated merely because the number of patents at issue exceeds one.  Further, without more specificity, the Court cannot determine whether it is more appropriate to agree to construe all the requested terms or schedule a second claim construction hearing.

The Court **FURTHER ORDERS** that the parties' supplement the process of identifying the claims terms to be construed.  Each party shall identify with specificity the intended impact of their proposed constructions on the merits and exchange the same.  The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

This order terminates Docket No. 41.

**IT IS SO ORDERED**.

Date: July 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**