UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  November 7, 2012          JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 11-5341- YGR         Time: 10:03am-10:56am; 11:08am-12:17pm

Case Name: MediaTek Inc. v Freescale Semiconductor Inc.

Attorney(s) for Plaintiff:        Keith Slenkovich
                                  James M. Dowd
                                  Jennifer E. Chen
                                  Dr. Stephen Sheafor (Inventor)
                                  Jeorn Soerensen (Inventor)

Attorney(s) for Defendant:        Joshua Hartman
                                  Rudy Y. Kim
                                  Alexander J. Hadjis
                                  Alan J. Smith (Expert)
                                  Dr. Frank Vahid (Expert)


Deputy Clerk: Frances Stone              Court Reporter: Diane Skillman

### PROCEEDINGS

**TUTORIAL- HELD**


**Notes: Claim Construction Hearing set 11/28/12 at 10:00am**