UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  November 28, 2012         JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 11-5341-YGR         Time: 10:04am-11:15am ;11:31am-1:29pm and

1:47pm-3:07pm

Case Name: MediaTek Inc. v Freescale Semiconductor Inc.

Attorney(s) for Plaintiff:    Keith Slenkovich
                              James M. Dowd
                              Jennifer E. Chen
                              Joseph F. Haag

Attorney(s) for Defendant: Rudy Y. Kim
                           Alexander J. Hadjis
                           Hector G. Gallegos
                           Joshua Hartman

Deputy Clerk: Frances Stone              Court Reporter: Raynee Mercado

### PROCEEDINGS

**Claim Construction Hearing- HELD**

**Order to be prepared by:   Court**