Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Craig E. Davis  (SBN 221356)
  Craig.Davis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff and
Counter-Claim Defendant*
MEDIATEK INC.

Rudy Y. Kim  (SBN 199426)
  RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792

Alexandar J. Hadjis  (*pro hac vice*)
  AHadjis@mofo.com
Alan Cope Johnston  (SBN 66334)
  ACJohnston@mofo.com
Joshua A. Hartman  (*pro hac vice*)
  JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW, Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

*Attorneys for Defendant and
Counter-Claim Plaintiff*
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>        Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>        Defendant. | Civil Action No.  4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to a ruling by Hon. Yvonne Gonzalez Rogers during the Claim Construction Hearing that took place on November 28, 2012, Plaintiff MediaTek Inc. and Defendant Freescale Semiconductor, Inc. hereby jointly submit this Proposed Order regarding certain terms from U.S. Patent No. 6,889,331 ("'331 patent").

The parties agree that the Court shall adopt the following construction for the term "determine." As used in the '331 patent claims, "determine" is construed to mean "ascertain by observation, examination, or calculation." Accordingly, the parties agree that the Court need not construe the previously proposed term, "determine a voltage requirement based on a clock frequency requirement."

Dated:  December 20, 2012

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MEDIATEK INC. | FREESCALE SEMICONDUCTOR, INC. |
| By their attorneys, | By their attorneys, |
| /s/ Craig E. Davis | /s/ Rudy Y. Kim |
| Keith L. Slenkovich  (SBN 129793) | Rudy Y. Kim  (SBN 199426) |
| Keith.Slenkovich@wilmerhale.com | RudyKim@mofo.com |
| Joseph F. Haag  (SBN 248749) | MORRISON & FOERSTER LLP |
| Joseph.Haag@wilmerhale.com | 755 Page Mill Road |
| Nathan L. Walker  (SBN 206128) | Palo Alto, CA  94304 |
| Nathan.Walker@wilmerhale.com | Telephone:  (650) 813-5600 |
| Craig E. Davis  (SBN 221356) | Facsimile:  (650) 494-0792 |
| Craig.Davis@wilmerhale.com | |
| WILMER CUTLER PICKERING | Alexandar J. Hadjis  (*pro hac vice*) |
|    HALE AND DORR LLP |    AHadjis@mofo.com |
| 950 Page Mill Road | Alan Cope Johnston  (SBN 66334) |
| Palo Alto, CA  94304 |    ACJohnston@mofo.com |
| Telephone:  (650) 858-6000 | Joshua A. Hartman  (*pro hac vice*) |
| Facsimile:  (650) 858-6100 |    JHartman@mofo.com |
| | MORRISON & FOERSTER LLP |
| William F. Lee  (*pro hac vice*) | 2000 Pennsylvania Avenue NW, Suite 6000 |
|    William.Lee@wilmerhale.com | Washington, DC  20006 |
| WILMER CUTLER PICKERING | Telephone:  (202) 887-1500 |
|    HALE AND DORR LLP | Facsimile:  (202) 887-0763 |
| 60 State Street | |
| Boston, MA  02109 | *Attorneys for Defendant and* |

| | |
|---|---|
| Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000 | *Counter-Claim Plaintiff*<br>FREESCALE SEMICONDUCTOR, INC. |

James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff and
Counter-Claim Defendant* MEDIATEK INC.

Dated:  December 21, 2012

**IT IS SO ORDERED.**

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE