1  Keith L. Slenkovich  (SBN 129793)
     Keith.Slenkovich@wilmerhale.com
2  Joseph F. Haag  (SBN 248749)
     Joseph.Haag@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA  94304
5  Telephone:  (650) 858-6000
   Facsimile:   (650) 858-6100
6
   William F. Lee (*pro hac vice*)
7    William.Lee@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   60 State Street
9  Boston, MA  02109
   Telephone:  (617) 526-6000
10 Facsimile:   (617) 526-5000

11 James M. Dowd  (SBN 259578)
     James.Dowd@wilmerhale.com
12 WILMER CUTLER PICKERING
     HALE AND DORR LLP
13 350 S. Grand Avenue, Suite 2100
   Los Angeles, CA  90071
14 Telephone:  (213) 443-5300
   Facsimile:   (213) 443-5400
15
   *Attorneys for Plaintiff* MEDIATEK INC.
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | **Civil Action No.  4:11-cv-05341 (YGR)** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF JENNIFER E. CHEN ON BEHALF OF MEDIATEK INC.** |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |
| | **DEMAND FOR JURY TRIAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jennifer E. Chen (State Bar No. 253935) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for MediaTek Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: Jennifer.Chen@wilmerhale.com.

Dated:  April 3, 2013

Respectfully submitted,

MEDIATEK INC.

By their attorneys,

*/s/  Jennifer E. Chen*

Keith L. Slenkovich  (SBN 129793)
   Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
   Joseph.Haag@wilmerhale.com
Jennifer E. Chen  (SBN 253935)
   Jennifer.Chen@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff MediaTek Inc.'s Notice of Appearance of Jennifer E. Chen on Behalf of MediaTek Inc. was served on this 3rd day of April, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: April 3, 2013                                           */s/  Jennifer E. Chen*
                                                                              Jennifer E. Chen

4:11-cv-05341 (YGR)                                2                  Notice of Appearance of Jennifer E. Chen
                                                                                                 on Behalf of MediaTek Inc.
ActiveUS 105238211v.1