| | |
|---|---|
| 1 | Keith L. Slenkovich  (SBN 129793) |
|   |   Keith.Slenkovich@wilmerhale.com |
| 2 | Joseph F. Haag  (SBN 248749) |
|   |   Joseph.Haag@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 4 | 950 Page Mill Road |
|   | Palo Alto, CA  94304 |
| 5 | Telephone:  (650) 858-6000 |
|   | Facsimile:   (650) 858-6100 |

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | **Civil Action No.  4:11-cv-05341 (YGR)** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF MICHAEL P. WICKEY ON BEHALF OF MEDIATEK INC.** |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |
| | **DEMAND FOR JURY TRIAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael P. Wickey (State Bar No. 216338) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for MediaTek Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: Michael.Wickey@wilmerhale.com.

Dated:  April 4, 2013

Respectfully submitted,

MEDIATEK INC.

By their attorneys,

*/s/  Michael P. Wickey*
Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Michael P. Wickey  (SBN 216338)
  Michael.Wickey@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff MediaTek Inc.'s Notice of Appearance of Michael P. Wickey on Behalf of MediaTek Inc. was served on this 4th day of April, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:  April 4, 2013                                             */s/  Michael P. Wickey*
                                                                                   Michael P. Wickey