1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MEDIATEK INC.S' STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

1      MediaTek Inc. (MediaTek) has filed a Stipulated Administrative Motion to File
2 Documents Under Seal (Motion to File Under Seal).
3      Freescale Semiconductor, Inc. (Freescale) has filed the declaration required under Civil
4 L.R. 79-5 and General Order No. 62 providing support sufficient for this Court to permit filing
5 under seal.
6      Accordingly, for good cause shown, the Court GRANTS MediaTek's Motion to File
7 Under Seal and ORDERS that the following documents shall be sealed in whole or in part, as
8 indicated below:
9      1.   Portions of MediaTek's Motion for Leave to Amend Its Disclosure of Asserted
10 Claims & Infringement Contentions (Motion to Amend) (Dkt. No. 79-3);
11     2.   Portions of the Declaration of Michael P. Wickey in Support of MediaTek Inc.'s
12 Motion to Amend Infringement Contentions (Wickey Declaration) (Dkt. No. 79-5);
13     3.   Portions of Wickey Decl. Ex. Q (Dkt. No. 79-29);
14     4.   Portions of Wickey Decl. Ex. T (Dkt. No. 79-32);
15     5.   The entirety of Wickey Decl. Ex. B (Dkt. No. 79-13);
16     6.   The entirety of Wickey Decl. Ex. O (Dkt. No. 79-27);
17     7.   The entirety of Wickey Decl. Ex. A.6, Exhibit C-7, Infringement Chart for U.S.
18 Patent No. 6,088,753, MXC91131, MXC91331, MXC91321 Processors (Dkt. No. 79-11);
19     8.   Portions of Wickey Decl. Ex. U (Dkt. No. 79-33).

21 DATED:      April _____, 2013

                                              _____
                                              Hon. Yvonne Gonzalez Rogers
                                              United States District Court Judge