# EXHIBIT 2

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Keith L. Slenkovich  (SBN 129793)
   Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
   Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>            Plaintiff,<br><br>      v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>            Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>**DECLARATION OF<br>MICHAEL P. WICKEY IN SUPPORT OF MEDIATEK INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS**<br><br>**DEMAND FOR JURY TRIAL** |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

I, Michael P. Wickey, declare as follows:

I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff MediaTek Inc. ("MediaTek") in the above-captioned matter. I submit this declaration in support of MediaTek's Motion to Amend Infringement Contentions. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

1. Attached hereto as **Exhibit A** is a true and accurate copy of MediaTek's Amended Disclosure of Asserted Claims & Infringement Contentions and supporting exhibits.

2. Attached hereto as **Exhibit B** [REDACTED] MediaTek seeks to amend its Infringement Contentions to include these products.

3. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of Freescale Semiconductor, Inc.'s ("Freescale") Form 10-K for the fiscal year ended December 31, 2012 filed with the United States Securities and Exchange Commission.

4. Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of Freescale's Form 10-K for the fiscal year ended December 31, 2011 filed with the United States Securities and Exchange Commission.

5. Attached hereto as **Exhibit E** is a true and accurate copy of excerpts of the Public Version of the Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond, USITC Inv. No. 337-TA-786 (July 12, 2012).

6. Attached hereto as **Exhibit F** is a true and accurate copy of Freescale Semiconductor, Inc.'s First Set of Interrogatories to Respondent MediaTek Inc. (Nos. 1-82), USITC Inv. No. 337-TA-786 (July 14, 2011).

7. Attached hereto as **Exhibit G** are true and accurate copies of online screen captures of block diagrams available at http://www.freescale.com for the i.MX257, QorIQ P1010, QorIQ P2020/10, i.MX31, i.MX534, MPC8379E, Kinetis K60, and MSC8256 products.

1    8.    On March 12, 2013, I met and conferred with Rudy Kim and Joshua Hartman,
counsel for Freescale in this matter, concerning Mr. Hartman's letter dated March 1, 2013.

9.



12.    Counsel for Freescale has not reported what, if anything, they have learned from the additional investigation they indicated they would undertake.

13.    Attached hereto as **Exhibit H** is a true and accurate copy of the "Our Customers" web page on http://www.freescale.com, available at http://www.freescale.com/webapp/sps/site/overview.jsp?code=ABOUT_CUSTOMERS.

14.    Attached hereto as **Exhibit I** is a true and accurate copy of the "Products Powered by Freescale" web page on http://www.freescale.com, available at http://www.freescale.com/webapp/sps/site/overview.jsp?code=HOLIDAYGIFTS.

15.    Attached hereto as **Exhibit J** is a true and accurate copy of Freescale Semiconductor, Inc.'s Objections and Responses to MediaTek Inc.'s Second Set of Interrogatories (Nos. 22-23), dated February 1, 2013.

16. Attached hereto as **Exhibit K** is a true and accurate copy of excerpts of MediaTek Inc.'s Disclosure of Asserted Claims and Infringement Contentions, dated March 12, 2012.

17. Attached hereto as **Exhibit L** is a true and accurate copy of Plaintiff MediaTek Inc.'s First Set of Interrogatories to Defendant Freescale Semiconductor, Inc. (Nos. 1-21), dated April 13, 2012.

18. Attached hereto as **Exhibit M** is a true and accurate copy of Freescale Semiconductor, Inc.'s Objections and Responses to MediaTek Inc.'s First Set of Interrogatories, dated May 14, 2012.

19. Attached hereto as **Exhibit N** are are true and accurate copies of correspondence between counsel for MediaTek Inc. and Freescale Semiconductor, Inc. concerning the scope of the definition of "Freescale Accused Products," dated July 3, 2012; July 30, 2012; August 28, 2012; August 31, 2012; September 7, 2012; October 16, 2012; October 19, 2012; November 23, 2012; and December 2, 2012.

20. On December 4, 2012, Freescale produced approximately 2.3 million pages of documents in response to MediaTek's discovery requests. Almost all of these documents were designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in effect in this matter. Over 3,400 documents in this production related to the i.MX6 product family.

21. Attached hereto as **Exhibit O** are true and accurate copies of excerpts from technical documentation concerning products not specifically named by MediaTek Inc. in its initial Infringement Contentions produced by Freescale on December 4, 2012.

22. Attached hereto as **Exhibit P** is a true and accurate copy of Keith Slenkovich's February 17, 2013 letter to Rudy Kim requesting information on the geographic nexus to the United States of certain Freescale products.

23. Attached hereto as **Exhibit Q** is a true and accurate copy of Joshua Hartman's March 22, 2013 letter to Keith Slenkovich ███████████████

24. Attached hereto as **Exhibit R** is a true and accurate copy of Freescale's News Release, dated March 13, 2012, announcing the release of the Kinetis L Series, available at http://media.freescale.com/phoenix.zhtml?c=196520&p=irol-newsArticle&ID=1671968&highlight=.

25. Attached hereto as **Exhibit S** is a true and accurate copy of the cover page of Revision 0 of the i.MX 6Dual/6Quad Applications Processor Reference Manual, dated 11/2012.

26. Attached hereto as **Exhibit T** is a true and accurate copy of Joshua Hartman's February 25, 2013 letter to Chris Franklin identifying Freescale products that are not sold in the United States.

27. Attached hereto as **Exhibit U** is a true and accurate copy of Joshua Hartman's March 1, 2013 letter to Keith Slenkovich identifying additional Freescale products that are allegedly offered for sale in the United States.

28. Attached hereto as **Exhibit V** is a true and accurate copy of Plaintiff Freescale Semiconductor, Inc.'s Response to MediaTek Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, *Freescale Semiconductor, Inc. v. Amtran Technology Co., et al.*, Civil Action No. 1:12-cv-644-LY, Dkt. No. 73-1 (W.D. Tex., Feb. 26, 2013).

29. Attached hereto as **Exhibit W** is a true and accurate copy of Michael Wickey's March 13, 2013 letter to Rudy Kim concerning the March 12, 2013 meet and confer between the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 29, 2013

Michael Wickey