# EXHIBIT 3

# EXHIBIT Q
# (FILED UNDER SEAL)

**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

March 22, 2013

Writer's Direct Contact
202.887.8775
JHartman@mofo.com

**Highly Confidential -- Subject to Protective Order**

*Via Electronic Mail*

Keith Slenkovich, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California
Keith.Slenkovich@wilmerhale.com

Re:   **MediaTek Inc. v. Freescale Semiconductor, Inc.,**
      **No. 4:11-cv-05341-YGR (N.D. Cal.)**

Dear Keith:

I write in response to your March 1, 2013 letter concerning the U.S. nexus of certain Freescale products and further to the parties' telephonic meet and confer conducted on March 12, 2013. Freescale has already identified which of the product families listed in your letter of February 17, 2013, have been offered for sale in, and thus have a geographic nexus to, the United States.

MediaTek contends that Freescale must also confirm whether these product families have been sold or made in the United States, but fails to explain why this additional information is necessary to establish whether the identified Freescale product families have a nexus to the U.S. Nevertheless, ███████████████████████████████████████████████████
█████████████████████████



dc-710253

**MORRISON | FOERSTER**

Keith Slenkovich, Esq.
March 22, 2013
Page Two



Freescale has not made or sold in the U.S. products within the i.MX37 or VF6xx product families.

To reiterate information provided in my March 1 letter, Freescale is unaware of any product belonging to the i.MX32, i.MX33, MXC92333, or MXC92324 product families and has not

dc-710253

MORRISON | FOERSTER

Keith Slenkovich, Esq.
March 22, 2013
Page Three

manufactured or sold any product according to specifications associated with the internal names Aspen or Whistler.

Kind regards,

*/s/ Joshua A. Hartman*

Joshua A. Hartman

cc:  Alex Hadjis, Esq.
     Rudy Kim, Esq.

dc-710253