1  Keith L. Slenkovich  (SBN 129793)
    Keith.Slenkovich@wilmerhale.com
2  Joseph F. Haag  (SBN 248749)
    Joseph.Haag@wilmerhale.com
3  WILMER CUTLER PICKERING
    HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA  94304
5  Telephone:  (650) 858-6000
   Facsimile:   (650) 858-6100

6
   William F. Lee (*pro hac vice*)
7    William.Lee@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   60 State Street
9  Boston, MA  02109
   Telephone:  (617) 526-6000
10 Facsimile:   (617) 526-5000

11 James M. Dowd  (SBN 259578)
    James.Dowd@wilmerhale.com
12 WILMER CUTLER PICKERING
    HALE AND DORR LLP
13 350 S. Grand Avenue, Suite 2100
   Los Angeles, CA  90071
14 Telephone:  (213) 443-5300
   Facsimile:   (213) 443-5400
15
   *Attorneys for Plaintiff* MEDIATEK INC.
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | **Civil Action No.  4:11-cv-05341 (YGR)** |
| Plaintiff, | |
| v. | **MEDIATEK INC.'S NOTICE OF SUBPOENAS** |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | **DEMAND FOR JURY TRIAL** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff MediaTek Inc. ("MediaTek"), by and through its attorneys, will subpoena documents, objects, and/or information from and take the deposition upon oral examination of Arrow Electronics, Inc.; Avnet Inc.; Basler Electric Company; Digi International, Inc.; Digi-Key Corporation; Digital River, Inc.; Future Electronics; Honeywell International, Inc.; Interplex Technologies Corp.; Lutron Electronics, Inc.; Motorola Broadband Comm. Sec.; Mouser Electronics, Inc.; Multcom Inc.; Newark Inone; Richardson Electronics, Ltd.; Richardson RFPD, Inc.; Rochester Electronics, LLC; Rochester Technical Group, Inc.; Verical, Incorporated; and Watlow-Winona Inc. The depositions will commence at such date, time, and location as is specified in the attached subpoenas, or at such date, time, and location as is agreed to by the parties or ordered by the Court. The examinations will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed or will be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the depositions will be videotaped and recorded stenographically. You are invited to attend and cross-examine.

| | |
|---|---|
| Dated: April 15, 2013 | Respectfully submitted, |
| | MEDIATEK INC. |
| | By their attorneys, |
| | */s/ Christopher A. Franklin* |
| | Keith L. Slenkovich (SBN 129793) |
| | Keith.Slenkovich@wilmerhale.com |
| | Joseph F. Haag (SBN 248749) |
| | Joseph.Haag@wilmerhale.com |
| | Christopher A. Franklin (SBN 272587) |
| | Christopher.Franklin@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff MediaTek Inc.'s Notice of Subpoenas was served on this 15th day of April, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:  April 15, 2013                                    */s/  Christopher A. Franklin*
                                                          Christopher A. Franklin