IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIDATEK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Case No. 11-5341 YGR (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE<br>(Dkt. Nos. 89 & 91)** |

On April 29, 2013, Plaintiff Mediatek, Inc. filed a letter seeking to compel certain discovery responses from Defendant Freescale Semiconductor, Inc. The following day, Freescale filed a response letter indicating that it believed the meet and confer process was ongoing and that it had supplemented the discovery sought by way of Mediatek's letter brief. The parties are hereby ordered to meet and confer telephonically regarding this discovery dispute on or before Monday, May 6, 2013. If any issues remain, the parties may file a joint statement in accordance with this Court's Standing Order and as follows: Mediatek shall provide its portion of the statement to Freescale by May 8, 2013; Freescale would provide its responsive portion to Mediatek by May 10, 2013; and Mediatek would then file the joint statement on or before May 13, 2013.

　　This Order disposes of Docket Nos. 89 & 91.

1   **IT IS SO ORDERED.**

3   Dated:  May 1, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE