ROBERT E. CAMORS, JR., CA Bar #121204
bobcamors@camorslaw.com
LAW OFFICES OF BOB CAMORS
25 Metro Drive, Ste. 600
San Jose, California 95113
Telephone: (408) 573-5744
Facsimile: (408) 573-5743

Attorneys for Plaintiff and Counter-defendant
MediaTek, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK, INC.,<br><br>        Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>        Defendant and Counter-claimant. | Case No.: 4:11-cv-05341-YGR<br><br>**NOTICE OF APPEARANCE OF ROBERT E. CAMORS, JR. ON BEHALF OF PLAINTIFF MEDIATEK, INC.**<br><br>**JUDGE: THE HONORABLE YVONNE GONZALEZ ROGERS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Robert E. Camors, Jr., of the Law Offices of Bob Camors, a member of the State Bar of California (CA SBN 121204) and admitted to practice in this court, and whose contact information appears above, hereby enters an appearance as an additional attorney of record for Plaintiff and Counter-defendant MediaTek, Inc. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served at bobcamors@camorslaw.com.

Dated: May 3, 2013

                                                    LAW OFFICES OF BOB CAMORS

                                                    By: /s/ Robert E. Camors, Jr.
                                                          Robert E. Camors, Jr.
                                                          Attorneys for Plaintiff and Counter-
                                                          defendant MediaTek, Inc.