# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK INC.,** | Case No.: 11-cv-5341 YGR |
| **Plaintiff,** | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| vs. | |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
| **Defendant.** | |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Jacqueline Scott Corley for a report and recommendation on Plaintiff MediaTek's Motion for Leave to File Amended Infringement Contentions. (*See* Docket Numbers 79, 84, 87, 93, and 98.)

The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Corley.

**IT IS SO ORDERED**.

Dated: May 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Corley; MagRef Email