1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

13

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                           **OAKLAND DIVISION**

17

18 MEDIATEK INC.,                          Civil Action No. 4:11-cv-05341 (YGR)

19              Plaintiff,                 **DECLARATION OF MARK
                                           PATRICK IN SUPPORT OF
20      v.                                 MEDIATEK INC.'S
                                           ADMINISTRATIVE MOTION TO
21 FREESCALE SEMICONDUCTOR, INC.,          FILE UNDER SEAL

22              Defendant.

23

24

25

26

27

28

DECLARATION OF MARK PATRICK ISO MEDIATEK'S ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)

I, Mark Patrick, hereby declare as follows:

1.      I am an attorney for Freescale Semiconductor, Inc. (Freescale).  I submit this declaration in support of MediaTek Inc.'s (MediaTek) Administrative Motion to File Under Seal (Administrative Motion) (Dkt. No. 87) pursuant to Local Rules 7-11 and 79-5.  I have personal knowledge of the matters set forth below.  If called as a witness I could and would competently testify as follows.

2.      MediaTek's Administrative Motion seeks to have filed under seal confidential, unredacted versions of MediaTek's Reply in Support of Its Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions (Reply) (Dkt. 87-3) and the Declaration of Christopher A. Franklin in Support of MediaTek's Reply in Support of Its Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions (Franklin Declaration) (Dkt. 87-4).  Both the Reply and the Franklin Declaration contain confidential information on the volume of Freescale's U.S. unit sales of products within the i.MX31 and i.MX51 product families from 2009 through 2012.  (Reply at p. 11, lns. 15–18, 25–27; Franklin Decl. at ¶ 13, p. 2 ln. 25–p. 3, ln. 2.)

3.      Freescale does not publicly disclose the volume of unit sales for specific product families or specific products, including the unit sales data for the i.MX31 and i.MX51 product families found in the Reply and Franklin Declaration.  Rather, Freescale safeguards this information as a trade secret and has taken steps to ensure that it remains confidential, including labeling such information as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when Freescale has produced it in this action.  If disclosed, Freescale's competitors could use the unit sales data for the i.MX31 and i.MX51 product families contained in the Reply and Franklin Declaration to Freescale's disadvantage by tailoring their sales marketing strategies based on Freescale's sales.  Accordingly, the requested relief is necessary to protect Freescale from such competitive harm.

4.      In addition, the requested relief is narrowly tailored to protect the confidentiality of this information; indeed, only eleven lines total across the Reply and Franklin Declaration are encompassed by MediaTek's motion to file under seal.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2  26th day of April, 2013, at Austin, Texas.

3

4                                                          _____
                                                              /s/ Mark Patrick
5                                                              Mark Patrick

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mark Patrick has concurred in this filing.

Dated:  April 26, 2013

_____
*/s/ Rudy Y. Kim*
Rudy Y. Kim

Declaration of Mark Patrick ISO MediaTek's Admin. Mot. to File Under Seal
Case No. 4:11-cv-05341 (YGR)

3