ROBERT E. CAMORS, JR., CA Bar #121204
bobcamors@camorslaw.com
LAW OFFICES OF BOB CAMORS
25 Metro Drive, Ste. 600
San Jose, California 95110
Telephone: (408) 573-5744
Facsimile: (408) 573-5743

Attorneys for Plaintiff and Counter-defendant
MediaTek, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK, INC.,<br><br>   Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>   Defendant and Counter-claimant. | Case No.: 4:11-cv-05341-YGR<br><br>**MEDIATEK INC.'S NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENA** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff MediaTek, Inc. ("MediaTek"), by and through its attorneys, will serve a subpoena on the third party identified below to appear for deposition and produce documents.  The deposition will be conducted at the time and location specified in the subpoena or at such other time and location as is agreed to by the parties or ordered by the court.  The examination will be taken before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue day-to-day until completed or will be continued until completed or will be continued until completed at a future dare or dates.  The deposition may recorded by stenographic means, on videotape, and by instant visual display of testimony pursuant to Rule 30(b)(3) of the Fed. Rules of Civil Procedure.  The deposition transcript and/or videotape may be used at an evidentiary hearing or trial in accordance with the Federal Rules of Evidence.

NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENA
4:11-cv-05341-YGR

1  MediaTek requests that the third party produce the documents described in the subpoena at or
2  before the time specified in the party's subpoena.
3     Third party subpoena:   Ford Motor Company, Inc.

Dated: May 13, 2013

LAW OFFICES OF BOB CAMORS

By: _____
Robert E. Camors, Jr.
Attorneys for Plaintiff and Counter-
defendant MediaTek, Inc