UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: May 23, 2013

Time in Court: 1 hour 4 minutes

JUDGE:  Jacqueline Scott Corley

Case Number: C11-5341 YGR

Case Name: MediaTek, Inc. v Freescale Semiconductor, Inc.

Attorney (s) for Plaintiff: James Dowd; Christopher Franklin; Keith Slenovich
Attorney (s) for Defendant: Joshua Hartman; Rudy Kim; Alexander Hadjis

Deputy Clerk: Ada Means
Court Reporter: Belle Ball

PROCEEDINGS:

Motion for Leave to File Amended Infringement Contention (Dkt. No. 93) and Discovery Hearing re: Dkt. Nos. 109 and 111 - Held

ORDERED AFTER HEARING:

The matters were argued, submitted, and taken under submission.

Order to be prepared by: [] Plaintiff        [] Defendant        [x] Court

Notes:

cc:

*Telephonic Appearance