IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 11-5341 YGR (JSC) <br><br> **ORDER RE: DISCOVERY DISPUTE (Dkt. No. 109)** |

Now pending before the Court is the parties' joint letter brief regarding Plaintiff's motion to compel further responses to its Interrogatory No. 23. After carefully considering the parties' written submissions, and after having had the benefit of oral argument on May 23, 2013, Plaintiff's motion is granted in part and denied in part. Defendant shall make its "Design Win" database accessible to Plaintiff so that Plaintiff can determine if it contains the information which Plaintiff seeks. The parties shall agree on the terms to apply to Plaintiff's review of the database. Defendant also agreed to search for and identify Freescale products which incorporate the accused chips. After Plaintiff reviews the database, to the extent Plaintiff believes Freescale should do more to identify third-party products that incorporate Freescale's accused products, it shall meet and confer with Freescale and offer a reasonable proposal keeping in mind the proportionality requirement.

This Order disposes of Docket Nos. 109 & 110.

**IT IS SO ORDERED.**

Dated:  May 24, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2