Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>  Plaintiff,<br><br>  v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>  Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. Jacqueline Scott Corley |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

## NOTICE OF MOTION AND STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(d) and General Order No. 62, Plaintiff MediaTek Inc. ("MediaTek") hereby moves the Court for an Order allowing MediaTek to file under seal confidential, unredacted versions of the following documents:

1. MediaTek's and Freescale's Joint Letter Brief concerning MediaTek's Rule 30(b)(6) deposition notice ("Joint Letter Brief"); and

2. Excerpts from the Rule 30(b)(6) deposition transcript of Joseph Circello.

Federal Rule of Civil Procedure 26(c) provides that good cause exists for a protective order where the filing of documents would reveal "a trade secret or other confidential . . . commercial information." Items 1 and 2 above contain and/or discuss information designated by Freescale as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered in this case, or otherwise contain and/or discuss information that is believed to be deemed confidential by Freescale. *See* Dkt. No. 100, Stipulated Model Protective Order (permitting the designation of "Highly Confidential – Attorneys' Eyes Only" for "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means"). Therefore, MediaTek has for its part established good cause to permit these documents to be filed under seal. *See Fujitsu Ltd. v. Belkin Int'l, Inc.*, No. 10-CV-03972-LHK, 2012 WL 6019754, at *4 (N.D. Cal. Dec. 3, 2012) ("When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the

need for confidentiality." (quoting *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002))).

Pursuant to General Order No. 62 and in accordance with the Court's Standing Order for Patent Cases, a complete, unredacted version of these documents will be served on Freescale and lodged with the Court, with accompanying chamber copies, for in camera review. MediaTek believes that the proposed redactions are narrowly tailored to protect Freescale's confidential information. The portions of these documents that MediaTek requests to be kept under seal have been highlighted.

MediaTek accordingly files these documents under seal, and expects that, pursuant to Civil Local Rule 79-5(d), Freescale will file a declaration and accompanying Proposed Order to establish good cause to permit the sealing of these materials.

On July 1, 2013, Freescale stipulated to MediaTek's filing of this Motion. Pursuant to Civil L.R. 7-11 and 7-12, a signed stipulation is attached. *See* Joint Stipulation to MediaTek's Administrative Motion to File Documents Under Seal.

For the foregoing reasons, MediaTek requests that the Court enter the accompanying Proposed Order granting MediaTek's Stipulated Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  July 1, 2013                                         Respectfully submitted,

                                                             MEDIATEK INC.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

1
2                                              By their attorneys,
3
4                                              */s/* Keith L. Slenkovich
                                               Keith L. Slenkovich  (SBN 129793)
                                                 Keith.Slenkovich@wilmerhale.com
5                                              Joseph F. Haag  (SBN 248749)
                                                 Joseph.Haag@wilmerhale.com
6                                              Christopher A. Franklin  (SBN 272587)
                                                 Christopher.Franklin@wilmerhale.com
7                                              WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
8                                              950 Page Mill Road
                                               Palo Alto, CA  94304
9                                              Telephone:  (650) 858-6000
                                               Facsimile:  (650) 858-6100
10
                                               William F. Lee (*pro hac vice*)
11                                                William.Lee@wilmerhale.com
                                               WILMER CUTLER PICKERING
12                                                HALE AND DORR LLP
                                               60 State Street
13                                             Boston, MA  02109
                                               Telephone:  (617) 526-6000
14                                             Facsimile:  (617) 526-5000

15                                             James M. Dowd  (SBN 259578)
                                                  James.Dowd@wilmerhale.com
16                                             WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
17                                             350 S. Grand Avenue, Suite 2100
                                               Los Angeles, CA  90071
18                                             Telephone:  (213) 443-5300
                                               Facsimile:  (213) 443-5400
19
                                               *Attorneys for Plaintiff* MEDIATEK INC.
20
21
22
23
24
25
26
27
28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents:

1. Plaintiff MediaTek Inc.'s Stipulated Administrative Motion to File Documents Under Seal;

2. Joint Stipulation to MediaTek's Administrative Motion to File Documents Under Seal;

3. [Proposed] Order Granting MediaTek's Administrative Motion to File Documents Under Seal; and

4. MediaTek's and Freescale's Joint Letter Brief concerning MediaTek's Rule 30(b)(6) deposition notices, and exhibits thereto were served

by hand to:

Rudy Kim
Morrison Foerster
755 Page Mill Road
Palo Alto, CA 94306

and, pursuant to an agreement between the parties, upon the following individuals by electronic mail on this 1st day of July, 2013, to the following addresses:

Rudy Y. Kim
  RudyKim@mofo.com

Alexander J. Hadjis
  AHadjis@mofo.com

Alan Cope Johnston
  ACJohnston@mofo.com

Joshua A. Hartman
  JHartman@mofo.com

Hsia-Ting Cheng
  HCheng@mofo.com

Candace Dyson
  CDyson@mofo.com

Freescale_MediaTek ND Cal_External
  Freescale_MediaTekNDCal_External@mofo.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 1, 2013

_____
Patricia Shore

4:11-cv-05341 (YGR) (JSC)     1     MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL