WILMERHALE

July 9, 2013

**Michael P. Wickey**

+1 650 858 6119 (t)
+1 650 858 6100 (f)
michael.wickey@wilmerhale.com

**VIA ECF FILING**

The Honorable Jacqueline Scott Corley
U.S. Magistrate Judge for the
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *MediaTek Inc. v. Freescale Semiconductor, Inc.*, **Case No. 4:11-cv-05341 (YGR)**

Dear Magistrate Judge Corley:

On July 1, 2013, Plaintiff MediaTek Inc. ("MediaTek") and Defendant Freescale Semiconductor, Inc. ("Freescale") submitted a joint letter pursuant to the Court's general discovery orders.  *See* Dkt. No. 120.  The parties wish to inform the Court that they have resolved the dispute presented, and accordingly the parties jointly withdraw the July 1, 2013 letter.


Respectfully submitted,


/s/ Michael P. Wickey
Michael P. Wickey

MPW:pgs