|  |  |  |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MEDIATEK INC. et al,<br><br>        Plaintiff,<br><br>  v.<br><br>FREESCALE SEMICONDUCTOR, INC. et al,<br><br>        Defendant. | Case Number: CV11-05341 YGR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2013, I SERVED a true and correct copy(ies) of the attached, **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE FOR JAYSON L. COHEN [124] AND MICHELLE C.Y. YANG [125]** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jayson L. Cohen
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Michelle C.Y. Yang
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Dated: July 15, 2013

                                            Richard W. Wieking, Clerk
                                            By: Jessie Mosley, Deputy Clerk