RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER GRANTING MEDIATEK'S AND FREESCALE'S JOINT ADMINISTRATIVE MOTION TO AMEND THE PROCEDURAL SCHEDULE**<br><br>Hon. Yvonne Gonzalez Rogers |

1   Upon consideration of MediaTek Inc.'s (MediaTek) and Freescale Semiconductor, Inc.'s
2   (Freescale) Joint Administrative Motion to Amend the Procedural Schedule and the Joint
3   Stipulation to Amend the Procedural Schedule, and finding that good cause exists, this Court
4   hereby GRANTS MediaTek's and Freescale's Joint Administrative Motion to Amend the
5   Procedural Schedule. The Procedural Schedule is amended as follows:

6       (1) the deadline for completing the Rule 30(b)(6) and personal depositions of MediaTek
7           witnesses M.H. Shieh, Joern Sorensen, M.N. Tsou, and Richard Yang is August 16,
8           2013; the deadline for all other fact discovery will remain July 19, 2013;

9       (2) the deadline for motions to compel filed by Freescale related to issues arising out of
10          Messrs. Shieh's, Sorensen's, Tsou's, or Yang's depositions is August 23, 2013; the
11          deadline for all other motions to compel fact discovery will remain July 26, 2013;

12      (3) the deadline for the initial expert disclosures and reports is August 23, 2013;
13      (4) the deadline for the rebuttal expert disclosures and reports is September 27, 2013;
14      (5) the deadline to complete expert discovery is October 18, 2013; and
15      (6) the deadline for the dispositive and *Daubert* motions is October 29, 2013.

17  Dated: _____July 23_____, 2013

19  _____
    United States District Judge

PROPOSED ORDER GRANTING JOINT ADM. MOT. TO AMEND THE PROCEDURAL SCHEDULE
CASE NO. 4:11-cv-05341 (YGR)

2