# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>   **Defendant.** | Case No.: 11-cv-5341 YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Jacqueline Scott Corley for a report and recommendation on Plaintiff MediaTek's Motion for Leave to File Amended Infringement Contentions and Administrative Motion to Seal, as well as Defendant Freescale's Motion for Leave to Amend its Invalidity Contentions and Administrative Motion to Seal.  (*See* Docket Numbers 128, 130.)

The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Corley.

**IT IS SO ORDERED**.

Dated: July 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Corley; MagRef Email