IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 11-5341 YGR (JSC) <br><br> **SCHEDULING ORDER RE: MEDIATEK'S MOTION FOR LEAVE TO AMEND ITS AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS; AND FREESCALE'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS (Dkt. Nos. 128 & 130)** |

On July 24, 2013, the Honorable Yvonne Gonzalez Rogers referred 1) MediaTek's Motion for Leave to Amend its Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 128), and 2) Freescale's Motion for Leave to Amend its Invalidity Contentions (Dkt. No. 130) to the undersigned judge. (Dkt. No. 132.) The Court hereby sets the following briefing schedule: Freescale's opposition to MediaTek's motion is due August 5, 2013 as is MediaTek's opposition to Freescale's motion. The parties respective reply briefs are due August 12, 2013. The motions are set for hearing on August 29, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

MediaTek's Administrative Motion to file portions of the Motion for Leave to Amend its Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 128), the Declaration of MN Tsou (Dkt. No. 128-5), the Declaration of MH Shieh (Dkt. No. 128-6),

1  and the Declaration of Christopher A. Franklin (Dkt. No. 128-12) under seal is GRANTED.
2  MediaTek shall electronically file under seal unredacted versions of the aforementioned
3  documents within three days.
4      Freescale's Administrative Motion to File under Seal Exhibits 9, 10, and 31 attached to
5  the Declaration of Joshua A. Hartman in support of Freescale's Motion for Leave to Amend
6  its Invalidity Contentions (Dkt. No. 130) is GRANTED.  Freescale shall electronically file
7  under seal unredacted versions of the aforementioned documents within three days.

9  **IT IS SO ORDERED.**
10 Dated:  July 29, 2013

11                                 JACQUELINE SCOTT CORLEY
12                                 UNITED STATES MAGISTRATE JUDGE