United States District Court
Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12   MEDIATEK, INC.,                          Case No. 11-5341 YGR (JSC)

            Plaintiff,                        **SCHEDULING ORDER RE:
13                                            MEDIATEK'S MOTION FOR LEAVE
        v.                                    TO AMEND ITS AMENDED
14                                            DISCLOSURE OF ASSERTED
                                              CLAIMS AND INFRINGEMENT
15   FREESCALE SEMICONDUCTOR, INC.,           CONTENTIONS; AND FREESCALE'S
                                              MOTION FOR LEAVE TO AMEND
16                                            ITS INVALIDITY CONTENTIONS
            Defendant.                        (Dkt. Nos. 128 & 130)**
17

18

19          On July 24, 2013, the Honorable Yvonne Gonzalez Rogers referred 1) MediaTek's

20   Motion for Leave to Amend its Amended Disclosure of Asserted Claims and Infringement

21   Contentions (Dkt. No. 128), and 2) Freescale's Motion for Leave to Amend its Invalidity

22   Contentions (Dkt. No. 130) to the undersigned judge.  (Dkt. No. 132.)  The Court hereby sets

23   the following briefing schedule: Freescale's opposition to MediaTek's motion is due August

24   5, 2013 as is MediaTek's opposition to Freescale's motion.  The parties respective reply

25   briefs are due August 12, 2013.  The motions are set for hearing on August 29, 2013 at 9:00

26   a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

27          MediaTek's Administrative Motion to file portions of the Motion for Leave to Amend

28   its Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt. No. 128), the

     Declaration of MN Tsou (Dkt. No. 128-5), the Declaration of MH Shieh (Dkt. No. 128-6),

and the Declaration of Christopher A. Franklin (Dkt. No. 128-12) under seal is GRANTED. MediaTek shall electronically file under seal unredacted versions of the aforementioned documents within three days.

Freescale's Administrative Motion to File under Seal Exhibits 9, 10, and 31 attached to the Declaration of Joshua A. Hartman in support of Freescale's Motion for Leave to Amend its Invalidity Contentions (Dkt. No. 130) is GRANTED.  Freescale shall electronically file under seal unredacted versions of the aforementioned documents within three days.

**IT IS SO ORDERED.**

Dated:  July 29, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2