1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 4:11-cv-05341 YGR (JSC) <br><br> **DECLARATION OF JOSHUA A. HARTMAN IN SUPPORT OF FREESCALE'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** <br><br> Date:    August 29, 2013 <br> Time:    9:00 p.m. <br> Courtroom: F <br> Hon. Jacqueline Scott Corley |

I, Joshua A. Hartman, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Defendant Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of Freescale's Reply in Support of Its Motion to Leave to Amend Its Invalidity Contentions. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Exhibit 1 is a true and correct copy of Plaintiff MediaTek Inc.'s First Set of Requests for Production of Documents and Things to Defendant Freescale Semiconductor, Inc. (Nos. 1-50), dated April 13, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of August, 2013, at Washington, D.C.

*/s/ Joshua A. Hartman*
Joshua A. Hartman

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joshua A. Hartman has concurred in this filing.

Dated: August 12, 2013        */s/ Rudy Y. Kim*
Rudy Y. Kim

HARTMAN REPLY DECL. ISO FREESCALE'S MOT. TO AMEND INVALIDITY CONTENTIONS
CASE NO. 4:11-CV-05341-YGR (JSC)

1