RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendant Freescale Semiconductor, Inc. (Freescale) submits this motion for an order to file under seal portions of Exhibit D-1 to MediaTek Inc.'s (MediaTek) Expert Report of Charles Narad Regarding Infringement of U.S. Patent No. 6,088,753 (Narad Exhibit D-1).

Good cause exists for filing the redacted portions of Narad Exhibit D-1 under seal. See Apple Inc. v. Samsung Elecs. Co., 2012-1600, 2013 U.S. App. LEXIS 17626, at *16 (Fed. Cir. Aug. 23, 2013) ("[A] particularized showing of 'good cause' under Federal Rule of Civil Procedure 26(c) is sufficient to preserve the secrecy of sealed discovery documents attached to non-dispositive motions."). As set forth in the Declaration of Mark Patrick, filed herewith, the redacted portions cite or discuss highly confidential information on Freescale's proprietary technology found in Freescale documents marked "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, Dkt. No. 100. This information is not disclosed outside of Freescale, and disclosure could potentially harm Freescale by enabling its competitors to appropriate Freescale's proprietary technology.

Pursuant to Civil Local Rule 79-5(b), Freescale will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Pursuant to Civil Local Rule 7-11 and 7-12, Freescale and MediaTek stipulated to the filing of this Motion on August 27, 2013. A signed stipulation is attached. See Joint Stipulation to Freescale's Administrative Motion to File Documents Under Seal.

For the foregoing reasons, Freescale requests that the Court enter the accompanying Proposed Order granting Freescale's Stipulated Administrative Motion to File Documents Under Seal and designate the service copies of this document as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: August 27, 2013　　　　　　　　　　　MORRISON & FOERSTER LLP

By:    /s/ *Joshua A. Hartman*
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file Freescale's Stipulated Administrative Motion to File Documents Under Seal. In compliance with General Order 45, X.B., I hereby attest that Joshua A. Hartman has concurred in this filing.

Dated: August 27, 2013　　　　　　　　　　　*/s/ Rudy Y. Kim*
　　　　　　　　　　　　　　　　　　　　　　　Rudy Y. Kim