RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **JOINT STIPULATION TO FREESCALE SEMICONDUCTOR, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

Defendant Freescale Semiconductor, Inc. (Freescale) and Plaintiff MediaTek Inc. (MediaTek), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS Freescale wishes to file an Administrative Motion to File Documents Under Seal in order to file under seal portions of Exhibit D1 to MediaTek's Expert Report of Charles Narad Regarding Infringement of U.S. Patent No. 6,088,753 (Narad Expert Report), which Freescale intends to include as an exhibit to its letter in opposition to MediaTek's discovery submission on source code for certain products (Dkt. No. 141-4);

WHEREAS the Exhibit D1 to the Narad Expert Report contains highly confidential proprietary information derived from confidential circuit diagrams designated by Freescale as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Amended Protective Order in force in this action;

WHEREAS the parties met and conferred on this issue on August 27, 2013;

NOW THEREFORE, pursuant to Local Civil Rule 7-11, Freescale and MediaTek, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

Exhibit D1 to the Narad Expert Report should be filed under seal.

IT IS SO STIPULATED.

Dated: August 27, 2013

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/ Joshua A. Hartman*
RUDY Y. KIM (CA SBN 199426)
  RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
  ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

| | |
|---|---|
| 1 | ALEXANDER J. HADJIS (*pro hac vice*) |
| | AHadjis@mofo.com |
| 2 | JOSHUA A. HARTMAN (*pro hac vice*) |
| | JHartman@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 2000 Pennsylvania Avenue, NW |
| 4 | Suite 6000 |
| | Washington, DC 20006 |
| 5 | Telephone: (202) 887-1500 |
| | Facsimile: (202) 887-0763 |

Dated:  August 27, 2013                    Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/  Christopher A. Franklin*
Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (pro hac vice)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Joshua A. Hartman and Keith L. Slenkovich have concurred in this filing.

Dated:  August 27, 2013                                     */s/  Rudy Y. Kim*
                                                                                Rudy Y. Kim