RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **DECLARATION OF MARK PATRICK IN SUPPORT OF FREESCALE SEMICONDUCTOR, INC.'S STIUPLATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark Patrick, declare as follows:

1. I am Law Director, Intellectual Property for Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of Freescale's Stipulated Administration Motion to File Documents Under Seal (Motion to Seal) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. **Document disclosing technical details for Freescale products.** Freescale seeks to file under seal portions of Exhibit D1 to MediaTek Inc.'s (MediaTek) Expert Report of Charles Narad Regarding Infringement of U.S. Patent No. 6,088,753 (Narad Expert Report). The portions of Exhibit D1 that Freescale requests be sealed cite or discuss highly confidential proprietary information on the technical details of Freescale's i.MX50 product family, an accused product in this case. This proprietary information had been derived from confidential circuit diagrams that Freescale stamped "Highly Confidential – Attorneys' Eyes Only" before producing them to MediaTek. Disclosure of this information would significantly harm Freescale by allowing its competitors to view detailed information on the design, structure, and operation of the i.MX50 product family, such that they may appropriate Freescale's proprietary technology. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. Accordingly, Freescale requests that the Court seal the portions of Exhibit D1 to the Narad Expert Report that Freescale has proposed be redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of August, 2013, at Austin, Texas.

_____
Mark Patrick