RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 4:11-cv-05341 YGR (JSC) <br><br> **[PROPOSED] ORDER GRANTING FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. Jacqueline Scott Corley |

Upon consideration of Freescale Semiconductor, Inc.'s (Freescale) Stipulated Administrative Motion to File Documents Under Seal (Motion to File Under Seal), the Joint Stipulation to Freescale's Motion to File Under Seal, and other supporting documents, and for good cause shown, this Court hereby GRANTS Freescale's Motion to File Under Seal and ORDERS that the following documents shall be sealed in whole or in part, as indicated below:

1. The portions of Freescale's Opposition to MediaTek Inc.'s Motion for Leave to Amend Its Amended Disclosure of Asserted Claims & Infringement Contentions (the Opposition) indicated by the redacted version of Freescale's Opposition;

2. Exhibit 3 to the Declaration of Joshua A. Hartman in Support of the Opposition (Hartman Declaration), which is a true and correct copy of an untitled document bearing the Bates range MTK-00027275–27277;

3. Exhibit 4 to the Hartman Declaration, which is a true and correct copy of a document titled "MT8130 Bus Fabric" bearing the Bates range MTK-00027278–27282;

4. Exhibit 8 to the Hartman Declaration, which is a true and correct copy of excerpts from a document titled "MediaTek MT8135 Application Processor Datasheet," dated April 30, 2013, bearing the Bates range MTK-00027283–30321;

5. Exhibit 11 to the Hartman Declaration, which is a true and correct copy of an undated document titled "MTK Roadmap for Tablet Solutions," bearing the Bates range MTK-00031200–31204;

6. Exhibit 12 to the Hartman Declaration, which is a true and correct copy of an undated document titled "MTK Roadmap for Tablet Solutions," bearing the Bates range MTK-00031205–31216;

7. Exhibit 13 to the Hartman Declaration, which is a true and correct copy of an undated document titled "MTK MT8135 Alpha Plan," bearing the Bates range MTK-00031217–31222.

8. Exhibit 14 to the Hartman Declaration, which is a true and correct copy of an undated document titled "MTK Roadmap for Tablet Solutions," bearing the Bates range MTK-00031223–31238.

9. Exhibit 16 to the Hartman Declaration, which is a true and correct copy of excerpts from the transcript of the August 1, 2013, deposition of MediaTek 30(b)(6) witness MH Shieh.

10. Exhibit 17 to the Hartman Declaration, which is a true and correct copy of excerpts from the transcript of the August 2, 2013, deposition of MediaTek 30(b)(6) witness MH Shieh.

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order, Docket No. 100.

Dated: September 4, 2013

United States Magistrate Judge
Jacqueline Scott Corley