Keith L. Slenkovich  (SBN 129793)
   Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
   Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>             Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>             Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>[~~PROPOS~~ED] **ORDER GRANTING MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. Jacqueline Scott Corley |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Upon consideration of MediaTek, Inc.'s ("MediaTek's") Stipulated Administrative Motion to File Documents Under Seal ("Motion to Seal"), the Joint Stipulation to MediaTek's Motion to File Under Seal and other supporting documents, this Court hereby GRANTS MediaTek's Motion to File Under Seal:

1. MediaTek shall file under seal the confidential, unredacted portions of MediaTek's Reply in Support of Its Motion for Leave to Amend Its Amended Disclosure of Asserted Claim and Infringement Contentions ("MediaTek's Reply") and supporting documents listed below:

    a. Excerpts from the deposition transcripts of MN Tsou.

These documents shall be designated and maintained as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the terms of the Stipulated Amended Order (Dkt. No. 100) authorized by the Northern District of California pursuant to Patent L.R. 2-2.

Dated: September 4, 2013.

_____
United States Judge
Hon. Jacqueline Scott Corley

4:11-cv-05341 (YGR)   1   [PROPOSED] ORDER GRANTING MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL