IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 11-5341 YGR (JSC) <br><br> **ORDER RE: ADMINISTRATIVE MOTION TO SEAL MEDIATEK'S OPPOSITION TO FREESCALE'S MOTION TO AMEND ITS INVALIDITY CONTENTIONS (Dkt. No. 163)** |

Plaintiff MediaTek, Inc. ("MediaTek") filed an administrative motion to file its opposition to Freescale Semiconductor Inc.'s ("Freescale") motion to amend its invalidity contentions under seal stating that "MediaTek's Opposition and supporting documents contain information from materials designated by Freescale as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (Dkt. No. 100) in effect in this matter." (Dkt. No. 163.) Freescale did not submit a declaration in support of sealing as required by this Court's Standing Order and Local Rule 79-5(d) and the time has run to do so.

Accordingly, pursuant to Local Rule 79-5(d), the motion to seal is DENIED. MediaTek shall file an unredacted version of its opposition and the exhibits thereto on the public docket within three days.

This Order disposes of Docket No. 163.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE