Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | Civil Action No. 4:11-cv-05341 (YGR) (JSC)<br><br>**DECLARATION OF MH SHIEH IN SUPPORT OF FREESCALE SEMICONDUCTOR INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**DEMAND FOR JURY TRIAL** |

I, MH Shieh, declare as follows:

I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-captioned matter. My current job title is Special Assistant to the General Manager. I submit this declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to File Under Seal Freescale's Letter Brief Regarding MediaTek's Production of Documents Concerning the Patents-in-Suit and Practicing Products ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

1. Freescale's Administrative Motion seeks to have filed under seal confidential, unredacted versions of Freescale's Letter Brief Regarding MediaTek's Production of Documents Concerning the Patents-in-Suit and Practicing Products ("Freescale's Letter Brief") and Exhibits 2, 3, 4, 5, 6, and 7 to Freescale's Letter Brief. Freescale's Letter Brief and Exhibits 2, 3, 4, 5, 6, and 7 contain deposition testimony and discovery responses concerning MediaTek's acquisition of the patents-in-suit, as well as those MediaTek products that practice the patents-in-suit.

2. MediaTek does not publicly disclose information concerning its patent acquisitions. Instead, MediaTek protects this information as a trade secret, and takes steps to ensure that this information remains confidential, including marking the information included as Freescale's Letter Brief and Exhibits 2, 3, 4, 5, 6, and 7 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when MediaTek produced this information in this action. If this information were publicly disclosed, MediaTek's competitors could use the information in Freescale's Letter Brief and Exhibits 2, 3, 4, 5, 6, and 7 to MediaTek's economic disadvantage by tailoring their negotiation strategies regarding intellectual property transfers to exploit MediaTek's negotiation practices.

3. Similarly, MediaTek does not publicly disclose information concerning its products that practice its patents. As with information concerning patent acquisitions, MediaTek protects this information as a trade secret, and takes steps to ensure that this information remains confidential, including marking the information included as Freescale's Letter Brief and Exhibits

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

1  2, 3, 4, 5, 6, and 7 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when
2  MediaTek produced this information in this action. If this information were disclosed,
3  MediaTek's competitors could use this information to MediaTek's economic disadvantage by
4  tailoring their product designs to incorporate technology subject to MediaTek's patents for which
5  MediaTek does not currently offer a practicing product.

      4.     The requested relief is narrowly tailored to protect the confidentiality of this information. Only those portions of Freescale's Letter Brief and Exhibits 2, 3, 4, 5, 6, and 7 that describe the MediaTek's practices regarding patent acquisitions and practicing products are covered by Freescale's Administrative Motion.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 6, 2013

_Meng-Hann Shieh_
MH Shieh

---

4:11-cv-05341 (YGR) (JSC)      2      MH SHIEH DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL