Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>                  Plaintiff,<br><br>      v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                  Defendant. | Civil Action No.  4:11-cv-05341 (YGR) (JSC)<br><br>**DECLARATION OF MH SHIEH IN SUPPORT OF FREESCALE SEMICONDUCTOR INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**DEMAND FOR JURY TRIAL** |

1    I, MH Shieh, declare as follows:

2    I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-captioned

3    matter.  My current job title is Special Assistant to the General Manager.  I submit this

4    declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to

5    File Under Seal Freescale's Letter Brief Regarding Richard Yang's Deposition Testimony

6    ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5.  I have personal knowledge of

7    the facts set forth in this declaration and, if called to testify as a witness, could and would do so

8    competently.

9        1.    Freescale's Administrative Motion seeks to have filed under seal confidential,

10   unredacted versions of Freescale's Letter Brief Regarding Richard Yang's Deposition Testimony

11   ("Freescale's Letter Brief") and Exhibits 2 and 3 to Freescale's Letter Brief.  Freescale's Letter

12   Brief and Exhibits 2 and 3 contain deposition testimony concerning MediaTek's acquisition of

13   the patents-in-suit.

14       2.    MediaTek does not publicly disclose information concerning its patent

15   acquisitions. Instead, MediaTek protects this information as a trade secret, and takes steps to

16   ensure that this information remains confidential, including marking the information included as

17   Freescale's Letter Brief and Exhibits 2 and 3 as "HIGHLY CONFIDENTIAL – ATTORNEYS'

18   EYES ONLY" when MediaTek produced this information in this action.  If this information

19   were publicly disclosed, MediaTek's competitors could use the information in Freescale's Letter

20   Brief and Exhibits 2 and 3 to MediaTek's economic disadvantage by tailoring their negotiation

21   strategies regarding intellectual property transfers to exploit MediaTek's negotiation practices.

22       3.    The requested relief is narrowly tailored to protect the confidentiality of this

23   information.  Only those portions of Freescale's Letter Brief and Exhibits 2 and 3 that describe

24   the MediaTek's practices regarding patent acquisitions are covered by Freescale's

25   Administrative Motion.

26       I declare under penalty of perjury under the laws of the United States that the foregoing is

27   true and correct.

28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

1

2     Dated:  September 6, 2013

3

4                                                    *Meng - Hann  Shieh*
5                                                    MH Shieh

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304