1   Keith L. Slenkovich  (SBN 129793)
      Keith.Slenkovich@wilmerhale.com
2   Joseph F. Haag  (SBN 248749)
      Joseph.Haag@wilmerhale.com
3   WILMER CUTLER PICKERING
      HALE AND DORR LLP
4   950 Page Mill Road
    Palo Alto, CA  94304
5   Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
6
    William F. Lee (*pro hac vice*)
7     William.Lee@wilmerhale.com
    WILMER CUTLER PICKERING
8     HALE AND DORR LLP
    60 State Street
9   Boston, MA  02109
    Telephone:  (617) 526-6000
10  Facsimile:  (617) 526-5000

11  James M. Dowd  (SBN 259578)
      James.Dowd@wilmerhale.com
12  WILMER CUTLER PICKERING
      HALE AND DORR LLP
13  350 S. Grand Avenue, Suite 2100
    Los Angeles, CA  90071
14  Telephone:  (213) 443-5300
    Facsimile:  (213) 443-5400
15
    *Attorneys for Plaintiff* MEDIATEK INC.
16

17          UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA

19                  OAKLAND DIVISION

20  MEDIATEK INC.                          Civil Action No.  4:11-cv-05341 (YGR)
                                           (JSC)
21                  Plaintiff,

22          v.
                                           DECLARATION OF
23  FREESCALE SEMICONDUCTOR, INC.          MH SHIEH IN SUPPORT OF
                                           FREESCALE SEMICONDUCTOR
24                  Defendant.             INC.'S ADMINISTRATIVE MOTION
                                           TO FILE UNDER SEAL
25
26                                         DEMAND FOR JURY TRIAL

27

28

*(left margin, vertical text)* WILMER CUTLER PICKERING HALE AND DORR LLP  950 Page Mill Road  Palo Alto, California 94304

1    I, MH Shieh, declare as follows:

2    I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-captioned

3    matter. My current job title is Special Assistant to the General Manager. I submit this

4    declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to

5    File Under Seal Freescale's Letter Brief Regarding 30(b)(6) Testimony on Prior Art

6    ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of

7    the facts set forth in this declaration and, if called to testify as a witness, could and would do so

8    competently.

9         1.    Freescale's Administrative Motion seeks to have filed under seal confidential,

10   unredacted versions of Freescale's Letter Brief Regarding 30(b)(6) Testimony on Prior Art

11   ("Freescale's Letter Brief") and Exhibits 2, 3, and 4 to Freescale's Letter Brief. Freescale's

12   Letter Brief and Exhibits 2, 3, and 4 contain deposition testimony concerning MediaTek's legal

13   analysis and evaluation of the patents-in-suit.

14        2.    MediaTek does not publicly disclose information concerning its analysis and

15   evaluation of its intellectual property, including the patents-in-suit. Instead, MediaTek protects

16   this information as a trade secret, and takes steps to ensure that this information remains

17   confidential, including marking the information included as Freescale's Letter Brief and Exhibits

18   2, 3, and 4 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when MediaTek

19   produced this information in this action. If this information were publicly disclosed, MediaTek's

20   competitors could use the information in Freescale's Letter Brief and Exhibits 2, 3, and 4 to

21   MediaTek's economic disadvantage by designing products based on MediaTek's evaluations of

22   its intellectual property.

23        3.    The requested relief is narrowly tailored to protect the confidentiality of this

24   information. Only those portions of Freescale's Letter Brief and Exhibits 2, 3, and 4 that

25   describe the MediaTek's analysis of its intellectual property are covered by Freescale's

26   Administrative Motion.

27

28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

4:11-cv-05341 (YGR) (JSC)                    1                    MH SHIEH DECLARATION IN SUPPORT OF
                                                                  ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3

4  Dated:  September 6, 2013

5

6                                    *Meng — Hann Shieh*

7                                    MH Shieh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28