Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Plaintiff MEDIATEK INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR) (JSC)<br><br>**DECLARATION OF MH SHIEH IN SUPPORT OF FREESCALE SEMICONDUCTOR INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**DEMAND FOR JURY TRIAL** |

I, MH Shieh, declare as follows:

I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-captioned matter. My current job title is Special Assistant to the General Manager. I submit this declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to File Under Seal Freescale's Letter Brief Regarding Practicing Products ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

1. Freescale's Administrative Motion seeks to have filed under seal confidential, unredacted versions of Freescale's Letter Brief Regarding Practicing Products ("Freescale's Letter Brief") and Exhibits 2, 3, 4, 5, and 6 to Freescale's Letter Brief. Freescale's Letter Brief and Exhibits 2, 3, 4, 5, and 6 contain deposition testimony concerning confidential information on the development and customers of a yet-to-be released MediaTek processor, as well several existing MediaTek products.

2. MediaTek does not publicly disclose information concerning the design and development of its products. Instead, MediaTek protects this information as a trade secret, and takes steps to ensure that this information remains confidential, including marking the information included as Freescale's Letter Brief and Exhibits 2, 3, 4, 5, and 6 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when MediaTek produced this information in this action. If this information were publicly disclosed, MediaTek's competitors could use the information in Freescale's Letter Brief and Exhibits 2, 3, 4, 5, and 6 to MediaTek's economic disadvantage by designing their own competing processors to mirror the designs of MediaTek's products. Therefore, the requested relief is necessary to protect MediaTek from such competitive harm.

3. Similarly, MediaTek does not publicly disclose information concerning potential customers with which MediaTek works on the design and development of its products. As with information concerning the development of new products, MediaTek takes steps to protect the confidentiality of information concerning potential customers, and has marked the information

1  that it has produced in this litigation, and that is included in Freescale's Letter Brief and Exhibits
2  2, 3, 4, 5, and 6 as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." If disclosed,
3  MediaTek's competitors could use this information to MediaTek's disadvantage by designing
4  their development and marketing strategies based on MediaTek's relationships with these
5  customers, and could result in MediaTek losing product sales to these customers. Thus, the
6  requested sealing of this information is necessary to protect MediaTek from this economic harm.

7      4. The requested relief is narrowly tailored to protect the confidentiality of this
8  information. Only those portions of Freescale's Letter Brief and Exhibits 2, 3, 4, 5, and 6 that
9  describe the development MediaTek's products, as well as the potential customers of the yet-to-
10 be-released product, are covered by Freescale's Administrative Motion.

11     I declare under penalty of perjury under the laws of the United States that the foregoing is
12 true and correct.

14 Dated: September 6, 2013

16 *Meng-Hann Shieh*
                MH Shieh