# EXHIBIT 1

**From:** Case, Catherine
**Sent:** Thursday, August 29, 2013 9:50 AM
**To:** 'sfprocess@firstlegalsupport.com'
**Subject:** Case 4:11-cv-05341-YGR MediaTek Inc. v. Freescale Semiconductor, Inc. - Subpoena of Motorola Mobility -- Privileged & Confidential

Good Morning,

Attached is a subpoena issued by the United States District Court for the Northern District of Illinois. The subpoena seeks documents and deposition testimony from Motorola Mobility LLC based in Chicago, IL in connection with litigation between MediaTek, Inc. and Freescale Semiconductor, Inc. pending in the United States District Court for the Northern District of California.

Please serve the attached Subpoena with Exhibit A (Instructions, Definitions, Documents and Things to be Produced, and Deposition Topics) on Motorola at the address listed below as early as possible today:

**Party to Be Subpoenaed:**

Motorola Mobility LLC, 600 North U.S. Highway 45, Libertyville, IL, 60048
c/o CT Corporation System, 208 So. LaSalle St., Suite 814, Chicago, IL, 60604

**Dates:**

See Exhibit A. Testimony to be given on September 11 2013, after the production of documents and things on September 9, 2013.

Please notify me by email as soon as possible with confirmation of service and feel free to contact me if you have any questions

**Billing:**

2206470-00122

Best regards,

Catherine

**Catherine M. Case | WilmerHale**
Senior Litigation Paralegal
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6123 (t)
+1 650 858 6100 (f)
catherine.case@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.