# EXHIBIT 2

From: Kelli Emmons [mailto:kemmons@dtrac.firstlegalnetwork.com]
Sent: Friday, August 30, 2013 12:07 PM
To: Case, Catherine
Subject: First Legal conf. for Ctrl# 8094462


  **Please Do Not Reply To This Email**
            FIRST LEGAL SUPPORT-SJ
CTRL:  8094462
CSR : 279
ATTN: CATHERINE CASE
DATE:  8/29/13           SERVICE TYPE: FSDPROC
REF: 2206470.00122
CUST: 70114 WILMER HALE
PU: WILMER HALE              DL: MOTOROLA MOBILITY LLC
   950 PAGE MILL RD              208 SO. LASALLE STREET
    PALO ALTO    CA  94304           CHICAGO        IL  60604
                       RM:SUITE 814
Case:11CV05341
Case:YGR V. FREESCALE             AF /  40
Docs:SUB
   Info:ADVANCE FEES
DEL DATE:  8/30/13   TIME: 11:15 SIGN: ALEXIS MEADE