# EXHIBIT 4

# Franklin, Christopher

| | |
|---|---|
| **From:** | Franklin, Christopher |
| **Sent:** | Wednesday, September 11, 2013 1:47 PM |
| **To:** | 'Hartman, Joshua A.' |
| **Cc:** | Kim, Rudy Y.; AHadjis@mofo.com; Johnston, A.C.; Cheng, Hsiao-Ting; CDyson@mofo.com; Freescale_MediaTek ND Cal_External; Slenkovich, Keith; Haag, Joseph; Dowd, James; Walker, Nathan; Wickey, Michael |
| **Subject:** | RE: MediaTek Inc. v. Freescale Semiconductor, Inc., No. 4:11-cv-05341-YGR (JSC) (N.D. Cal.) |

Josh,

MediaTek plans to file an administrative motion requesting an extension. What is Freescale's basis for opposing this request?

Thanks,

Chris

---

**From:** Hartman, Joshua A. [mailto:JHartman@mofo.com]
**Sent:** Tuesday, September 10, 2013 9:28 PM
**To:** Franklin, Christopher
**Cc:** Kim, Rudy Y.; AHadjis@mofo.com; Johnston, A.C.; Cheng, Hsiao-Ting; CDyson@mofo.com; Freescale_MediaTek ND Cal_External; Slenkovich, Keith; Haag, Joseph; Dowd, James; Walker, Nathan; Wickey, Michael
**Subject:** RE: MediaTek Inc. v. Freescale Semiconductor, Inc., No. 4:11-cv-05341-YGR (JSC) (N.D. Cal.)

Chris:

Freescale opposes this request.

Kind regards,
Josh

---

**From:** Franklin, Christopher [mailto:Christopher.Franklin@wilmerhale.com]
**Sent:** Wednesday, September 11, 2013 12:26 AM
**To:** Hartman, Joshua A.
**Cc:** Kim, Rudy Y.; Hadjis, Alexander J.; Johnston, A.C.; Cheng, Hsiao-Ting; Dyson, Candace W.; Freescale_MediaTek ND Cal_External; Slenkovich, Keith; Haag, Joseph; Dowd, James; Walker, Nathan; Wickey, Michael
**Subject:** MediaTek Inc. v. Freescale Semiconductor, Inc., No. 4:11-cv-05341-YGR (JSC) (N.D. Cal.)

Josh,

Motorola Mobility LLC has informed us that it will be unable to comply with MediaTek's subpoena by the September 11, 2013 court-ordered deadline in Dkt. No. 208. Motorola Mobility LLC has informed us that it will need additional time to respond to the subpoena.

MediaTek plans to request an additional extension to the discovery deadline – until October 11, 2011 - for MediaTek to obtain discovery from Motorola Mobility LLC in response to MediaTek's subpoena. Please let me know if Freescale will stipulate to this request.

Thanks,

Chris


**Christopher Franklin | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6000 (t)
+1 650 858 6100 (f)
christopher.franklin@wilmerhale.com

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------