Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>                    Plaintiff,<br><br>      v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                    Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEDIATEK INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FURTHER EXTEND THE DEADLINE FOR THIRD-PARTY DISCOVERY FROM MOTOROLA MOBILITY LLC**<br><br>**HON. YVONNE GONZALEZ ROGERS** |

Before the Court is Plaintiff MediaTek Inc.'s Motion for Administrative Relief to Further Extend the Deadline for Third-Party Discovery from Motorola Mobility LLC. After consideration of the briefing regarding same, the Court is of the opinion that good cause for the relief exists and that said motion should be GRANTED.

IT IS THEREFORE ORDERED, that the fact discovery deadline is extended to October 11, 2013 for the limited purpose of allowing plaintiff MediaTek Inc. to take discovery from Motorola Mobility LLC as specified in MediaTek Inc.'s Subpoena of Motorola Mobility LLC.

Dated: _____, 2013.

_____
United States Judge