RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) (JSC) <br><br> **[PROPOSED] ORDER GRANTING MEDIATEK'S AND FREESCALE'S JOINT ADMINISTRATIVE MOTION TO EXTEND, BY 10 DAYS, THE DEADLINE TO PARTICIPATE IN PRIVATE MEDIATION** |

PROPOSED ORDER GRANTING JOINT ADM. MOT. TO EXTEND THE DEADLINE TO PARTICIPATE IN PRIVATE MEDIATION CASE NO. 4:11-CV-05341 (YGR) (JSC)

1

Upon consideration of MediaTek Inc.'s and Freescale Semiconductor, Inc.'s Joint Administrative Motion to Extend, By Ten Days, the Deadline to Participate in Private Mediation ("the Joint Motion"), and finding that good cause exists, this Court hereby GRANTS the Joint Motion.

The Procedural Schedule is amended to extend the deadline to participate in private mediation to October 10, 2013.

Dated: __September 13_____, 2013

_____
Yvonne Gonzalez Rogers
United States District Judge

P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING JOINT ADM. MOT. TO EXTEND THE DEADLINE TO PARTICIPATE IN PRIVATE MEDIATION
CASE NO. 4:11-CV-05341 (YGR)

2