IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>    Defendant. | Case No. 11-5341 YGR (JSC)<br><br>**ORDER RE: FREESCALE'S ADMINISTRATIVE MOTIONS TO SEAL DOCKET NOS. 190-194** |

The Court previously denied Defendant Freescale Semiconductor, Inc.'s ("Freescale") Administrative Motions to Seal five discovery disputes filed on August 23, 2013 for failing to comply with Local Rule 79-5 and this Court's Standing Order. (Dkt. No. 196.) In particular, the motions included "joint stipulations" to file under seal which is not permitted under the local rules. Freescale has since cured these deficiencies and declarations have been submitted in support of all but one of Freescale's motions. (Dkt. Nos. 251-254.)

Accordingly, the Court hereby reconsiders its prior Order and GRANTS Freescale's Administrative Motions to Seal filed at Docket Nos. 191-194. Because Freescale has already electronically filed both redacted and under seal versions of the filings, no further action is necessary on Freescale's part. As no supporting declaration was filed in support of Docket No. 190 and it was filed under seal solely at Plaintiff MediaTek, Inc.'s request, the Court

assumes Plaintiff no longer seeks sealing of the matters therein.  Accordingly, Freescale shall file the letter brief at Docket No. 190-4 and Exhibits 2 and 3 submitted therewith on the public docket within three days.

**IT IS SO ORDERED.**

Dated:   September 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE