1   Keith L. Slenkovich  (SBN 129793)
       Keith.Slenkovich@wilmerhale.com
2   Joseph F. Haag  (SBN 248749)
       Joseph.Haag@wilmerhale.com
3   WILMER CUTLER PICKERING
       HALE AND DORR LLP
4   950 Page Mill Road
    Palo Alto, CA  94304
5   Telephone:  (650) 858-6000
    Facsimile:  (650) 858-6100
6
    William F. Lee (*pro hac vice*)
7      William.Lee@wilmerhale.com
    WILMER CUTLER PICKERING
8      HALE AND DORR LLP
    60 State Street
9   Boston, MA  02109
    Telephone:  (617) 526-6000
10  Facsimile:  (617) 526-5000

11  James M. Dowd  (SBN 259578)
       James.Dowd@wilmerhale.com
12  WILMER CUTLER PICKERING
       HALE AND DORR LLP
13  350 S. Grand Avenue, Suite 2100
    Los Angeles, CA  90071
14  Telephone:  (213) 443-5300
    Facsimile:  (213) 443-5400
15
    *Attorneys for Plaintiff* MEDIATEK INC.
16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19                      **OAKLAND DIVISION**

20  MEDIATEK INC.                    |  **Civil Action No.  4:11-cv-05341 (YGR)**

21                    Plaintiff,     |  **[~~PROPOSED~~] ORDER GRANTING
                                     |  MEDIATEK INC.'S STIPULATED
22       v.                          |  ADMINISTRATIVE MOTION TO
                                     |  FILE DOCUMENTS UNDER SEAL**
23  FREESCALE SEMICONDUCTOR, INC.    |
                                     |   Hon. Jacqueline Scott Corley
24                    Defendant.     |

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Upon consideration of MediaTek Inc.'s ("MediaTek's") Stipulated Administrative Motion to File Documents Under Seal ("Motion to Seal"), the Joint Stipulation to MediaTek's Motion to File Under Seal, and other supporting documents, this Court hereby GRANTS MediaTek's Motion to File Under Seal:

1. MediaTek shall file under seal the confidential, unredacted portions of MediaTek's letter brief in opposition to Freescale Semiconductor, Inc.'s letter brief motion to compel at Docket No. 194 and supporting documents listed below:

   a. Portions of Declaration of Zoran Zvonar in Support of MediaTek's Opposition to Freescale's Letter Brief Regarding Practicing Products; and

   b. Portions of Declaration of Joern Soerensen in Support of MediaTek's Opposition to Freescale's Letter Briefs Regarding the Production of Documents and Deposition Testimony.

These documents shall be designated and maintained as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the terms of the Stipulated Amended Order (Dkt. No. 100) authorized by the Northern District of California pursuant to Patent L.R. 2-2.

Dated: ___September 23_____, 2013.

_____
United States Judge

Hon. Jacqueline Scott Corley

[PROPOSED] ORDER GRANTING MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL