United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIATEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 11-5341 YGR (JSC) <br><br> **ORDER RE: MEDIATEK'S MOTION FOR RECONSIDERATION OF DOCKET NO. 268 (Dkt. No. 273)** |

The Court has received Plaintiff MediaTek, Inc.'s ("MediaTek") motion for reconsideration of the Court's September 23, 2013 Order denying Defendant Freescale Semiconductor, Inc.'s ("Freescale") administrative motion to file portions of its discovery letter brief filed at Docket No. 190-4 and Exhibits 2 and 3 submitted therewith under seal based on MediaTek's failure to file a declaration in support of the motion for sealing (as MediaTek was the party who had asserted the materials were confidential). (Dkt. No. 273.) MediaTek points out that Freescale agreed at oral argument to withdraw the discovery letter brief filed at Docket No. 190. (Dkt. No. 240, 71:7-9.)

MediaTek's motion for reconsideration is GRANTED. The Court's Order regarding Freescale's administrative motion to seal (Dkt. No. 268) is AMENDED to strike any

reference to the withdrawn filings at Docket No. 190. Further, the Court's Order at Docket No. 265 is AMENDED to eliminate any reference to the withdrawn filings at Docket No. 190.

**IT IS SO ORDERED.**

Dated: September 26, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE