**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the Declaration of Christopher A. Franklin in Support of MediaTek Inc.'s Administrative Motion to File Under Seal was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on October 18, 2013, to the following addresses:

| | |
|---|---|
| Rudy Y. Kim<br>  RudyKim@mofo.com | Hsia-Ting Cheng<br>  hcheng@mofo.com |
| Alexander J. Hadjis<br>  AHadjis@mofo.com | Candace Dyson<br>  cdyson@mofo.com |
| Alan Cope Johnston<br>  ACJohnston@mofo.com | Freescale_MediaTekNDCal_External@mofo.com |
| Joshua A. Hartman<br>  JHartman@mofo.com | |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 18, 2013

/s/ Christopher A. Franklin
Christopher A. Franklin