Keith L. Slenkovich  (SBN 129793)
Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>　　　　　　Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**[CORRECTED] CERTIFICATE OF SERVICE OF DECLARATION OF CHRISTOPHER A. FRANKLIN IN SUPPORT OF MEDIATEK INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Hon. Yvonne Gonzalez Rogers |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Declaration of Christopher A. Franklin in Support of MediaTek Inc.'s Letter Opposing Freescale Semiconductor, Inc.'s Letter Seeking Leave to Move for Summary Judgment was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on October 18, 2013, to the following addresses:

Rudy Y. Kim
  RudyKim@mofo.com

Hsia-Ting Cheng
  hcheng@mofo.com

Alexander J. Hadjis
  AHadjis@mofo.com

Candace Dyson
  cdyson@mofo.com

Alan Cope Johnston
  ACJohnston@mofo.com

Freescale_MediaTekNDCal_External@mofo.com

Joshua A. Hartman
  JHartman@mofo.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 18, 2013

_____
Christopher A. Franklin