UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date:  October 21, 2013         JUDGE: Yvonne Gonzalez Rogers

Case No:  C-11-5341- YGR        Time: 3:30pm-3:54pm

Case Name: MediaTek Inc. v. Freescale Semiconductor Inc.

Attorney(s) for Plaintiff:   Keith Slenkovich
Attorney(s) for Defendant: Alexander Hadjis

Deputy Clerk: Frances Stone             Court Reporter: Not reported

PROCEEDINGS

Pre-filing Conference and CMC held in Jury room today.