**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,** | **Case No.: 11-CV-5341  YGR** |
|     **Plaintiffs,** | **SECOND AMENDED SCHEDULING AND PRETRIAL ORDER** |
|     **vs.** | |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
|     **Defendant.** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby amends the trial and pretrial dates in this matter as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| EXPERT DISCOVERY CUTOFF: | 10/25/13 |
| DISPOSITIVE MOTIONS TO **BE FILED BY**: | 11/5/13 |
| COMPLIANCE HEARING RE: JOINT PRETRIAL MEET AND CONFER (SEE BELOW) | 1/17/14 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 1/24/14 |
| PRETRIAL CONFERENCE: | 2/7/14 |
| TRIAL DATE AND LENGTH: | Monday, 2/24/14 at 8:30 a.m. for 10 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on Friday, January 17, 2014, at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off

United States District Court
Northern District of California

calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

All other dates set forth in the Court's Order of April 19, 2012 (Dkt. No. 37) are continued for two weeks, consistent with the above modifications to the schedule.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2