Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>                    Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                    Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>ORDER GRANTING<br>**JOINT MOTION TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff MediaTek, Inc. ("MediaTek") and defendant Freescale Semiconductor, Inc. ("Freescale") jointly move the Court for an order (i) extending from October 18, 2013 to October 23, 2013 the deadline to complete the deposition of MediaTek's expert Mr. Charles Narad; and (ii) extending from October 29, 2013 to November 5, 2013 the deadline for dispositive and *Daubert* motions.

This joint motion is supported by the following facts:

- MediaTek's two technical experts in this case, Mr. Krste Asanovic, Ph.D., and Mr. Charles Narad, are only available for deposition on the same two days prior to the October 18, 2013 deadline to complete expert discovery in this litigation – Thursday, October 17 and Friday, October 18, 2013;
- Freescale has informed MediaTek that it is unable to take the depositions of both Mr. Asanovic and Mr. Narad on the same two days;
- The parties agree that good cause exists for this extension; and
- The parties conferred regarding this request on October 7 and 8, 2013.

Pursuant to Civil L.R. 6-2, MediaTek and Freescale request that this Court order, by signing below, (i) that the deadline to complete the deposition of MediaTek's expert Mr. Charles Narad is extended from October 18, 2013 to October 23, 2013; and (ii) that the deadline for dispositive and *Daubert* motions is extended from October 29, 2013 to November 5, 2013.

Dated: October 15, 2013

Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/ Nathan L. Walker*
Keith L. Slenkovich (SBN 129793)
Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
Joseph.Haag@wilmerhale.com

Nathan L. Walker (SBN 206128)
  Nathan.Walker@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Plaintiff MEDIATEK INC.

Dated: October 15, 2013

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/ Joshua A. Hartman*

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com

---

4:11-cv-05341 (YGR) (JSC)      2      JOINT MOTION TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Northern District of California's General Order No. 45, Section X.B, I, Nathan L. Walker attest that concurrence in the filing of this document has been obtained from Joshua A. Hartman.

PURSUANT TO THE JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.

Date:   October 24, 2013                    _____
                                            YVONNE GONZALEZ ROGERS
                                            United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

4:11-cv-05341 (YGR) (JSC)     3     JOINT MOTION TO EXTEND THE DEADLINE
                                    FOR EXPERT DISCOVERY AND DISPOSITIVE
                                    AND *DAUBERT* MOTIONS