RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (*pro hac vice*)
AHadjis@mofo.com
JOSHUA A. HARTMAN (*pro hac vice*)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE SEMICONDUCTOR'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | I, Michelle Yang, declare as follows: |
| 2 | 1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for |
| 3 | Defendant Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of |
| 4 | Freescale's Stipulated Administrative Motion to File Under Seal (Motion). I have personal |
| 5 | knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and |
| 6 | would do so competently. |
| 7 | 2. Portions of Freescale's Motion to Exclude Certain Testimony of Catherine M. |
| 8 | Lawton, Exhibit 1, Exhibit 3, and Exhibit 6 to the Declaration of Michelle Yang (Yang |
| 9 | Declaration) include information that MediaTek Inc. (MediaTek) has designated "Highly |
| 10 | Confidential – Attorneys' Eyes Only" Pursuant to the Stipulated Protective Order in this action. |
| 11 | Dkt. No. 100. MediaTek is the designating party of this information that Freescale seeks to file |
| 12 | under seal in its Motion. |
| 13 | 3. Portions of Exhibit 1 and Exhibit 2 to the Yang Declaration containing |
| 14 | confidential sales and marketing information, includes information designated "Highly |
| 15 | Confidential – Attorneys' Eyes Only" by Non-Party Ford Motor Company Inc. |
| 16 | 4. To comply with the Stipulated Protective Order in this litigation, Freescale |
| 17 | redacted those portions of Freescale's Motion to Exclude Certain Testimony of Catherine M. |
| 18 | Lawton and exhibits 2 and 6 to the Yang Declaration. These redactions are narrowly tailored to |
| 19 | protect only information designated as confidential by MediaTek and Ford. |
| 20 | 5. On November 5, 2013, counsel for MediaTek stipulated to Freescale's Motion to |
| 21 | file under seal those portions of portions of Freescale's Motion to Exclude Certain Testimony of |
| 22 | Catherine M. Lawton and supporting exhibits that contain information designated as "Highly |
| 23 | Confidential – Attorneys' Eyes Only." |
| 24 | I declare under penalty of perjury under the laws of the United States of America that the |
| 25 | foregoing is true and correct. Executed this 5th day of November, at Washington, D.C. |
| 26 | |
| 27 | */s/ Michelle Yang*<br>Michelle Yang |
| 28 | |

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: November 5, 2013

*/s/ Rudy Y. Kim*
Rudy Y. Kim