RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br>  Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br>  Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Ave, NW Suite 6000 Washington, D.C. 20006. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 5, 2013, I served a copy of the following:

- **DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE SEMICONDUCTOR'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| *Attys for Plaintiff, MediaTek Inc.* | **Keith L. Slenkovich**<br>**Joseph F. Haag**<br>**Nathan L. Walker**<br>**Craig E. Davis**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Email: keith.slenkovich@wilmerhale.com<br>Email: joseph.haag@wilmerhale.com<br>Email: Nathan.Walker@wilmerhale.com<br>Email: craig.davis@wilmerhale.com<br><br>**James M. Dowd**<br>Wilmer Cutler Pickering Hale & Dorr<br>350 S Grand Avenue<br>Suite 2100<br>Los Angeles, CA 90071<br>Email: james.dowd@wilmerhale.com<br><br>**William F. Lee**<br>Wilmer Pickering Hale and Dorr LLP.<br>60 State Street<br>Boston, MA 02109<br>617-526-6000<br>Fax: 617-526-5000<br>Email: william.lee@wilmerhale.com |
| *Atty for Ford Motor Company* | **John S. Leroy**<br>Brooks Kushman<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Email: jleroy@brookskushman.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 5th Day of November, 2013.

| Michelle Yang | */s/ Michelle Yang* |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)

2