RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (*pro hac vice*)
AHadjis@mofo.com
JOSHUA A. HARTMAN (*pro hac vice*)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **NOTICE OF ERRATA RE: FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 302)** <br><br> Hon. Yvonne Gonzalez Rogers |

1 | Defendant Freescale Semiconductor, Inc. (Freescale) hereby gives Notice of Errata of
2 | certain attachments to its Stipulated Administrative Motion to File Documents Under Seal (Dkt.
3 | Nos. 302-4, 302-5, and 302-7 through 302-12).

4 | Freescale inadvertently failed to fully redact certain information from Dkt. Nos. 302-4,
5 | 302-5, and 302-7 through 302-12.  Such information was designated by Freescale as "HIGHLY
6 | CONFIDENTIAL – ATTORNEYS' ONLY" and supported by the Declaration of Mark Patrick in
7 | Support of Freescale's Stipulated Administrative Motion (Dkt. No. 302-2).  The attached revised
8 | documents replace the current Dkt. Nos. 302-4, 302-5, and 302-7 through 302-12, as they contain
9 | the redactions consistent with the Patrick Declaration and necessary to protect Freescale's
10 | Confidential Business Information, until such time as this Court rules on Freescale's Stipulated
11 | Administrative Motion to File Documents Under Seal (Dkt. No. 302).

13 | Dated:  November 6, 2013        MORRISON & FOERSTER LLP

14 | By:   /s/ Jacob P. Ewerdt
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC

Notice of Errata,                                                                    4:11-cv-05341 (YGR)

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jacob P. Ewerdt has concurred in this filing.

Dated: November 6, 2013

*/s/ Rudy Y. Kim*
Rudy Y. Kim