RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **DECLARATION OF JACOB EWERDT IN SUPPORT FREESCALE SEMICONDUCTOR, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on November 7, 2013, to the following addresses:

**Keith L. Slenkovich**
**Joseph F. Haag**
**Nathan L. Walker**
**Craig E. Davis**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Email: keith.slenkovich@wilmerhale.com
Email: joseph.haag@wilmerhale.com
Email: Nathan.Walker@wilmerhale.com
Email: craig.davis@wilmerhale.com

**James M. Dowd**
Wilmer Cutler Pickering Hale & Dorr
350 S Grand Avenue
Suite 2100
Los Angeles, CA 90071
Email: james.dowd@wilmerhale.com

**William F. Lee**
Wilmer Pickering Hale and Dorr LLP.
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: william.lee@wilmerhale.com

WHMediaTek-FreescaleOffensive@wilmerhale.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 7th Day of November, 2013.

| Jacob Ewerdt | */s/ Jacob Ewerdt* |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)