RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DISPOSITIVE AND <u>DAUBERT</u> MOTIONS BY 3.5 HOURS** <br><br> Hon. Yvonne Gonzalez Rogers |

1  In accordance with Civil Local Rules 6-1, 6-2, and 7-12, Defendant Freescale Semiconductor, Inc. (Freescale) requests that the court extend by 3.5 hours (from midnight, November 5, 2013, until 3:30 a.m. on November 6, 2013) the filing deadline for the dispositive and <u>Daubert</u> motions. Plaintiff MediaTek, Inc. (MediaTek) and Freescale stipulate to this request.

This stipulated request is supported by the following facts:

- Freescale began filing its <u>Motion to Exclude the Testimony of Catherine M. Lawton</u> (and Stipulated Administrative Motion to File Documents Under Seal) and its <u>Motion for Summary Judgment</u> (and Stipulated Administrative Motion to File Documents Under Seal) on November 5, 2013, at 11:16 p.m. PT.

- Freescale successfully completed the filing of its <u>Motion to Exclude the Testimony of Catherine M. Lawton</u> (and Stipulated Administrative Motion to File Documents Under Seal) on November 6, 2013 at 12:36 a.m. PT;

- Freescale successfully completed the filing of its <u>Motion for Summary Judgment</u> (and Stipulated Administrative Motion to File Documents Under Seal) on November 6, 2013 at 3:13 a.m. PT;

- Freescale has informed MediaTek that the motions were filed late due to technical issues Freescale encountered with the Electronic Case Filing system;

- Freescale has informed MediaTek that had technical issues not been encountered with the Electronic Case Filing system, both Motions would have been filed before the November 5, 2013, deadline;

- Freescale will file, in support of this stipulated request, accompanying sworn declarations showing that Freescale encountered technical issues with the ECF system that delayed the filing;

- The parties agree that good cause exists for the requested 3.5 hour extension;

- The parties conferred regarding this request on November 6 and 11, 2013;

1 • Pursuant to Civil L. R. 6-2, Freescale requests that this Court order, by signing below, that the deadline to file the dispositive and <u>Daubert</u> motions is extended by three and a half hours, to 3:30 a.m. on November 6, 2013, and Freescale and MediaTek stipulate to this request.

IT IS SO STIPULATED.

Dated:  November 12, 2013         Respectfully Submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

By:     /s/ *Alexander J. Hadjis*
    RUDY Y. KIM (CA SBN 199426)
    RudyKim@mofo.com
    ALAN COPE JOHNSTON (CA SBN 66334)
    ACJohnston@mofo.com
    MORRISON & FOERSTER LLP
    755 Page Mill Road
    Palo Alto, California  94304
    Telephone: (650) 813-5600
    Facsimile: (650) 494-0792

    ALEXANDER J. HADJIS (pro hac vice)
    AHadjis@mofo.com
    JOSHUA A. HARTMAN (pro hac vice)
    JHartman@mofo.com
    MORRISON & FOERSTER LLP
    2000 Pennsylvania Avenue, NW
    Suite 6000
    Washington, DC 20006
    Telephone: (202) 887-1500
    Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

| | | |
|---|---|---|
| 1 | Dated:  November 12, 2013 | Respectfully submitted, |
| 2 | | MEDIATEK INC. |
| 3 | | By its attorneys, |
| 4 | | |
| 5 | | */s/  Keith L. Slenkovich* <br> Keith L. Slenkovich  (SBN 129793) <br>   Keith.Slenkovich@wilmerhale.com |
| 6 | | Joseph F. Haag  (SBN 248749) <br>   Joseph.Haag@wilmerhale.com |
| 7 | | Christopher A. Franklin  (SBN 272587) <br>   Christopher.Franklin@wilmerhale.com |
| 8 | | |
| 9 | | WILMER CUTLER PICKERING <br>   HALE AND DORR LLP |
| 10 | | 950 Page Mill Road <br> Palo Alto, CA  94304 |
| 11 | | Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |
| 12 | | William F. Lee (*pro hac vice*) <br>   William.Lee@wilmerhale.com |
| 13 | | WILMER CUTLER PICKERING <br>   HALE AND DORR LLP |
| 14 | | 60 State Street <br> Boston, MA  02109 |
| 15 | | Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| 16 | | |
| 17 | | James M. Dowd  (SBN 259578) <br>   James.Dowd@wilmerhale.com |
| 18 | | WILMER CUTLER PICKERING <br>   HALE AND DORR LLP |
| 19 | | 350 S. Grand Avenue, Suite 2100 <br> Los Angeles, CA  90071 |
| 20 | | Telephone:  (213) 443-5300 <br> Facsimile:  (213) 443-5400 |
| 21 | | Attorneys for Plaintiff <br> MEDIATEK INC. |
| 22 | | |

### ATTESTATION OF E-FILED SIGNATURE

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulated Request.  In compliance with General Order 45, X.B., I hereby attest that Alexander J. Hadjis and Keith L. Slenkovich have concurred in this filing.

Dated:  November 12, 2013          */s/  Rudy Y. Kim*
                                                                  Rudy Y. Kim