1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>    Plaintiff,<br><br> v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>    Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DISPOSITIVE AND <u>DAUBERT</u> MOTIONS BY 3.5 HOURS**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of the parties' Stipulated Request to Extend the Deadline for Dispositive and Daubert Motions by 3.5 Hours, and finding that good cause exists, this Court hereby GRANTS Stipulated Request to Extend the Deadline for Dispositive and Daubert Motions by 3.5 Hours and ORDERS that the deadline to file dispositive and Daubert motions is extended from midnight, November 5, 2013, to 3:30 a.m. on November 6, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

YVONNE GONZALEZ ROGERS
United States District Court Judge