RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DISPOSITIVE AND <u>DAUBERT</u> MOTIONS BY 3.5 HOURS**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Michelle Yang, declare as follows:

I am an attorney with the law firm of Morrison & Foerster, LLP, counsel for Defendant Freescale Semiconductor, Inc. (Freescale) in the above-captioned matter. I submit this declaration in support of the parties' Stipulated Request to Extend the Deadline for Dispositive and Daubert Motions by 3.5 Hours (Stipulated Request). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

1. On Tuesday, November 5, 2013, I oversaw the electronic filing of Freescale's Motion to Exclude the Testimony of Catherine M. Lawton (and Stipulated Administrative Motion to File Documents Under Seal) and its Motion for Summary Judgment (and Stipulated Administrative Motion to File Documents Under Seal) (collectively, "Motions") by Ms. Tori Thomas. The Motions were ready for filing before the November 5, 2013 deadline.

2. Ms. Thomas informed me that she had logged in to the Case Management/Electronic Case Filing system ("CM/ECF") for the U.S. District Court, Northern District of California at 11:16 p.m. PT and immediately began filing the Motions.

3. Starting at 11:40 p.m. PT, I personally supervised Ms. Thomas in the filing of the Motions. At that time, she had entered many file paths and document descriptions. When she clicked SUBMIT, however, the CM/ECF system would inform her of an error with one of the documents and require her to enter the complete set of file paths and descriptions again.

4. I assisted Ms. Thomas at long intervals during the subsequent hours as she repeated the process many times in an attempt to file both Motions. I observed the many CM/ECF errors, each of which required Ms. Thomas to enter the complete set of file paths and descriptions again.

5. Ms. Thomas informed me that, because of these technical issues with the CM/ECF system, she did not complete the filing of the Motion to Exclude Testimony of

Catherine M. Lawton until 12:36 a.m. PT and the Motion for Summary Judgment until 3:13 a.m. PT.

6. Ms. Thomas also informed me that, had she not encountered errors that required her to repeat the process multiple times, both Motions would have been filed before 11:59 p.m. PT. See Declaration of Tori Thomas.

7. The previous time modifications in this case are as follows:

 a. The Claim Construction Technology Tutorial was rescheduled from November 2, 2012, to November 7, 2012;

 b. The Claim Construction Hearing was rescheduled from November 9, 2012, to November 28, 2012;

 c. The fact discovery deadline for Freescale to take the depositions of certain MediaTek witness was extended from July 19, 2013, to August 16, 2013;

 d. The deadline for motions to compel filed by Freescale related to issues arising out of certain depositions of MediaTek witnesses from July 26, 2013, to August 23, 2013;

 e. The deadline for initial expert disclosures and reports was extended from August 2, 2013, to August 23, 2013;

 f. The deadline for the rebuttal expert disclosures and reports was extended from September 6, 2013, to September 27, 2013;

 g. The deadline to complete fact discovery from non-party Motorola Mobility LLC from July 19, 2013, to September 11, 2013, and then from September 11, 2013, to October 11, 2013;

 h. The deadline to file certain discovery letter briefs was extended for two hours to 2:00 a.m. July 27, 2013;

 i. The deadline to participate in mediation was extended from August 15, 2013, to September 30, 2013;

j. The deadline to file certain revised Administrative Motions for Leave to File Under Seal Deposition Transcripts to parties' Joint Letter Briefs was extended from noon, August 23, 2013, to 2:00 p.m, August 26, 2013;

k. The deadline to complete expert discovery was extended from September 27, 2013, to October 18, 2013, and then from October 18, 2013, to October 25, 2013;

l. The deadline for dispositive and Daubert motions was extended from October 15, 2013 to October 29, 2013, and then from October 29, 2013, to November 5, 2013;

m. The date for the Case Management Conference and Summary Judgment Pre-Filing Conference was reset on October 21, 2013;

n. The Compliance Hearing regarding the Joint Pretrial Meet and Confer was rescheduled from January 3, 2014, to January 17, 2014 at 9:01 a.m.; the Joint Pretrial Conference Statement was rescheduled from January 10, 2014, to January 24, 2014; the final pretrial conference was rescheduled from January 24, 2014, to February 7, 2014; and the trial date and length was rescheduled from February 10, 2014, to February 24, 2014. See Dkt. Nos. 60, 61, 131, 174, 176, 208, 212, 262, 264, 281, and 291.

8. The proposed 3.5 hour modification in this Stipulated Request would have no effect on the procedural schedule. There are no other events in the procedural schedule that depend on this deadline. See Dkt. No. 291.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 8, 2013

/s/ *Michelle Yang*
Michelle Yang

YANG DECLARATION ISO STIPULATED REQUEST TO EXTEND DEADLINE
CASE NO. 4:11-CV-05341 (YGR)

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: November 12, 2013     */s/ Rudy Y. Kim*
                                                          Rudy Y. Kim