RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **DECLARATION OF TORI THOMAS IN SUPPORT OF STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DISPOSITIVE AND <u>DAUBERT</u> MOTIONS BY 3.5 HOURS** <br><br> Hon. Yvonne Gonzalez Rogers |

I, Tori Thomas, declare as follows:

I am a senior paralegal with the law firm of Morrison & Foerster, LLP, counsel for Defendant Freescale Semiconductor, Inc. (Freescale) in the above-captioned matter. I submit this declaration in support of the parties' Stipulated Request to Extend the Deadline for Dispositive and <u>Daubert</u> Motions by 3.5 Hours (Stipulated Request). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

1. At 11:16 p.m. on Tuesday, November 5, 2013, I logged in to the Case Management/Electronic Case Filing system ("CM/ECF") for the U.S. District Court, Northern District of California and immediately started filing Freescale's Motion to Exclude the Testimony of Catherine M. Lawton (and Stipulated Administrative Motion to File Documents Under Seal) and its Motion for Summary Judgment (and Stipulated Administrative Motion to File Documents Under Seal) (Motions).

2. On the CM/ECF Motions page, under the 'File Under Seal' drop down, I entered the file paths and document descriptions for the first of two Motions to Seal and 19 supporting attachments, and then selected the SUBMIT button to file the Motion.

3. The CM/ECF system gave me an error message due to one of the attachments and returned me to the Motions web page, with all fields previously entered now empty, and with an indication that the filing was not successful.

4. I tried twice more to enter the file paths and document descriptions for the Motion to Exclude the Testimony of Catherine M. Lawton and 19 supporting documents and tried half a dozen times to enter the file paths and document descriptions for the Motion for Summary Judgment and 48 supporting documents. Each time, the CM/ECF system returned me to the Motions web page, with all fields previously entered empty, and with an indication that the filing was not successful. Some exhibits were rejected multiple times. Following these efforts, one exhibit, in

particular, had to be printed out and scanned to PDF in order to be accepted by the CM/ECF filing system.

5. Attached as Exhibit 1 is a true and accurate copy of the automated email notification, indicating the successful filing of the Motion to Seal as Docket No. 302 at 12:36 a.m. on Wednesday, November 6, 2013

6. Attached as Exhibit 2 is a true and correct copy of the automated notification, indicating the successful filing of the Motion to Seal as Docket No. 303 at 3:13 a.m. on November 6, 2013.

7. I never logged off of the system during this time. If I had not encountered errors in the CM/ECF filing system that required entering file paths and document descriptions multiple times for each Motion and supporting documents, both Motions would have been filed before 11:59 p.m.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 8, 2013

             /s/ *Tori Thomas*
             Tori Thomas

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Tori Thomas has concurred in this filing.

Dated: November 12, 2013

             */s/ Rudy Y. Kim*
             Rudy Y. Kim