# Exhibit 1

# Thomas, Tori A

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, November 06, 2013 3:36 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:11-cv-05341-YGR MediaTek Inc. v. Freescale Semiconductor, Inc. Administrative Motion to File Under Seal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Kim, Rudolph on 11/6/2013 at 0:36 AM PST and filed on 11/5/2013
**Case Name:**       MediaTek Inc. v. Freescale Semiconductor, Inc.
**Case Number:**    4:11-cv-05341-YGR
**Filer:**                  Freescale Semiconductor, Inc.
**Document Number:** 302

**Docket Text:**
**Administrative Motion to File Under Seal filed by Freescale Semiconductor, Inc.. (Attachments: # (1) Signature Page (Declarations/Stipulations), # (2) Signature Page (Declarations/Stipulations), # (3) Proposed Order, # (4) Redacted FSL Motion to Exclude Testimony of Lawton, # (5) Unredacted FSL Motion to Exclude Testimony of Lawton, # (6) Signature Page (Declarations/Stipulations), # (7) Redacted Ex 1, # (8) Unredacted Ex 1, # (9) Redacted Ex 2, # (10) Unredacted Ex 2, # (11) Redacted Ex 3, # (12) Unredacted Ex 3, # (13) Unredacted Ex 4, # (14) Unredacted Ex 5, # (15) Unredacted Ex 6, # (16) Unredacted Ex 7, # (17) Unredacted Ex 8, # (18) Unredacted Ex 9, # (19) Proposed Order)(Kim, Rudolph) (Filed on 11/5/2013)**

**4:11-cv-05341-YGR Notice has been electronically mailed to:**

Adele R. Frankel     Adele.Frankel@wilmerhale.com

Alan Cope Johnston     acjohnston@mofo.com, gotoole@mofo.com

Alexander J. Hadjis     ahadjis@mofo.com, cdyson@mofo.com

Christopher Austin Franklin     christopher.franklin@wilmerhale.com

Craig Evan Davis     craig.davis@wilmerhale.com, erik.marshall@wilmerhale.com

Hector G. Gallegos     hgallegos@mofo.com, nallende@mofo.com

Jacob Paul Ewerdt     jewerdt@mofo.com

James M. Dowd     james.dowd@wilmerhale.com

Jayson L. Cohen     jcohen@mofo.com

Jennifer Esther Chen     Jennifer.Chen@wilmerhale.com, Erik.Marshall@wilmerhale.com

Joseph Francis Haag     joseph.haag@wilmerhale.com, lorna.ejercito@wilmerhale.com

Joshua Hartman     jhartman@mofo.com, ahadjis@mofo.com, cwoods@mofo.com, hcheng@mofo.com, jcohen@mofo.com, jewerdt@mofo.com, myang@mofo.com, TThomas@mofo.com

Keith Leonard Slenkovich     keith.slenkovich@wilmerhale.com, Catherine.Case@wilmerhale.com, leizel.galon@wilmerhale.com

Michael Patrick Wickey     michael.wickey@wilmerhale.com

Michelle Ching Youn Yang     myang@mofo.com

Nathan Loy Walker     nathan.walker@wilmerhale.com, patricia.shore@wilmerhale.com

Robert E. Camors , Jr     bobcamors@camorslaw.com, bobcamors@gmail.com, teresa@camorslaw.com

Rudolph Kim     rudykim@mofo.com, fsagapolu@mofo.com

William F. Lee     william.lee@wilmerhale.com

**4:11-cv-05341-YGR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\AMFUS Daubert\2013-11-05_AMFUS_Daubert.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-0]
[5f76d89889aa686dfded05f8f60fc40092fd4e6404c1a8f0473bfcf6e945723fda3a
bf9e8882bfc04886ee4e6f81de3ab4c04edcd0813e141597e24b2dc2fc74]]
**Document description:** Signature Page (Declarations/Stipulations)
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\AMFUS Daubert\2013-11-05_Joint_Stipulation_to_AMFUS_2.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-1]

[78e94fc5eac1cf73d7872d45d9d3eb0b4564f3a8b6461ed1a20e93beb8971c9eeb9d 9ae0f752f6554482e21debd89d6d8e0c08349efac0c09c5446e7a0328e2a]]
**Document description:**Signature Page (Declarations/Stipulations)
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\AMFUS Daubert\2013-11-05 M_Patrick_Decl_ISO_FSL_AMFUS_Daubert_SIGNED.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-2]
[8bbc4d6bb512386ae109970fb630166472186b6e0efb6038a067ef469655e77ee48a 13f0ba1dabd7cfccd793148b8be6b4d44688362275a69052b5ea58820fb6]]
**Document description:**Proposed Order
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\AMFUS Daubert\2013-11-05 Proposed_Order_Granting_AMFUS_Daubert.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-3]
[0ec282337cab70b554e55fbefbabd9bf94b490e52cdec838e5f6f5038f7470154956 71eca13bd81295d7cedc2711a37973c151138c509ab61b529587ceaa58df]]
**Document description:** Redacted FSL Motion to Exclude Testimony of Lawton
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\WASHINGTON_DC-#737362-v4-FSL_Daubert_Motion_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-4]
[82644b079f1d35dfff5321f1300b90d6bd757ecc768cd622469e325b8c3d991ae95a efc82321bd3208c2a2e485ac5601d518d31c7e35116d55daad9561ccdf1e]]
**Document description:** Unredacted FSL Motion to Exclude Testimony of Lawton
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\WASHINGTON_DC-#737362-v4-FSL_Daubert_Motion_(Highlighted).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-5]
[a18408d66a9cede968c3274c79cf99116ee4f82553433deb3ecd7ccbbec8224877a1 874101455593f9a87da735a95713637e3f1497aa6455711e8d75e1a0e6bd]]
**Document description:**Signature Page (Declarations/Stipulations)
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\WASHINGTON_DC-#737373-v2-Yang_Decl_ISO_FSL_Mot_to_Exclude_Lawton_Testimony.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-6]
[20a7e3ef7b2554fb2a096866e4c1b5dd38abffed9593e75a200480b230ad1de4b407 e23db3fd9e0c1d13b7d790d3c44efcacd8b3d664cf53c193f138e79f5309]]
**Document description:** Redacted Ex 1
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 1 - Excerpts of 2013-08-23 Lawton Expert Report_REDACTIONS.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-7]
[760fb58f2add9ee94567a0c6388aa584223c83754c3a900ce998a5e87bd622b88023 72fdb6ede2a6c6bcfeb15071b0540b293b1b44cfb039791a9288d58d785e]]
**Document description:** Unredacted Ex 1
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Highlighted Versions\Exhibit 1 - Excerpts of 2013-08-23 Lawton Expert Report_Highlight.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-8]
[43da9f58e8b884565cc2346ae8fd0c4566e758dab7ca2a6dcf0fde38731139e55611

