# Exhibit 2

**Thomas, Tori A**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, November 06, 2013 6:14 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:11-cv-05341-YGR MediaTek Inc. v. Freescale Semiconductor, Inc. Administrative Motion to File Under Seal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

### Notice of Electronic Filing

The following transaction was entered by Kim, Rudolph on 11/6/2013 at 3:13 AM PST and filed on 11/6/2013
**Case Name:**     MediaTek Inc. v. Freescale Semiconductor, Inc.
**Case Number:**   4:11-cv-05341-YGR
**Filer:**         Freescale Semiconductor, Inc.
**Document Number:** 303

**Docket Text:**
**Administrative Motion to File Under Seal filed by Freescale Semiconductor, Inc.. (Attachments: # (1) Signature Page (Declarations/Stipulations), # (2) Declaration, # (3) Proposed Order, # (4) Redacted Summary Judgment Motion, # (5) Unredacted Summary Judgment Motion, # (6) Redacted Statement of Material Facts, # (7) Unredacted Statement of Material Facts, # (8) Declaration, # (9) Unredacted Ex 1, # (10) Redacted Ex 2, # (11) Unredacted Ex 2, # (12) Redacted Ex 3, # (13) Unredacted Ex 3, # (14) Redacted Ex 4, # (15) Unredacted Ex 4, # (16) Redacted Ex 5 pt 1, # (17) Unredacted Ex 5 pt 1, # (18) Redacted Ex 5 pt 2, # (19) Unredacted Ex 5 pt 2, # (20) Redacted Ex 5 pt 3, # (21) Unredacted Ex 5 pt 3, # (22) Unredacted Ex 6, # (23) Unredacted Ex 7, # (24) Unredacted Ex 8, # (25) Unredacted Ex 9, # (26) Unredacted Ex 10, # (27) Unredacted Ex 11, # (28) Unredacted Ex 12, # (29) Unredacted Ex 13, # (30) Unredacted Ex 14, # (31) Unredacted Ex 15, # (32) Unredacted Ex 16, # (33) Unredacted Ex 17, # (34) Unredacted Ex 18, # (35) Unredacted Ex 19, # (36) Unredacted Ex 20, # (37) Unredacted Ex 21, # (38) Unredacted Ex 22, # (39) Unredacted Ex 23, # (40) Unredacted Ex 24, # (41) Unredacted Ex 25, # (42) Unredacted Ex 26, # (43) Unredacted Ex 27, # (44) Unredacted Ex 28, # (45) Unredacted Ex 29, # (46) Redacted Ex 30, # (47) Unredacted Ex 30, # (48) Proposed Order)(Kim, Rudolph) (Filed on 11/6/2013)**

**4:11-cv-05341-YGR Notice has been electronically mailed to:**

Adele R. Frankel     Adele.Frankel@wilmerhale.com

Alan Cope Johnston     acjohnston@mofo.com, gotoole@mofo.com

Alexander J. Hadjis     ahadjis@mofo.com, cdyson@mofo.com

Christopher Austin Franklin     christopher.franklin@wilmerhale.com

Craig Evan Davis     craig.davis@wilmerhale.com, erik.marshall@wilmerhale.com

Hector G. Gallegos     hgallegos@mofo.com, nallende@mofo.com

Jacob Paul Ewerdt     jewerdt@mofo.com

James M. Dowd     james.dowd@wilmerhale.com

Jayson L. Cohen     jcohen@mofo.com

Jennifer Esther Chen     Jennifer.Chen@wilmerhale.com, Erik.Marshall@wilmerhale.com

Joseph Francis Haag     joseph.haag@wilmerhale.com, lorna.ejercito@wilmerhale.com

Joshua Hartman     jhartman@mofo.com, ahadjis@mofo.com, cwoods@mofo.com, hcheng@mofo.com, jcohen@mofo.com, jewerdt@mofo.com, myang@mofo.com, TThomas@mofo.com

Keith Leonard Slenkovich     keith.slenkovich@wilmerhale.com, Catherine.Case@wilmerhale.com, leizel.galon@wilmerhale.com

Michael Patrick Wickey     michael.wickey@wilmerhale.com

Michelle Ching Youn Yang     myang@mofo.com

Nathan Loy Walker     nathan.walker@wilmerhale.com, patricia.shore@wilmerhale.com

