RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**DECLARATION OF MARK PATRICK IN SUPPORT OF MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 299** |

I, Mark Patrick, declare as follows:

1. I am Law Director, Intellectual Property for Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of MediaTek's Stipulated Administrative Motion to File Documents Under Seal (Motion to Seal), Dkt. No. 299, pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. **Technical Information Concerning Function and Operation of Freescale Products.** MediaTek seeks to file under seal Exhibits 5A, 5B, and 5C to the Declaration of Jennifer E. Chen in Support of MediaTek's Motion to Strike, or in the Alternative Preclude Under Daubert, Improper Opinions of Dr. Frank Vahid (Chen Declaration Exs. 5A, 5B, and 5C), which, when combined, is the Rebuttal Expert Report of Dr. Frank Vahid. (Dkt. Nos. 299-12, 299-13, 299-14.) Attached as Exhibits 1, 2, and 3 to this declaration are the versions of Chen Declaration Exs. 5A, 5B, and 5C with Freescale's proposed redactions. The identified portions of Chen Declaration Exs. 5A, 5B, and 5C discuss highly confidential proprietary information on the technical details of Freescale's accused products derived from confidential detailed block diagrams, which identify the arrangement of specific blocks on Freescale's accused products. Freescale stamped documents containing these confidential detailed block diagrams "Highly Confidential – Attorneys' Eyes Only" before producing them to MediaTek. Disclosure of information from these confidential detailed block diagrams would significantly harm Freescale by allowing its competitors to learn detailed information on the function and operation of the accused product families, including the arrangement and behavior of specific blocks, such that they may appropriate Freescale's proprietary technology. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. Accordingly, Freescale requests that the Court seal the portions of Chen Declaration Exs. 5A, 5B, and 5C that Freescale has proposed be redacted in Exhibits 1, 2, and 3 to this declaration.

1
2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.  Executed this 12th day of November, 2013, at Austin, Texas.

4
5                                                        Mark Patrick

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case4:11-cv-05341-YGR   Document315   Filed11/12/13   Page4 of 4