RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DISPOSITIVE AND DAUBERT MOTIONS BY 3.5 HOURS**<br><br>Hon. Yvonne Gonzalez Rogers |

1  Upon consideration of the parties' Stipulated Request to Extend the Deadline for
2  Dispositive and <u>Daubert</u> Motions by 3.5 Hours, and finding that good cause exists, this Court
3  hereby GRANTS Stipulated Request to Extend the Deadline for Dispositive and <u>Daubert</u> Motions
4  by 3.5 Hours and ORDERS that the deadline to file dispositive and <u>Daubert</u> motions is extended
5  from midnight, November 5, 2013, to 3:30 a.m. on November 6, 2013.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 11/14/13

YVONNE GONZALEZ ROGERS
United States District Court Judge

[PROPOSED] ORDER GRANTING STIP. REQ. TO EXTEND DEADLINE FOR DISPOSITIVE AND <u>DAUBERT</u> MOT.
CASE NO. 4:11-CV-05341 (YGR)

1