# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>　　　　Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR RESOLUTION OF DISCOVERY SANCTIONS MOTION AND ASSOCIATED MOTION TO SEAL (DKT. NO. 308)** |

　　　　Pursuant to Local Rule 72-1, the Motion for Adverse Inferences Stemming from Concealment of Material Evidence, pursuant to FRCP 37, and the associated Administrative Motion to File Under Seal (Dkt. No. 308) are **REFERRED** to Magistrate Judge Jacqueline Scott Corley for resolution.

　　　　The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

　　　　**IT IS SO ORDERED**.

Dated: November 19, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc:  Magistrate Judge Corley; MagRef Email