Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>            Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>            Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>**NOTICE OF ERRATA RE: MEDIATEK'S OPPOSITION TO FREESCALE'S MOTION TO EXCLUDE TESTIMONY OF CATHARINE M. LAWTON (DKT. NOS. 323-10, 323-17, 323-19, and 323-21)**<br><br>Hon. Yvonne Gonzalez Rogers |

Plaintiff MediaTek, Inc. ("MediaTek") hereby gives Notice of Errata in its Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton ("Lawton Opposition") (Dkt. Nos. 323-10, 323-17, 323-19, and 323-21, filed November 19, 2013). The errata are as follows:

1. MediaTek inadvertently failed to fully redact Exhibit 1 to the Hammon Declaration from the Lawton Opposition (Dkt. No. 323-10), which includes a figure based on information designated by defendant Freescale Semiconductor, Inc. ("Freescale") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The attached revised Exhibit 1 to the Hammon Declaration in support of the Lawton Opposition replaces the current Dkt. No. 323-10, as it contains the redactions necessary to protect Freescale's confidential business information, until such time as this Court rules on MediaTek's Stipulated Motion for Leave to File Under Seal (Dkt. No. 323).

2. MediaTek inadvertently failed to properly redact Exhibit 5 to the Hammon Declaration from the Lawton Opposition (Dkt. No. 323-17), which includes technical information concerning the function and operation of the Freescale accused products, information designated by Freescale as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The attached revised Exhibit 5 to the Hammon Declaration in support of the Lawton Opposition replaces the current Dkt. No. 323-17, as it contains the redactions necessary to protect Freescale's confidential business information, until such time as this Court rules on MediaTek's Stipulated Motion for Leave to File Under Seal (Dkt. No. 323).

3. MediaTek inadvertently failed to properly redact Exhibit 6 to the Hammon Declaration from the Lawton Opposition (Dkt. No. 323-19), which includes technical information concerning the function and operation of the Freescale accused products, information designated by Freescale as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

ONLY." The attached revised Exhibit 6 to the Hammon Declaration in support of the Lawton Opposition replaces the current Dkt. No. 323-19, as it contains the redactions necessary to protect Freescale's confidential business information, until such time as this Court rules on MediaTek's Stipulated Motion for Leave to File Under Seal (Dkt. No. 323).

4. MediaTek inadvertently failed to properly redact Exhibit 7 to the Hammon Declaration from the Lawton Opposition (Dkt. No. 323-21), which includes technical information concerning the function and operation of the Freescale accused products, information designated by Freescale as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The attached revised Exhibit 7 to the Hammon Declaration in support of the Lawton Opposition replaces the current Dkt. No. 323-21, as it contains the redactions necessary to protect Freescale's confidential business information, until such time as this Court rules on MediaTek's Stipulated Motion for Leave to File Under Seal (Dkt. No. 323).

Dated: November 22, 2013

Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/ Christopher A. Franklin*
Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)

1  William.Lee@wilmerhale.com
   WILMER CUTLER PICKERING
2     HALE AND DORR LLP
   60 State Street
3  Boston, MA  02109
   Telephone:  (617) 526-6000
4  Facsimile:  (617) 526-5000

5  James M. Dowd  (SBN 259578)
      James.Dowd@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  350 S. Grand Avenue, Suite 2100
   Los Angeles, CA  90071
8  Telephone:  (213) 443-5300
   Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.