RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE DEADLINE FOR FREESCALE'S OPPOSITION TO MEDIATEK'S MOTION FOR SUMMARY JUDGMENT BY 30 MINUTES** |

1  Upon consideration of the parties' Stipulated Request to Extend the Deadline for
2  Freescale's Opposition to MediaTek's Motion for Summary Judgment By 30 Minutes, and
3  finding that good cause exists, this Court hereby GRANTS the Stipulated Request to Extend the
4  Deadline for Freescale's Opposition to MediaTek's Motion for Summary Judgment By 30
5  Minutes and ORDERS that the deadline to file Freescale's Opposition to MediaTek's Motion for
6  Summary Judgment is extended from midnight, November 19, 2013, to 12:30 a.m. on November
7  20, 2013.

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  This order terminates Docket No. 331.

12  Dated:  November 25, 2013

  YVONNE GONZALEZ ROGERS
  United States District Judge

PROPOSED ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE FOR FREESCALE'S OPP.
CASE NO. 4:11-CV-05341 (YGR)                                                                 1