RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br>  Plaintiff, <br><br>  v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br>  Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **JOINT STIPULATION TO FREESCALE'S ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 332]** <br><br> Hon. Yvonne Gonzalez Rogers |

1    Defendant Freescale Semiconductor, Inc. (Freescale) and Plaintiff MediaTek Inc.

2 (MediaTek), through their undersigned counsel, hereby agree and stipulate as follows:

3    WHEREAS Freescale wishes to file an Administrative Motion to Seal Freescale

4 Confidential Information in MediaTek's Stipulated Administrative Motion for Leave to File

5 Documents Under Seal [Dkt. No. 332] in order to file under seal portions of Dkt. Nos. 332-5 and

6 332-8;

7    WHEREAS Dkt. Nos. 332-5 and 332-8 contain information designated by Freescale as

8 "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Amended Protective

9 Order in force in this action;

10    WHEREAS the parties met and conferred on this issue on November 26, 2013;

11    WHEREAS Freescale wishes to maintain the confidentiality of certain information

12 disclosed in Dkt. Nos. 332-5 and 332-8;

13    NOW THEREFORE, pursuant to Local Civil Rule 7-11, Freescale and MediaTek, by and

14 through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

15    Dkt. Nos. 332-5 and 332-8 should be filed under seal.

16    IT IS SO STIPULATED.

Dated:  November 26, 2013               FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/       Jacob P. Ewerdt*
RUDY Y. KIM (CA SBN 199426)
  RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
  ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (*pro hac vice*)
  AHadjis@mofo.com
JOSHUA A. HARTMAN (*pro hac vice*)
  JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500

JOINT STIPULATION TO FREESCALE'S ADMIN. MOT. TO SEAL FREESCALE CBI IN DKT. NO. 332
CASE NO. 4:11-CV-05341 (YGR)                                                                1

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2013 | Respectfully submitted, |
| 2 | | MEDIATEK INC. |
| 3 | | By its attorneys, |
| 5 | | */s/  Christopher A. Franklin*<br>Keith L. Slenkovich (SBN 129793)<br>  Keith.Slenkovich@wilmerhale.com |
| 6 | | Joseph F. Haag (SBN 248749)<br>  Joseph.Haag@wilmerhale.com |
| 7 | | Christopher A. Franklin  (SBN 272587)<br>  Christopher.Franklin@wilmerhale.com |
| 8 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 9 | | 950 Page Mill Road<br>Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 12 | | William F. Lee (pro hac vice)<br>  William.Lee@wilmerhale.com |
| 13 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | | 60 State Street<br>Boston, MA 02109 |
| 15 | | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 16 | | James M. Dowd (SBN 259578)<br>  James.Dowd@wilmerhale.com |
| 17 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | | 350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 19 | | Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400 |

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Jacob P. Ewerdt and Christopher A. Franklin have concurred in this filing.

Dated:  November 26, 2013           */s/  Rudy Y. Kim*
                                           Rudy Y. Kim

JOINT STIPULATION TO FREESCALE'S ADMIN. MOT. TO SEAL FREESCALE CBI IN DKT. NO. 332
CASE NO. 4:11-CV-05341 (YGR)                                                    2