RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br>    Plaintiff, <br><br>  v. <br><br>FREESCALE SEMICONDUCTOR, INC., <br><br>    Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br>**[PROPOSED] ORDER GRANTING FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 332]** <br><br>Hon. Yvonne Gonzalez Rogers |

1  Upon consideration of Defendant Freescale Semiconductor, Inc.'s (Freescale) Stipulated
2  Administrative Motion to Seal Freescale Confidential Information in MediaTek's Stipulated
3  Administrative Motion for Leave to File Documents Under Seal [Dkt. No. 332] (Stipulated
4  Administrative Motion), and finding that good cause exists, this Court hereby GRANTS
5  Freescale's Stipulated Administrative Motion and ORDERS that the following documents shall
6  be sealed in part, as indicated below:

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| [Dkt. No. 332-5] MediaTek Inc's Opposition to Freescale Semiconductor, Inc.'s Motion to Strike Certain Portions of MediaTek's Expert Reports | Portions under seal |
| [Dkt. No. 332-8] MediaTek's Amended Infringement Contentions, Exhibit C | Portions under seal |

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order, Docket No. 100.

Dated: _____, 2013

                                                            _____
                                                            United States District Judge

PROPOSED ORDER GRANTING FREESCALE'S STIP. ADMIN. MOT. TO SEAL FREESCALE CBI IN DKT. NO. 332
CASE NO. 4:11-CV-05341 (YGR)                                                              1