1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>    Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 334]**<br><br>Hon. Yvonne Gonzalez Rogers |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendant Freescale Semiconductor, Inc. (Freescale) submits this motion for an order to file under seal the confidential, unredacted versions of the following documents:

1. Portions of Dkt. No. 334-6, MediaTek Opposition to Freescale's Motion for Adverse Inferences;

2. Dkt. No. 334-21, excerpts of Freescale's MXC91131 Baseband Processor IC Reference Manual;

The redacted portions of Dkt. Nos. 334-6 and 334-21 discuss confidential information about technical features of Freescale's accused products derived from documents produced by Freescale to MediaTek that had been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, Docket No. 100, in force in this action.

Pursuant to Civil Local Rule 79-5(b), Freescale seeks to seal the identified portions of Dkt. Nos. 334-6 and 334-21. Attached herewith is the Declaration of Mark Patrick, which provides the bases for sealing Dkt. Nos. 334-6 and 334-21. Freescale also files a narrowly tailored proposed sealing order pursuant to Civil Local Rule 79-5(d)(1)(b).

Pursuant to Civil Local Rule 79-5(d)(2), Freescale will lodge with the Clerk the documents at issue, with accompanying chamber copies.

Pursuant to Civil Local Rule 7-11 and 7-12, Freescale and MediaTek stipulated to the filing of this Motion on November 26, 2013. A signed stipulation is attached. See Joint Stipulation to Freescale's Administrative Motion to Seal Freescale's Confidential Information.

For the foregoing reasons, Freescale requests that the Court enter the accompanying Proposed Order granting Freescale's Stipulated Administrative Motion to Seal Freescale's Confidential Information and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

| | | |
|---|---|---|
| 1 | Dated: November 26, 2013 | MORRISON & FOERSTER LLP |

By:    /s/ *Rudy Y. Kim*
      RUDY Y. KIM (CA SBN 199426)
      RudyKim@mofo.com
      ALAN COPE JOHNSTON (CA SBN 66334)
      ACJohnston@mofo.com
      MORRISON & FOERSTER LLP
      755 Page Mill Road
      Palo Alto, California  94304
      Telephone: (650) 813-5600
      Facsimile: (650) 494-0792

      ALEXANDER J. HADJIS (pro hac vice)
      AHadjis@mofo.com
      JOSHUA A. HARTMAN (pro hac vice)
      JHartman@mofo.com
      MORRISON & FOERSTER LLP
      2000 Pennsylvania Avenue, NW
      Suite 6000
      Washington, DC 20006
      Telephone: (202) 887-1500
      Facsimile: (202) 887-0763

      Attorneys for Defendant-Counterclaimant
      FREESCALE SEMICONDUCTOR, INC.