1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **JOINT STIPULATION TO FREESCALE'S ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 334]** <br><br> Hon. Yvonne Gonzalez Rogers |

1  Defendant Freescale Semiconductor, Inc. (Freescale) and Plaintiff MediaTek Inc.
2  (MediaTek), through their undersigned counsel, hereby agree and stipulate as follows:
3  WHEREAS Freescale wishes to file an Administrative Motion to Seal Freescale
4  Confidential Information in MediaTek's Stipulated Administrative Motion for Leave to File
5  Documents Under Seal [Dkt. No. 334] in order to file under seal portions of Dkt. No. 334-6 and
6  the entirety of Dkt. No. 334-21;
7  WHEREAS Dkt. Nos. 334-6 and 334-21 contain information designated by Freescale as
8  "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Amended Protective
9  Order in force in this action;
10  WHEREAS the parties met and conferred on this issue on November 26, 2013;
11  WHEREAS Freescale wishes to maintain the confidentiality of certain information
12  disclosed in Dkt. Nos. 334-6 and 334-21;
13  NOW THEREFORE, pursuant to Local Civil Rule 7-11, Freescale and MediaTek, by and
14  through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:
15  Dkt. Nos. 334-6 and 334-21 should be filed under seal.
16  IT IS SO STIPULATED.

17  Dated:  November 26, 2013     FREESCALE SEMICONDUCTOR, INC.
18  By its attorneys,
19  */s/      Jacob P. Ewerdt*
RUDY Y. KIM (CA SBN 199426)
20    RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
21    ACJohnston@mofo.com
MORRISON & FOERSTER LLP
22  755 Page Mill Road
Palo Alto, California  94304
23  Telephone: (650) 813-5600
Facsimile: (650) 494-0792
24
ALEXANDER J. HADJIS (*pro hac vice*)
25    AHadjis@mofo.com
JOSHUA A. HARTMAN (*pro hac vice*)
26    JHartman@mofo.com
MORRISON & FOERSTER LLP
27  2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006
28  Telephone: (202) 887-1500

JOINT STIPULATION TO FREESCALE'S ADMIN. MOT. TO SEAL FREESCALE CBI IN DKT. NO. 334
CASE NO. 4:11-CV-05341 (YGR)                                                         1

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2013 | Respectfully submitted, |
| 2 | | MEDIATEK INC. |
| 3 | | By its attorneys, |
| 4 | | |
| 5 | | */s/   Christopher A. Franklin*<br>Keith L. Slenkovich (SBN 129793) |
| | | Keith.Slenkovich@wilmerhale.com |
| 6 | | Joseph F. Haag (SBN 248749) |
| | | Joseph.Haag@wilmerhale.com |
| 7 | | Christopher A. Franklin  (SBN 272587) |
| | | Christopher.Franklin@wilmerhale.com |
| 8 | | WILMER CUTLER PICKERING |
| | | HALE AND DORR LLP |
| 9 | | 950 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 858-6000 |
| | | Facsimile: (650) 858-6100 |

William F. Lee (pro hac vice)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Jacob P. Ewerdt and Christopher A. Franklin have concurred in this filing.

Dated:  November 26, 2013                         */s/  Rudy Y. Kim*
                                                                           Rudy Y. Kim