1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>             Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER GRANTING FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 334]**<br><br>Hon. Yvonne Gonzalez Rogers |

1  Upon consideration of Defendant Freescale Semiconductor, Inc.'s (Freescale) Stipulated
2  Administrative Motion to Seal Freescale Confidential Information in MediaTek's Stipulated
3  Administrative Motion for Leave to File Documents Under Seal [Dkt. No. 334] (Stipulated
4  Administrative Motion), and finding that good cause exists, this Court hereby GRANTS
5  Freescale's Stipulated Administrative Motion and ORDERS that the following documents shall
6  be sealed in part, as indicated below:

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| [Dkt. No. 334-6] MediaTek Opposition to Freescale's Motion for Adverse Inferences | Portions under seal |
| [Dkt. No. 334-21] Freescale's MXC91131 Baseband Processor IC Reference Manual | Whole document under seal |

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order, Docket No. 100.

Dated: _____, 2013

                                                    _____
                                                    United States District Judge

PROPOSED ORDER GRANTING FREESCALE'S STIP. ADMIN. MOT. TO SEAL FREESCALE CBI IN DKT. NO. 334
CASE NO. 4:11-CV-05341 (YGR)                                                              1