RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **DECLARATION OF MARK PATRICK IN SUPPORT OF MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 334** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

I, Mark Patrick, declare as follows:

1. I am Law Director, Intellectual Property for Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of MediaTek's Stipulated Administrative Motion to File Documents Under Seal (Motion to Seal), Dkt. No. 334, pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. **Technical Information Concerning Function and Operation of Freescale Products.** MediaTek seeks to file under seal MediaTek's Opposition to Freescale Semiconductor, Inc.'s Motion for Adverse Inferences (MediaTek's Opposition) (Dkt. No. 334-6) and Exhibit 7 to Hammon Declaration in Support of MediaTek's Opposition, Excerpts of MXC91131 Baseband Processor IC Reference Manual (Dkt. No. 334-21).

3. Attached as Exhibit A to this declaration is the version of MediaTek's Opposition with Freescale's proposed redactions highlighted in yellow. Attached as Exhibit B to this declaration is the entirety of Exhibit 7 to Hammon Declaration in Support of MediaTek's Opposition, Excerpts of MXC91131 Baseband Processor IC Reference Manual. The identified portions of Exhibit A and the entirety of Exhibit B discuss highly confidential proprietary information on the technical features of Freescale's accused products, including specific signals, signal type, and signal descriptions, derived from a document that Freescale had stamped as "Highly Confidential – Attorneys' Eyes Only" before producing to MediaTek. Disclosure of the confidential information from Exhibits A and B would significantly harm Freescale by allowing its competitors to learn detailed information on the function and operation of the accused product families, including the identity, type, and description of specific signals on the accused products and the function or behavior of particular signals, such that they may appropriate Freescale's proprietary technology. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. Accordingly, Freescale requests that the Court seal MediaTek's Opposition and Exhibit 7 to Hammon Declaration in Support of MediaTek's Opposition.

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct. Executed this 26th day of November, 2013, at Austin, Texas.

                                                                               Mark Patrick