1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (*pro hac vice*)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (*pro hac vice*)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

13

14
                   **UNITED STATES DISTRICT COURT**
15
                 **NORTHERN DISTRICT OF CALIFORNIA**
16
                        **OAKLAND DIVISION**
17

18 MEDIATEK INC.,                          Civil Action No. 4:11-cv-05341 (YGR)

19              Plaintiff,                 **CERIFICATE OF SERVICE OF
                                           DECLARATION OF MICHELLE
20     v.                                  YANG IN SUPPORT OF
                                           FREESCALE'S STIPULATED
21 FREESCALE SEMICONDUCTOR, INC.,          ADMINISTRATIVE MOTION TO
                                           FILE UNDER SEAL**
22              Defendant.

23

24

25

26

27

28
   CERTIFICATE OF SERVICE
   Case No. 4:11-cv-05341 (YGR)

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the **DECLARATION OF MICHELLE**
**YANG IN SUPPORT FREESCALE'S STIPULATED ADMINISTRATIVE MOTION FOR**
3   **LEAVE TO FILE UNDER SEAL** was served, pursuant to an agreement between the parties,
upon the following individuals by electronic mail on November 26, 2013, to the following
4   addresses:

5          **Keith L. Slenkovich**
          **Joseph F. Haag**
6          **Nathan L. Walker**
          **Craig E. Davis**
7          Wilmer Cutler Pickering Hale and Dorr LLP
          950 Page Mill Road
8          Palo Alto, CA  94304
          Email: keith.slenkovich@wilmerhale.com
9          Email: joseph.haag@wilmerhale.com
          Email: Nathan.Walker@wilmerhale.com
10         Email: craig.davis@wilmerhale.com

11         **James M. Dowd**
          Wilmer Cutler Pickering Hale & Dorr
12         350 S Grand Avenue
          Suite 2100
13         Los Angeles, CA  90071
          Email: james.dowd@wilmerhale.com

14         **William F. Lee**
          Wilmer Pickering Hale and Dorr LLP.
15         60 State Street
          Boston, MA  02109
16         617-526-6000
          Fax: 617-526-5000
17         Email: william.lee@wilmerhale.com

          WHMediaTek-FreescaleOffensive@wilmerhale.com
18
          I certify under penalty of perjury that the foregoing is true and correct.
19
          Executed at Washington, D.C., this 26th day of November, 2013.
20

21   _____          _____
          Jacob Ewerdt                              */s/ Jacob Ewerdt*
22             (typed)                                (signature)

          **ATTESTATION OF E-FILED SIGNATURE**
23

24   I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Certificate
     of Service.  In compliance with General Order 45, X.B., I hereby attest that Jacob Ewerdt has
     concurred in this filing.
25

26   Dated:  November 26, 2013                    *_____*
                                                   */s/  Rudy Y. Kim*
                                                        Rudy Y. Kim
27

28

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)                                                        1