RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (*pro hac vice*)
AHadjis@mofo.com
JOSHUA A. HARTMAN (*pro hac vice*)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**DECLARATION OF JOSHUA A. HARTMAN IN SUPPORT OF FREESCALE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN PORTIONS OF MEDIATEK'S EXPERT REPORTS**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Joshua A. Hartman, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Defendant Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of Freescale's Reply in Support of Its Motion to Strike Certain Portions of MediaTek's Expert Reports. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Exhibit 1 is a true and correct copy of Exhibit C to MediaTek's Amended Infringement Contentions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th Day of November, 2013, at Alexandria, V.A.

*/s/ Joshua A. Hartman*
Joshua A. Hartman

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jacob Ewerdt has concurred in this filing.

Dated: November 27, 2013                    */s/ Rudy Y. Kim*
                                            Rudy Y. Kim