Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>                          Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                          Defendant. | Civil Action No. 4:11-cv-05341 (YGR) (JSC)<br><br><br>**DECLARATION OF MH SHIEH IN SUPPORT OF FREESCALE SEMICONDUCTOR INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><br>**DEMAND FOR JURY TRIAL** |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

1    I, MH Shieh, declare as follows:

2        1.      I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-

3    captioned matter. My current job title is Special Assistant to the General Manager. I submit this

4    declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to

5    File Under Seal Freescale's Reply in Support of its Motion for Adverse Inferences Stemming

6    From the Concealment of Material Evidence (Dkt. No. 352). I have personal knowledge of the

7    facts set forth in this declaration and, if called to testify as a witness, could and would do so

8    competently.

9        2.      Freescale's Administrative Motion seeks to have filed under seal a confidential,

10   unredacted version of Freescale's Reply in Support of its Motion for Adverse Inferences

11   Stemming From the Concealment of Material Evidence ("Freescale's Reply"). Freescale's

12   Reply contains information concerning confidential reports commissioned by MediaTek, and

13   confidential information concerning MediaTek's acquisitions of the patents-in-suit.

14       3.      MediaTek does not publicly disclose information concerning its patent

15   acquisitions. Instead, MediaTek protects this information as a trade secret, and takes steps to

16   ensure that this information remains confidential, including marking the information included in

17   Freescale's Reply as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when

18   MediaTek produced this information in this action. If this information were publicly disclosed,

19   MediaTek's competitors could use the information in Freescale's Reply to MediaTek's economic

20   disadvantage by tailoring their negotiation strategies regarding intellectual property transfers to

21   exploit MediaTek's practices. Therefore, the requested relief is necessary to protect MediaTek

22   from such competitive harm.

23       4.      The requested relief is narrowly tailored to protect the confidentiality of this

24   information. Only those portions of Freescale's Reply that describe the confidential report

25   commissioned by MediaTek are covered by Freescale's Administrative Motion.

26       I declare under penalty of perjury under the laws of the United States that the foregoing is

27   true and correct.

28

4:11-cv-05341 (YGR) (JSC)                    1              MH SHIEH DECLARATION IN SUPPORT OF
                                                           ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Dated:  December 6, 2013

_Meng–Hann Shieh_
_____
MH Shieh

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

MH SHIEH DECLARATION IN SUPPORT OF
ADMINISTRATIVE MOTION TO FILE UNDER SEAL