1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. Yvonne Gonzalez Rogers |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2    Defendant Freescale Semiconductor, Inc. (Freescale) submits this motion for an order to file
3    under seal the confidential, unredacted versions of the following document:
4         1.    Portions of the corrected Freescale's Motion to Exclude Certain Testimony of
5    Catharine M. Lawton (Motion), attached to the Errata for Freescale's Motion.
6
7         Freescale attaches the corrected Motion with the Errata, to replace the current Dkt. No.
8    302-5. The corrected Motion contains confidential information that Freescale has previously
9    sought to file under seal in its Stipulated Administrative Motion to File Under Seal. Dkt. No.
10   302.
11        The highlighted portions of the corrected Motion discuss confidential information about
12   Freescale's internal product development, derived from documents produced by Freescale to
13   MediaTek that had been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the
14   Stipulated Protective Order, Docket No. 100, in force in this action.
15        The highlighted portions of the corrected Motion discuss confidential information from
16   the acquisition of the '753 patent, derived from MediaTek document MTK-00030681. MediaTek
17   produced MTK-00030681 to Freescale and designated it "Highly Confidential – Attorneys' Eyes
18   Only."
19        Pursuant to Civil Local Rule 79-5(b), Freescale seeks to seal the identified portions of the
20   corrected Motion. The Declaration of Mark Patrick In Support of Freescale Semiconductor,
21   Inc.'s Stipulated Administrative Motion to File Documents Under Seal (Dkt. No. 302-2) and the
22   Declaration of MH Shieh In Support of Freescale's Administrative Motion to File Under Seal
23   (Dkt. No. 310) provide the bases for sealing the corrected Motion. Freescale also files a narrowly
24   tailored proposed sealing order pursuant to Civil Local Rule 79-5(d)(1)(b).
25        Pursuant to Civil Local Rule 79-5(d)(2), Freescale will lodge with the Clerk the
26   documents at issue, with accompanying chamber copies.
27
28

FREESCALE'S STIPULATED ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)                                                                    1

Pursuant to Civil Local Rule 7-11 and 7-12, Freescale and MediaTek stipulated to the filing of this Motion on December 5, 2013.  A signed stipulation is attached.  <u>See</u> Joint Stipulation to Freescale's Administrative Motion to File Documents Under Seal.

For the foregoing reasons, Freescale requests that the Court enter the accompanying Proposed Order granting Freescale's Stipulated Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  December 6, 2013              MORRISON & FOERSTER LLP


By:     /s/ *Rudy Y. Kim*
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.