1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

13

14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16
                          **OAKLAND DIVISION**
17

18 MEDIATEK INC.,                          Civil Action No. 4:11-cv-05341 (YGR)

19              Plaintiff,                  **JOINT STIPULATION TO
                                            FREESCALE SEMICONDUCTOR,
20      v.                                  INC.'S ADMINISTRATIVE MOTION
                                            TO FILE DOCUMENTS UNDER
21 FREESCALE SEMICONDUCTOR, INC.,           SEAL**

22              Defendant.

23

24

25

26

27

28

JOINT STIPULATION TO FREESCALE'S ADM. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)                                                      1

1   Defendant Freescale Semiconductor, Inc. (Freescale) and Plaintiff MediaTek Inc.

2   (MediaTek), through their undersigned counsel, hereby agree and stipulate as follows:

3   WHEREAS Freescale wishes to file an Administrative Motion to File Documents Under

4   Seal in order to file under seal the corrected Freescale's Motion to Exclude the Testimony of

5   Catharine M. Lawton (Motion), attached to Errata for Freescale's Motion;

6   WHEREAS the corrected Motion contains information designated by Freescale and by

7   MediaTek as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Amended

8   Protective Order in force in this action;

9   WHEREAS the parties met and conferred on this issue on December 5, 2013;

10   WHEREAS Freescale and MediaTek wish to maintain the confidentiality of certain

11   information disclosed in the corrected Motion;

12   NOW THEREFORE, pursuant to Local Civil Rule 7-11, Freescale and MediaTek, by and

13   through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

14   The corrected Motion should be filed under seal.

15   IT IS SO STIPULATED.

16

17   Dated:  December 5, 2013          FREESCALE SEMICONDUCTOR, INC.

18   By its attorneys,

19   */s/  Rudy Y. Kim*
   RUDY Y. KIM (CA SBN 199426)
20     RudyKim@mofo.com
   ALAN COPE JOHNSTON (CA SBN 66334)
21     ACJohnston@mofo.com
   MORRISON & FOERSTER LLP
22   755 Page Mill Road
   Palo Alto, California  94304
23   Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
24
   ALEXANDER J. HADJIS (*pro hac vice*)
25     AHadjis@mofo.com
   JOSHUA A. HARTMAN (*pro hac vice*)
26     JHartman@mofo.com
   MORRISON & FOERSTER LLP
27   2000 Pennsylvania Avenue, NW
   Suite 6000
28   Washington, DC 20006

JOINT STIPULATION TO FREESCALE'S ADM. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)                                                2

1

Telephone: (202) 887-1500
Facsimile: (202) 887-0763

2

3   Dated:  December 5, 2013

Respectfully submitted,

4

MEDIATEK INC.

5

By its attorneys,

6

7

*/s/  Christopher A. Franklin*

8

Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

9

10

11

12

13

14

William F. Lee (pro hac vice)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

15

16

17

18

19

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO FREESCALE'S ADM. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)

3