1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (*pro hac vice*)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (*pro hac vice*)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE SEMICONDUCTOR'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Michelle Yang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Defendant Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of Freescale's Stipulated Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Portions of the corrected Freescale's Motion to Exclude Certain Testimony of Catharine M. Lawton (Motion), attached to Errata for Freescale's Motion, include confidential information from the acquisition of the '753 patent that MediaTek Inc. (MediaTek) has designated "Highly Confidential – Attorneys' Eyes Only" Pursuant to the Stipulated Protective Order in this action. Dkt. No. 100. MediaTek is the designating party of this information that Freescale seeks to file under seal in its Motion. MediaTek has submitted the Declaration of MH Shieh In Support of Freescale's Administrative Motion to File Under Seal (Dkt. No. 310) to provide the bases for sealing these portions.

3. Portions of the corrected Motion include confidential information on internal product development that Freescale has designated "Highly Confidential – Attorneys' Eyes Only" Pursuant to the Stipulated Protective Order in this action. Freescale has submitted the Declaration of Mark Patrick In Support of Freescale Semiconductor, Inc.'s Stipulated Administrative Motion to File Documents Under Seal (Dkt. No. 302-2) to provide the bases for sealing these portions.

4. To comply with the Stipulated Protective Order in this litigation, Freescale redacted those portions of the corrected Motion. These redactions are narrowly tailored to protect only information designated as confidential by Freescale and MediaTek.

5. On December 5, 2013, counsel for MediaTek stipulated to Freescale's Motion to file under seal those portions of the corrected Freescale's Motion to Exclude Certain Testimony of Catharine M. Lawton that contain information designated as "Highly Confidential – Attorneys' Eyes Only."

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct. Executed this 6th day of December, at Washington, D.C.

                                                                         */s/ Michelle Yang*
                                                                         Michelle Yang

### ATTESTATION OF E-FILED SIGNATURE

    I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated: December 6, 2013                                 */s/ Rudy Y. Kim*
                                                                           Rudy Y. Kim