1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (pro hac vice)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FREESCALE SEMICONDUCTOR, INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

Upon consideration of Freescale's Joint Stipulated Administrative Motion to File Documents Under Seal (Motion to File Under Seal), and finding that good cause exists, this Court hereby GRANTS Freescale's Joint Stipulated Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed in whole or in part, as indicated below:

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| Corrected Motion to Exclude the Testimony of Catherine M. Lawton (Motion), attached to Errata for Freescale's Motion | Portions under seal |

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order, Docket No. 100.

Dated: _____, 2013

_____
United States District Judge