1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  ALEXANDER J. HADJIS (*pro hac vice*)
   AHadjis@mofo.com
7  JOSHUA A. HARTMAN (*pro hac vice*)
   JHartman@mofo.com
8  MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
9  Suite 6000
   Washington, DC 20006
10 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
11
   Attorneys for Defendant-Counterclaimant
12 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **NOTICE OF ERRATA FOR FREESCALE'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF CATHARINE M. LAWTON (DKT. NO. 302-5)** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendant Freescale Semiconductor, Inc. (Freescale) hereby gives Notice of Errata for its Motion to Exclude Certain Testimony of Catharine M. Lawton (Motion). The attached corrected Motion replaces the current Dkt. No. 302-5, to correct certain formatting and typographical errors. The errata are as follows:

1. The hearing date and time on the first page in the space opposite the caption and on the Notice of Motion.

2. "Highly Confidential – Outside Attorneys' Eyes Only" in the page footer.

3. The Table of Contents.

4. The Table of Authorities.

5. The indentation of each paragraph and underlining of case captions.

6. The correct spelling of "Catharine."

7. The capitalization of "<u>Id.</u>"

8. The capitalization of words in the heading for Section III.B.

9. The spacing and punctuation in the parenthetical citations.

10. The addition of the word "to" in "only way to achieve DVFS" on page 14.

11. The correction of "7111 F.3d 1348" to "711 F.3d 1348."

Dated: December 6, 2013                MORRISON & FOERSTER LLP

By: ___/s/ Michelle Yang___
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP

2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jacob P. Ewerdt has concurred in this filing.

Dated: December 6, 2013

*/s/ Rudy Y. Kim*
Rudy Y. Kim