| | |
|---|---|
| 1 | RUDY Y. KIM (CA SBN 199426) |
| | RudyKim@mofo.com |
| 2 | ALAN COPE JOHNSTON (CA SBN 66334) |
| | ACJohnston@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304 |
| | Telephone: (650) 813-5600 |
| 5 | Facsimile: (650) 494-0792 |
| 6 | ALEXANDER J. HADJIS (*pro hac vice*) |
| | AHadjis@mofo.com |
| 7 | JOSHUA A. HARTMAN (*pro hac vice*) |
| | JHartman@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 2000 Pennsylvania Avenue, NW |
| 9 | Suite 6000 |
| | Washington, DC 20006 |
| 10 | Telephone: (202) 887-1500 |
| | Facsimile: (202) 887-0763 |
| 11 | |
| 12 | Attorneys for Defendant-Counterclaimant |
| | FREESCALE SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on December 6, 2013, to the following addresses:

**Keith L. Slenkovich**
**Joseph F. Haag**
**Nathan L. Walker**
**Craig E. Davis**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Email: keith.slenkovich@wilmerhale.com
Email: joseph.haag@wilmerhale.com
Email: Nathan.Walker@wilmerhale.com
Email: craig.davis@wilmerhale.com

**James M. Dowd**
Wilmer Cutler Pickering Hale & Dorr
350 S Grand Avenue
Suite 2100
Los Angeles, CA 90071
Email: james.dowd@wilmerhale.com

**William F. Lee**
Wilmer Pickering Hale and Dorr LLP.
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: william.lee@wilmerhale.com

WHMediaTek-FreescaleOffensive@wilmerhale.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 6th day of December, 2013.

| Michelle Yang | /s/Michelle Yang |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)

1