Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>DECLARATION OF<br>MH SHIEH IN SUPPORT OF<br>FREESCALE SEMICONDUCTOR<br>INC.'S ADMINISTRATIVE MOTION<br>TO FILE UNDER SEAL<br><br>DEMAND FOR JURY TRIAL |

I, MH Shieh, declare as follows:

1. I am an employee of MediaTek Inc. ("MediaTek"), plaintiff in the above-captioned matter. My current job title is Special Assistant to the General Manager. I submit this declaration in support of Freescale Semiconductor Inc.'s ("Freescale") Administrative Motion to File Under Seal Freescale's Notice of Errata to its Motion to Exclude Certain Testimony of Catherine M. Lawton ("Administrative Motion") pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Freescale's Administrative Motion seeks to have filed under seal confidential, unredacted versions of Freescale's corrected Motion to Exclude Certain Testimony of Catherine M. Lawton ("Freescale's Corrected Motion"). Freescale's Corrected Motion contains information concerning MediaTek's acquisition of the patents-in-suit and patent licensing.

3. MediaTek does not publicly disclose information concerning its patent acquisitions and licensing practices. Instead, MediaTek protects this information as a trade secret, and takes steps to ensure that this information remains confidential, including marking the information included in Freescale's Corrected Motion as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" when MediaTek produced this information in this action. If this information were publicly disclosed, MediaTek's competitors could use the information in Freescale's Corrected Motion to MediaTek's economic disadvantage by tailoring their negotiation strategies regarding intellectual property transfers and licensing to exploit MediaTek's practices.

4. The requested relief is narrowly tailored to protect the confidentiality of this information. Only those portions of Freescale's Corrected Motion that describe the MediaTek's practices regarding patent acquisitions and licensing are covered by Freescale's Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Dated: December 10, 2013

_Meng-Hann Shieh_
MH Shieh