RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: 202 862 2323
Facsimile: 202 862 2400

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**NOTICE OF CHANGE OF LAW FIRM**<br><br>Hon. Yvonne Gonzalez Rogers |

Defendant Freescale Semiconductor, Inc. (Freescale) notifies the Court and all parties that Alexander J. Hadjis, Esq., who is appearing as counsel for Freescale in this matter, is now affiliated with Cadwalader, Wickersham & Taft LLP. His new contact information is:

Alexander J. Hadjis
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: 202 862 2323
Facsimile: 202 862 2400
Email: Alexander.Hadjis@cwt.com

Dated: December 10, 2013

Respectfully submitted,

By: *__/s/ Alexander J. Hadjis__*

ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: 202 862 2323
Facsimile: 202 862 2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC

## ATTESTATION OF E-FILED SIGNATURE

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Notice of Change of Law Firm. In compliance with General Order 45, X.B., I hereby attest that Alexander J. Hadjis has concurred in this filing.

Dated: December 10, 2013

*/s/ Rudy Y. Kim*
Rudy Y. Kim