ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>                Defendant. | Case No. 4:11-cv-05341 YGR (JSC)<br><br>**FREESCALE'S RESPONSE TO MEDIATEK'S SUPPLEMENTAL SUBMISSION IN RESPONSE TO THE COURT'S QUESTION ON DKT. NO. 303**<br><br>Hon. Yvonne Gonzalez Rogers |

During the December 17, 2013, hearing on Freescale's Motion for Summary Judgment (Dkt. No. 303), the Court asked MediaTek to submit information in response to a simple question: where in the report of MediaTek's expert, Dr. Asanović, is his discussion of internal buffers in connection with NIC-301 arbiters? This question was prompted by MediaTek's representation, in its briefs and during the hearing, that it was relying on Dr. Asanović's purported expert opinion on "internal buffers" as evidence of a genuine factual dispute that precluded summary judgment of non-infringement of claims 1, 2, and 5 of the '845 patent. (See, e.g., Dkt. No. 325-6 at 5, 6.)

In its December 19, 2013, response to the Court, however, MediaTek concedes that Dr. Asanović's report contains no discussion of "internal buffers" in connection with NIC-301 arbiters. (See Dkt. No. 370.) MediaTek thus confirms that no genuine issues of material fact exist as to the structure and operation of the i.MX6 product families. Accordingly, summary judgment of non-infringement should be granted for claims 1, 2, and 5 of the '845 patent.

Forced to concede that no factual dispute exists, MediaTek instead attempts to raise a new legal argument through its supplemental "response" in an attempt to stave off summary judgment. MediaTek now asserts that Freescale's accused i.MX6 product families may infringe '845 patent claims 1, 2, and 5 even though the FAST3 arbiter, which MediaTek contends can satisfy the "first arbitration unit" limitation, does not arbitrate among the ARM and IPU, which MediaTek contends can satisfy, respectively, the "first data processing subsystem" and "second data processing subsystem" limitations. (See id.) MediaTek did not make this argument in its brief. (See, generally, Dkt. No. 325-6 at 3-7.)

MediaTek's improper and untimely new legal argument should not be considered. And, even if it is considered, it does not provide a basis for denying summary judgment.

The plain language of claim 1 requires a "first arbitration unit . . . configured and arranged to arbitrate among at least the first data processing subsystem, the second data processing subsystem, and the DMA subsystem for access to the first slave subsystem." (Dkt. No. 303-9, '845 patent, Col. 9:65-10:4.) As set forth in Freescale's briefs, Freescale's i.MX6 processors do not infringe claims 1, 2, and 5 of the '845 patent as a matter of law because the

FAST3 ("first arbitration unit") does not "arbitrate among" the ARM ("first data processing subsystem"), IPU ("second data processing subsystem"), and SDMA ("DMA subsystem"), as those claims require.  The Court should therefore grant summary judgment of non-infringement of claims 1, 2, and 5.

Dated:  December 23, 2013       Respectfully Submitted,

By:   /s/ *Alexander J. Hadjis*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

FSL'S RESP. TO MTK'S SUPP. SUBMISSION IN RESP. TO THE COURT'S QUESTION ON DKT. NO. 303
CASE NO. 4:11-CV-05341-YGR (JSC)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file Freescale's Response to MediaTek's Supplemental Submission in Response to the Court's Question on Dkt. No. 303. In compliance with General Order 45, X.B., I hereby attest that Alexander J. Hadjis has concurred in this filing.

Dated: December 23, 2013            */s/ Rudy Y. Kim*
                                                             Rudy Y. Kim