1  ALEXANDER J. HADJIS (pro hac vice)
   Alexander.Hadjis@cwt.com
2  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
3  Washington, D.C. 20001
   Telephone: (202) 862-2323
4  Facsimile: (202) 862-2400

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California 94304
   Telephone: (650) 813-5600
9  Facsimile: (650) 494-0792

10 JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
11 MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
12 Suite 6000
   Washington, DC 20006
13 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
14
   Attorneys for Defendant-Counterclaimant
15 FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 323 [REVISED DKT. NO. 323-15]** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |
| | Hon. Yvonne Gonzalez Rogers |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2   Defendant Freescale Semiconductor, Inc. (Freescale) submits this motion for an order to file
3   under seal the confidential, unredacted versions of the following documents:

   1.   Portions of the revised Dkt. No. 323-15, Exhibit 3 to the Declaration of Brett
Hammon in support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of
Catharine M. Lawton (Exhibit 3 to the Hammon Declaration).

   MediaTek filed a Notice of Erratum in Exhibit Submitted In Support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton, Dkt. No. 375, and attached the revised Exhibit 3 to the Hammon Declaration in support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton (Exhibit 3 to the Hammon Declaration), Dkt. No. 323-15.  The redacted portions of the revised Exhibit 3 to the Hammon Declaration discuss highly confidential information about third parties' end products incorporating Freescale accused products and how technology is implemented on those products, party-specific royalty rates, Freescale's sales revenues and projected profits, Freescale's practices with convoyed sales, and the application of proposed royalty rates to Freescale's revenues, derived from documents produced by Freescale and conversations disclosed in the Expert Report of Brett Reed, both of which had been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order, Docket No. 100, in force in this action.

   Pursuant to Civil Local Rule 79-5(b), Freescale seeks to seal the identified portions of Exhibit 3 to the Hammon Declaration, Dkt. No. 323-15.  Attached herewith is the Declaration of Mark Patrick, which provides the bases for sealing Exhibit 3 to the Hammon Declaration, Dkt. No. 323-15.  Freescale also files a narrowly tailored proposed sealing order pursuant to Civil Local Rule 79-5(d)(1)(b).

   Pursuant to Civil Local Rule 79-5(d)(2), Freescale will lodge with the Clerk the documents at issue, with accompanying chamber copies.

1  Pursuant to Civil Local Rule 7-11 and 7-12, Freescale and MediaTek stipulated to the filing of this Motion on December 23, 2013. A signed stipulation is attached. See Joint Stipulation to Freescale's Administrative Motion to Seal Freescale's Confidential Information.

For the foregoing reasons, Freescale requests that the Court enter the accompanying Proposed Order granting Freescale's Stipulated Administrative Motion to Seal Freescale's Confidential Information and designate the service copies of the revised Exhibit 3 to the Hammon Declaration, Dkt. No. 323-15, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated: December 24, 2013                    MORRISON & FOERSTER LLP

By:   /s/ *Michelle Yang*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MICHELLE YANG (pro hac vice)
MYang@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.