1  ALEXANDER J. HADJIS (pro hac vice)
   Alexander.Hadjis@cwt.com
2  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
3  Washington, D.C. 20001
   Telephone: (202) 862-2323
4  Facsimile: (202) 862-2400

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California  94304
   Telephone: (650) 813-5600
9  Facsimile: (650) 494-0792

10 JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
11 MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
12 Suite 6000
   Washington, DC 20006
13 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
14
   Attorneys for Defendant-Counterclaimant
15 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **DECLARATION OF MARK PATRICK IN SUPPORT OF MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 323 [REVISED DKT. NO. 323-15]** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

I, Mark Patrick, declare as follows:

1. I am Law Director, Intellectual Property for Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of MediaTek's Stipulated Administrative Motion to File Documents Under Seal (Motion to Seal), Dkt. No. 323, pursuant to Local Rules 7-11 and 79-5, with respect to the revised Exhibit 3 to the Declaration of Brett Hammon in support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton (Exhibit 3 to the Hammon Declaration), Dkt. No. 323-15. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. **Information Concerning Freescale's Accused Products, Sales, Projected Profits, Licensing, and Marketing.** MediaTek filed a Notice of Erratum in Exhibit Submitted In Support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton, Dkt. No. 375, and attached the revised Exhibit 3 to the Hammon Declaration, Dkt. No. 323-15. Freescale's proposed redactions to the revised Exhibit 3 are attached as Exhibit A to this declaration.

3. The highlighted portions of Exhibit 3 to the Hammon Declaration, Excerpts to Expert Report of Brett Reed, discuss highly confidential information about third parties' end products incorporating Freescale accused products and how technology is implemented on those products, party-specific royalty rates, Freescale's sales revenues and projected profits, Freescale's practices with convoyed sales, and the application of proposed royalty rates to Freescale's revenues. This confidential information had been derived from documents produced by Freescale to MediaTek and conversations on technical features of Freescale's accused products disclosed in the Expert Report of Brett Reed, both of which had been designated "Highly Confidential – Attorneys' Eyes Only." Public disclosure of this information would significantly harm Freescale by revealing detailed information about technical features of Freescale's accused products; Freescale's royalty rates; Freescale's detailed sales figures, projected profits, and transactions for Freescale's accused products; and Freescale's marketing practices with respect to convoyed sales to third parties. Freescale's competitors could obtain a detailed understanding of Freescale's

accused products, licensing, sales, and marketing by reviewing such confidential information. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. Freescale therefore requests that the Court seal the portions of Exhibit 3 to the Hammon Declaration that Freescale has proposed be redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of December, 2013, at Austin, Texas.

*/s/ Mark Patrick*
Mark Patrick

### ATTESTATION OF E-FILED SIGNATURE

I, Michelle Yang, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Mark Patrick concurred in this filing.

Dated: December 24, 2013                 */s/ Michelle Yang*
                                                           Michelle Yang