1  ALEXANDER J. HADJIS (pro hac vice)
   Alexander.Hadjis@cwt.com
2  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
3  Washington, D.C. 20001
   Telephone: (202) 862-2323
4  Facsimile: (202) 862-2400

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  ALAN COPE JOHNSTON (CA SBN 66334)
   ACJohnston@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California  94304
   Telephone: (650) 813-5600
9  Facsimile: (650) 494-0792

10 JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
11 MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
12 Suite 6000
   Washington, DC 20006
13 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
14
   Attorneys for Defendant-Counterclaimant
15 FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **JOINT STIPULATION TO FREESCALE'S ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 323]** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |
| | Hon. Yvonne Gonzalez Rogers |

Defendant Freescale Semiconductor, Inc. (Freescale) and Plaintiff MediaTek Inc. (MediaTek), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS Freescale wishes to file an Administrative Motion to Seal Freescale Confidential Information in MediaTek's Stipulated Administrative Motion to File Documents Under Seal [Dkt. No. 323] in order to file under seal portions of the revised Exhibit 3 to the Declaration of Brett Hammon (Exhibit 3) [Dkt. No. 323-15], attached to MediaTek's Notice of Erratum [Dkt. No. 375];

WHEREAS the revised Exhibit 3 [Dkt. No. 323-15] contains information designated by Freescale as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Amended Protective Order in force in this action;

WHEREAS the parties met and conferred on this issue on December 23, 2013;

WHEREAS Freescale wishes to maintain the confidentiality of certain information disclosed in the revised Exhibit 3 [Dkt. No. 323-15];

NOW THEREFORE, pursuant to Local Civil Rule 7-11, Freescale and MediaTek, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The revised Exhibit 3 [Dkt. No. 323-15] should be filed under seal.

IT IS SO STIPULATED.

Dated: December 23, 2013            Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,
*/s/ Michelle Yang*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

| | |
|---|---|
| 1 | |
| 2 | JOSHUA A. HARTMAN (*pro hac vice*) |
| | JHartman@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 2000 Pennsylvania Avenue, NW, Suite 6000 |
| 4 | Washington, DC 20006 |
| | Telephone: (202) 887-1500 |

Dated:  December 23, 2013             Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/ Christopher A. Franklin*
Keith L. Slenkovich (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (pro hac vice)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

**ATTESTATION OF E-FILED SIGNATURE**

I, Michelle Yang, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Christopher A. Franklin has concurred in this filing.

Dated: December 24, 2013                             */s/ Michelle Yang*
                                                                                    Michelle Yang