ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**[PROPOSED] ORDER GRANTING FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO SEAL FREESCALE CONFIDENTIAL INFORMATION IN MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DKT. NO. 323 [REVISED DKT. NO. 323-15]**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of Defendant Freescale Semiconductor, Inc.'s (Freescale) Stipulated Administrative Motion to Seal Freescale Confidential Information in MediaTek's Stipulated Administrative Motion To File Documents Under Seal, Dkt. No. 323 [Revised Dkt. No. 323-15] (Stipulated Administrative Motion), and finding that good cause exists, this Court hereby GRANTS Freescale's Stipulated Administrative Motion and ORDERS that the following documents shall be sealed in part, as indicated below:

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| Exhibit 3 to the Declaration of Brett Hammon in support of MediaTek's Opposition to Freescale's Motion to Exclude Testimony of Catharine M. Lawton (Exhibit 3 to the Hammon Declaration), Dkt. No. 323-15 | Portions under seal |

These documents shall be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the Stipulated Protective Order, Docket No. 100.

Dated: _____, 2013

_____
United States District Judge