Keith L. Slenkovich  (SBN 129793)
   Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
   Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
   William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>    Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>    Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**PUBLIC SUBMISSION OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN COMPLIANCE WITH DOCKET NO. 367**<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 79-5(f)(3) and this Court's December 18, 2013 order (Dkt. No. 367), plaintiff MediaTek, Inc. ("MediaTek") hereby files public, unredacted versions of the following documents previously filed under seal:

- MediaTek's First Privilege Log (Dkt. No. 334-12);
- MediaTek's Second Privilege Log (Dkt. No. 334-14);
- Nowka, Kevin J., *et al.*, "A 32-bit PowerPC System-on-a-Chip With Support for Dynamic Voltage Scaling and Dynamic Frequency Scaling," Bates numbered FSL-01444656 through FSL-01444662 (Dkt. No. 334-27); and
- Nowka, K. J., *et al.*, "The design and application of the PowerPC 405LP energy-efficient system-on-a-chip," Bates numbered FSL-01444663 through FSL-01444671 (Dkt. No. 334-29).

MediaTek submits these documents in compliance with this Court's December 18, 2013 order denying in part MediaTek's administrative motion for leave to file documents under seal (Dkt. No. 334).

Dated:  December 26, 2013

Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/  Christopher A. Franklin*
Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Facsimile: (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

James M. Dowd (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Plaintiff MEDIATEK INC.