# Exhibit 2

*MediaTek Inc. v. Freescale Semiconductor, Inc.,* No. 4:11-cv-05341-YGR
Plaintiff MediaTek Inc.'s Second Privilege Log

| No. | Document Date | Author/Custodian | Recipient | CC | Present Location | Basis For Privilege | Description |
|---|---|---|---|---|---|---|---|
| 1 | 05/21/2009 | Chipworks/Yang, Richard | | | MediaTek | AC | Document prepared at request of counsel to facilitate rendering of legal advice |
| 2 | 05/27/2009 | Chipworks/Yang, Richard | | | MediaTek | AC | Document prepared at request of counsel to facilitate rendering of legal advice |
| 3 | 05/20/2009 | Chipworks/Yang, Richard | | | MediaTek | AC | Document prepared at request of counsel to facilitate rendering of legal advice |
| 4 | 03/08/2007 | Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 5 | 4/10/2009? | Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 6 | 5/13/2009 | Yang, Richard | | | MediaTek | AC | Spreadsheet prepared by counsel reflecting legal advice concerning patent status |
| 7 | 4/29/1997 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent license |
| 8 | 6/29/2009 | Fortney, Andrew/ Yang, Richard | Yang, Richard | Huang, Smith; Hsu, WF; Chiu, Jason; Yang, Richard | MediaTek | AC | Correspondence from counsel reflecting legal advice concerning patent acquisition |
| 9 | 6/26/2009 | Yang, Richard | | | MediaTek | AC | Document providing information requested by counsel to facilitate rendering legal advice concerning patent acquisition |
| 10 | 6/26/2009 | Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 11 | 6/25/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 12 | 6/24/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft agreement reflecting advice of counsel concerning patent acquisition |
| 13 | 6/29/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 14 | 6/30/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 15 | 6/30/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 16 | 6/30/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 17 | 6/26/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 18 | 6/26/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 19 | 6/27/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Draft document reflecting advice of counsel concerning patent acquisition |
| 20 | 6/24/2009 | Yang, Richard | Fortney, Andrew | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 21 | 6/26/2009 | Yang, Richard | Fortney, Andrew | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent |

*MediaTek Inc. v. Freescale Semiconductor, Inc.,* No. 4:11-cv-05341-YGR
Plaintiff MediaTek Inc.'s Second Privilege Log

| No. | Document Date | Author/Custodian | Recipient | CC | Present Location | Basis For Privilege | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | acquisition |
| 22 | 6/26/2009 | Yang, Richard | Fortney, Andrew | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 23 | 7/02/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 24 | 5/22/2009 | Fortney, Andrew/ Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 25 | 5/22/2009 | MediaTek Legal & Intellectual Property Division/Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 26 | 5/15/2009 | MediaTek Legal & Intellectual Property Division/Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 27 | 5/15/2009 | MediaTek Legal & Intellectual Property Division/Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |
| 28 | 6/11/2009 | MediaTek Legal & Intellectual Property Division/Yang, Richard | | | MediaTek | AC | Document prepared by counsel to facilitate rendering of legal advice concerning patent acquisition |

**Index of Individuals and Positions**

The following list identifies the positions of those individuals who sent or received the privileged communications listed above:

- Yang, Richard – Manager, Patent Department, MediaTek Inc.
- Huang, Smith – Legal Counsel, MediaTek Inc.
- Hsu, Wei Fu – Legal Counsel, MediaTek Inc.
- Chiu, Jason – Member, Intellectual Property Department, MediaTek Inc.
- Fortney, Andrew – Outside Legal Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff MediaTek Inc.'s Second Privilege Log was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on July 19, 2013, to the following addresses:

Rudy Y. Kim
   RudyKim@mofo.com

Alexander J. Hadjis
   AHadjis@mofo.com

Alan Cope Johnston
   ACJohnston@mofo.com

Joshua A. Hartman
   JHartman@mofo.com

Hsia-Ting Cheng
   hcheng@mofo.com

Candace Dyson
   cdyson@mofo.com

Freescale  MediaTekNDCal  External@mofo.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 19, 2013            */s/Christopher A. Franklin*
                                Christopher A. Franklin