Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>                  Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                  Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**JOINT SUBMISSION OF TABLE IDENTIFYING DOCUMENTS SOUGHT TO BE FILED UNDER SEAL**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to this Court's request at its December 17, 2013 hearing, Plaintiff MediaTek Inc. and Defendant Freescale Semiconductor, Inc. hereby jointly submit the table attached hereto identifying, by docket number, all documents and portions of documents for which the parties have submitted administrative motions for leave of the court to file under seal, and those administrative motions are currently pending before the Honorable Judge Gonzalez Rogers.

In conjunction with this submission, the parties hereby withdraw their stipulated request for an extension of time to submit the attached table (Dkt. No. 376).

Dated: December 27, 2013

Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/  Christopher A. Franklin*
Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Facsimile: (213) 443-5400

Attorneys for Plaintiff MEDIATEK INC.

Dated: December 27, 2013

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/ Michelle C. Y. Yang*
RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MICHELLE C. Y. YANG (pro hac vice)
MYang@mofo.com

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT
  LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

4:11-cv-05341 (YGR) (JSC)   2   JOINT SUBMISSION OF TABLE IDENTIFYING DOCUMENTS SOUGHT TO BE FILED UNDER SEAL

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Northern District of California's General Order No. 45, Section X.B, I, Christopher A. Franklin attest that concurrence in the filing of this document has been obtained from Michelle C. Y. Yang.

4:11-cv-05341 (YGR) (JSC)　　　　3　　　JOINT SUBMISSION OF TABLE IDENTIFYING DOCUMENTS SOUGHT TO BE FILED UNDER SEAL

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304