Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>                    Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                    Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br>ORDER GRANTING<br>**MEDIATEK AND FREESCALE'S STIPULATED REQUEST TO AMEND THE SCHEDULE FOR EXCHANGING PROPOSED MOTIONS IN *LIMINE***<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff MediaTek Inc. ("MediaTek") and Defendant Freescale Semiconductor, Inc. ("Freescale") respectfully request that the Court extend the deadline for the parties to exchange proposed motions in *limine* by one week—from midnight, January 3, 2014, until midnight, January 10, 2014. MediaTek and Freescale also request that the court permit the parties to exchange summaries of the proposed motions in *limine*. The parties agree that the format of the exchange shall consist of a one-page summary for each proposed motion in *limine* that shall include: (1) a description of the evidence sought to be precluded; (2) the general propositions and the bases for excluding such evidence; and (3) an identification of the case law and/or rules that support the moving party's position, without waiver of reliance on further case law that supports such position. MediaTek and Freescale stipulate to this request.

Good cause exists for the requested extension. Preparation of motions in *limine* requires significant time. The current deadline, January 3, 2014, is two days after New Year's Day. The parties' counsels' offices were closed in connection with the holiday, and a number of attorneys and staff working on this matter were unavailable to assist due to prior holiday travel. In addition, the exchange of summaries of proposed motions in *limine* (rather than fully drafted motions) may save significant party resources, since the parties may agree, through the meet and confer process after the exchange of summaries, to resolve and forgo one or more of the proposed motions without the need to prepare and file a full motion with the Court.

The proposed extension of the deadline by one week to January 10, 2014, would not affect any other deadlines in the case. The parties agree to file their final motions in *limine* by the Court's deadline, January 24, 2014.

MediaTek represents that it will file an accompanying sworn declaration in support of this stipulated request.

The parties agree that good cause exists for the requested one-week extension.

The parties conferred regarding this request on January 2, 2014.

4:11-cv-05341 (YGR) (JSC)      1      STIPULATED REQUEST TO AMEND SCHEDULE FOR MOTIONS IN LIMINE

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Pursuant to Civil Local Rule 6-2, MediaTek and Freescale request that this Court order, by signing below, to extend the deadline to exchange motions in *limine* to midnight on January 10, 2014, and permit the parties to initially exchange one-page summaries. Freescale and MediaTek stipulate to this request.

IT IS SO STIPULATED.

Dated: January 3, 2014                                Respectfully submitted,

                                                      MEDIATEK INC.

                                                      By its attorneys,


                                                      */s/ Christopher A. Franklin*
                                                      Keith L. Slenkovich  (SBN 129793)
                                                        Keith.Slenkovich@wilmerhale.com
                                                      Joseph F. Haag  (SBN 248749)
                                                        Joseph.Haag@wilmerhale.com
                                                      Christopher A. Franklin  (SBN 272587)
                                                        Christopher.Franklin@wilmerhale.com

                                                      WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                      950 Page Mill Road
                                                      Palo Alto, CA  94304
                                                      Telephone:  (650) 858-6000
                                                      Facsimile:  (650) 858-6100

                                                      William F. Lee (*pro hac vice*)
                                                        William.Lee@wilmerhale.com
                                                      WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                      60 State Street
                                                      Boston, MA  02109
                                                      Telephone:  (617) 526-6000
                                                      Facsimile:  (617) 526-5000

                                                      James M. Dowd  (SBN 259578)
                                                        James.Dowd@wilmerhale.com
                                                      WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP
                                                      350 S. Grand Avenue, Suite 2100
                                                      Los Angeles, CA  90071
                                                      Telephone:  (213) 443-5300
                                                      Facsimile:  (213) 443-5400

                                                      *Attorneys for Plaintiff* MEDIATEK INC.

Dated:  January 3, 2014

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/ Joshua A. Hartman*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM  (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  January 6, 2014

United States District Judge
YVONNE GONZALEZ ROGERS