|   |   |
|---|---|
| 1 | ALEXANDER J. HADJIS (pro hac vice) |
|   | Alexander.Hadjis@cwt.com |
| 2 | CADWALADER, WICKERSHAM & TAFT LLP |
|   | 700 Sixth Street, N.W. |
| 3 | Washington, D.C. 20001 |
|   | Telephone: (202) 862-2323 |
| 4 | Facsimile: (202) 862-2400 |
| 5 | RUDY Y. KIM (CA SBN 199426) |
|   | RudyKim@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 7 | Palo Alto, California  94304 |
|   | Telephone: (650) 813-5600 |
| 8 | Facsimile: (650) 494-0792 |
| 9 | JOSHUA A. HARTMAN (pro hac vice) |
|   | JHartman@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
|   | 2000 Pennsylvania Avenue, NW |
| 11 | Suite 6000 |
|   | Washington, DC 20006 |
| 12 | Telephone: (202) 887-1500 |
|   | Facsimile: (202) 887-0763 |
| 13 |   |
|   | Attorneys for Defendant-Counterclaimant |
| 14 | FREESCALE SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

CERTIFICATE OF SERVICE
Case No. 4:11-cv-05341 (YGR)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **DECLARATION OF MICHELLE YANG IN SUPPORT OF FREESCALE'S STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on January 24, 2014, to the following addresses:

**Keith L. Slenkovich**
**Joseph F. Haag**
**Nathan L. Walker**
**Craig E. Davis**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304
Email: keith.slenkovich@wilmerhale.com
Email: joseph.haag@wilmerhale.com
Email: Nathan.Walker@wilmerhale.com
Email: craig.davis@wilmerhale.com

**James M. Dowd**
Wilmer Cutler Pickering Hale & Dorr
350 S Grand Avenue
Suite 2100
Los Angeles, CA  90071
Email: james.dowd@wilmerhale.com

**William F. Lee**
Wilmer Pickering Hale and Dorr LLP.
60 State Street
Boston, MA  02109
617-526-6000
Fax: 617-526-5000
Email: william.lee@wilmerhale.com

WHMediaTek-FreescaleOffensive@wilmerhale.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 24th day of January, 2014.

| Michelle Yang | /s/Michelle Yang |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that Michelle Yang has concurred in this filing.

Dated:  January 24, 2014                         /s/  Rudy Y. Kim
                                                                  Rudy Y. Kim