Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>            Plaintiff,<br><br>  v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>            Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**CERTIFICATE OF SERVICE OF DECLARATION OF CHRISTOPHER A. FRANKLIN IN SUPPORT OF MEDIATEK INC.'S MOTIONS *IN LIMINE* NUMBERS 1-11**<br><br>Hon. Yvonne Gonzalez Rogers |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Declaration of Christopher A. Franklin in Support of MediaTek Inc.'s Motions *In Limine* Numbers 1-11 was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on January 24, 2014, to the following addresses:

| | |
|---|---|
| Rudy Y. Kim<br>  RudyKim@mofo.com | Hsia-Ting Cheng<br>  hcheng@mofo.com |
| Alexander J. Hadjis<br>  Alexander.Hadjis@cwt.com | Candace Dyson<br>  cdyson@mofo.com |
| Alan Cope Johnston<br>  ACJohnston@mofo.com | Frances Sagapolu<br>  fsagapolu@mofo.com |
| Joshua A. Hartman<br>  JHartman@mofo.com | Freescale_MediaTekNDCal_External@mofo.com |
| | Cadwalader_Freescale_MediaTek_NDCal_External@cwt.com |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 24, 2014         */s/Catherine Case*
                                 Catherine Case