ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**DECLARATION OF MARK PATRICK IN SUPPORT OF MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, DOCKET NO. 393** |

1  I, Mark Patrick, declare as follows:

2  1. I am Law Director, Intellectual Property for Freescale Semiconductor, Inc. (Freescale). I submit this declaration in support of MediaTek's Stipulated Administrative Motion to File Documents Under Seal (Motion to Seal), Dkt. No. 393, pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. MediaTek seeks to file under seal Plaintiff MediaTek Inc.'s Notice of Motions and Motions In Limine Numbers 1-11 (Motions), the Declaration of Brett Hammon In Support of MediaTek's Motions (Hammon Declaration), and Exhibits 4, 5, 7, 8, 9, and 11 to the Hammon Declaration. Attached as Exhibit A to this declaration is the version of Exhibit 7 to the Hammon Declaration with Freescale's proposed redactions highlighted in yellow.

3. **Litigation Information, Technical Information About Freescale's Accused Products.** The highlighted portions on page 2 of MediaTek's Notice of Motions, on pages i, 32-35 of MediaTek's Motions, on page 1 of the Hammon Declaration, on page 61 of Exhibit 11 to the Hammon Declaration, and the entirety of Exhibits 8 and 9 to the Hammon Declaration discuss highly confidential information about Freescale's litigation and licensing. This confidential information had been derived from Exhibits 8 and 9 to the Hammon Declaration, FSL-03061628 and FSL-02424082, which Freescale stamped "Highly Confidential – Attorneys' Eyes Only" before producing to MediaTek. The highlighted portions on pages 21-22, 29-31 (with the exception of the sentence at 30:9-11), and 37 of MediaTek's Motions and the portions of Exhibit 7 of the Hammon Declaration highlighted in Exhibit A to this declaration discuss highly confidential information about third parties' end products incorporating Freescale accused products and how technology is implemented on those products. This confidential information had been derived from conversations on technical features of Freescale accused products disclosed in the Expert Report of Brett Reed, which had been designated "Highly Confidential – Attorneys' Eyes Only."

4. Disclosure of the confidential information from MediaTek's Notice of Motion, Motions, and Exhibits 7, 8, 9, and 11 to the Hammon Declaration would significantly harm

PATRICK DECL. ISO MEDIATEK'S STIP. ADMIN. MOT. TO FILE UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)                                              1

1  Freescale by allowing its competitors to learn detailed information on Freescale's litigation and
2  licensing practices and the function and operation of the accused product families, including the
3  implementation of technology on third parties' end products incorporating Freescale's accused
4  products, such that they may obtain a competitive advantage against Freescale based on an
5  understanding of Freescale's litigation and licensing strategies and Freescale's technology. The
6  requested relief is necessary and narrowly tailored to protect the confidentiality of this
7  information. Accordingly, Freescale requests that the Court seal the portions of MediaTek's
8  Notice of Motion, Motions, and Exhibits 7, 8, 9, and 11 to the Hammon Declaration that
9  Freescale has proposed be redacted.

10  5.  **Portions That Do Not Disclose Confidential Information.** MediaTek also
11  requested that the highlighted portions on pages 5, 14-17, 19, 36, and the sentence at 30:9-11 of
12  its Motions and Exhibits 4 and 5 to the Hammon Declaration be filed under seal. Pages 5, 14-17,
13  19, 36, the sentences at 30:9-11 of MediaTek's Motions, and Exhibits 4 and 5 to the Hammon
14  Declaration do not disclose confidential information, however, and, accordingly, Freescale does
15  not request these portions of MediaTek's Motion and Exhibits 4 and 5 to the Hammon
16  Declaration be sealed.

17  I declare under penalty of perjury under the laws of the United States of America that the
18  foregoing is true and correct. Executed this 28th day of January, 2014, at Austin, Texas.

        _/s/ Mark Patrick_
        Mark Patrick

**ATTESTATION OF E-FILED SIGNATURE**

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mark Patrick has concurred in this filing.

Dated: January 28, 2014                _/s/ Rudy Y. Kim_
                                        Rudy Y. Kim