ALEXANDER J. HADJIS (Pro Hac Vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2323
Facsimile:  (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (Pro Hac Vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **[CORRECTED PROPOSED] ORDER GRANTING DEFENDANT FREESCALE'S MOTIONS <u>IN LIMINE</u> (DKT. NO. 390-7)** |

Upon consideration of Defendant Freescale Semiconductor, Inc.'s (Freescale) Motions *In Limine*, this Court hereby GRANTS its Motions *In Limine* as follows:

IT IS THEREFORE ORDERED:

(1) MediaTek is precluded from presenting any theory or evidence that Freescale has indirectly infringed the '331 patent, whether through contributory infringement or through active inducement;

| Legal Basis | Order |
| --- | --- |
| Waiver or abandonment by failing to contest motion for summary judgment, Fed. R. Civ. P. 26(a)(2)(B), 37(c)(1) | ☐ Granted   ☐ Granted with modification ☐ Denied |

(2) MediaTek is precluded from presenting evidence relating to its own products, including its MT8135 processor;

| Legal Basis | Order |
| --- | --- |
| Patent L.R. 3-1(g), Fed. R. Civ. P. 26(e)(1), 37(c)(1) | ☐ Granted   ☐ Granted with modification ☐ Denied |

(3) MediaTek's experts are precluded from testifying about their understanding of the plain and ordinary meaning of claim terms that have not been construed by the Court;

| Legal Basis | Order |
| --- | --- |
| Patent L.R. 4-1, 4-2 | ☐ Granted   ☐ Granted with modification ☐ Denied |

(4) MediaTek is precluded from presenting testimony from its technical experts, Dr. Asanović and Mr. Narad, on the purported benefits of the technologies disclosed in the asserted patents or used in Freescale's accused products;

| Legal Basis | Order |
| --- | --- |
| Fed. R. Civ. P. 26(a)(2)(B), 37(c)(1), Foundation | ☐ Granted   ☐ Granted with modification   ☐ Denied |

(5) MediaTek is precluded from introducing evidence of the outcomes of other actions for patent infringement initiated by Freescale, including actions against MediaTek;

| Legal Basis | Order |
| --- | --- |
| Fed. R. Evid. 401, 402, 403 | ☐ Granted   ☐ Granted with modification   ☐ Denied |

(6) MediaTek is precluded from presenting evidence related to any sales, offers for sale, or marketing efforts that it has made to [REDACTED] because MediaTek failed to provide adequate 30(b)(6) testimony on such topics;

| Legal Basis | Order |
| --- | --- |
| Fed. R. Civ. P. 30(b)(6) | ☐ Granted   ☐ Granted with modification   ☐ Denied |

(7) MediaTek is precluded from presenting at trial any theory or evidence that Freescale's accused i.MX51 and i.MX53 processors infringe claim 21 of the '845 patent based on the ARM core processor (ARM) and Image Processing Unit (IPU) of those products having the same dynamic priority;

| Legal Basis | Order |
| --- | --- |
| Patent L.R. 3-1(c), Fed. R. Civ. P. 26(a)(2), 37(c)(1) | ☐ Granted   ☐ Granted with modification   ☐ Denied |

(8) MediaTek is precluded from presenting at trial any theory or evidence that "power pins" on Freescale's accused i.MX31, i.MX35, and i.MX50 processor chips which may be used to connect an external power management integrated circuit (PMIC) satisfy the "power supply adapted to provide a variable level voltage" limitation of claim 35 of the '331 patent;

| Legal Basis | Order |
|---|---|
| Patent L.R. 3-1(c), Fed. R. Civ. P. 26(a)(2), 37(c)(1) | ☐ Granted   ☐ Granted with modification ☐ Denied |

(9) MediaTek is precluded from presenting any theory or evidence in support of its contentions that it is entitled to damages and injunctive relief and that Freescale has willfully infringed the asserted patents because it failed to provide any substantive responses to Freescale's Interrogatory Nos. 18–20;

| Legal Basis | Order |
|---|---|
| Fed. R. Civ. P. 26(e)(1), 37(c)(1) | ☐ Granted   ☐ Granted with modification ☐ Denied |

(10) MediaTek is precluded from presenting evidence of secondary considerations of non-obviousness for the asserted claims 1, 2, 5, 21, 22, or 25 of the '845 patent, other than the intrinsic record of the '845 patent;

| Legal Basis | Order |
|---|---|
| Fed. R. Civ. P. 26(e)(1), 37(c)(1) | ☐ Granted   ☐ Granted with modification ☐ Denied |

(11) MediaTek is precluded from presenting expert testimony on configurations of Freescale's i.MX51 and i.MX53 processors other than the default configurations to prove that such processors practice the "arbitration scheme" limitations of claim 21 of the '845 patent;

| Legal Basis | Order |
|---|---|
| Fed. R. Civ. P. 26(a)(2), 37(c)(1) | ☐ Granted  ☐ Granted with modification ☐ Denied |

(12) MediaTek is precluded from presenting any theory or evidence of the order in which the alleged first and second "arbitration units" of Freescale's accused i.MX6DQ, i.MX6SDL, and i.MX6SL processors grant the Smart DMA access to the alleged "slave subsystems," as well as any theory or evidence of the data transaction between the Smart DMA and the alleged "slave subsystems."

| Legal Basis | Order |
|---|---|
| Patent L.R. 3-1(c), Fed. R. Civ. P. 26(a)(2), 37(c)(1) | ☐ Granted  ☐ Granted with modification ☐ Denied |

Dated: _____, 2014

_____
United States District Judge