1  Keith L. Slenkovich  (SBN 129793)
     Keith.Slenkovich@wilmerhale.com
2  Joseph F. Haag  (SBN 248749)
     Joseph.Haag@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA  94304
5  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

6
   William F. Lee (*pro hac vice*)
7    William.Lee@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   60 State Street
9  Boston, MA  02109
   Telephone:  (617) 526-6000
10 Facsimile:  (617) 526-5000

11 James M. Dowd  (SBN 259578)
     James.Dowd@wilmerhale.com
12 WILMER CUTLER PICKERING
     HALE AND DORR LLP
13 350 S. Grand Avenue, Suite 2100
   Los Angeles, CA  90071
14 Telephone:  (213) 443-5300
   Facsimile:  (213) 443-5400
15
   *Attorneys for Plaintiff* MEDIATEK INC.
16

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>    Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>    Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MEDIATEK INC.'S STIPULATED REQUEST TO EXTEND THE DEADLINE TO SUBMIT MEDIATEK'S PUBLIC VERSIONS OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL**<br><br>**HON. YVONNE GONZALEZ ROGERS** |

---

4:11-cv-05341 (YGR)                    [PROPOSED] ORDER GRANTING MEDIATEK'S
                                       STIPULATED REQUEST TO EXTEND
                                       DEADLINE

Before the Court is Plaintiff MediaTek Inc.'s Stipulated Request to Extend the Deadline to Submit Public Versions of Documents Sought to Be Filed Under Seal. After consideration of the MediaTek's Stipulated Request, the Declaration of Christopher Franklin in Support of MediaTek's Stipulated Request, and supporting exhibits attached thereto, the Court is of the opinion that good cause for the relief exists and that said request should be GRANTED.

IT IS THEREFORE ORDERED, that the deadline for MediaTek to submit its Public Versions of Documents Sought to Be Filed Under Seal is extended by twenty minutes, from midnight, February 20, 2014, to 12:20 a.m., February 21, 2014.

Dated: __February 25__, 2014.

_____
United States Judge
YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

4:11-cv-05341 (YGR)     1     [PROPOSED] ORDER GRANTING MEDIATEK'S STIPULATED REQUEST TO EXTEND DEADLINE