Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>          Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>          Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>ORDER GRANTING<br>**STIPULATED REQUEST TO EXTEND THE DEADLINE FOR MEDIATEK'S OPPOSITION TO FREESCALE'S MOTION FOR SUMMARY JUDGMENT BY FOUR HOURS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff MediaTek, Inc. ("MediaTek") requests that the Court extend by four hours (from midnight, November 19, 2013, until 4:00 a.m. on November 20, 2013) the filing deadline for MediaTek's Opposition to Freescale Semiconductor, Inc.'s Motion for Summary Judgment, Docket No. 325 ("MediaTek's Opposition"). MediaTek and Defendant Freescale Semiconductor, Inc. ("Freescale") stipulate to this request.

This stipulated request is supported by the following facts:

- MediaTek filed its Opposition shortly after, and within four hours of, the November 19, 2013 deadline to file its Opposition to Freescale's Motion for Summary Judgment;
- MediaTek has informed Freescale that MediaTek's Opposition was filed late due to technical issues that MediaTek encountered with the Electronic Case Filing ("ECF") system;
- MediaTek represents that it has filed or will file, in support of this stipulated request, accompanying sworn declarations showing that MediaTek encountered technical issues with the ECF system that delayed the filing;
- The parties agree that good cause exists for the requested four-hour extension;
- The parties conferred regarding this request on November 20, 2013;
- Pursuant to Civil L.R. 6-2, MediaTek requests that this Court order, by signing below, that the deadline to file the MediaTek's Opposition is extended by four hours, to 4:00 a.m. on November 20, 2013, and MediaTek and Freescale stipulate to this request.

IT IS SO STIPULATED.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Dated:  November 20, 2013

Respectfully submitted,

MEDIATEK INC.

By its attorneys,

*/s/ Christopher A. Franklin*

Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Christopher A. Franklin  (SBN 272587)
  Christopher.Franklin@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

Attorneys for Plaintiff MEDIATEK INC.

Dated: November 20, 2013

Respectfully submitted,

FREESCALE SEMICONDUCTOR, INC.

By its attorneys,

*/s/ Alexander J. Hadjis*
RUDY Y. KIM  (CA SBN 199426)
RudyKim@mofo.com
ALAN COPE JOHNSTON  (CA SBN 66334)
ACJohnston@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

ALEXANDER J. HADJIS (pro hac vice)
AHadjis@mofo.com
JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 25, 2014

United States District Court Judge
YVONNE GONZALEZ ROGERS