UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK, INC.,**<br><br>    **PLAINTIFF,**<br><br>    VS.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>    **DEFENDANT.** | **CASE NO.: 11-CV-5341 YGR**<br><br>**PRETRIAL ORDER NO. 2 RE: PRETRIAL CONFERENCE FEBRUARY 28, 2014** |

The parties are scheduled to appear for a further pretrial conference on Friday, February 28, 2014, at 9:00 a.m. In addition to those issues and tasks discussed during the first pretrial conference, the parties should be prepared to address the following specific issues:

1. The Court has issued its Order Granting In Part And Denying In Part Motion of Plaintiff MediaTek, Inc., to Strike Improper Expert Opinions of Dr. Frank Vahid (Dkt. No. 454). The parties are directed to be prepared to address the impact of that order on the pending motion of MediaTek for Summary Judgment on the grounds that the asserted claims of U.S. Patent No. 6,738,845 ("the '845 patent") are not invalid for obviousness under 35 U.S.C. § 103(a). (Dkt. No. 298.)

2. The Court will entertain argument on:

MediaTek's Motion to Strike, or In the Alternative Preclude Under *Daubert* Opinions of Dr. Frank Vahid (Dkt. No. 299-5); and Freescale's Motion Exclude Certain Testimony of Catherine M. Lawton (Dkt. No. 302-4.)

**IT IS SO ORDERED.**

**DATED: FEBRUARY 25, 2014**

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**