| | |
|---|---|
| Keith L. Slenkovich  (SBN 129793) | Alexander Hadjis (pro hac vice) |
| Keith.Slenkovich@wilmerhale.com | Alexander.Hadjis@cwt.com |
| Joseph F. Haag  (SBN 248749) | CADWALADER, WICKERSHAM & TAFT LLP |
| Joseph.Haag@wilmerhale.com | 700 Sixth Street, NW |
| Nathan L. Walker (SBN 206128) | Washington, DC 20001 |
| Nathan.Walker@wilmerhale.com | Telephone:  (202) 862-2323 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Facsimile:   (202) 862-2400 |
| 950 Page Mill Road | |
| Palo Alto, CA  94304 | Rudy Y. Kim (CA SBN 199426) |
| Telephone:  (650) 858-6000 | RudyKim@mofo.com |
| Facsimile:   (650) 858-6100 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| William F. Lee (*pro hac vice*) | Palo Alto, CA  94304 |
| William.Lee@wilmerhale.com | Telephone:  (650) 813-5600 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Facsimile:   (650) 494-0792 |
| 60 State Street | Joshua A. Hartman (pro hac vice) |
| Boston, MA  02109 | JHartman@mofo.com |
| Telephone:  (617) 526-6000 | MORRISON & FOERSTER LLP |
| Facsimile:   (617) 526-5000 | 2000 Pennsylvania Avenue NW |
| | Suite 6000 |
| James M. Dowd  (SBN 259578) | Washington, DC  20006 |
| James.Dowd@wilmerhale.com | Telephone:  (202) 887-1500 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Facsimile:   (202) 887-0763 |
| 350 S. Grand Avenue, Suite 2100 | Attorneys for Defendant |
| Los Angeles, CA  90071 | FREESCALE SEMICONDUCTOR, INC. |
| Telephone:  (213) 443-5300 | |
| Facsimile:   (213) 443-5400 | |

*Attorneys for Plaintiff* MEDIATEK INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>Defendant. | **Civil Action No.  4:11-cv-05341 (YGR) (JSC)**<br><br>**[PROPOSED] ORDER GRANTING ADDITIONAL JOINT STIPULATIONS FOR TRIAL PURPOSES**<br><br>Hon. Yvonne Gonzalez Rogers |

The parties to this action—Plaintiff MediaTek, Inc. ("MediaTek") and Defendant Freescale Semiconductor, Inc. ("Freescale")—have stipulated to the matters listed in paragraphs 1 through 36 below solely for purposes of trial in this action. The parties further stipulate and request that the matters listed in paragraphs 1 through 36 below shall be incorporated into the trial record, without the necessity of supporting testimony or exhibits, and that this Joint Stipulation may be provided to the jury. The parties respectfully ask the Court to approve these stipulations by signing the proposed Order set forth below.

### **Stipulated Matters**

1. MediaTek is a semiconductor company. MediaTek was founded in 1997.

2. Freescale is a Delaware corporation with its principal place of business located in Austin, Texas.

3. Freescale is a former division of Motorola, Inc. (Motorola) and was spun off from Motorola in 2004.

4. On May 18, 2004, the United States Patent and Trademark Office ("Patent Office") issued U.S. Patent No. 6,738,845 (the '845 patent) to Analog Devices, Inc. ("Analog Devices") as assignee of the '845 patent.

5. On May 3, 2005, the Patent Office issued U.S. Patent No. 6,889,331 (the '331 patent) to Analog Devices as assignee of the '331 patent.

6. MediaTek acquired the wireless division of Analog Devices in January 2008, and, as a part of that acquisition, acquired the '845 and '331 patents.

7. On July 11, 2000, the Patent Office issued U.S. Patent No. 6,088,753 (the '753 patent) to Fusion Micromedia Corporation ("Fusion,") as assignee of the '753 patent. In 2001, Fusion (a/k/a Sitera Incorporated) merged into Vitesse Semiconductor Corporation ("Vitesse") and, as part of that merger, Vitesse acquired the '753 patent.

8. MediaTek acquired certain assets of Vitesse in June 2009, and, as a part of that acquisition, acquired the '753 patent.

