**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,** | Case No.: 11-cv-5341 YGR |
| Plaintiff, | |
| vs. | **ORDER DIRECTING SUBMISSION OF DISPUTED DISCOVERY DESIGNATIONS; VACATING APRIL 11, 2014 HEARING** |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
| Defendant. | |

The Court has reviewed the parties' April 8, 2014 submission regarding their Revised Joint List of Discovery Excerpts. (Dkt. No. 517.) The parties are **ORDERED** to deliver to the Courthouse, no later than 10:00 a.m. on Friday, April 11, 2014, a three-ring binder which contains the disputed designations referenced therein with enough context to allow the Court to rule on the objections.

The Court also understands that counsel for defendant Freescale Semiconductor, Inc., Alexander Hadjis, has a family obligation which precludes his personal appearance at the conference set for Friday, April 11, 2014. Accordingly, the Court **VACATES** the conference scheduled for Friday, April 11, 2014. The next conference is scheduled for April 25, 2014 at 9:00 a.m.

**IT IS SO ORDERED**.

Date: April 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**