UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK, INC.,<br><br>　　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　Defendant and Counter-claimant. | Case No.: 4:11-cv-05341-YGR<br><br>**ORDER PERMITTING WITHDRAWAL OF COUNSEL ROBERT E. CAMORS, JR** |

　　　　Based upon his Notice of Withdrawal, and the stipulation thereto, the Court hereby Orders that Robert E. Camors, Jr. may withdraw as counsel in the above-captioned action. Keith Leonard Slenkovich, of Wilmer, Cutler, Pickering, Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304, will continue as counsel of record for Plaintiff and Counter-Defendant MediaTek, Inc.

　　　　IT IS SO ORDERED.

Dated: April 15, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge