# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK INC.,** | Case No.: 11-cv-5341 YGR |
| Plaintiff, | **ORDER VACATING CONTINUED PRETRIAL CONFERENCE FOR APRIL 25, 2014** |
| vs. | |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
| Defendant. | |

The Court hereby **VACATES** the continued pretrial conference set for April 25, 2014. The Court will reschedule the next pretrial conference for a Friday on two weeks' notice to the parties.

**IT IS SO ORDERED**.

Date: April 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**