UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**ORDER GRANTING FREESCALE'S STIPULATED REQUEST TO EXTEND THE DEADLINE TO SUBMIT DECLARATIONS IN SUPPORT OF MOTION TO FILE UNDER SEAL** |

　　　　Defendant Freescale Semiconductor, Inc. (Freescale) has filed a stipulated request for an additional extension of the time to file declarations in support of MediaTek's Administrative Motion to File Under Seal (Dkt. No. 496) (Motion to File Under Seal).

　　　　The request is **GRANTED**. Freescale shall have until **May 5, 2014,** to submit any declarations in support of the motion to seal. The Court notes that this is the second extension of the deadline in connection with this motion. No further extensions will be granted.

　　　　**IT IS SO ORDERED**.

Dated: April 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE