**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MEDIATEK INC.,

                       Plaintiff,

           v.

FREESCALE SEMICONDUCTOR, INC.,

                       Defendant.

Case. No. 11-cv-05341-YGR

**NOTICE OF CHANGE OF ADDRESS**

**TO: CLERK OF COURT AND ALL PARTIES**

      PLEASE TAKE NOTICE, that effective April 14, 2014, the law firm of Morrison & Foerster LLP no longer has its offices located at 1290 Avenue of the Americas, New York, NY 10104. Morrison & Foerster LLP's new offices are located at 250 West 55th Street, New York, NY 10019; and

      PLEASE TAKE FURTHER NOTICE that service of all pleadings and papers on Jayson L. Cohen counsel of record for Defendant Freescale Semiconductor, Inc. in the above-captioned matter should be directed to Morrison & Foerster LLP's new offices at 250 West 55th Street, New York, NY 10019; and

      PLEASE TAKE FURTHER NOTICE that the telephone numbers, e-mail addresses and facsimile numbers for Morrison & Foerster LLP, its attorneys and support staff will remain the same.

Dated: New York, New York
   May 22, 2014

MORRISON & FOERSTER LLP

By:  /s/ Jayson L. Cohen
   Jayson L. Cohen

250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*Attorneys for Defendant*
FREESCALE SEMICONDUCTOR