**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>        Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER GRANTING MOTION OF THIRD PARTY INTEL CORPORATION TO INTERVENE** |

Third Party Intel Corporation, with the stipulated agreement of Freescale Semiconductor, Inc. and MediaTek, Inc., seeks to intervene in this action for the limited purpose of requesting the Court to maintain the confidentiality of portions of a "License and Cooperation Agreement" ("license") between Intel and Motorola, Inc. that MediaTek filed under seal in accordance with Civil Local Rule 79-5(e). MediaTek filed the document under seal because Freescale had designated it "Highly Confidential" under the governing stipulated protective order. Freescale filed a declaration in support of sealing certain portions of the license. Intel moves to intervene to supports Freescale's request and to assert its own evidence and request for sealing additional portions of the license.

Intel seeks to intervene only for purposes of addressing the confidentiality of the license. Counsel for MediaTek and Freescale have stipulated to Intel's request to intervene, and to the relief sought. Intel's intervention will not, therefore, "unduly delay or prejudice the adjudication of the original parties' rights. FRCP 24(b)(3); *see Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2013 WL 3958232, at *2 & n.2 (N.D. Cal. July 29, 2013) (granting, under permissive intervention standard, non-party's motion to intervene for purposes of sealing its patent license agreement where non-party "does not seek to intervene for the purpose of litigating any claims on the merits, simply to ensure that a license agreement between [non-party] and [plaintiff] is maintained under seal. Neither [plaintiff] nor [defendant] oppose [non-party's] motion. Therefore, there is no

1  basis for the Court to infer that intervention would 'unduly delay or prejudice' the adjudication of
2  [the parties'] rights."). Consequently, the motion is **GRANTED** for the limited purpose of considering
3  the motion to seal filed by Intel at Docket No. 538.
4      This Order terminates Docket No. 537.
5      **IT IS SO ORDERED**.
6  Dated: June 5, 2014

                                        _____
                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**