1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>               Plaintiff,<br><br>   v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>               Defendant. | **Civil Action No. 4:11-cv-05341 (YGR)**<br><br>**ORDER GRANTING MEDIATEK INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. No. 393)**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of MediaTek, Inc.'s ("MediaTek's") Administrative Motion for Leave to File Documents Under Seal ("Motion to File Under Seal"), the Declaration of Christopher A. Franklin in Support of MediaTek's Motion to File Under Seal and other supporting documents, this Court hereby **GRANTS** MediaTek's Motion to File Under Seal: MediaTek shall file under seal the confidential, unredacted portions of the following documents:

| Document | Portion Sought to Be Sealed | Ruling |
|---|---|---|
| MediaTek Inc.'s Notice of Motions *in Limine* Nos. 1-11 | p. 2 | Grant |
| MediaTek Inc.'s Motions *in Limine* Nos. 1-11 | p. i, 5, 14-15, 16, 17, 19, 21, 22, 29, 30, 31, 32, 33, 34, 35, 36, 37 | Grant |
| Declaration of Brett Hammon | p. 1 | Grant |
| Exhibit 4 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 5 to Declaration of Brett Hammon | ps. 136-138, 142-143, 199, 206:1-16, 206:21-207:12 | Grant |
| Exhibit 7 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 8 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 9 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 11 to Declaration of Brett Hammon | p. 61 | Grant |

These documents were submitted in connection with MediaTek's Motions *In Limine* Sealing in connection with those motions is proper based on MediaTek's showing of good cause.

The documents are therefore **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time. This Order terminates Docket No. 393.

**IT IS SO ORDERED.**

Dated: June 20, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE