# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>            Defendant. | **Civil Action No. 4:11-cv-05341 (YGR)**<br><br>**ORDER GRANTING MEDIATEK INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. No. 401)**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of MediaTek, Inc.'s ("MediaTek's") Administrative Motion for Leave to File Documents Under Seal ("Motion to File Under Seal"), the Declaration of MH Shieh in Support of MediaTek's Motion to File Under Seal, the Declaration of Christopher A. Franklin in Support of MediaTek's Motion to File Under Seal, and other supporting documents, this Court hereby **GRANTS** MediaTek's Motion to File Under Seal.  MediaTek shall file under seal the confidential, unredacted portions of the following documents:

| Document | Portion Sought to Be Sealed | Ruling |
| --- | --- | --- |
| MediaTek's Opposition to Freescale's Motions *in Limine* | p. 5-8, 18, 19-23, 26-28, 32, 35-36, 43, 48 | Grant |
| Exhibit 1 to Declaration of Brett Hammon | p. 87, 105, 123-132, 141, 160, 166-167, 173-174 | Grant |
| Exhibit 5 to Declaration of Brett Hammon | p. 1, 2 | Grant |
| Exhibit 6 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 8 to Declaration of Brett Hammon | p. 146-148, 175-176, 210-211, 213 | Grant |
| Exhibit 9 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 10 to Declaration of Brett Hammon | Entire document | Grant |
| Exhibit 11 to Declaration of Brett Hammon | Entire document | Grant |

These documents were submitted in connection with MediaTek's Opposition to Freescale's Motions *In Limine*.  Sealing in connection with those motions is proper based on MediaTek's showing of good cause.

The documents are therefore **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*.  Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time. All other portions previously filed under seal shall be filed in the public record.  This Order terminates Docket No. 401.

**IT IS SO ORDERED.**

Dated: June 20, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE