1  ALEXANDER J. HADJIS (pro hac vice)
   Alexander.Hadjis@cwt.com
2  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
3  Washington, D.C. 20001
   Telephone: (202) 862-2323
4  Facsimile: (202) 862-2400

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California  94304
   Telephone: (650) 813-5600
8  Facsimile: (650) 494-0792

9  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
10 MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
11 Suite 6000
   Washington, DC 20006
12 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
13
   Attorneys for Defendant-Counterclaimant
14 FREESCALE SEMICONDUCTOR, INC.

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

19

20 | MEDIATEK INC.,                          | Civil Action No. 4:11-cv-05341 (YGR)
21 |             Plaintiff,                  | **[PROPOSED]** ORDER GRANTING
                                             | **FREESCALE'S STIPULATED**
22 |      v.                                 | **ADMINISTRATIVE MOTION TO**
                                             | **FILE DOCUMENTS UNDER SEAL**
23 | FREESCALE SEMICONDUCTOR, INC.,          |
                                             | Hon. Yvonne Gonzalez Rogers
24 |             Defendant.                  |

25

26

27

28

PROPOSED ORDER GRANTING FREESCALE'S STIPULATED ADMIN. MOT. TO FILE DOCS. UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)

Upon consideration of Defendant Freescale Semiconductor, Inc.'s (Freescale) Stipulated Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Freescale's Stipulated Administrative Motion to File Documents Under Seal and ORDERS that the following document shall be sealed, as indicated below:

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| Portions of Freescale's Opposition to MediaTek's Motions In Limine (Opposition) | Portions under seal |
| Portions of the Declaration of Joshua A. Hartman In Support of Freescale's Opposition (Hartman Declaration) | Portions under seal |
| Exhibit 1 to the Hartman Declaration, portions of excerpts from the Expert Report of Catharine M. Lawton | Portions under seal |
| Exhibit 2 to the Hartman Declaration, portions of excerpts from the Expert Report of Brett Reed | Portions under seal |
| Exhibit 3 to the Hartman Declaration, portions of excerpts from the Rebuttal Expert Report of Dr. Frank Vahid | Portions under seal |
| Exhibit 5 to the Hartman Declaration, the entirety of FSL-01406117-FSL-01406131 | Entirety under seal |
| Exhibit 6 to the Hartman Declaration, the entirety of FSL-00364769-FSL-00364800; | Entirety under seal |
| Exhibit 7 to the Hartman Declaration, the entirety of FSL-00694201-FSL-00694216 | Entirety under seal |

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| Exhibit 8 to the Hartman Declaration, the entirety of FSL-01367678-FSL-01367711 | Entirety under seal |
| Exhibit 9 to the Hartman Declaration, Joint Letter attached to the Email from Nathan Walker to Rudy Kim (Nov. 23, 2012) | Portions under seal |
| Exhibit 10 to the Hartman Declaration, the entirety of excerpts to MTK-00002016 | Entirety under seal |
| Exhibit 21 to the Hartman Declaration, portions of excerpts of the deposition transcript of Lee Chastain | Portions under seal |
| Exhibit 24 to the Hartman Declaration, the entirety of FSL-00616155-FSL-00616162 | Entirety under seal |
| Exhibit 25 to the Hartman Declaration, the entirety of FSL-01334337-FSL-01334477 | Entirety under seal |
| Exhibit 27 to the Hartman Declaration, the entirety of FSL-02435199 | Entirety under seal |
| Exhibit 29 to the Hartman Declaration, portions of excerpts of the deposition transcript of Allen Wagner | Portions under seal |
| Exhibit 33 to the Hartman Declaration, portions of excerpts of the deposition transcript of Noam Efrati | Portions under seal |
| Exhibit 35 to the Hartman Declaration, the entirety of excerpts to MTK-00004991 | Entirety under seal |

| Title of Document | Portion Under Seal/Whole Document Under Seal |
|---|---|
| Exhibit 39 to the Hartman Declaration, portions of excerpts of the deposition transcript of Spiro Kasabasic | Portions under seal |
| Exhibit 40 to the Hartman Declaration, the entirety of excerpts to MTK-00030681 | Entirety under seal |

These documents were submitted in connection with Freescale's Opposition to MediaTek's Motions In Limine. Sealing in connection with that motion is proper based on Freescale's showing of good cause. The documents are therefore ORDERED SEALED for purposes of consideration of the motions in connection with which they were submitted only. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will be required to make a sufficient showing at that time.

This Order terminates Docket No. 403.

IT IS SO ORDERED.

Dated:  June 20, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE