**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,** | Case No.: 11-cv-5341 YGR |
| **Plaintiff,** | **ORDER DENYING AS MOOT MEDIATEK'S MOTION TO EXCLUDE DTX-0228 (DKT. NO. 483)** |
| vs. | |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
| **Defendant.** | |

Plaintiff MediaTek, Inc. has filed a trial brief on its motion to exclude defendant Freescale Semiconductor, Inc.'s ("Freescale") proposed exhibit DTX-0228.  Freescale's response to the motion states that Freescale has withdrawn this exhibit.  (Dkt. No. 497.)

The motion is **DENIED AS MOOT**.  Freescale proposed exhibit DTX-0228 is **ORDERED WITHDRAWN** and will not be admitted.

This Order terminates Docket No. 483.

**IT IS SO ORDERED**.

Dated: June 20, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**