**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>　　　　Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER GRANTING MEDIATEK'S MOTION TO EXCLUDE DTX-0584C (DKT. NO. 485-5)** |

　　　　Plaintiff MediaTek, Inc. has filed a trial brief on its motion to exclude defendant Freescale Semiconductor, Inc.'s ("Freescale") proposed exhibit DTX-0584C, described as a "Site Activity Spreadsheet."

　　　　On January 2, 2013, MediaTek served Interrogatory No. 22 requesting the locations where Freescale tests its products. On February 1, 2013, Freescale produced a sworn response to this Interrogatory identifying FSL-00125852 (the "Decoder"). On April 30, 2013, Freescale produced a supplemental sworn response to Interrogatory No. 22 identifying FSL-02423972, a spreadsheet of sales and testing information, with codes for site numbers for testing and manufacturing sites. On June 7, 2013, MediaTek took the deposition of Andrew Percy, Freescale's Rule 30(b)(6) witness on testing and sales of Freescale's accused products. Percy confirmed that the information in the Decoder document accurately correlated to the site numbers in the spreadsheet. On the last day of fact discovery, July 19, 2013, Freescale produced an updated version of FSL-02423972. MediaTek relied upon Freescale's sworn response to Interrogatory No. 22, and the Decoder and spreadsheet documents in particular, during expert discovery and to prepare its case for trial.

Then, on the verge of the original trial date, Freescale produced its proposed exhibit DTX-0584C, a new document that undermines the correlation between the Decoder and spreadsheets and purports to show that a very small proportion of products were tested in the United States.

Freescale offers no substantial justification for its failure to produce this document or the information therein during the normal course of discovery. Moreover, MediaTek would be prejudiced severely if it were admitted now.

The motion is **GRANTED**. Freescale's proposed exhibit DTX-0584C will not be admitted. This Order terminates Docket No. 485-5.

**IT IS SO ORDERED**.

Dated: June 20, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**