# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **ORDER GRANTING MEDIATEK'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 485]** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | Hon. Yvonne Gonzalez Rogers |

Upon consideration of MediaTek's Stipulated Administrative Motion To File Documents Under Seal, Dkt. No. 485 (Stipulated Administrative Motion), the Declaration of Mark Patrick In Support of MediaTek's Stipulated Administrative Motion to File Documents Under Seal, Dkt. No. 493 (Patrick Decl.), and other supporting documents, this Court hereby **GRANTS** MediaTek's Stipulated Administrative Motion and **ORDERS** that the following documents shall be sealed in part or in entirety, as indicated below, and to the extent not referenced in the order on the relevant motion:

| Document | Portion To Be Sealed | Support | Ruling |
|---|---|---|---|
| Exhibit 3 to Declaration of Nancy Schroeder (Dkt. No. 485-7) | Entire document | Patrick Decl. ¶¶ 3, 5-6 | **GRANTED** |
| Exhibit 5 to Declaration of Nancy Schroeder (Dkt. No. 485-9) | Entire document | Patrick Decl. ¶¶ 3, 5, 7 | **GRANTED** |
| Exhibit 7 to Declaration of Nancy Schroeder (Dkt. No. 485-11) | 41:9-10, 41:13-16, 41:19-20, 41:25, 57:20-22 (portions highlighted in Dkt. No. 493-2) | Patrick Decl. ¶¶ 3, 5, 7 (for 57:20-22) Patrick Decl. ¶¶ 4, 5, 8 (for 41:9-10, 41:13-16, 41:19-20, 41:25) | **GRANTED** |
| Exhibit 8 to Declaration of Nancy Schroeder (Dkt. No. 485-13) | Entire document | Patrick Decl. ¶¶ 3, 5, 7 | **GRANTED** |
| Exhibit 13 to Declaration of Nancy Schroeder (Dkt. No. 485-17) | Entire document | Patrick Decl. ¶¶ 3, 5, 7 | **GRANTED** |
| Exhibit 14 to Declaration of Nancy Schroeder (Dkt. No. 485-19) | Entire document | Patrick Decl. ¶¶ 3, 5, 7 | **GRANTED** |

These documents were submitted in connection with MediaTek's Motion to Exclude DTX-0584C. Sealing in connection with that motion is proper based on Freescale's showing of good cause.

PROPOSED ORDER GRANTING MEDIATEK'S STIP. ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO. 4:11-CV-05341 (YGR)                                                                                                    1

The documents are therefore **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time. All other portions previously filed under seal shall be filed in the public record

The parties shall file in the public record all portions of the documents not ordered sealed, consistent with the above, **within 7 days**. *See* Local Rule 79-5(f)(3).

This Order terminates Docket No. 485.

**IT IS SO ORDERED.**

Dated: June 20., 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE