# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>             Defendant. | Civil Action No. 4:11-cv-05341 (YGR)<br><br>**ORDER GRANTING MEDIATEK'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 496]**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of MediaTek's Administrative Motion To File Documents Under Seal (Administrative Motion) (Dkt. No. 496); the Declaration of Mark Patrick In Support of MediaTek's Administrative Motion (Patrick Decl.) and accompanying documents identifying Freescale confidential information  (Dkt. No. 502), and the declarations of third parties in support of MediaTek's Administrative Motion  and accompanying documents identifying third party confidential information (Dkt. Nos. 534, 538, and 540), this Court hereby **GRANTS** MediaTek's Administrative Motion and **ORDERS** that the following documents shall be sealed in part, as indicated below, and to the extent not referenced in the order on the relevant motion:

| **Document** | **Portion To Be Sealed** | **Support** | **Ruling** |
|---|---|---|---|
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-7) | Portions of page FSL-02424253 at Section 4.1 (as highlighted in Dkt. No. 502-1) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502) | **GRANTED** |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. Nos. 496-8 to 496-11) | Portions of pages FSL-02424055 to FSL-02424081 at preamble; confidentiality footer on each page; Sections 1.2 – 5.2, 5.3.7 – 5.4; 5.6 – 5.9, 6.2.1 – 6.2.5, 6.2.7 – 6.2.10, 6.11 – 6.12.5, 6.13.2, 6.14, 7(iii), and 8; and signature block (as marked in Dkt. Nos. 540-5 and 540-6, and highlighted in Dkt. No. 502-2) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Confidential third party declaration (Dkt. No. 540-1) | **GRANTED** |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-12) | Portions of page FSL-02424177 at Section 4.1 (as highlighted in Dkt. No. 502-3)<br><br>Portions of pages FSL-02424270 to FSL-02424283 at Contract Amt.; fax header on each page; and Sections 4.1 – 4.4, and 5.2 | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Third party declaration (Dkt. No. 534-1) (for pages FSL-02424270 to FSL-02424283)<br><br>Confidential third | **GRANTED** |

| | | | |
|---|---|---|---|
| | (as highlighted in Dkt. No. 534-3 and highlighted in Dkt. No. 502-3)<br><br>Portions of page FSL-02424379 at Section 4.1 (as highlighted in Dkt. No. 502-3)<br><br>Portions of pages FSL-02424386 to FSL-02424401 at preamble; Sections 1.2 – 1.13, 1.15,  3.1 -5.1, and 5.5 – 5.10; and signature block (as marked in Dkt. No. 534-6 and highlighted in Dkt. No. 502-3) | party declaration (Dkt. No. 534-4) (for pages FSL-02424386 to FSL-02424401) | |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-13) | Portions of pages FSL-02424431 to FSL-02424450 at preamble; Sections 1.3, 1.5 – 1.10, 2.1 – 6.1, 6.4 – 7.4, 8.2, 8.4 – 8.6. and 8.8 – 8.11; signature block; and Appendix A (as marked in Dkt. No. 540-9 and highlighted in Dkt. No. 502-4)<br><br>Portions of pages FSL-02424459 to FSL-02424460 at Section 4.1 (as highlighted in Dkt. No. 502-4)<br><br>Portions of page FSL-02424472 at Section E (as highlighted in Dkt. No. 502-4)<br><br>Portions of pages FSL-02424474 to FSL-02424475 at Section 4.1 – 4.1.7 (as | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Confidential third party declaration (Dkt. No. 540-1) (for pages FSL-02424431 to FSL-02424450) | **GRANTED** |

| | | | |
|---|---|---|---|
| | | highlighted in Dkt. No. 502-4) | | |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-14) | Portions of pages FSL-02424684 to FSL-02424707 at preamble; and Sections 1.2 – 1.11, 1.13-1.20, 2.1 – 3.13, 3.15, 4.1 – 6.3, 6.5, and 8.1 – 8.3 (as marked in Dkt. No. 538-4 and 538-5 and highlighted in Dkt. No. 502-5)<br><br>Portions of page FSL-02424930 at Section 4.1 (as highlighted in Dkt. No. 502-5) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Third party declaration (Dkt. No. 538-1) (for pages FSL-02424684 to FSL-02424707) | **GRANTED** |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-15) | Portions of pages FSL-02424960 to FSL-02424964 at preamble; confidentiality footer on each page; and Sections 1.3 – 1.4, and 2.1 – 2.6 (as highlighted in Dkt. No. 534-9 and Dkt. No. 502-6) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Confidential third party declaration (Dkt. No. 534-7) | **GRANTED** |
| Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-16) | Portions of pages FSL-02424965 to FSL-02424972 at confidentiality footer on each page; Sections 3.1 – 3.5, 4.1 – 4.3, 5.1, 6.1, 8.1, 9.2, 9.8, and 9.12(a); and signature block (as highlighted in Dkt. No. 534-11 and Dkt. No. 502-7) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502)<br><br>Confidential third party declaration (Dkt. No. 534-7) | **GRANTED** |
| Exhibit 2 to Declaration of Brett Hammon (Dkt. No. 496-18) | Portions of page FSL-03061629 at Section 5 (as highlighted in Dkt. No. 502-8) | Patrick Decl. ¶¶ 3-5 (Dkt. No. 502) | **GRANTED** |

These documents were submitted in connection with MediaTek's Opposition to Freescale's Brief Regarding Admissibility of Certain Exhibits. Sealing in connection with that motion is proper based on Freescale's showing of good cause. Based upon Freescale's

declaration, and the third party declarations submitted in connection with the motion, the Court finds that the sealing request is narrowly tailored.

The documents are therefore **ORDERED SEALED,** as set forth above, for purposes of consideration of the motion in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time. All other portions previously filed under seal shall be filed in the public record.

The Court notes that it has also granted the Motions to Seal filed by Third Parties Intel Corporation and Panasonic Corporation by separate orders which seal additional portions of two documents above:  Exhibit 1 to Declaration of Brett Hammon (Dkt. No. 496-14)

The parties shall file in the public record all portions of the documents not ordered sealed, consistent with the Court's Orders, **within 7 days**. *See* Local Rule 79-5(f)(3).

This Order terminates Docket No. 496.

Dated:   June 20         , 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE