**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>        Plaintiff,<br><br>    v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>        Defendant. | Civil Action No. **4:11-cv-05341 (YGR)**<br><br>**ORDER GRANTING MEDIATEK INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. No. 528)**<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of MediaTek, Inc.'s ("MediaTek's") Administrative Motion for Leave to File Documents Under Seal ("Motion to File Under Seal"), the Declaration of Brett Hammon in Support of MediaTek's Motion to File Under Seal and other supporting documents, this Court hereby **GRANTS** MediaTek's Motion to File Under Seal:

1. MediaTek shall file under seal the confidential, unredacted portions of the following documents:

| Document | Portion Sought to Be Sealed | Ruling |
|---|---|---|
| Exhibit A to MediaTek's Opposition to Freescale's Motion for Leave to File Response to MediaTek's Memorandum Re: Case Authority Raised by Freescale in Support of *Daubert* Motion | pp. 6-7 | Grant |

The identified portions of the documents are **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time. All other portions previously filed under seal shall be filed in the public record

To the extent not already filed publicly, the parties shall file in the public record all portions of the document not ordered sealed, consistent with the above, within 7 days. *See* Local Rule 79-5(f)(3).

This Order terminates Docket No. 528.

**IT IS SO ORDERED.**

Dated:  June 20, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE