**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>　　　　Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER GRANTING FREESCALE'S MOTION FOR LEAVE TO FILE A RESPONSE TO MEDIATEK'S MEMORANDUM; GRANTING MEDIATEK'S REQUEST TO FILE REPLY (DKT. NO. 520)** |

　　　　Defendant Freescale Semiconductor, Inc. ("Freescale") brings this Motion for Leave to File a Response to a memorandum filed by Plaintiff MediaTek, Inc. ("MediaTek"). (Dkt. No. 520.) MediaTek filed a supplemental memorandum on April 3, 2014 (Dkt. No. 516), related to case authority raised at the hearing on Freescale's Motion to Exclude Certain Testimony of Catharine M. Lawton.

Freescale now brings this motion contending that MediaTek's memorandum should be stricken or, alternatively, Freescale should be permitted to file the responsive brief it has appended to the motion.

　　　　MediaTek opposed the motion and offered its own reply brief, if the Court were to grant Freescale's motion for leave. (Dkt. No. 527.)

　　　　In the interests of justice, the Motion for Leave to File a Response is **GRANTED** and the attached responsive memorandum is **DEEMED FILED** as of April 10, 2014. Likewise, Freescale's request to file a reply is **GRANTED** and its proposed reply memorandum is Deemed Filed as of April 21, 2014.

　　　　This Order terminates Docket No. 520.

　　　　**IT IS SO ORDERED**.

Dated: June 20, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**