UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>       Defendant. | 4:11-cv-05341 (YGR) (JSC)<br><br>ORDER GRANTING NONPARTY INTEL CORPORATION'S STIPULATED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF LICENSE AGREEMENT (DKT. NO. 538) |

On May 1, 2014, Nonparty Intel Corporation ("Intel") submitted on behalf of all parties a Joint Stipulation to Nonparty Intel Corporation's Administrative Motion to Seal Portions of License Agreement, as well as a motion and declaration of Keith P. Gray in support. (Dkt. No. 538.)

Having reviewed the Intel's submissions, the previous submissions of MediaTek Inc. (Dkt. No. 496) and Freescale Semiconductor, Inc. (Dkt. No. 502), and good cause appearing for the proposed redactions, Intel's motion is hereby GRANTED. The license contained in Docket 495-14 shall be redacted in accordance with the redactions proposed by Freescale in Docket 502-5 and the redactions proposed by Intel at Docket No. 538-4 and 538-5.

The identified portions of the documents are **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will

-1-

need to make a sufficient showing at that time. All other portions previously filed under seal shall be filed in the public record

The parties shall file in the public record all portions of the documents not ordered sealed, consistent with the above, **within 7 days**. See Local Rule 79-5(f)(3).

This Order terminates Docket No. 538.

**IT IS SO ORDERED.**

Dated: June 20, 2014

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE

-2-