# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>    Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER GRANTING FREESCALE'S MOTION FOR RECONSIDERATION OF ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL; SEALING CERTAIN DOCUMENTS (DKT. NO. 531)** |

Defendant Freescale Semiconductor, Inc. ("Freescale") brings this Motion (Dkt. No. 531) for Reconsideration of this Court's Order Granting In Part And Denying In Part Administrative Motions to Seal (Dkt. No. 442, "Omnibus Sealing Order"). Freescale seeks reconsideration of those portions of this Court's Omnibus Sealing Order which denied the request to seal portions of documents Freescale has designated as highly confidential. Freescale argues that compelling reasons exist to seal this highly confidential business information, including pecuniary and competitive harm to itself and to third parties.

The Court finds that Freescale has narrowly tailored its revised request for sealing to remove from the public record only those portions that might reveal highly sensitive information. The Court therefore **GRANTS** the Motion for Reconsideration. Further, the Court **GRANTS** Freescale's narrowed request for sealing of documents. The documents identified in **Appendix A** to this Order shall remain under seal to the extent not specifically referenced in the order on the relevant motion.

1  These documents are sealed for purposes of the motions as to which they were submitted
2 *only*.  The parties will need to make a sufficient showing should they wish to seal these portions of
3 the documents in connection with later motions or with trial.
4  This Order terminates Docket No. 531 and terminates the Court's Order Granting Freescale's
5 Emergency Administrative Motion To Stay Enforcement, which stayed portions of the Court's
6 Omnibus Sealing Order.  (*See* Dkt. No. 453.)
7  This Order terminates Docket No. 531.
8  **IT IS SO ORDERED**.
9 Dated: June 20, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**