UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FREESCALE SEMICONDUCTOR, INC., <br><br>　　　　Defendant. | Case No.  4:11-cv-05341 (YGR) (JSC) <br><br>**ORDER DENYING THIRD PARTY PANASONIC CORPORATION'S MOTION FOR LEAVE TO INTERVENE (DKT. NO. 546)** |

On June 16, 2014, third party Panasonic Corporation, formerly known as Matsushita Electric Industrial Co. Ltd., ("Panasonic") submitted a Motion for Leave to Intervene for Limited Purpose of Sealing Portions of License Agreements, as well as a Joint Stipulation to Third Party Panasonic Corporation's Motion for Leave to Intervene for Limited Purpose of Sealing Portions of License Agreements. (Dkt. No. 546.)

The motion is **DENIED AS MOOT** and unnecessary.  Third party Panasonic previously submitted its declaration in support of sealing additional portions of documents 496-8, 496-9, 496-10, 496-11 and 496-13 on May 5, 2014.  (*See* Dkt. No. 540-1 through 540-9.)  The Court has considered these documents in reaching its order on MediaTek's Motion to Seal the documents and has granted the request to seal these portions of the documents, by separate order filed concurrently.

The hearing previously set for July 22, 2014 is **VACATED**.

This terminates Dkt. No. 546.

**IT IS SO ORDERED.**

Dated: _____June 20,_____, 2014

　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE