UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.,<br><br>Plaintiff,<br><br>v.<br><br>FREESCALE SEMICONDUCTOR, INC.,<br><br>Defendant. | Case No. 4:11-cv-05341 (YGR) (JSC)<br><br>**ORDER DENYING THIRD PARTY PANASONIC CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF LICENSE AGREEMENTS (Dkt. No. 547)** |

On June 16, 2014, third party Panasonic Corporation, formerly known as Matsushita Electric Industrial Co. Ltd., ("Panasonic") submitted an Administrative Motion to Seal Portions of License Agreements. (Dkt. No. 547.)

The Motion is **DENIED** as moot. (*See* Order Granting MediaTek's Motion to Seal in connection with its Opposition to Freescale's Brief Regarding Admissibility of Certain Exhibits. (Dkt. No. 496.)  The Court considered Panasonic's declaration filed at Dkt. No. 540.

This Order terminates Docket No. 547.

**IT IS SO ORDERED.**

Dated: June 20, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE