**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>　　　　　　Defendant. | **Civil Action No. 4:11-cv-05341 (YGR)**<br><br>[~~PROPOSED~~] ORDER REGARDING DISCOVERY EXCERPTS<br><br>Hon. Yvonne Gonzalez Rogers |

Upon consideration of plaintiff MediaTek Inc. (MediaTek) and defendant Freescale Semiconductor, Inc.'s (Freescale) Revised Joint List of Discovery Excerpts, this Court rules as follows:

<u>**MEDIATEK'S LIST OF DISCOVERY EXCERPTS**</u>

Exhibit 3 – Noam Efrati (June 27, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.136 | 111:11-112:11; 112:14-24; 113:2-8 | | 216:13-19; 216:25-217:12; (214:8-216:8 also counter-designated to support "all four of those potential scenarios") (*counter for 112:16-24; 113:2-3*) | Beyond the scope of designation, not needed for completeness; FRE 403; Leading; Hearsay |
| P.145 | 138:11-18; 138:20-139:1; 139:4-7 | | 216:13-19; 216:25-217:12; (214:8-216:8 also counter-designated to support "all four of those potential scenarios") (*counter for 138:20-139:1*) | Beyond the scope of designation, not needed for completeness; FRE 403; Leading; Hearsay |

CASE NO. 4:11-cv-05341-YGR　　　　　　[~~PROPOSED~~] ORDER RE: DISCOVERY EXCERPTS

| **COURT'S RULINGS:** | | |
|---|---|---|
| P.136, P.145 | 216:13-19 | Overruled |
| P.136, P.145 | 216:25-217:12 | Overruled |
| P.136, P.145 | 214:8-216:8 | Overruled |

Exhibit 6 – David Orris (June 26, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.302 | 21:17-22:24 | | 30:15; 30:18-19; 30:22-23; 30:25; 31:3-4; 31:8-9; 31:12; 148:15-22 | Beyond the scope of designation, not needed for completeness; vague; ambiguous; relevance; prejudice; hearsay |
| P.308 | 29:24-30:1; 30:3 | Foundation | 30:15; 30:18-19; 30:22-23; 30:25; 31:3-4; 31:8-9; 31:12; 148:15-22 | Beyond the scope of designation, not needed for completeness; vague; ambiguous; relevance; prejudice; hearsay |

| **COURT'S RULINGS:** | | |
|---|---|---|
| P.308 | 29:24-30:1; 30:3 | This objection was not previously made and Page 29 has not been provided to the Court. See Dkt. 517-1. Therefore, it is tentatively denied. MediaTek shall provide evidence of foundation by Wednesday, July 9, 2014 with Page 29. |
| P.302, P.308 | 30:15 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |
| P.302, P.308 | 30:18-19 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |
| P.302, P.308 | 30:22-23 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own |

CASE NO. 4:11-cv-05341-YGR                       1                    [~~PROPOSED~~] ORDER RE: DISCOVERY EXCERPTS

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| | | | presentation of evidence. | |
| P.302, P.308 | | 30:25 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.302, P.308 | | 31:3-4 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.302, P.308 | | 31:8-9 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.302, P.308 | | 31:12 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.302, P.308 | | 148:15-22 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |

Exhibit 8 – Changhae Park (September 30, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.346 | 62:25-63:13 | FRE 401/402; FRE 403 | 64:15-18; 65:2-66:4; 67:2-11; 67:25-68:4; 68:7-17; 94:7-11; | |
| P.347 | 64:10-14 | FRE 401/402; FRE 403 | 64:15-18; 65:2-66:4; 67:2-11; 67:25-68:4; 68:7-17; 94:7-11; | |
| P.348 | 77:6-18; 77:21-23; 77:25-78:6 | Incomplete hypothetical (*objection to 77:15-18; 77:22-23; 78:4-5*); FRE 401/402; FRE 403; FRE 701 (*objection to 77:15-18; 77:21-23; 77:25-78:6*) | | |

