UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIATEK, INC.,**<br><br>      **PLAINTIFF,**<br><br>      VS.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>      **DEFENDANT** | **CASE NO: 11-CV-5341 YGR**<br><br>**ORDER IN ADVANCE OF PRETRIAL CONFERENCE SCHEDULED FOR AUGUST 1, 2014** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In order to further prepare for the Pretrial Conference scheduled for August 1, 2014, the parties shall deliver to the Court by Thursday, July 31, 2014, the following:

1. A disc or thumb drive containing all documents referenced in the Revised Joint Exhibit List as identified in Docket 579, and

2. An updated Revised Joint Trial Readiness Binder Index referencing the appropriate and updated docket numbers.

Prior to the conference, the parties shall also meet and confer on the mechanics and/or logistics of presenting electronic evidence to the jurors, including the use of equipment such as presentation screens. The parties are advised that the jurors will have access to a secured computer during deliberations with a 24" screen. Any screen larger than that will need to be provided by the parties.

**IT IS SO ORDERED.**

**DATED: JULY 28, 2014**

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**