| | |
|---|---|
| Keith L. Slenkovich (SBN 129793)<br>Keith.Slenkovich@wilmerhale.com<br>Joseph F. Haag  (SBN 248749)<br>Joseph.Haag@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100<br><br>William F. Lee (*pro hac vice*)<br>William.Lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>James M. Dowd  (SBN 259578)<br>James.Dowd@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 443-5300<br>Facsimile:   (213) 443-5400<br><br>*Attorneys for Plaintiff* MEDIATEK INC. | Alexander Hadjis (pro hac vice)<br>Alexander.Hadjis@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP<br>700 Sixth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 862-2323<br>Facsimile:    (202) 862-2400<br><br>Rudy Y. Kim (CA SBN 199426)<br>RudyKim@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5600<br>Facsimile:   (650) 494-0792<br><br>Joshua A. Hartman (pro hac vice)<br>JHartman@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue NW<br>Suite 6000<br>Washington, DC  20006<br>Telephone:  (202) 887-1500<br>Facsimile:   (202) 887-0763<br><br>*Attorneys for Defendant*<br>FREESCALE SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC.<br><br>             Plaintiff,<br><br>     v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>             Defendant. | **Civil Action No.  4:11-cv-05341 (YGR)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED DISMISSAL OF '244 PATENT**<br><br>Hon. Yvonne Gonzalez Rogers |

WHEREAS, in the instant case, MediaTek, Inc. (MediaTek) alleged that Freescale Semiconductor, Inc.'s (Freescale's) MCF-5225X and MCF-521X product families ("the Accused Products") infringe U.S. Patent No. 6,311,244 ("the '244 patent"); and

WHEREAS Freescale filed counterclaims seeking a declaratory judgment that the Accused Products do not infringe the asserted '244 patent claims, and that those claims are invalid;

Plaintiff MediaTek and Defendant Freescale hereby agree and jointly stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2), MediaTek hereby dismisses with prejudice its infringement claims against the Accused Products based on the '244 patent;

2. Pursuant to Federal Rules of Civil Procedure 41(c), Freescale hereby dismisses with prejudice its counterclaim seeking a declaratory judgment that the Accused Products do not infringe the asserted '244 patent claims;

3. Pursuant to Federal Rules of Civil Procedure 41(c), Freescale hereby dismisses without prejudice its counterclaims seeking a declaratory judgment that the asserted '244 patent claims are invalid;

4. This stipulation shall not represent an adjudication of the merits of any remaining patent infringement claims, counterclaims, or defenses, and shall not be deemed as an admission by either party with respect to those claims, counterclaims, or defenses; and

5. Each party shall bear its own costs and attorney fees with respect to the aforementioned patent infringement claims, counterclaims, and defenses.

Respectfully submitted,

DATED: July 29, 2014						By: ____/s/ Keith Slenkovich_____
											Keith Slenkovich

											*Attorneys for MediaTek, Inc.*

DATED: July 29, 2014						By: ____/s/ Alex Hadjis_____
											Alex Hadjis

											*Attorneys for Freescale Semiconductor, Inc.*

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from Defendant Freescale Semiconductor, Inc. and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 29th day of July, 2014, at Palo Alto, California.

          /s/ Keith Slenkovich
            Keith Slenkovich

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

            United States District Judge