ALEXANDER J. HADJIS (Pro Hac Vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2323
Facsimile:   (202) 862-2400

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

JOSHUA A. HARTMAN (Pro Hac Vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile:   (202) 887-0763

Attorneys for Defendant-Counterclaimant
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC., | Civil Action No. 4:11-cv-05341 (YGR) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATIONS FOR TRIAL PURPOSES** |
| v. | |
| FREESCALE SEMICONDUCTOR, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING JOINT STIPULATIONS
CASE NO. 4:11-CV-05341 (YGR)

Plaintiff MediaTek, Inc. (MediaTek) and Defendant Freescale Semiconductor, Inc. (Freescale) filed a Joint Pretrial Statement and have agreed to the following stipulations for trial purposes:

1. MediaTek and Freescale stipulate to the authenticity of any document created and produced by a party in this case. This stipulation shall not be deemed or interpreted to be a stipulation that any document is admissible in evidence.
2. The parties stipulate that copies of documents may be used at trial in lieu of originals and shall not be deemed inadmissible solely on the basis that they are copies.
3. A royalty rate of 1% will apply for the '753 Patent. By so stipulating, the parties agree that they do not waive any right to introduce any evidence supporting or associated with the stipulated 1% royalty rate at trial.
4. The parties stipulate that by offering jury instructions they are not waiving the right to appeal any pretrial legal ruling by the Court.
5. The parties stipulate that venue is proper in this Court.
6. The parties stipulate that, only for purposes of this action, Freescale does not contest that this Court has personal jurisdiction over Freescale.
7. The parties make these stipulations for the limited purpose of simplifying the issues for trial. See Fed. R. Civ. P. 16(c)(2)(A).

(Dkt. No. 394 at 32).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 1, 2014

                                                                                              _____
                                                                                              YVONNE GONZALEZ ROGERS
                                                                                              United States District Judge