United States District Court
Northern District of California

1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6   **MEDIATEK, INC.,**

7       **PLAINTIFF,**

8   **VS.**

9   **FREESCALE SEMICONDUCTOR, INC.,**

10      **DEFENDANT.**

**CASE NO.:  11-CV-5341 YGR**

**PRETRIAL ORDER NO. 6 RE: JURY ISSUES**

11      In further preparation for the scheduled jury trial, the Court **ORDERS** the creation of a joint

12  juror notebook, the requirements of which are identified below.  In addition, the parties are advised

13  that the Court is considering modifications to the normal presentation of evidence given the technical

14  nature of the issues to be presented to the jury, as stated below.

15      First, the parties shall meet and confer in developing a joint juror notebook.  The Court will

16  review the proposed juror notebook with the parties at the next trial readiness conference scheduled

17  for August 18, 2014, and resolve any disagreements.  Once approved, the parties shall provide

18  sufficient notebooks for each juror, plus two.  The Court will add its own cover page for the front of

19  the notebook.  The notebook should include the following components/tabs:

20      1.  An empty "sheet protector" in which the Court can insert a page with a warning regarding

21          use of social media and duties of jurors;

22      2.  Index;

23      3.  Loose leaf paper for note taking;

24      4.  Glossary of technical terms;

25      5.   Photographs of each witness.  Each party will be responsible for taking a photograph of

26          each witness testifying in its case in chief, outside the Courtroom immediately before the

27          witness testifies.  The witness's appearance must be the same in the photograph on the

28          witness stand (*i.e.*, same clothing, hairstyle, eyewear).  At the time of trial, the parties

United States District Court
Northern District of California

1    shall provide the Courtroom Deputy with eleven (11) copies of each photograph, printed

2    on three-hole-punched, 8 ½" x 11" paper.  The photograph size itself should be at least 4"

3    by 6".  The Courtroom Deputy will distribute the photographs for placement in the juror

4    binders.

5    6.  Color-coded handouts identifying the specific language of the claims which is at issue in

6    the patents and its import to the action.  *See* Docket No. 633 in *Oracle America, Inc. v*

7    *Google*, 10-cv-3561-WHA, as an exemplar.  The handouts should also include any

8    constructions made by the Court or to which the parties have stipulated.  Alternatively, a

9    chart may be a better mechanism for communicating that particular information;

10   7.  A common timeline of events, if appropriate and useful;

11   8.  Copies of the patents (on double-sided paper).  The copies of the patents should highlight

12   or box the claims at issue;

13   9.  A copy of the Patent Example referenced in the FJC video to be played to the jurors; and

14   10. Final jury instructions (to be provided later)

15   Second, as the parties are aware, the Court allows jurors to ask questions during the trial.  The

16   Court is also considering whether: (i) to allow "mini-arguments" during trial; (ii) to require the

17   parties to present each side's experts on a particular topic back-to-back; and (iii) to allow jurors to

18   discuss the evidence during the case as it is being presented.  The parties should again, meet and

19   confer on those issues as a joint recommendation will carry more weight with the Court.  The Court

20   will consider the parties' perspectives at the next trial readiness conference.

21   On a separate topic, the parties shall advise the Court as to the schedule for the remaining

22   depositions.  The Court notes that it is awaiting more information before ruling on the "Crown

23   Jewel" document.

24   Finally, by **noon** on **August 15, 2014**, the parties shall file a notice of all additional issues

25   they would like addressed at the August 18, 2014 conference.

26   **IT IS SO ORDERED.**

27   DATED:  August 7, 2014

28   _____
     **HON. YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT JUDGE**