UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MEDIATEK, INC.,**

    Plaintiff,

**VS.**

**FREESCALE SEMICONDUCTOR, INC.,**

    Defendant.

**CASE NO.: 11-CV-5341 YGR**

**PRETRIAL ORDER NO. 7**

This Order addresses two topics:

First, the Order supplements Pretrial Order No. 5 (Dkt. No. 596) wherein the Court **GRANTED IN PART** MediaTek's Motion *in Limine* No. 11 regarding select portions of Expert Rebuttal Report of Brett L. Reed. In that order, the Court reserved on the issue of whether the Weinecke Deposition referenced in the report provided adequate support (independently or in combination with Wagner's testimony) for the proffered opinions because the Court did not have said testimony. Having now reviewed the Weinecke Deposition, the Court **GRANTS** MediaTek's Motion *in Limine* No. 11 without further reservation.

Second, the Court is in receipt of the parties' objections to the slides anticipated for Opening Statements. (Dkt. Nos. 599 and 600.) Having reviewed those submissions, the Court **ORDERS**:

(1) By **noon (12:00 p.m.) on August 15, 2014**, the parties shall provide the Court with the expert report references to support the following slides:

MediaTek's Slides: page 126;

Freescale's Slides: page 17, 18, 19, 27, and 30.

(2) In addition, by **noon (12:00 p.m.) on August 15, 2014**, the Court will entertain a response to the objections regarding the slides listed above and the following slides:

MediaTek's Slides:  pages 6, 8-15; pages 22-23, 25-28; and 126

Freescale's Slides: pages 36 and 38

The response shall not exceed four (4) pages.

**IT IS SO ORDERED.**

**DATED:  August 14, 2014**

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**