| | |
|---|---|
| Keith L. Slenkovich  (SBN 129793)<br>    Keith.Slenkovich@wilmerhale.com<br>Joseph F. Haag  (SBN 248749)<br>    Joseph.Haag@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>William F. Lee (*pro hac vice*)<br>    William.Lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>James M. Dowd  (SBN 259578)<br>    James.Dowd@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 443-5300<br>Facsimile: (213) 443-5400<br><br>*Attorneys for Plaintiff* MEDIATEK INC | Alexander Hadjis (pro hac vice)<br>Alexander.Hadjis@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP<br>700 Sixth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 862-2323<br>Facsimile:   (202) 862-2400<br><br>Rudy Y. Kim (CA SBN 199426)<br>RudyKim@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5600<br>Facsimile:   (650) 494-0792<br><br>Joshua A. Hartman (pro hac vice)<br>JHartman@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue NW<br>Suite 6000<br>Washington, DC  20006<br>Telephone:  (202) 887-1500<br>Facsimile:   (202) 887-0763<br><br>Attorneys for Defendant<br>FREESCALE SEMICONDUCTOR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC.<br><br>                    Plaintiff,<br><br>      v.<br><br>FREESCALE SEMICONDUCTOR, INC.<br><br>                    Defendant. | Civil Action No.  4:11-cv-05341 (YGR)<br><br>**JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**<br><br>Hon. Yvonne Gonzalez Rogers<br>Hearing Date:<br>Time:<br>Courtroom:     1 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-11, General Order No. 58, the Court's Pretrial Instructions in Civil Cases, and Pretrial Order No. 1 paragraph 11, Plaintiff MediaTek Inc. and Defendant Freescale Semiconductor, Inc., request permission to bring the following equipment into the courtroom in connection with the trial to be held from August 27, 2014 through September 16, 2014.

1. 8 - LV Library Carts;
2. 14 - 17" LCD Monitors
3. 100" - Screen (DaLite Insta-Theatre Screen)
4. Projector
5. Wolfvision Visualizer (Document Camera)
6. Projector Bulb
7. 2 - Projector Stands (25" X 17")
8. 2 - Tech Tables (18" X 60")
9. VGA cables
10. VGA switches
11. Speakers
12. Case(s) of bottled water
13. Banker boxes containing documents, and binders
14. Printers
15. Laptops for A/V equipment
16. Extension cords
17. Cameras

Dated:  August 15, 2014                    Respectfully submitted,
                                           MEDIATEK INC.

                                           By its attorneys,

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Keith L. Slenkovich* |
|   | Keith L. Slenkovich  (SBN 129793) |
| 3 | Keith.Slenkovich@wilmerhale.com |
|   | Joseph F. Haag  (SBN 248749) |
| 4 | Joseph.Haag@wilmerhale.com |

/s/ Keith L. Slenkovich
Keith L. Slenkovich  (SBN 129793)
  Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
  Joseph.Haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
  Nathan.Walker@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
  William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

James M. Dowd  (SBN 259578)
  James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff* MEDIATEK INC.


Dated:  August 15, 2014

Respectfully submitted,
FREESCALE SEMICONDUCTOR, INC.

By its attorneys,


*/s/ Alexander J. Hadjis*
ALEXANDER J. HADJIS (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2323
Facsimile: (202) 862-2400

RUDY Y. KIM  (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

JOSHUA A. HARTMAN (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

*Attorneys for Defendant-Counterclaimant*
FREESCALE SEMICONDUCTOR, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Northern District of California's Civil L.R. 5-1(1)(3), Keith L. Slenkovich attests that concurrence in the filing of this document has been obtained from Alexander J. Hadjis.


                                    */s/Keith L. Slenkovich*
                                       Keith L. Slenkovich