## CERTIFICATE OF SERVICE

I Christopher A. Franklin hereby certify that true, and correct copy of the Declaration of Christopher A. Franklin in Support of MediaTek Inc.'s Administrative Motion for Leave to File Under Seal was served, pursuant to an agreement between the parties, upon the following individuals by electronic mail on August 18, 2014 to the following addresses:

| | |
|---|---|
| Rudy Y. Kim<br>  RudyKim@mofo.com | Hsia-Ting Cheng<br>  hcheng@mofo.com |
| Alexander J. Hadjis<br>  Alexander.Hadjis@cwt.com | Frances Sagapolu<br>  fsagapolu@mofo.com |
| Alan Cope Johnston<br>  ACJohnston@mofo.com | Freescale_MediaTekNDCal_External@mofo.com |
| Joshua A. Hartman<br>  JHartman@mofo.com | Cadwalader_Freescale_MediaTek_NDCal_External@cwt.com |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 18, 2014                   */s/ Christopher A. Franklin*
                                                                Christopher A. Franklin