1  Keith L. Slenkovich  (SBN 129793)
   Keith.Slenkovich@wilmerhale.com
2  Joseph F. Haag  (SBN 248749)
   Joseph.Haag@wilmerhale.com
3  Wilmer Cutler Pickering
  Hale and Dorr LLP
4  950 Page Mill Road
  Palo Alto, CA  94304
5  Telephone:  (650) 858-6000
  Facsimile:  (650) 858-6100
6
  William F. Lee (*pro hac vice*)
7    William.Lee@wilmerhale.com
  Wilmer Cutler Pickering
8  Hale and Dorr LLP
  60 State Street
9  Boston, MA  02109
  Telephone:  (617) 526-6000
10 Facsimile:  (617) 526-5000
11 James M. Dowd  (SBN 259578)
   James.Dowd@wilmerhale.com
12 Wilmer Cutler Pickering
  Hale and Dorr LLP
13 350 S. Grand Avenue, Suite 2100
  Los Angeles, CA  90071
14 Telephone:  (213) 443-5300
  Facsimile: (213) 443-5400
15
  *Attorneys for Plaintiff* MEDIATEK INC
16

Alexander Hadjis (pro hac vice)
Alexander.Hadjis@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone:  (202) 862-2323
Facsimile:   (202) 862-2400

Rudy Y. Kim (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792

Joshua A. Hartman (pro hac vice)
JHartman@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC  20006
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

17
18                  **UNITED STATES DISTRICT COURT**
19                **NORTHERN DISTRICT OF CALIFORNIA**
20                        **OAKLAND DIVISION**
21

| | |
|---|---|
| MEDIATEK INC. | Civil Action No.  4:11-cv-05341 (YGR) |
|         Plaintiff, | **ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL** |
|   v. | |
| FREESCALE SEMICONDUCTOR, INC. | |
|         Defendant. | |

22
23
24
25
26
27
28

he

1    In consideration of the Joint Administrative Motion for Permission to Bring Equipment

2  into Courtroom, Plaintiff MediaTek, Inc. ("MediaTek") and Defendant Freescale Semiconductor,

3  Inc. ("Freescale") are hereby granted permission to bring the following equipment into the

4  courtroom in connection with trial scheduled for August 27, 2014 through September 16, 2014:

5    1.  8 - LV Library Carts;

6    2.  14 - 17" LCD Monitors

7    3.  100" - Screen (DaLite Insta-Theatre Screen)

8    4.  Projector

9    5.  Wolfvision Visualizer (Document Camera)

10    6.  Projector Bulb

11    7.  2 - Projector Stands (25" X 17")

12    8.  2 - Tech Tables (18" X 60")

13    9.  VGA cables

14    10. VGA switches

15    11. Speakers

16    12. Case(s) of bottled water

17    13. Banker boxes containing documents and binders

18    14. Printers

19    15. Laptops for A/V equipment

20    16. Extension Cords

21    17. Cameras

22

23  IT IS SO ORDERED

24  Dated:  August 18, 2014.

25

26    YVONNE GONZÁLEZ ROGERS
      United States Judge

27

28