1
2                              **UNITED STATES DISTRICT COURT**
3                              **NORTHERN DISTRICT OF CALIFORNIA**
4                                        **OAKLAND DIVISION**
5

6  | MEDIATEK INC. | Civil Action No. 4:11-cv-05341 (YGR) |
7  |               Plaintiff, | **ORDER GRANTING MEDIATEK INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
8  |      v.       |   |
9  | FREESCALE SEMICONDUCTOR, INC. |   |
10 |               Defendant. |   |

Upon consideration of MediaTek, Inc.'s ("MediaTek's") Administrative Motion for Leave to File Documents Under Seal ("Motion to File Under Seal"), the Declaration of Christopher A. Franklin in Support of MediaTek's Motion to File Under Seal and other supporting documents, and good cause having been shown in connection with the non-dispositive motion to which these documents relate, this Court hereby **GRANTS** MediaTek's Motion to File Under Seal:

MediaTek shall file under seal the confidential, unredacted portions of the following documents:

| Document | Portion Sought to Be Sealed |
| --- | --- |
| MediaTek's Letter Brief in Support of the Admissibility of PTX-0547 ("MediaTek's Letter") | Portions of p. 2, 3, 4, 6, 7, 8, 9, 10, 11, 12 |
| Exhibit 3 to MediaTek's Letter | Portions of p. 2, 3 |
| Exhibit 4 to MediaTek's Letter | Entire document |
| Exhibit 5 to MediaTek's Letter | Entire document |
| Exhibit 6 to MediaTek's Letter | Entire document |
| Exhibit 7 to MediaTek's Letter | Entire document |
| Exhibit 8 to MediaTek's Letter | Entire document |
| Exhibit 9 to MediaTek's Letter | Entire document |
| Exhibit 11 to MediaTek's Letter | Entire document |

The documents are **ORDERED SEALED** for purposes of consideration of the motions in connection with which they were submitted *only*. Should any party wish to seal portions of the documents in connection with any later motion or trial, they will need to make a sufficient showing at that time.

This Order terminates Dkt. No. 609.

Dated:   August 26, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE