UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MEDIATEK, INC.,**

     **PLAINTIFF,**

    **VS.**

**FREESCALE SEMICONDUCTOR, INC.,**

     **DEFENDANT**

**CASE NO. : 11-CV-5341 YGR**

**PRETRIAL ORDER NO. 9**

On August 25, 2014, the Court held the next in a series of trial readiness conferences.  All parties were present.  The **COURT HEREBY MEMORIALIZES AND ISSUES THE FOLLOWING ADDITIONAL ORDERS:**

**1.  Jury Instructions**

    a.  The Court shall instruct using 22a and 27b.

    **b.**  Parties shall send electronic Word versions of the updated jury instructions to the Court forthwith.  The instructions shall not have "tracked changes" and shall eliminate all page numbers, all authorities, and all references to a "numbered" instruction. This will allow the Court to make additions and changes without impacting the whole document. The Court anticipates receiving three documents:  (i) joint set of agreed upon and resolved instructions, and (ii) each party's individual proposed instructions for instructions, 18 (preliminary), 21, 23, 26, 28, 29, and 32.

**2.  Juror Notebooks**

Parties shall deliver juror notebooks no later than Thursday, August 28, 2014.

United States District Court
Northern District of California

**3. Park Designations**

Consistent with the Court's ruling on the Crown Jewel document, the related designations are stricken for purposes of MediaTek's case-in-chief.  The remaining objections are overruled.

**4. Opening Statements**

Slides for opening statements shall not be changed.  Should any discrepancy be noted between a party's slide deck used at openings and the Court's, the parties have been warned that the Court shall immediately terminate that party's Opening Statement.

**IT IS SO ORDERED.**

**DATED:  AUGUST 26, 2014**



**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California