UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date: August 25, 2014             JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 11-5341- YGR    Time: 12:02pm-1:20pm and 2:36pm-4:05pm

Case Name: MediaTek Inc. v Freescale Semiconductor, Inc.

Attorney(s) for Plaintiff:   Keith Slenkovich
                             James Dowd
                             Jennifer Chen

Attorney(s) for Defendant: Alexander Hadjis
                            Rudolph Kim
                            Kristin Yohannan
                            Tihua Huang
                            Michelle Yang


Deputy Clerk: Frances Stone              Court Reporter: Raynee Mercado

## PROCEEDINGS

FURTHER  PRETRIAL CONFERENCE- HELD

Next date: Wednesday, 8/27/14 at 8:30am(counsel) ; Panel at 9:30am for Jury Selection.

Notes:
Discussed:  statement re: unavailability of witnesses, lodging of revised exhibit list, summaries of expert reports, opening statements slides, jury notebooks, video deposition designations.
Parties' Proposed Jury Instructions – Argument held and submitted.  Court to issue 22a and 27b.  Other disputed instructions taken under submission.