UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TIME**: 8:30am-8:59am; 9:45am-11:35am; 11:41am-12:16pm; 12:31pm-1:14pm

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 11-cv-05341-YGR        **Case Name**:  MediaTek Inc. v. Freescale Semiconductor, Inc.

**Date:** Wednesday, August 27, 2014        **Time**: Counsel at: 8:30am        **Jury panel at:** 9:30 A.M.

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone        **Court Reporter:**  Raynee Mercado

**COUNSEL FOR PLTF**:                                    **COUNSEL FOR DEFT**:

Keith Slenkovich ; James Dowd; Nancy Schroeder        Alexander Hadjis ; Rudy Kim ;Kristin Yohannan

**Voir Dire Began: 8/27/14**

Trial to Begin:        (9/2/14 at 8:30am)            **Further Trial: Tuesday, 9/2/14 at 8:30am**

**Trial Motions Heard:**                                 **Disposition**

1.

2.

3.

**Other:** Discussion with counsel. Stipulation re: Sorensen and Narad as to description of medical conditions in this proceeding read into the record. RECESS. Juror panel into courtroom for roll. Judge enters courtroom. Voir dire begins. RECESS. Resume voir dire. Recess for Juror Panel. Counsel and Court working during Panel break/challenges. Resume voir dire. 9 Jurors sworn. General instructions to jury. Recess for Jury for orientation with CRD. Recess for Counsel.

Verdict:

Disposition of Exhibits: