| | |
|---|---|
| Keith L. Slenkovich (SBN 129793) | Alexander Hadjis (pro hac vice) |
| Keith.Slenkovich@wilmerhale.com | Alexander.Hadjis@cwt.com |
| Joseph F. Haag  (SBN 248749) | CADWALADER, WICKERSHAM & TAFT LLP |
| Joseph.Haag@wilmerhale.com | |
| WILMER CUTLER PICKERING | 700 Sixth Street, NW |
|     HALE AND DORR LLP | Washington, DC 20001 |
| 950 Page Mill Road | Telephone:  (202) 862-2323 |
| Palo Alto, CA  94304 | Facsimile:   (202) 862-2400 |
| Telephone:  (650) 858-6000 | |
| Facsimile:   (650) 858-6100 | Rudy Y. Kim (CA SBN 199426) |
| | RudyKim@mofo.com |
| William F. Lee (*pro hac vice*) | MORRISON & FOERSTER LLP |
| William.Lee@wilmerhale.com | 755 Page Mill Road |
| WILMER CUTLER PICKERING | Palo Alto, CA  94304 |
|     HALE AND DORR LLP | Telephone:  (650) 813-5600 |
| 60 State Street | Facsimile:   (650) 494-0792 |
| Boston, MA  02109 | |
| Telephone:  (617) 526-6000 | Joshua A. Hartman (pro hac vice) |
| Facsimile:   (617) 526-5000 | JHartman@mofo.com |
| | MORRISON & FOERSTER LLP |
| James M. Dowd  (SBN 259578) | 2000 Pennsylvania Avenue NW |
| James.Dowd@wilmerhale.com | Suite 6000 |
| WILMER CUTLER PICKERING | Washington, DC  20006 |
|     HALE AND DORR LLP | Telephone:  (202) 887-1500 |
| 350 S. Grand Avenue, Suite 2100 | Facsimile:   (202) 887-0763 |
| Los Angeles, CA  90071 | |
| Telephone:  (213) 443-5300 | *Attorneys for Defendant* |
| Facsimile:   (213) 443-5400 | FREESCALE SEMICONDUCTOR, INC. |

*Attorneys for Plaintiff* MEDIATEK INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| MEDIATEK INC. | **Civil Action No.  4:11-cv-05341 (YGR)** |
|          Plaintiff, | **[PROPOSED] ORDER REGARDING SUBSTITUTION OF WITNESSES** |
|     v. | |
| FREESCALE SEMICONDUCTOR, INC. | Hon. Yvonne Gonzalez Rogers |
|          Defendant. | |

4:11-cv-05341 (YGR)                                      ORDER RE SUBSTITUION OF WITNESSES

ActiveUS 134297418v.1

1. WHEREAS, certain witnesses that the parties had originally identified on the Joint Witness List (Dkt. No. 416) have become unavailable for trial.  Specifically, Joern Soerensen (MediaTek employee and inventor on two of the patents in suit) suffered a stroke in February 2014, just before the originally-scheduled trial date, and in March 2014, Charles Narad (MediaTek expert witness for two of the patents in suit) became aware of the reemergence of cancer that had previously been in remission, necessitating intensive treatment;

WHEREAS, the parties have endeavored to find an acceptable agreement that would allow for the substitution of witnesses in view of these circumstances;

WHEREAS, the Court has suggested that the parties consider stipulating to the conditions by which the parties may address the circumstances that have caused certain witnesses to become unavailable for trial (Dkt. No. 620);

THEREFORE,

Plaintiff MediaTek Inc. (MediaTek) and Defendant Freescale Semiconductor, Inc. (Freescale) hereby agree and jointly stipulate as follows:

1. The Court will provide the following explanation relating to the unavailability of Mr. Soerensen and Mr. Narad during its preliminary instructions:

   "During the trial, you may hear the names of two individuals who have become unable to participate in this trial for medical reasons.

   One is Mr. Joern Soerensen, who is an inventor for two of the patents involved in this case.  Before Mr. Soerensen's medical conditions developed, Mr. Soerensen's deposition was taken by videotape.  You may hear and see portions of Mr. Soerensen's videotaped deposition during the trial.

   The other person who is not able to participate in this trial for medical reasons is Mr. Charles Narad, who is an expert witness for two of the patents involved in this case.  Prior to the medical conditions that prevent Mr. Narad from attending the trial developed, Mr. Narad prepared a report addressing some of the technical issues in the case."

2. When introducing their respective videotaped designations from Mr. Soerensen's deposition, the parties' respective counsel will be allowed to remind the jury that Mr. Soerensen is one of the individuals mentioned during the Court's preliminary instruction as being unavailable because of medical conditions, explain that before Mr. Soerensen's medical conditions developed Mr. Soerensen's deposition was taken by videotape, and explain that the deposition segments they will be seeing are from that deposition.  Counsel shall not dwell on Mr. Soerensen's illness or unavailability, nor attempt to procure sympathy on account of Mr. Sorensen.

3. Neither party will suggest in opening statements, through questioning or through argument that Mr. Soerensen or Mr. Narad chose to not appear at trial, and/or that their absence was intentional.

4. Neither party will attempt to procure sympathy from the jury on account of the illnesses of either Mr. Soerensen or Mr. Narad, nor in any way suggest that this litigation is the reason for the illnesses of either Mr. Soerensen or Mr. Narad.

Dated:  August 27, 2014

Respectfully submitted,

MEDIATEK INC.

By their attorneys,

---

Keith L. Slenkovich  (SBN 129793)
 Keith.Slenkovich@wilmerhale.com
Joseph F. Haag  (SBN 248749)
 Joseph.Haag@wilmerhale.com
Nathan L. Walker (SBN 206128)
 Nathan.Walker@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee (*pro hac vice*)
 William.Lee@wilmerhale.com
WILMER CUTLER PICKERING

|   |   |
|---|---|
| | HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| | James M. Dowd  (SBN 259578)<br>   James.Dowd@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 443-5300<br>Facsimile:  (213) 443-5400 |
| | *Attorneys for Plaintiff* MEDIATEK INC. |
| Dated:  August 27, 2014 | Respectfully submitted,<br>FREESCALE SEMICONDUCTOR, INC. |
| | By its attorneys, |
| | */s/*<br>ALEXANDER J. HADJIS (pro hac vice)<br>Alexander.Hadjis@cwt.com<br>CADWALADER, WICKERSHAM & TAFT LLP<br>700 Sixth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 862-2323<br>Facsimile: (202) 862-2400 |
| | RUDY Y. KIM  (CA SBN 199426)<br>RudyKim@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792 |
| | JOSHUA A. HARTMAN (pro hac vice)<br>JHartman@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC  20006<br>Telephone:  (202) 887-1500<br>Facsimile:  (202) 887-0763 |
| | Attorneys for Defendant-Counterclaimant<br>FREESCALE SEMICONDUCTOR, INC. |

ActiveUS 134297418v.1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____August 28_____, 2014

_____
United States District Judge
YVONNE GONZALEZ ROGERS