UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 11-cv-05341-YGR          **Case Name**:  MediaTek Inc. v. Freescale Semiconductor, Inc.

**Date: Tuesday 9/2/2014**     **Time**: 8:18am-8:28am; 8:34am- 10:30am; 10:45am- 12:14pm;

12:27pm-1:21pm; 1:22pm-1:42pm; 3:00pm-4:59pm; 5:06pm-5:34pm

**The Honorable YVONNE GONZALEZ ROGERS**

**Clerk**: Frances Stone          **Court Reporter:**   Raynee Mercado

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFT**:

Keith Slenkovich ; James Dowd ;Nancy Schroeder   .   Alexander Hadjis ; Rudy Kim; Kristin Yohannan

Voir Dire Began: 8/27/14

Trial Began:   9/2/14          Further Trial:  Wednesday, 9/3/14 at 8:30am;

Counsel at 8:00am on 9/3/14.

**Trial Motions Heard:**          **Disposition**

1.

**Other**: Case called. Discussion with counsel. Recess. Jury enters courtroom. Judge gives Preliminary

Instructions to Jury.  Plaintiff  attorney Keith Slenkovich gives opening statement.  RECESS.  Defendant

 attorney Alex Hadjis gives opening statement.

Plaintiff attorney Slenkovich calls witness Finbarr Moynihan.

Recess for Jury for the day at 1:21pm. Further Jury Trial Wednesday, 9/3/14 at 8:30am

 Discussion  with counsel. Recess  for counsel until 3:00pm today.

Discussion with counsel ( Jury is not present). RECESS FOR THE DAY.

EXHIBITS ADMITTED : JTX-17; PTX-1; PTX-2; PTX-535; PTX-538; PTX-182; PTX-533C (redacted);

JTX-4; PTX104C

EXHIBITS ADMITTED AS TO 9/3 UPCOMING WITNESSES: JTX-21; JTX-22; JTX-23; JTX 18; JTX-19;

JTX-20; PTX-71; PTX-72; PTX-73; PTX-68; JTX-15C; JTX-16-C

Ruling on  Exhibit 206C-under submission