**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **MEDIATEK INC.,**<br><br>        Plaintiff,<br><br>   vs.<br><br>**FREESCALE SEMICONDUCTOR, INC.,**<br><br>        Defendant. | Case No.: 11-cv-5341 YGR<br><br>**ORDER RULING ON OBJECTIONS TO SLIDES OFFERED AS DEMONSTRATIVES IN CONNECTION WITH FREESCALE'S EXPERT'S TESTIMONY** |

The Court **ORDERS** as follows on MediaTek's objections to Freescale's demonstrative slides to be used in connection with the testimony of Dr. Frank Vahid:

| Slide/DDX5-# | Ruling |
|---|---|
| 6 | Stricken in part. Only the portion of the slide re DVFS may remain in. |
| 9 | Figure stricken. Not supported by paragraphs of expert report referenced or citations therein |
| 10 | Both figures stricken. Not supported by paragraphs of expert report referenced or citations therein. |
| 11 & 12 | Stricken. As stated on the record, Freescale cannot use this slide. Court must be able to consider all the underlying documents it purports to summarize. |
| 13 | Allowed. |
| 14 | Allowed. |
| 15 | Withdrawn. |
| 16 | Stricken. This summary slide needs to be revised to conform to the Court's rulings. |

| | |
|---|---|
| 27 | Withdrawn. |
| 33 | Stricken. |
| 36 | Revise "servant" per the Court's instruction on the record. |
| 37, 38 | Revise "servant" per the Court's instruction on the record; Reserve on the remainder in light of ruling on Slides 39 and 41. |
| 39 and 41 | Stricken.  Not supported by paragraphs of expert report referenced or citations therein. |
| 40 | No objection. |
| 43 and 47 | Freescale has withdrawn animation on the right-hand side, as stated on the record. |
| 44, 45, 46 | Headings to be changed, as stated on the record. |
| 52, 53, 54, 55, 57, 58, 59 | Stricken without prejudice to Freescale revising to comport with citations from experts' reports. |
| 56 | Stricken without prejudice to Freescale describing purpose of the slide. |
| 62-66 | Stricken. |
| 67, 68 | Reserved. |
| 69, 70 | Stricken.  Summary slide to be revised based upon Court's rulings. |

**IT IS SO ORDERED**.

Dated: September 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**