**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK INC.,**  **Plaintiff,**  vs.  **FREESCALE SEMICONDUCTOR, INC.,**  **Defendant.** | Case No.: 11-cv-5341 YGR  **ORDER ON OBJECTIONS TO TRIAL EXHIBITS** |

The Court rules as follows on the documents marked as trial exhibits sought to be admitted by Defendant Freescale Semiconductor, Inc. and the objections thereto by Plaintiff MediaTek, Inc.:

(1) TX1, TX1A, and TX1B are **ADMITTED IN PART**. The references to "Claim 1" in the headers and the language of Claim 1 will be removed. All other objections are **OVERRULED**.

(2) TX2 and TX2A are **ADMITTED**. The objections are **OVERRULED**.

(3) TX3 and TX3A are **EXCLUDED**. The objections are **SUSTAINED**. The exhibits cross the line between a proper use of the figure to explain the '331 Patent to an improper, confusing, and a prejudicial use of the figure to attempt to limit the scope of the claim at issue. The exhibits are excluded under Rule 403 of the Federal Rules of Evidence.

**IT IS SO ORDERED**.

Dated: September 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**