UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 11-cv-05341-YGR        **Case Name**:   MediaTek Inc. v. Freescale Semiconductor, Inc.

**Date: Monday 9/22/2014**        **Time**: [ 8:21am-8:45am ]

[counsel time: 8:00am-8:03am]

 The Honorable YVONNE GONZALEZ ROGERS

**Clerk**: Frances Stone            **Court Reporter:**      Raynee Mercado

**COUNSEL FOR PLTF**:Keith Slenkovich ; James Dowd ; Nathan Walker; Finnbarr Moynihan and Lawrence Loh Corporate Representatives.

**COUNSEL FOR DEFT**: Alexander Hadjis ; Rudy Kim; Kristin Yohannan; Peter Rossien-Corporate Representative.

Voir Dire Began: 8/27/14

Trial Began:   9/2/14            **Jury Trial Ended: 9/22/14 at 8:45am**

**Trial Proceeding:**

**Discussion with counsel.  Counsel informed the Court that there is a settlement .**

**Courtroom sealed  and Proceeding UNDER SEAL as to Settlement portion only.**

 **Motion to Dismiss this Action is GRANTED.**

**Jury enters courtroom and informed that case is resolved and case is dismissed. Jury dismissed.**

 **Jury Trial ended .**

**VACATING the Wednesday 9/24/14 at 8:30am Injnction Hearing date.**

**RECESS for counsel.**

**Trial Exhibits: Admitted trial exhibits to be given to Civil CSA**