7011a08d739667c919dbbab2ca37509bacbc95a619bf7d0b02f906871de4]]
**Document description:** Redacted Ex 2
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 2 - Excerpts of Lawton 2013-10-04 Dep Transcript_REDACTIONS.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-9]
[92dbb277e41ba2ada6e93585403696813d1a938e3f2471a0a0a05aadb2ac93493086
016423fab9cd41b9c005196b6b51db7bd52276613372cc9163039078f6d7]]
**Document description:** Unredacted Ex 2
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Highlighted Versions\Exhibit 2 - Excerpts of Lawton 2013-10-04 Dep Transcript_Highlighted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-10
] [5c96b6b92bb58008d65d721346e42c4f4026e48b41e2ebc2732dc625cf33d576e54
b324222f77fb17e4f59628cd8c0eccfe1a87a4d7c0bdff0c10131eb2dd4d4]]
**Document description:** Redacted Ex 3
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 3- Excerpts of 2013-08-30 Errata Items to Lawton Report_REDACTIONS.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-11
] [0690f1352aa1c0af62291c01268bbfeed475de5d140e35ae1a89c33db10a4400a32
495096034686fc6a8e8cdd7aa6492c5268c7059734be063f23616a41f560a]]
**Document description:** Unredacted Ex 3
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Highlighted Versions\Exhibit 3- Excerpts of 2013-08-30 Errata Items to Lawton Report_Highlighted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-12
] [64fee13b40e0679dfabdd6d89d1e5467f3a48a7371f26d1615fb40d3f73ccd9aeb4
da82400ad05d41fa12c33ee8da30851c4ff5d638a1f238826ceb674b89aea]]
**Document description:** Unredacted Ex 4
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 4 - Excerpts of MTK 2009 Annual Report.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-13
] [706075560228bd690230490400a09cc6cddb20542278f3a71b6d2512235cf417b4f
5034fa593ab5f2572c41fa2a81bebcfc1c878a9a7e1a0881718ee861a8827]]
**Document description:** Unredacted Ex 5
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 5 - Excerpts of MTK 2010 Annual Report.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-14
] [27c6a224a910fda777aa47761bfafb14471e6061104da46026295c6ca8d62e801ae
9099e81ea75a98e185a8d0039155b31d2732e655f34c4a448c17b436bfb05]]
**Document description:** Unredacted Ex 6
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 6 - Excerpts of Vitesse Semiconductor Patent Offering_FILE UNDER SEAL.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-15
] [5337072f1048e1b87c3d52c7c856ea6dcfe5d58fcb3755633653731b09c09f6d0ed
0da2ccefd5610a49e7640add91b76e611e285a43294ef720494cfd8a83bf7]]
**Document description:** Unredacted Ex 7
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 7 - Expert Report of Krste Asanovic re 845 Infringement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-16
] [7af77b5905af5b6cadde6d8c3c59c8b5b98439c8130ec85a45522e4be7531d74217
009d9eb3904e2a816673a2a7a53929754ea10c4a907b045f3533918edbe6e]]
**Document description:** Unredacted Ex 8
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 8 - Excerpts of Wienecke Deposition Transcript--.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-17
] [2b0e21206194417699adbfe9b9bad841425629fce0e0457afc592a194415a28e941
b164ca7d33a23286e6dbeffb8d71d39096f10a81c666941e5c0c4916988c3]]
**Document description:** Unredacted Ex 9
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\Exhibit 9 - Ex. B - Materials Reviewed and Considered.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-18
] [a9b44c4019453bcd3b535125c11c3973d4c9dc2e84b7722fab4742943f49ca57f94
cd9e60965ad986cfb04ed007377e2ca6c803cd74b99cc6132b688fe877ef7]]
**Document description:**Proposed Order
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-01 Daubert Motion\Yang Decl Exhibits\FINAL EXHIBITS\2013-11-05 Proposed_Order_Granting_FSL_Motion_to_Exclude_Lawton_Testimony.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133172-19
] [15056ee1cdf5d148e08fd47e7ab28fa9542b53d784c637dacc8c62c2d4d167dbb98
7b05fdceebe8530ed35e5d79390b00e10cb2cdccddacc89f619775a4c2f0c]]