Robert E. Camors , Jr     bobcamors@camorslaw.com, bobcamors@gmail.com, teresa@camorslaw.com

Rudolph Kim     rudykim@mofo.com, fsagapolu@mofo.com

William F. Lee     william.lee@wilmerhale.com

**4:11-cv-05341-YGR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\01. 2013-11-05_FSL_AMFUS_MSJ.pdf
**Electronic document Stamp:**

2

[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-0]
[58b028e06cfdef35815c77c334e3a9b99b3496f58681432a3d4703818959e6673542
72805e4e9392d728d240e595bd0ea01615bc883126f9a12f25d9522dd2ac]]
**Document description:**Signature Page (Declarations/Stipulations)
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\02. Joint Stip.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-1]
[2db90fdd788ed966c2af43cb90b6ec7ff6864b10afbcb1d9a501e0f142604f2736c2
8c311a07e3e5ae762f4e538c0d462747fd739d8026a32281a7e938d588cd]]
**Document description:**Declaration
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\03. M Patrick Decl ISO FSL AMFUS MSJ.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-2]
[89101d2cbf229d575e9845ca5700156e4f791a2ccb6678125282ecedfa2c724f2b8c
3dd92a3d613e645ea8e4bfd36ccfa5db6fa757a54b97debbf0e387b90252]]
**Document description:**Proposed Order
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\04. Proposed_Order_Granting_AMFUS_MSJ.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-3]
[3aef14f376722a4988f621ca9d7a2c2f0a4b89f5b8ea8af529c43a0adba317727cfb
50bf10206fb8ba9a95c5c9b1bb93208a627bf9b35eae559a80c878273e8e]]
**Document description:** Redacted Summary Judgment Motion
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\05. Summary_Judgment_Motion [Redacted]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-4]
[3867424414663c86e9dc15ba7c80e8f9e1ac17791ce45fce3b9d1bb1210d634ccb31
6e01f91180801c7ce23c9d7ae00ecd625bb906ee4a71863bcb2c69b7ed66]]
**Document description:** Unredacted Summary Judgment Motion
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\Public - Highlighted\05. Summary_Judgment_Motion [Highlighted].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-5]
[27cf947b5c824938c0fe4418e7ab2f7dc3ae721bcac836d642bfad3d13116695864d
624380dc2f1209fbea5b1d6abf26919c393368eea76f152ef45324aa8d48]]
**Document description:** Redacted Statement of Material Facts
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\07. [Redacted] Fact_Sheet2.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-6]
[2d9365beec166e97543767ed8e862e9d12dbadc596e53dfd37fcd8b27aa4862f7524
d616a48b464b6b9723cc4f9cef326df8fbf5bfe700fd6713e4c60a40cd94]]
**Document description:** Unredacted Statement of Material Facts
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\Public - Highlighted\07. [Highlighted] Fact_Sheet_Draft_MSJ.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-7]
[583ee45368f657c56ae463be714d52e7bdfcd728e17bd4b46fc8334ff994b9ced5af

e07bf0d4ec48c38db04afc11073db89f13d02119eb8e7f115b0392deb351]]
**Document description:**Declaration
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\06. Ewerdt Decl ISO FSL Summary Judgment Motion.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-8]
[9dbf4932f2f393174834b0ce29803f5c94ddd9a2ace6275537c097fcabf750ca82b3
ccee0298ba172757a48f5a9625ec3198dee30a4b96d24f088587af21e713]]
**Document description:** Unredacted Ex 1
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 1 - US Patent No. 6738845-1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-9]
[8cbb2e35607839edc1c56524b0aebc835033518cc541cebd20d4c186e3adc5ecfdc4
3a2b156d8f700f3f72d2f4fd1b559246b02d605504b254ff03e3ab7bb251]]
**Document description:** Redacted Ex 2
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 2 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-10
] [114870698f997b066d046d1d733c310a369e6cdf837be833c36e33bd6f21ab31504
bd20a5bff8179e88ff663fd99f89d2513d2d1fcf9e59e6ce676f25d56cb65]]
**Document description:** Unredacted Ex 2
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 2 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-11
] [103134d89d909acd1501b9ef14ed0f65f4e20e46a4d450a15f33aa2a9b6bcf15590
23bda3f3554c9ae94b5d3e7005cb1234fc4f49fe94ac4ef6de73e4cf3d233]]
**Document description:** Redacted Ex 3
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 3 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-12
] [7117e6a25c6c69bf341b484bbdde24199698cb22fbbc7ca700e93821ed62d94b3b5
3b6fac39a4271438108aee83bde354f259dc163250cc0efa3f7bdef03548f]]
**Document description:** Unredacted Ex 3
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 3 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-13
] [ae1da0a4e1261933873bb9e1183288da7f5cf7ab35b604351ef232589a0dfcf5eaf
fe5e149fae417dca97878e003bedd78f1b3340115beabd4d5e53d5821ed60]]
**Document description:** Redacted Ex 4
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 4 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-14
] [0b12845f3625ec5e34cc7493d4b62f8f8f745530a768b69051c2985eed9a252fc54
469d41bbf1336491fe4c1cbd2412dd00155f6a476c9994c0cdd6e3db225d1]]
**Document description:** Unredacted Ex 4