9. MediaTek owns all right, title, and interest in the '845, '331, and '753 patents.

10. The priority date for the '845 patent is November 5, 1999.

11. The '845 patent names Rainer R. Hadwiger, Paul Krivacek, Joern Sorensen, and Palle Birk as inventors.

12. The non-provisional application leading to the issuance of the '845 patent was filed with the Patent Office on November 3, 2000.

13. The '845 patent claims priority to and incorporates by reference Provision Application No. 60/163,816, filed November 5, 1999.

14. The priority date for the '331 patent is August 29, 2001.

15. The '331 patent names Joern Soerensen, Michael Allen, and Palle Birk as inventors.

16. The non-provisional application leading to the issuance of the '331 patent was filed with the Patent Office on August 29, 2002.

17. The '331 patent claims priority to and incorporates by reference Provisional Application No. 60/315,655, filed August 29, 2001.

18. The priority date for the '753 patent is May 27, 1997.

19. The '753 patent names Stephen James Sheafor and James Yuan Wei as inventors.

20. The non-provisional application leading to the issuance of the '753 patent was filed with the Patent Office on August 2, 1999. (Dkt. No. 394 at ¶ 57.)

21. The '753 patent claims priority to and incorporates by reference prior application No. 08/863,875, which led to issuance of U.S. Patent No. 5,983,303 (the '303 patent).

22. The '753 patent is a division of the application that led to issuance of the '303 patent.

23. U.S. Patent No. 5,828,856 to Bowes et al. (Bowes856) was issued on October 27, 1998.

24. The non-provisional application leading to the issuance of Bowes856 was filed on March 21, 1996.

25. U.S. Patent No. 5,546,547 to Bowes et al. (Bowes547) was issued on August 13, 1996.

26. The non-provisional application leading to the issuance of Bowes547 was filed on

1  January 28, 1994.

2  27. The article "Performance of Multiprocessor Interconnection Networks," by Laxmi
3  N. Bhuyan et al. ("Bhuyan reference"), was published by the IEEE in February 1989.

4  28. U.S. Patent No. 7,100,061 to Halepete et al. (Halepete) was issued on August 29,
5  2006.

6  29. The non-provisional application leading to Halepete was filed on January 18,
7  2000.

8  30. The Motorola MC88410 – Secondary Cache Controller User's Manual was
9  published by Motorola Inc. in 1992.

10  31. U.S. Patent No. 5,584,010 to Kawai et al. (Kawai) was issued on December 10,
11  1996.

12  32. The non-provisional application leading to Kawai was filed on December 19,
13  1994.

14  33. The damages period applicable to the '845 and '331 in this case runs from
15  November 3, 2011, to present.

16  34. The damages period applicable to the '753 patent in this case runs from
17  November 4, 2011, to present.

18  35. Freescale was licensed to the '845 and '331 patents between August 30, 2004, and
19  August 30, 2010, under a patent license agreement with Analog Devices.

20  36. Freescale's license under the '845 and '331 patents expired on August 30, 2010.

21  The parties make the foregoing stipulations for the limited purpose of simplifying the
22  issues for trial. See Fed. R. Civ. P. 16(c)(2)(A).

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  Dated: _____, 2014

27
                                                            _____
28                                                          United States District Judge

| | |
|---|---|
| Dated:  February 24, 2014 | Respectfully submitted, |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: _/s/ James M. Dowd_____<br>     James M. Dowd |
| | Keith L. Slenkovich  (SBN 129793)<br>  Keith.Slenkovich@wilmerhale.com<br>Joseph F. Haag  (SBN 248749)<br>  Joseph.Haag@wilmerhale.com<br>Christopher A. Franklin  (SBN 272587)<br>  Christopher.Franklin@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |
| | William F. Lee (*pro hac vice*)<br>  William.Lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| | James M. Dowd  (SBN 259578)<br>  James.Dowd@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 443-5300<br>Facsimile:  (213) 443-5400 |
| | *Attorneys for Plaintiff* MEDIATEK INC. |

| | | |
|---|---|---|
| 1 | Dated: February 24, 2014 | Respectfully submitted, |
| 2 | | FREESCALE SEMICONDUCTOR, INC. |
| 3 | | By its attorneys, |

*/s/    Alexander J. Hadjis*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM  (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Northern District of California's General Order No. 45, Section X.B., I, Rudy Y. Kim, attest that concurrence in the filing of this document has been obtained from James Dowd and Alexander J. Hadjis.

/s/ *Rudy Y. Kim*
   Rudy Y. Kim