| | | | | |
|---|---|---|---|---|
| P.351 | 80:19-21 | FRE 401/402; FRE 403 | | |
| P.353 | 87:7-17 | FRE 401/402; FRE 403 | | |
| P.354 | 99:3-11 | FRE 401/402; FRE 403 | 99:12-14; 100:19-24; 101:9-15; 101:17-20; 101:23-102:6; 102:17-103:11; 103:18-22[1] | |
| P.355 | 99:15-100:11 | FRE 401/402; FRE 403 | 100:19-24; 101:17-20; 101:23-102:6; 102:17-103:11; 103:18-22 | |
| P.356 | 111:15-113:6 | FRE 401/402; FRE 403 | 113:7-8 | |
| **COURT'S RULINGS:** | | | | |
| P.346 | 62:25-63:13 | | Overruled | |
| P.347 | 64:10-14 | | Overruled | |
| P.348 | 77:15-18 | | Overruled on all grounds but reserve on FRE 701 objection. | |
| P.348 | 77:21-23 | | Overruled on all grounds but reserve on FRE 701 objection. | |
| P.348 | 77:25-78:6 | | Overruled on all grounds but reserve on FRE 701 objection. | |
| P.351 | 80:19-21 | | Overruled on all grounds but reserve on FRE 701 objection. | |
| P.353 | 87:7-17 | | Sustained | |
| P.354 | 99:3-11 | | Reserve. The Court requires the referenced Exhibit 6 to be provided to the Court no later than July 9, 2014. | |
| P.355 | 99:15-100:11 | | Reserve. The Court requires the referenced Exhibit 6 to be provided to the Court no later than July 9, 2014. | |
| P.356 | 111:15-113:6 | | Reserve. The Court requires the referenced Exhibit 6 to be provided to the Court no later than July 9, 2014. | |

---

[1] For those counter designations in italic typeface, the parties agree that those counter designations are to be counted against the counter designating party's trial time

Exhibit 9 – Andrew Percy (June 7, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.369 | 28:22-30:8 | | **28:22-29:4**; 33:6-8; 35:1-11; 41:9-42:5; 66:9-22 | (35:1-11, 41:9-42:5, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.370 | 31:11-17 | | 28:22-29:4; 33:6-8; 35:1-11; 41:9-42:5; 47:5-7; 47:9; 47:11-14; 66:9-22 | (35:1-11, 41:9-42:5, 47:5-7, 47:9, 47:11-14, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.372 | 32:8-13 | | 28:22-29:4; 33:6-8; 35:1-11; 41:9-42:5; 66:9-22 | (35:1-11, 41:9-42:5, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.373 | 32:18-20; 32:23-33:5 | | 28:22-29:4; **33:6-8**; 35:1-11; 41:9-42:5; 66:9-22 | (35:1-11, 41:9-42:5, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.382 | 41:23-42:14 | | 28:22-29:4; 33:6-8; 35:1-11; **41:9-42:5**; 66:9-22 | (33:6-8, 35:1-11, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.386 | 52:17-19 | | 28:22-29:4; 33:6-8; 35:1-11; 41:9-42:5; 66:9-22 | (33:6-8, 35:1-11, 41:9-42:5, 66:9-22) Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |

| COURT'S RULINGS: | | | | |
|---|---|---|---|---|
| P.382, P.386 | 33:6-8 | | Overruled | |
| P.369, P.370, P.372, P.373, P.382, P.386 | 35:1-11 | | Overruled | |
| P.369, P.370, P.372, P.373, P.386 | 41:9-42:5 | | Overruled | |
| P.370 | 47:5-7 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.370 | 47:9 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.370 | 47:11-14 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. | |
| P.369, P.370, P.372, P.373, P.386 | 66:9-22 | | Sustained | |
| P.378 | 37:8-12 | | 58:12-59:7; 59:19-23; 60:10-61:11 | Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |
| P.387 | 54:22-56:2 | | 58:12-59:7; 59:19-23; 60:10-61:11 | Beyond the scope of designation, not needed for completeness; FRE 401/402; FRE 403 |

| | **COURT'S RULINGS:** | | |
|---|---|---|---|
| P.378, P.387 | 58:12-59:7 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |
| P.378, P.387 | 59:19-23 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |
| P.378, P.387 | 60:10-61:11 | | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |

Exhibit 11 – Allen Wagner (June 28, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.471 | 57:1-58:2 | | 58:3-4; 58:7 (*counter for 57:17-58:2*) | Relevance; Beyond the scope of designation, not needed for completeness; speculative; FRE 403 |
| P.537 | 127:6-128:10 | | 149:5-150:2 (*counter for 128:5-10*) | Beyond the scope of designation, not needed for completeness |
| P.539 | 129:16-130:8; 130:10 | | 149:5-150:2 (*counter for 129:25-130:8; 130:10*) | Beyond the scope of designation, not needed for completeness |
| P.540 | 130:11-13; 130:16 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.541 | 130:17-20; 130:23-24 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |

| | | | | |
|---|---|---|---|---|
| P.542 | 130:25-131:2; 131:5 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.543 | 131:6-7; 131:10-12 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.545 | 133:10-134:1 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.553 | 147:5-22; 147:25 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.554 | 148:1-5 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.562 | 163:10-164:3 164:6 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.563 | 164:7-10; 164:13 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.564 | 164:14-16; 164:19 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.565 | 164:20-21; 164:24; 165:1-2 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |
| P.567 | 165:3-5; 165:8-9 | | 149:5-150:2 | Beyond the scope of designation, not needed for completeness |

| **COURT'S RULINGS:** | | |
|---|---|---|
| P.471 | 58:3-4; 58:7 | Overruled |
| P.537, P.539-543, P.545, P.553, P.554, P.562-565, P.567 | 149:5-150:2 | Sustained |

Exhibit 12 – Glen Wienecke (June 27, 2013)

| No. | MediaTek Designations | Freescale Objections | Freescale Counter Designations | MediaTek Objections |
|---|---|---|---|---|
| P.659 | 35:10-18; 35:22-36:25 | Scope of Case (*objection to 35:16-18; 35:22-24*) | | |
| P.665 | 44:4-14; 44:16-17 | | 46:1-11; 167:18-168:23 | (46:1-11) Beyond the scope of designation, not needed for completeness; Speculative; Improper expert opinion; (167:18-168:23) Beyond the scope of designation, not needed for completeness |
| P.667 | 44:24-25; 45:2-14 | | 45:15-46:11; 167:18-168:23 | (45:15-46:11) Beyond the scope of designation, not needed for completeness; Speculative; Improper expert opinion; (167:18-168:23) Beyond the scope of designation, not needed for completeness |

| | **COURT'S RULINGS:** | |
|---|---|---|
| P.659 | 35:16-18; 35:22-24 | Overruled |
| P.665 | 46:1-11 | Sustained |
| P.667 | 45:15-46:11 | Sustained as to the objection regarding scope; overruled on all other grounds and therefore can be used by Freescale separately in its own presentation of evidence. |
| P.665, P.667 | 167:18-168:23 | Overruled |

### FREESCALE'S LIST OF DISCOVERY EXCERPTS

Exhibit 14 – Kenneth Obuszewski (June 25, 2013)

| No. | Freescale Designations | MediaTek Objections | MediaTek Counter Designations | Freescale Objections |
|---|---|---|---|---|
| D15 | 42:6-43:1; 43:13-14; 43:21-23 | (42:6-43:1) Hearsay (43:13-14; 43:21-23) Hearsay, relevance, unfair prejudice, FRE 106 | 37:3-10; 37:16-38:13; 39:10-12; 39:21-24; 40:6-41:1; 41:7-9 | |
| D16 | 65:23-66:6 | Hearsay | | |
| D17 | 67:23-68:22 | Hearsay | | |
| **COURT'S RULINGS:** | | | | |
| D15 | 42:6-43:1 | | Overruled | |
| D15 | 43:13-14 | | Overruled | |
| D15 | 43:21-23 | | Overruled | |
| D16 | 65:23-66:6 | | Overruled | |
| D17 | 67:23-68:22 | | Overruled | |

Exhibit 15 – M. H. Shieh (August 1 & 2, 2013)

| No. | Freescale Designations | MediaTek Objections | MediaTek Counter Designations | Freescale Objections |
|---|---|---|---|---|
| D21 | 19:1-10; 19:22-20:6 | | (counters for 19:1-10; 19:22-20:6) 43:24-25; 44:6-7; (counter for 19:22-20:6) 20:16-22 | FRE 401/402; FRE 403; Order (Dkt. No. 443); Outside the scope (all objections to 43:24-25; 44:6-7) |
| **COURT'S RULINGS:** | | | | |
| D21 | | 43:24-25; 44:6-7 | Sustained as to the objection regarding scope; otherwise reserve. | |

**IT IS SO ORDERED.**

Dated: July 7, 2014.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**