**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 4 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-15
] [b10e6c488bbd4d6724fe25b892fd2d56af555dee0d644c2b757fd61d686c33758d9
ed4a21749289317cec4f55663167fad120a3170dc01b00720adf849160336]]
**Document description:** Redacted Ex 5 pt 1
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-1 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-16
] [a98f43fa67eceaf81c9bad88e672d5cf9599f1505d6b9c4085a29de8ad397ff0669
bb955cf797d579311e4f02ff21d0683152b93b858c59e3734e09c2449d873]]
**Document description:** Unredacted Ex 5 pt 1
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-1 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-17
] [4c254533aea92d38fab5d3ef0ffbd6c970e462738e9356a152e5bb6c8379e9ed713
1a0622d2d8b59db9c660bad0fc015d7608f0ad9fcb815ab60f0151feb2376]]
**Document description:** Redacted Ex 5 pt 2
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-2 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-18
] [18bc49e69a71270967b9cd0f7473dcd0f569cc59b18efe195a18553ea73976bf3ca
c0f6e0a5251713775c1deeb7d9bc28ba2991319c68ed46c9c9356e898d174]]
**Document description:** Unredacted Ex 5 pt 2
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-2 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-19
] [1a612e7d46599fbef610af475042e3730fa77d506629b0702fa29260c97d0bb4c16
642c94afcd58d5dc4c35bcbfbb5668c3374c611409c743e38ce6e85183823]]
**Document description:** Redacted Ex 5 pt 3
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-3 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-20
] [7a366b48cee131cd47c470a5f4c641f484e252a9b792ac8f668bb4205adede05079
3539e723f8d36a82dc9a53fc45dc8a2844b5ef6d49e55e39558bc77e03ef9]]
**Document description:** Unredacted Ex 5 pt 3
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 5-3 [CONF-HIGHLIGHT].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-21
] [b3a91cd8e72283cf08e349050c442388922bc43b37f05c6acdea7a84a66f27cc1a5
3a197b9845ecb1924ad332229beb47a9e694c4893d6c444eb13512952916b]]
**Document description:** Unredacted Ex 6
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 6 - Excerpts of Asanovic 2013-10-18 Dep

Transcript - CBI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-22
] [6615489918949515e23c267b064570a7693fd9ebdbdc21479046383cd8df4f0236d
96c1929a2c53da298267edad4ff51ba06add03307ce1368284d124c2ff09a]]
**Document description:** Unredacted Ex 7
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 7 -Excerpts Public.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-23
] [292888241637cfc9d00be5d0094136ebe1bf6fe8c9c5c2bee6ee2eb40ea9c82536d
6af5c40117afb481eb6fa218a6608ae0bada65b750705950c0b616f08f66c]]
**Document description:** Unredacted Ex 8
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 8 - US Patent No. 6889331.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-24
] [185701d023d8b43bed46f4c491d0743b02c67366895430b617db733ed020d02c264
82bac083b02c63f0a92e40232b018ef105940ee50e93e39cd4f0bd2d11556]]
**Document description:** Unredacted Ex 9
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 9 - 2013-08-23 Expert Report of Charles Narad Regarding 331 Infringement CBI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-25
] [0c1769aa6e27ef33946c59eb1bbc09ed9e81663e1b5c56ddf4f4871f4ca2c9d3317
9dc4bc34d0aa7628876ca17529726b6f68cce8a687bb119afc77274b0fbb0]]
**Document description:** Unredacted Ex 10
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 10 - Ex. C-1 to Narad Expert Report on '331 Patent1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-26
] [534b39f9f3ac62dc744d8c70f828981f660bd2f381fa7bb0c0815db9270c5b936da
bcd345069bbdec17c43974a4fb14886faad8368f7fd2b0a269d134bc2d817]]
**Document description:** Unredacted Ex 11
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 11 - Ex. C-2 to Narad Expert Report on '331 Patent1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-27
] [3ef13a78a62f99f4cb5a40c23b583850ae73dc324889e45d27e8a12ff272a5e31b1
1109d3a40f35cc22f5163c45c654bcfb3704ab587996dd8fc5d638e07ea4a]]
**Document description:** Unredacted Ex 12
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 12 - 2013-08-24 Opening Expert Report of Dr Frank Vahid.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-28
] [7d8409d1d2df302a26a3b4be325192ca24eb92c533deeeb594f65fa3cc2b063beb9
e44f8d91871b2268c324ac2acdb6f88ed1466bf1a24dcf31f37424107a59e]]

**Document description:** Unredacted Ex 13
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 13 - Excerpts of Narad 2013-10-23 Dep Transcript.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-29
] [68666795f6d191702e5b06d210fcf6f2723f642e022f69d8398cacdd1623ec11e49
31b5f3cc7e66af2cd27c1307ec86df2225cb123d1997aefb075c940201997]]
**Document description:** Unredacted Ex 14
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 14 - 2013-06-10 MediaTek's Amended Infringement Contentions.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-30
] [95ca38832d19af8f59fa345b67463b496a1e71d09097e163fbf410386942cdac129
95071509e6904859d322f750ce513e60e15cf95ee389309e96929ee512ca1]]
**Document description:** Unredacted Ex 15
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 15 - Exhibit A-1 to MTK Amended Infringement Contentions.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-31
] [548753dd490e24964e599d4d06b6edbd4d3cd3e62f054c24c55c8b2bfa0115270a9
8edffa3fb643e974dbcdbdf667b2ddb7f11fcc98046c0ca644608d0c78fef]]
**Document description:** Unredacted Ex 16
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 16 - Ex. B-1 to MTK Amended Infringement Contentions.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-32
] [0c94d9c5e15ca40f4f4db18d4c24daba914ec4fd320887e90aa11453d2c667b9013
73393e050b0df8d1b3b8bfd732d13236e333d4201a3f607a600464b4cf5be]]
**Document description:** Unredacted Ex 17
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 17 - Interfacing the MC13783 Power Management IC with i.MX31 Application Processors FSL-00040145.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-33
] [0b96eaf3676de0da46dc360472e8b636a8981cc1a4caf813e7079006d25596f7eaf
08088d121b29a67816a7088cd96cb88121cc5598d88578d98946832602182]]
**Document description:** Unredacted Ex 18
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 18 - Excerpts of iMX31 Reference Manual.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-34
] [9c0f07f07bdf2550c38caf99fca20ad7929e606f2a26dda04ba7af94b493e54ad3a
48cc1e3db81701417c3dfe95591e5988dc8bad7bb5dd29f2899c0cb2bbc95]]
**Document description:** Unredacted Ex 19
**Original filename:** P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 19 - Excerpts of i.MX35 Reference Manual.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-35
] [541ca25ceb61c8047a1083fb127399370c4c7ab76b2e380a8810eb37b7b2fa3ab60
189583a1c446bb52c7633391068140d832ff50a4374cd43301a4ee91b2067]]
**Document description:** Unredacted Ex 20
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 20 - Excerpts of iMX50 Reference Manual.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-36
] [038100549f0e8eed8c4919de9bb07a4e8ee1380d47cbfb87a2c1d4f7586b89f517d
d7941b3d440ebab50027c6d916a5bcc62262a14d3af326fd1012473bd97c5]]
**Document description:** Unredacted Ex 21
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 21 - Excerpts of iMX51 Reference Manual.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-37
] [93c72e801c2199d1a314a8e1aad792234d818136ba98bbc7e04de7b284ed944e022
e506368f8d058a1d06688386895345ca6029d6bca4c664f92273aadab88ae]]
**Document description:** Unredacted Ex 22
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 22 - Excerpts of iMX53 Reference Manual.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-38
] [9ef29f8039226a60e77662686b5a9d39509a76342edb3b12339470918e78d9156d3
219e5f5df5eaad417cf2f557947ce60a5fe897aa9ede7bc386f38f93868ba]]
**Document description:** Unredacted Ex 23
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 23 - Excerpts of i.MX6 Reference Manual.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-39
] [b034d95a3c5a155d0bd4ef6f264d39c9ff4ffd135088d69ff2b5c4f535e49843dd7
a6638769cb6dc20a124353ca31d5ab313b03a8d54c78ac1d779cd37d6e888]]
**Document description:** Unredacted Ex 24
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 24 - CBI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-40
] [5831332cdfacff3ce923c60269423a3e742a0daea187cb1774eb731b2048a7e4d71
eb1a3b330e08a2fb4339cdb185f4a2bae2c96c7e641901cde9be1d850131b]]
**Document description:** Unredacted Ex 25
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 25 - Foxconn Record FSL-02435201 - CBI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-41
] [527c8ed4a3b8f7aab9b44c0206837382bcd6a4905f2c7d1d151f5861a3ed2c536d4
cb03442c0570d40f9006486f344d4da2dff5fbc34b64c8d746ad49d819b14]]
**Document description:** Unredacted Ex 26
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 26 - Exhibit 6 to Percy Deposition - CBI.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-42
] [55718a80e455fd7e992df9cdf1d3dc5096021dcb123f1eef469bf7fa7c4eab7a0b9

545a9c2cda2bb4be5cac9770b13b6a6f54a4e6eec6d48959431e3ead5cb0e]]
**Document description:** Unredacted Ex 27
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 27 - Amazon Lab Agreement FSL-02434180 - CBI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-43
] [809cea021b8f82abbdeac129a2a52aeb058ffc98b23038101a4325ff5dead15210b
3c7f767d53a35f279470690c95011c5088ae08a5fd7acdfa8042c1043247b]]
**Document description:** Unredacted Ex 28
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 28 - 2013-07-19 Third Supplemental Objections & Responses to 1st set of Rogs No. 20 (Public).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-44
] [3f02efc8f0d691096bbf19a058cdfc307a36f79ebc6501d4a12fc34214f4d7828e1
7f0785158398a425d60fca7bdc9bea58532f7e70a78713dd33ef3c1c4cbf6]]
**Document description:** Unredacted Ex 29
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 29 - 2013-08-23 Excerpt to Mediatek Expert Report of Catharine M. Lawton.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-45
] [731d63e6c1c0a6219ba996e014dadc8bc184985c80398f2424da9056c19e2d092fc
194b53e012ff4c8d517e73c758e1d5cbb7e17932dbd9668ca21a4da2abb78]]
**Document description:** Redacted Ex 30
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 30 [CONF-RDT]_Redacted.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-46
] [165a6ce9d0a6ff9a038bf4aabc336fef0f7cae84d3155aa5d2221db8f48dc7ff5b8
32fbfbb48805f5ddc8a58708a71664cf7bc83b008fafa84b79ef4ebc21a4a]]
**Document description:** Unredacted Ex 30
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ewerdt Decl Exhibits\FINAL EXHIBITS\Exhibit 30 [CONF-HIGHLIGHT.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-47
] [5099ffbebe123b241404ebf3c7b96438b0b70b1dcff9f6bdada457ce176a899dfe4
163ad8db80d33272053b4433ff103d1655b60e9bbcb50b02dedbba937ae39]]
**Document description:**Proposed Order
**Original filename:**P:\53297\0000024\008-WORKING FOLDERS\2013-11-05 Motion for Summary Judgment\Ready to File\08. SJ_Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/6/2013] [FileNumber=10133190-48
] [15a8764969dffd4226db8ec273f2a56c3856933f996562da668fa2ee5345ca38e7c
90bee62c320f1b379cb7a8e593db8085046ed02a33c266aa5ff4e87ec137d]]