# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 11-cv-05341-YGR
Case Name: <u>MediaTek Inc.v. Freescale Semiconductor, Inc.</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Keith Slenkovich | Alexander Hadjis |
| **TRIAL DATE: 9/2/2014** | **REPORTER(S): Raynee Mercado** | **CLERK:** |
| **VOIR DIRE: 8/27/14** | | Frances Stone |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/27/14 | | | **Court Reporter: Raynee Mercado** | |
| | | 8:44am | | | **Case called. Discussion with counsel** | |
| | | 8:51am | | | **Stipulation re: Sorensen and Narad as to description in court proceedings as to medical issues.** | |
| | | 8:59am | | | **Recess** | |
| | | 9:45am | | | **Roll call of juror panel** | |
| | | 9:55am | | | **Judge enters courtroom** | |
| | | 9:56am | | | **Juror panel sworn for voir dire** | |
| | | 9:57am | | | **Voir dire begins** | |
| | | 11:35am | | | **RECESS (10 min)** | |
| | | 11:41am | | | **Resume Voir Dire** | |
| | | 12:16pm | | | **RECESS for Juror Panel** | |
| | | 12:17pm | | | **Counsel and Court meet: peremptory challenges** | |
| | | 12:31pm | | | **Panel enters courtroom to resume voir dire** | |
| | | 12:50pm | | | **Discussion with counsel at bench** | |
| | | 12:55pm | | | **9 juros sworn as the jury** | |
| | | 12:56pm | | | **Court gives general instructions to the jury** | |
| | | 1:07pm | | | **Recess for Jury for CRD to give orientation then jury exits for the day.** | |
| | | 1:14pm | | | **RECESS for counsel for the day. FURTHER JURY TRIAL Tuesday, 9/2 /14 at 8:30am** | |
| | | | | | | |
| | | 9/2/14 | | | **Court Reporter:  Raynee Mercado** | |
| | | 8:18am | | | **Case called. Discussion with counsel.** | |
| | | 8:28am | | | **Recess** | |
| | | | | | | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:34am | | | Jury enters courtroom. Judge gives Preliminary Instructions to Jury. | |
| | | 8:47am | | | FJC Patent Video played in courtroom for Jury. | |
| | | 9:04am | | | Video completed | |
| | | 9:05am | | | Judge resumes giving preliminary instructions to jury. | |
| JTX-17 | | | X | X | List of Joint Factual Stipulations | |
| | | 9:25am | | | Plaintiff attorney Keith Slencovich gives opening statement | |
| | | 10:25am | | | Statement concluded | |
| | | 10:26am | | | Judge gives instructions to Jury | |
| | | 10:30am | | | RECESS (15 MIN) | |
| | | 10:45am | | | Judge enters courtroom. Jury enters courtroom | |
| | | 10:45am | | | Defendant attorney Alex Hadjis gives opening statement. | |
| | | 11:41am | | | Statement concluded | |
| | | 11:42am | | | Judge gives further prelimnary instructions to Jury. | |
| | | 11:50am | | | Plaintiff attorney Slenkovich calls witness Finbarr Moynihan for Direct | P |
| PTX-1 | | | X | X | US Patent '845 | |
| PTR-1 | | | X | X | US Patent '331 | |
| | | 12:14pm | | | RECESS for Jury | |
| | | 12:14pm | | | Discussion with counsel re Deft opening statment; Deft attorney Hadjis to respond to OSC why sanctions should not issue for violating Court's Order Dkt. No. 549 | |
| | | 12:16pm | | | RECESS for counsel | |
| | | 12:27pm | | | Jury enters courtroom. | |
| | | 12:29pm | | | Plaintiff attorney Slenkovich resumes direct of witness Moynihan | |
| | | 12:34pm | | | Discussion with counsel at bench | |
| | | 12:35pm | | | Plaintiff attorney resumes direct of witness Moynihan | |
| PDX-2-1 | | | | | Demonstrative exhibit | |
| PDX-2-2 | | | | | Demonstrative exhibit | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
| PDX-2-3 | | | | | Demonstrative exhibit | |
| PTX-535 | | | X | X | 2009 Annual Report of MediaTek | |
| PTX-538 | | | X | X | 2010 Annual Report of MediaTek | |
| PTX-533C | | | X | X | Roadmap to Tablet Solutions powerpoint | |
| PTX-171 | | | X | | Complaint in a lawsuit 3/1/10 | |
| PTX-177 | | | X | | Notice of Commission Determination | |
| PTX-178 | | | X | | Complaint in a lawsuit | |
| | | 1:06pm | | | Jury exits courtroom for RECESS | |
| | | 1:07pm | | | Discussion with counsel re exhibits | |
| | | 1:17pm | | | Jury enters courtroom | |
| | | 1:21pm | | | RECESS for Jury for the day. Further Jury Trial 9/3/14 at 8:30am. | |
| | | 1:22pm | | | Discussion with counsel. | |
| PTX-182 | | | X | X | Admitted in evidence | |
| PTX-533C | | | | | Exhibit to be redacted and then redacted version is admitted in evidence. | |
| JTX-4 | | | X | X | Admitted in evidence | |
| PTX-104C | | | X | X | Admitted in evidence | |
| PDX-3 | | | | | Demonstrative exhibit | |
| | | 1:42pm | | | Recess for Counsel until 3:00pm today. | |
| | | 3:00pm | | | [NO Jury present] Discussion with Court and Counsel re OSC as to defense opening statement portion. | |
| JTX-21 | | | X | X | Admitted in evidence | |
| JTX-22 | | | X | X | Admitted in evidence | |
| JTX-23 | | | X | X | Admitted in evidence | |
| JTX-18 | | | X | X | Admitted in evidence | |
| | | | | | | |
| | | | | | | |

3

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| JTX-19 | | X | X | Admitted in evidence | |
| JTX-20 | | X | X | Admitted in evidence | |
| PTX-71 | | X | X | Admitted in evidence | |
| PTX-72 | | X | X | Admitted in evidence | |
| PTX-73 | | | | Admitted in evidence | |
| PTX-68 | | | | Admitted in evidence | |
| JTX-15C | | | | Admitted in evidence | |
| JTX-16C | | | | Admitted in evidence | |
| PTX-206C | | | | RULING under submission | |
| | | | | Discussion re Plaintiffs demonstrative slides re Asanovic testimony | |
| | | 4:59pm | | RECESS for counsel for 10 min | |
| | | 5:06pm | | Further discussion with counsel | |
| | | 5:34pm | | RECESS for the day. Counsel to appear at 8:00am on 9/3/14. | |
| | | | | | |
| | | 9/3/2014 | | Court Reporter: Raynee Mercado | |
| | | 8:07am | | Case called. Discussion with counsel. | |
| | | 8:29am | | Recess. | |
| | | 8:31am | | Discussion with counsel. | |
| | | 8:33am | | Jury enters courtroom | |
| | | 8:34am | | Plaintiff Slenkovich resumes direct of witness Moynihan | |
| PTX-182 | | | X | X | Commission Opinion | |
| PTX-533C | | | X | X | Roadmap to Tablet Solutions (redacted) | |
| | | 8:41am | | Defendant attorney Hadjis cross of witness Moynihan | |
| PTX-02 | | | | 845 Patent | |
| PTX-01 | | | | 331 Patent | |
| | | | | | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| PTX-498 | | | X | X | 2011 Annual Report | |
| PTX-535 | | | X | | | |
| PTX-538 | | | X | X | 2010 Annual Report | |
| | | 9:12am | | | Discussion with counsel at bench | |
| | | 9:14am | | | On the record. Courtroom sealed for portion of testimony of Moynihan. | |
| PTX-498 | | | | | Admitted in evidence | |
| | | 9:18am | | | Plaintiff attorney Slenkovich redirect of witness Moynihan | |
| | | 9:23am | | | Witness excused from stand | |
| | | 9:24am | | | Plaintiff attorney James Dowd calls witness Joern Soerensen via video deposition played in courtroom. | P |
| | | | | | Plaintiff attorney Dowd gives information to Jury re witness Soerensen and exhibit information: Depo. Exh. 3 is the 845 Patent; Depo. Exh. 9 is the 331 Patent. | |
| | | | | | MSP430 Architecture is product code; MSP500 is the product code. | |
| | | 9:29am | | | Video deposition of Soerensen played in courtroom. | |
| | | 9:52am | | | Discussion on record | |
| | | 9:54am | | | RECESS (15 min) | |
| | | 10:08am | | | Jury enters courtroom | |
| | | 10:10am | | | Plaintiff attorney Dowd calls witness Stephen Sheafor for Direct | P |
| JTX-4 | | | X | X | '753 Patent | |
| PDX-3 | | | | | Plaintiff demonstrative exhibit | |
| PTX-104C | | | X | X | Fusion Specification | |
| | | 11:25am | | | Defendant attorney Rudy Kim cross of witness Sheafor | |
| | | 11:44am | | | RECESS for Jury | |
| | | 11:46am | | | Discussion with counsel | |
| | | 11:49am | | | RECESS for counsel (11 min.) | |
| | | 12:04pm | | | Jury enters courtroom | |
| | | | | | | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| | | 12:04pm | | | Defendant attorney Kim resumes cross of witness Sheafor | |
| | | 12:10pm | | | Plaintiff attorney Dowd redirect of witness Sheafor | |
| | | 12:16pm | | | Defendant attorney Kim re-cross of witness Sheafor | |
| JTX-05 | | | X | X | '753 Patent | |
| | | 12:21pm | | | Witness excused from stand | |
| | | 12:22pm | | | Plaintiff attorney Dowd calls witness Allen Wagner by video deposition played in courtroom. | P |
| | | | | | Attorney gives exhibit information: Depo. Exh. 10 is JTX 23; Depo. Exh. 9 is JTX-20; Depo. Exh. 6 is JTX-22; Depo. Exh. 5 is JTX-21. | |
| JTX-23 | | | X | X | Admitted | |
| JTX-20 | | | X | X | Admitted | |
| JTX-22 | | | X | X | Admitted | |
| | | 12:26pm | | | Discussion | |
| | | 12:27pm | | | Video deposition of  Allen Wagner played in courtroom. | |
| | | 12:48pm | | | Completion of video | |
| | | 12:49pm | | | Plaintiff attorney Dowd calls witness Glen Wienecke for direct via video deposition played in courtroom. | P |
| | | | | | Exhibit information: Depo. Exh. 7 is the i.MX 31; Depo. Exh. 8 is the i.MX 35; Depo. Exh. 9 is i.MX50; Depo. Exh. 13 is PTX-71; Depo. Exh. 14 is PTX-72; Depo. Exh. 15 is PTX-73 and Depo. Exh. 16 is PTX-68. | |
| PTX-71 | | | X | X | Admitted | |
| PTX-72 | | | X | X | Admitted | |
| PTX-73 | | | X | X | Admitted | |
| PTX-68 | | | X | X | Admitted | |
| | | 1:22pm | | | Video completed | |
| | | 1:25pm | | | Plaintiff attorney Dowd calls witness Nelda Currah for direct by video deposition played in courtroom | P |
| PTX-522 | | | X | X | Admitted | |
| PTX-526 | | | X | X | Admitted | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| | 1:26pm | | | Video deposition of Nelda Currah played in courtroom. | |
| | 1:35pm | | | RECESS for the Jury for the day. Further Jury Trial 9/4/2014 at 8:30am. | |
| | 1:37pm | | | Discussion with counsel. | |
| | 1:38pm | | | RECESS (15 min) | |
| | 1:56pm | | | Discussion with counsel (no Jury). | |
| JTX-5 | | X | X | Admitted in evidence | |
| | 2:33pm | | | RECESS for the day for counsel. Further Jury Trial 9/4/14 at 8:30am. | |
| | | | | | |
| | 9/4/2014 | | | Court Reporter: Raynee Mercado | |
| | 8:11am | | | Case called. Discussion with counsel. Discussion regarding PTX-55 and PDX-4-140. Counsel have stipulation as to admitting exhibits: | |
| JTX-10C | | X | X | Admitted in evidence | |
| JTX-24 | | | | Admitted in evidence | |
| JTX-25 | | | | Admitted in evidence | |
| JTX-26 | | | | Admitted in evidence | |
| JTX-27 | | | | Admitted in evidence | |
| JTX-28 | | | | Admitted in evidence | |
| JTX-29C | | | | Admitted in evidence | |
| JTX-30-C | | | | Admitted in evidence | |
| JTX-31C | | | | Admitted in evidence | |
| JTX-32C | | | | Admitted in evidence | |
| JTX-33C | | | | Admitted in evidence | |
| JTX-34C | | | | Admitted in evidence | |
| JTX-35C | | | | Admitted in evidence | |
| JTX-36C | | | | Admitted in evidence | |
| PTX-45 | | | | Admitted in evidence | |
| PTX-74 | | | | Admitted in evidence | |
| PPX-708 | | | | Admitted in evidence | |
| PPX-710 | | | | Admitted in evidence | |

**EXHIBIT and WITNESS LIST CONTINUED**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 8:33AM | | | Jury enters courtroom | |
| | | 8:35am | | | Plaintiff attorney Dowd calls witness Krste Asanovic for Direct | P |
| | | 8:52am | | | Court accepts Asanovic as Expert witness | |
| PDX-4 | | | | | PDX-4-1  SLIDE | |
| PDX-4 | | | | | 4-2 SLIDE | |
| PDX-4 | | | | | 4-3 SLIDE | |
| PDX-4 | | | | | 4-4 SLIDE | |
| PDX-4 | | | | | 4-5 SLIDE | |
| PDX-4 | | | | | 4-7 SLIDE | |
| PDX-4 | | | | | 4-9 SLIDE | |
| PDX-4 | | | | | 4-10 SLIDE | |
| PDX-4 | | | | | 4-11 SLIDE | |
| PDX-4 | | | | | 4-12 SLIDE | |
| PDX-4 | | | | | 4-13 SLIDE | |
| PDX-4 | | | | | 4-14 SLIDE | |
| PDX-4 | | | | | 4-18 SLIDE | |
| PDX-4 | | | | | 4-19 SLIDE | |
| PDX-4 | | | | | 4-20 SLIDE | |
| DDX-26 | | | | | Freescale demonstrative Slide | |
| JTX-4 | | | X | X | Page 2 of 54 | |
| JTX-4 | | | X | X | Page 24 of 54 | |
| PDX-4 | | | | | Slide 4-22 | |
| PDX-4 | | | | | Slide 4-23 | |
| PDX-4 | | | | | Slide 4-24 | |

### EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| PDX-4 | | | | Slide 4-25 | |
| PDX-4 | | | | Slide 4-26 | |
| PDX-4 | | | | Slide 4-27 | |
| PDX-4 | | | | Slide 4-28 | |
| PDX-4 | | | | Slide 4-29 | |
| PDX-4 | | | | Slide 4-30 | |
| PDX-4 | | | | Slide 4-31 | |
| PDX-4 | | | | Slide 4-32 | |
| PDX-4 | | | | Slide 4-33 | |
| PDX-4 | | | | Slide 4-34 | |
| PDX-4 | | | | Slide 4-35 | |
| PDX-4 | | | | Slide 4-36 | |
| | 10:06am | | | **RECESS FOR JURY** | |
| | 10:07am | | | Recess for Counsel | |
| | 10:21am | | | Discussion with counsel re PDX-2 | |
| | 10:24am | | | Jury enters courtroom | |
| | 10:25am | | | Plaintiff attorney Dowd resumes direct of witness Asanovic | |
| PDX-4 | | | | 4-37 Slide | |
| PDX-4 | | | | 4-38 Slide | |
| PDX-4 | | | | 4-39 Slide | |
| PDX-4 | | | | 4-40 Slide | |
| PDX-4 | | | | 4-41 Slide | |
| PDX-4 | | | | 4-42 Slide | |
| PDX-4 | | | | 4-43 Slide | |
| PDX-4 | | | | 4-44 Slide | |

**EXHIBIT and WITNESS LIST CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| **PDX-4** | | | | **4-45 Slide** | |
| **PDX-4** | | | | **4-46 Slide** | |
| **PDX-4** | | | | **4-47 Slide** | |
| **PDX-4** | | | | **4-48 Slide** | |
| **PDX-4** | | | | **4-49 Slide** | |
| **PDX-4** | | | | **4-50 Slide** | |
| **PDX-4** | | | | **4-51 Slide** | |
| **PDX-4** | | | | **4-52 Slide** | |
| **PDX-4** | | | | **4-54 Slide** | |
| **PDX-4** | | | | **4-55 Slide** | |
| **PDX-4** | | | | **4-56 Slide** | |
| **PDX-4** | | | | **4-57 Slide** | |
| **PDX-4** | | | | **4-58 Slide** | |
| **PDX-4** | | | | **4-60 Slide** | |
| **PDX-4** | | | | **4-59 Slide** | |
| **PDX-4** | | | | **4-60 Slide** | |
| **PDX-4** | | | | **4-59 Slide** | |
| **PDX-4** | | | | **4-61 Slide** | |
| **PDX-4** | | | | **4-62 Slide** | |
| **PDX-4** | | | | **4-63 Slide** | |
| **PDX-4** | | | | **4-64 Slide** | |
| **PDX-4** | | | | **4-65 Slide** | |
| **PDX-4** | | | | **4-66 Slide** | |

EXHIBIT and WITNESS LIST CONTINUED

| PDX-4 | | | | 4-67 Slide | |
|---|---|---|---|---|---|
| PDX-4 | | | | 4-68 Slide | |
| PDX-4 | | | | 4-69 Slide | |
| PDX-4 | | | | 4-70 Slide | |
| PDX-4 | | | | 4-71 Slide | |
| PDX-4 | | | | 4-72 Slide | |
| PDX-4 | | | | 4-73 Slide | |
| PDX-4 | | | | 4-74 Slide | |
| PDX-4 | | | | 4-75 Slide | |
| PDX-4 | | | | 4-76 Slide | |
| PDX-4 | | | | 4-77 Slide | |
| PDX-4 | | | | 4-78 Slide | |
| PDX-4 | | | | 4-79 Slide | |
| PDX-4 | | | | 4-80 Slide | |
| PDX-4 | | | | 4-81 Slide | |
| PDX-4 | | | | 4-82 Slide | |
| PDX-4 | | | | 4-83 Slide | |
| PDX-4 | | | | 4-84 Slide | |
| PDX-4 | | | | 4-85 Slide | |
| PDX-4 | | | | 4-86 Slide | |
| PDX-4 | | | | 4-87 Slide | |
| PDX-4 | | | | 4-89 Slide | |
| PDX-4 | | | | 4-90 Slide | |

**EXHIBIT and WITNESS LIST CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| PDX-4 | | | | | 4-91 Slide | |
| PDX-4 | | | | 4-92 Slide | |
| PDX-4 | | | | 4-93 Slide | |
| PDX-4 | | | | 4-65 Slide | |
| PDX-4 | | | | 4-94 Slide | |
| PTX-1 | | X | X | Page 13 | |
| PDX-4 | | | | 4-95 Slide | |
| PDX-4 | | | | 4-96 Slide | |
| | 11:44am | | | RECESS FOR JURY (15 min) | |
| | 11:44am | | | Recess for counsel until 11:58am | |
| | 11:58am | | | Discussion with counsel. PTX 712 is admitted | |
| PTX-712 | | X | X | ADMITTED | |
| 12:00pm | | | | Jury enters courtroom | |
| 12:01pm | | | | Plaintiff attorney Dowd resumes direct of witness Asanovic | |
| PDX-4 | | | | Slide 4-98 | |
| PDX-4 | | | | Slide 4-99 | |
| PDX-4 | | | | Slide 4-100 | |
| PDX-4 | | | | Slide 4-101 | |
| PDX-4 | | | | Slide 4-103 | |
| PDX-4 | | | | Slide 4-105 | |
| PDX-4 | | | | Slide 4-107 | |
| PDX-4 | | | | Slide 4-109 | |
| PDX-4 | | | | Slide 4-110 | |
| PDX-4 | | | | Slide 4-112 | |
| PDX-4 | | | | Slide 4-113 | |
| PDX-4 | | | | Slide 4-114 | |
| PDX-4 | | | | Slide 4-115 | |
| PDX-4 | | | | Slide 4-118 | |
| PDX-4 | | | | Slide 4-119 | |
| PDX-4 | | | | Slide 4-120 | |
| PDX-4 | | | | Slide 4-121 | |
| PDX-4 | | | | Slide 4-122 | |
| PTX-1 | | X | X | Page 11 | |
| PDX-4 | | | | Slide 4-124 | |
| PDX-4 | | | | Slide 4-125 | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| PDX-4 | | | | Slide 4-126 | |
| PDX-4 | | | | Slide 4-127 | |
| PDX-4 | | | | Slide 4-128 | |
| PDX-4 | | | | Slide 4-129 | |
| PDX-4 | | | | Slide 4-130 | |
| PDX-4 | | | | Slide 4-131 | |
| PDX-4 | | | | Slide 4-132 | |
| PDX-4 | | | | Slide 4-133 | |
| PDX-4 | | | | Slide 4-135 | |
| PDX-4 | | | | Slide 4-136 | |
| PDX-4 | | | | Slide 4-137 | |
| PDX-4 | | | | Slide 4-138 | |
| PTX-74 | | X | X | DVFS Driver Code | |
| PTX-68 | | X | X | exhibit | |
| PTX-71 | | X | X | exhibit | |
| PDX-4 | | | | Slide 4-139 | |
| PDX-4 | | | | Slide 4-140 | |
| PDX-4 | | | | Slide 4-141 | |
| PDX-4 | | | | Slide 4-142 | |
| PDX-4 | | | | Slide 4-145 | |
| PDX-4 | | | | Slide 4-146 | |
| PDX-4 | | | | Slide 4-147 | |
| PDX-4 | | | | Slide 4-148 | |

**EXHIBIT and WITNESS LIST CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| PDX-4 | | | | Slide 4-150 | |
| PDX-4 | | | | Slide 4-151 | |
| PDX-4 | | | | Slide 4-152 | |
| PDX-4 | | | | Slide 4-153 | |
| PDX-4 | | | | Slide 4-154 | |
| PDX-4 | | | | Slide 4-155 | |
| PDX-4 | | | | Slide 4-156 | |
| PDX-4 | | | | Slide 4-157 | |
| PDX-4 | | | | Slide 4-158 | |
| PDX-4 | | | | Slide 4-159 | |
| PDX-4 | | | | Slide 4-160 | |
| PDX-4 | | | | Slide 4-167   [PTX-55] | |
| | | | | Slide 4-165 | |
| PPX-708 | | X | X | Physical Trial Exhibit- SABRE board | |
| PPX-712 | | X | X | Physical Trial Exhibit-board | |
| PDX-4 | | | | Slide 4-168 | |
| PDX-4 PDX-4 | | | | Slide 4-170 | |
| PDX-4 | | | | Slide 4-172 | |
| PDX-4 | | | | Slide 4-171 | |
| PDX-4 | | | | Slide 4-162 | |
| PDX-4 | | | | Slide 4-172 | |
| | 1:30pm | | | RECESS for Jury for the day. Further trial 9/5/14 at 8:30am | |
| | 1:31pm | | | Discussion with counsel. | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| | | 1:40pm | | | Recess for counsel for the day. Further trial 9/5/14 | |
| | | | | | | |
| | | 9/5/14 | | | Court reporter: Raynee Mercado | |
| | | 8:06am | | | Case called. Discussion with counsel. Discussion with counsel re demonstratives; whether they can be admitted. Discussion re PDX-4-140 again. | |
| PDX-4 | | | X | X | Slide 4-140  -Court admits demonstrative into evidence | |
| | | 8:30am | | | Jury enters courtroom | |
| | | 8:31am | | | Court gives response to Juror note (logistical questions.) | |
| | | 8:34am | | | Defendant attorney Hadjis cross of witness Asanovic. | |
| PDX-4 | | | | | Slide 4-110 [with an attorneys notations on the slide] | |
| PDX-4 | | | | | Slide 4-64 [with an attorneys notations on the slide] | |
| | | | | | Patent - item 105, figure 2 | |
| JTX-18 | | | X | X | Page 28 | |
| JTX-10C | | | X | X | JTX-10C | |
| | | 9:26am | | | Plaintiff attorney Dowd redirect of witness Asaonovic | |
| TX-1A | | | X | X | PDX-4-110 [with plaintiff notations on slide] | |
| TX-1B | | | X | X | PDX-4-110[with defendant notations on slide] | |
| JTX-1 | | | | | | |
| TX-1 | | | | | PDX-4-110 [with plaintiff attorney notations on slide] | |
| | | 9:38am | | | Defendant attorney Hadjis re-cross of witness Asanovic | |
| DTX-1 | | | | | Figure 7  DTX-1; page 8 of 17 with notations | |
| | | 9:45am | | | Witness excused from the stand | |
| | | 9:46am | | | Plaintiff Dowd calls witness Kenneth Obuszewski for direct via video excerpts | P |
| | | | | | Plaintiff Dowd statement to jury re witness; Deposition Exhibit 11 is PTX-528. | |
| | | 9:52am | | | Video of Obuszewski played in courtroom. | |
| | | 10:01am | | | RECESS for Jury | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | 10:02am | | | Discussion with counsel re regarding deposition of Chang Park. | |
| | | | | | JTX-15 physical exhibit admitted 9/2/14<br>JTX-16 physical exhibit admitted 9/2/14 | |
| | | 10:05am | | | RECESS for counsel (10 min) | |
| | | 10:16am | | | Jury enters courtroom | |
| | | 10:17am | | | Resume playing video excerpts of witness Kenneth Obuszewski in courtroom. | |
| PTX-528 | | | X | X | Deposition exhibit 11 is PTX-528 | |
| | | 10:36am | | | Video completed | |
| | | 10:37am | | | Plaintiff attorney Dowd calls witness Spiro Kasabasic for direct by video deposition played in courtroom | P |
| | | 10:41am | | | Video completed | |
| | | 10:42am | | | Plaintiff attorney Dowd calls witness David Orris by having portions of the deposition transcript read in courtroom by Dowd and attorney Haag. | P |
| JTX-15C | | | X | X | Physical Exhibit- Deposition Exhibit 2 , circuit is Exhibit JTX-15C | |
| JTX-16C | | | X | X | Physical Exhibit- Deposition Exhibit 3 , circuit is Exhibit JTX-16C | |
| PTX-206C | | | X | X | PTX-206C is deposition exhibit 5 | |
| | | 10:46am | | | Reading of Orris excerpts began | |
| | | 10:50am | | | Defendant attorney Kim cross [read by attorney Kim and attorney Haag] of Orris | |
| | | 10:52am | | | Defendant attorney Kim cross regarding Orris; Orris read by attorney Haag. | |
| | | 10:53am | | | Orris testimony completed | |
| | | 10:54am | | | Plaintiff attorney Dowd asks admission of PTX-206-C- it is admitted | |
| JTX-13-C | | | X | X | Admitted in evidence (depo. exhibit 6) | |
| PTX-568 | | | X | X | Admitted in evidence(depo. exhibit 4) | |
| | | 10:55am | | | Plaintiff attorney Dowd calls witness Andrew Percy for direct by video excerpts played in courtroom. | P |
| | | 10:58am | | | Video played in courtroom | |
| JTX-13-C | | | X | X | | |
| PTX-568 | | | X | X | | |
| | | | | | | |

16

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | 11:06am | | | Video completed | |
| | | 11:07am | | | Plaintiff attorney Slenkovich calls witness Changhae Park for direct via video played in courtroom. | P |
| | | 11:10am | | | Video played in courtroom | |
| | | 11:18am | | | Video completed | |
| | | 11:19am | | | Plaintiff attorney Slenkovich calls witness Catharine Lawton for direct | P |
| PTX-764C | | | X | X | Admitted | |
| PDX-99 | | | | | Slide 99 | |
| PDX-103 | | | | | Slide 103 | |
| | | 11:29am | | | Court accepts Catharine Lawton as expert as stated on the record | |
| | | 11:30am | | | RECESS for Jury til Noon | |
| | | 11:31am | | | Discussion with counsel re list of exhibits for witness Lawton. Discussion re Slide Deck | |
| | | 11:37am | | | Break in proceedings | |
| | | 11:39am | | | Resume discussion with counsel. | |
| | | 11:53am | | | RECESS for counsel. | |
| | | 11:57am | | | Resume discussion with counsel. | |
| | | 12:08pm | | | Jury enters courtroom | |
| | | 12:09pm | | | Plaintiff attorney Slenkovich direct of witness Lawton. | |
| PDX-5-2 | | | | | Slide 5-2 | |
| | | | | | Slide 5-3 | |
| | | | | | Slide 5-4 | |
| | | | | | Slide 5-5 | |
| | | | | | Slide 5-7 | |
| | | | | | Slide 5-8 | |
| | | | | | Slide 5-9 | |
| | | | | | Slide 5-10 | |
| | | | | | Slide 5-93 | |
| | | | | | Slide 5-109  (JTX -11C p. 166) | |
| JTX-17 | | | X | X | Page 1 of 3 | |
| PDX-5-13 | | | | | Slide 5-13 | |
| | | | | | | |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| PTX-526-1 | | | X | | PTX-526-1 | |
| PDX-5-14 | | | | | Slide5-14 | |
| PDX-5-15 | | | | | Slide 5-15 | |
| PDX-5-16 | | | | | Slide 5-16 | |
| PTX-427C | | | X | X | PTX-427C | |
| PDX-5-17 | | | | | Slide 5-17 | |
| PTX-430 | | | X | X | PTX-430 | |
| PDX-5-18 | | | | | Slide 5-18 | |
| PTX-626 | | | X | X | PTX-626 | |
| PDX-5-20 | | | | | Slide 5-20 | |
| PTX-266C | | | X | X | PTX-266C | |
| PDX-5-23 | | | | | Slide 5-23 | |
| PDX-5-24 | | | | | Slide 5-24 | |
| PDX-5-26 | | | | | Slide 5-26 | |
| PDX-5-27 | | | | | Slide 5-27 | |
| JTX-17 | | | X | X | JTX-17 | |
| PDX-5-28 | | | | | PDX-5-28 | |
| PDX-5-29 | | | | | PDX-5-29 | |
| PDX-5-30 | | | | | PDX-5-30 | |
| PDX-5-31 | | | | | PDX-5-30 | |
| PDX-5-32 | | | | | PDX-5-32 | |
| PTX-661C | | | X | X | PTX-661C | |
| PDX-5-34 | | | | | Slide 5-34 | |
| | | | | | | |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| PDX-5-36 | | | | Slide 5-36 | |
| PDX-5-38 | | | | Slide 5-38 | |
| PDX-5-39 | | | | Slide 5-39 | |
| PDX-5-109 | | | | Slide 5-109 | |
| PTX-773C | | X | X | PTX-773C | |
| PTX-652C | | X | X | PTX-652C | |
| PDX-5-40 | | | | Slide 5-40 | |
| PDX-5-49 | | | | Slide 5-49 | |
| PTX-330C | | X | X | PTX-330C | |
| PDX-5-51 | | | | Slide 5-51 | |
| PTX-251C | | X | X | PTX-251C | |
| PDX-5-53 | | | | Slide 5-53 | |
| PDX-5-54 | | | | Slide 5-54 | |
| PDX-5-55 | | | | Slide 5-55 | |
| PDX-5-56 | | | | Slide 5-56 | |
| PDX-5-57 | | | | Slide 5-57 | |
| PDX-5-58 | | | | Slide 5-58 | |
| PDX-5-59 | | | | Slide 5-59 | |
| PTX-498 | | X | X | PTX-498 | |
| PDX-5-60 | | | | Slide 5-60 | |
| PDX-5-61 | | | | Slide 5-61 | |
| PTX-764C | | X | X | PTX-764C | |
| PDX-5-62 | | | | Slide 5-62 | |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| JTX-420C | | X | X | JTX-420C | |
| JTX-14C | | X | X | JTX-14C | |
| PDX-5-65 | | | | Slide 5-65 | |
| JTX-13C | | X | X | JTX-13C | |
| PDX-5-67 | | | | Slide 5-67 | |
| PDX-5-68 | | | | Slide 5-68 | |
| | 1:28pm | | | Court gives instructions to Jury | |
| | 1:30pm | | | RECESS for Jury for the day. Further Jury Trial 9/8/14 at 8:30am. | |
| | 1:31pm | | | Recess for Counsel until 2:15pm today. | |
| | 2:21pm | | | Discussion with counsel (no Jury). Exhibits with attorney notations discussed: PDX-4-64(with deft notations); PDX-4-110 (Deft and Pla notations); PDX 4-64; Figure 3 and DTX-1 page 8; Figure 7. | |
| | | | | Exhibits ADMITTED as to Lawton Direct: | |
| PTX-427C | | X | X | ADMITTED | |
| PTX-422C | | X | X | ADMITTED | |
| PTX-423C | | X | X | ADMITTED | |
| PTX-430C | | X | X | ADMITTED | |
| PTX-626 | | X | X | ADMITTED | |
| PTX-498 | | X | X | ADMITTED | |
| PTX-535 | | X | X | ADMITTED | |
| PTX-538 | | X | X | ADMITTED | |
| PTX-526 | | X | X | ADMITTED | |
| PTX-522C | | X | X | ADMITTED | |
| PTX-330C | | X | X | ADMITTED | |
| PTX-661C | | X | X | ADMITTED | |
| | | | | | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| PTX-773C | | | X | X | ADMITTED | |
| PTX-652C | | | X | X | ADMITTED | |
| PTX-742C | | | X | X | ADMITTED | |
| PTX-686C | | | X | X | ADMITTED | |
| PTX-764C | | | X | X | ADMITTED | |
| PTX-663C | | | X | X | ADMITTED | |
| PTX-675C | | | X | X | ADMITTED | |
| PTX-673C | | | X | X | ADMITTED | |
| PTX-664C | | | X | X | ADMITTED | |
| PTX-771C | | | X | X | ADMITTED | |
| PTX-740C | | | X | X | ADMITTED | |
| PTX-746C | | | X | X | ADMITTED | |
| JTX-14C | | | X | X | ADMITTED | |
| JTX-17 | | | X | X | ADMITTED | |
| JTX-11C | | | X | X | ADMITTED | |
| | | | | | | |
| | | 3:40pm | | | RECESS for Counsel for the day. Further Jury Trial 9/8/14 at 8:30am. | |
| | | | | | | |
| | | 9/8/2014 | | | Court Reporter: Raynee Mercado | |
| | | 8:07am | | | Case called. Discussion with counsel. | |
| | | 8:30am | | | Jury enters courtroom | |
| | | 8:31am | | | Plaintiff attorney Slenkovich resumes direct of witness Catharine Lawton. | |
| PDX-5 | | | | | PDX-5 Slide 5-68 | |
| PTX-423C | | | X | X | Exhibit | |
| | | | | | | |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| PDX-5 | | | | Slide 5-70 | |
| PDX-5 | | | | Slide 5-71 | |
| PDX-5 | | | | Slide 5-72 | |
| PDX-5 | | | | Slide 5-73 | |
| PDX-5 | | | | Slide 5-74 | |
| PDX-5 | | | | Slide 5-75 | |
| PDX-5 | | | | Slide 5-76 | |
| PDX-5 | | | | Slide 5-78 | |
| PDX-5 | | | | Slide 5-79 | |
| PDX-5 | | | | Slide 5-81  (PTX-764C) | |
| PDX-5 | | | | Slide 5-82 | |
| PDX-5 | | | | Slide 5-83 | |
| PDX-5 | | | | Slide 5-85 | |
| PDX-5 | | | | Slide 5-86  (PTX-663C) | |
| PDX-5 | | | | Slide 5-87 | |
| PDX-5 | | | | Slide 5-42 (PTX-678C) | |
| PDX-5 | | | | Slide 5-88 | |
| PDX-5 | | | | Slide 5-89 | |
| PDX-5 | | | | Slide 5-90 | |
| PDX-5 | | | | Slide 5-91 | |
| PDX-5 | | | | Slide 5-92 | |
| PDX-5 | | | | Slide 5-93 | |
| PDX-5 | | | | Slide 5-94 | |
| PDX-5 | | | | Slide 5-95 | |
| PDX-5 | | | | Slide 5-96  (PTX-673C) | |
| PDX-5 | | | | Slide 5-97 | |
| PDX-5 | | | | Slide 5-98 | |
| PDX-5 | | | | Slide 5-99  Reasonable Royalty | |
| PDX-5 | | | | Slide 5-103 | |
| PTX-5 | | | | Slide 5-104 | |
| PDX-5 | | | | Slide 5-105  (PTX-764C) | |
| | | 9:20am | | Defendant attorney Kim cross of witness Lawton | |
| PDX-5 | | | | Slide 5-103 | |
| | ( ) | | | PDX-5-103 [with notations by attorney Kim | |
| | ( ) | | | Reed Report 8/13 Expert Report | |

| | ( ) | | | | Diagram by attorney Kim of money amounts | |
|---|---|---|---|---|---|---|
| PDX-5 | | | | | Slide 5-62 | |
| PDX-5 | | | | | Slide 5-105 | |
| PDX-5 | | | | | Slide 5-62 | |
| PDX-5 | | | | | Slide 5-105 | |
| PDX-5 | | | | | Slide 5-92 | |
| PDX-5 | | | | | Slide 5-27 | |
| PDX-5 | | | | | Slide 5-92 | |
| | | | | | Lawton Expert Report Page 163, table 2 | |
| | | 10:00am | | | Recess for Jury (15 min) | |
| | | 10:01am | | | Discussion with counsel | |
| | | 10:03am | | | Recess for counsel until 10:15am | |
| | | 10:15am | | | Discussion with counsel | |
| | | 10:17am | | | Jury enters courtroom | |
| | | 10:18am | | | Defendant attorney  Kim resumes cross of witness Lawton | |
| PDX-5 | | | | | Slide 5-92 | |
| | | 10:23am | | | Discussion with counsel at bench | |
| | | 10:25am | | | Defendant attorney Kim resumes cross of witness Lawton | |
| PTX-472 | | | X | X | Exhibit | |
| PDX-5 | | | | | Slide 5-92 | |
| | | | | | Slide 5-55 | |
| | | | | | Slide 5-105 | |
| | | | | | Slide 5-170 (PTX-422C) | |
| | | | | | Slide 5-68 | |
| | | | | | Supplemental Expert Report of Lawton page 4 | |
| | | | | | Slide 5-105 | |
| PTX-662C | | | X | | Exhibit | |
| PDX-5 | | | | | Slide 5-91 | |
| | | | | | Slide 5-51 | |
| PTX-330C | | | X | X | Exhibit | |
| | | 11:17am | | | Plaintiff attorney Slenkovich redirect of witness Lawton | |
| | | 11:24am | | | Defendant attorney Kim recross of witness Lawton | |
| | | 11:25am | | | Plaintiff attorney Slenkovich redirect of witness | |

| | | 11:26am | | | Witness excused | |
|---|---|---|---|---|---|---|
| | | 11:26am | | | PLAINTIFF RESTS | |
| | | 11:27am | | | Defendant attorney Hadjis calls witness David Holody for direct | D |
| DTX-510 | | | X | X | 10 K form | |
| DTX-511 | | | X | X | 10 K form | |
| DTX-512 | | | X | X | 10 K form | |
| DDX-2-1 | | | | | DDX-2-1 Slide | |
| DDX-4-2 | | | | | 2-1 Slide | |
| | | 11:45am | | | Recess for Jury | |
| | | 11:46am | | | Discussion with counsel | |
| | | 11:47am | | | RECESS (til Noon) | |
| | | 11:59am | | | Jury enters courtroom | |
| | | 12:00 | | | Defendant Hadjis resumes direct of witness Holody. | |
| DDX-2 | | | | | Slide 2 | |
| DDX-2 | | | | | Slide 3 | |
| DDX-2 | | | | | Slide 4 | |
| DDX-2 | | | | | Slide 5 | |
| DDX-2 | | | | | Slide 6 | |
| DDX-2 | | | | | Slide 7 | |
| | | 12:33pm | | | Plaintiff attorney Slenkovich cross of witness Holody | |
| | DTX -512 | | X | X | Page 36 | |
| | DTX-510 | | X | X | Page 139 | |
| | DDX-2 | | | | Slide 5 | |
| | | 12:54pm | | | Witness Holody excused from stand | |
| | | 12:56pm | | | Jury exits courtroom | |
| | | 12:51pm | | | EXHIBIT and WITNESS LIST CONTINUED | |
| | | 1:12pm | | | Jury enters courtroom | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1:12pm | | | Defendant attorney Hadjis call witness Lee Chastain for direct | D |
| | DTX-334C | | X | X | Exhibit | |
| | DTX-454C | | X | X | Exhibit | |
| | | 1:30pm | | | RECESS for Jury for the day. Further Jury Trial 9/9/14 at 8:30am | |
| | | 1:31pm | | | Discussion with counsel | |
| | | 1:54pm | | | RECESS for attorneys until 2:30pm today. | |
| | | 2:34pm | | | Discussion with counsel. Judgment as a Matter of Law Motions filed by 9/10 before midnight; Oppositions filed 9/12/14. | |
| | | 3:51PM | | | RECESS for the day. Further Jury Trial 9/9/14 at 8:30am. | |
| | | | | | | |
| | | 9/9/2014 | | | Court Reporter: Raynee Mercado | |
| | | 8:02am | | | Case called. Discussion with counsel. | |
| | | 8:30am | | | Jury enters courtroom | |
| | | 8:31am | | | Court gives oral answer to note of Juror. | |
| | | 8:32am | | | Defendant Hadjis resumes direct of witness Lee Chastain | |
| PTX-001 | | | X | X | '845 Patent | |
| PTX-002 | | | X | X | '833 Patent | |
| JTX-004 | | | X | X | '753 Patent | |
| | | 8:43am | | | Plaintiff Slenkovich cross of witness Chastain | |
| PTX-730 | | | | | Admitted | |
| PTX-729 | | | X | X | Admitted | |
| | | 9:14am | | | Defendant Hadjis redirect of witness Chastain | |
| | | 9:17am | | | Witness excused | |
| | | 9:18am | | | Defendant attorney Kim calls witness Allen Wagner for direct | D |
| | DTX-286C | | X | X | Admitted | |
| | | 9:44am | | | RECESS for Jury | |
| | | 9:45am | | | Discussion with counsel. | |
| | | 10:27am | | | EXHIBIT and WITNESS LIST CONTINUED | |
| | | 10:32am | | | Jury enters courtroom. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:33am | | | Court instructs Jury as to specific testimony that is sticken. | |
| | DTX-281C | | X | X | DTX-281C | |
| | | 10:37am | | | Plaintiff attorney Dowd cross of witness Wagner | |
| | | 10:39am | | | Witness excused | |
| | | 10:40am | | | Defendant attorney Yohannan calls witness Rajeev Kumar for direct | D |
| | DDX-3 | | | | Slide 3-1 | |
| PPTX-712 | | | X | X | in evidence | |
| PTX-55 | | | X | X | Webpage re SABRE | |
| | | 11:07AM | | | Plaintiff attorney Dowd cross of witness Kumar | |
| PTX-422C | | | X | X | in evidence | |
| | | 11:45am | | | RECESS for Jury (15 min) | |
| | | 11:46am | | | RECESS for counsel | |
| | | 12:00 pm | | | Judge enters courtroom | |
| | | 12:01pm | | | Jury enters courtroom | |
| | | 12:02pm | | | Plaintiff attorney Dowd resumes cross of witness Kumar | |
| PTX-55 | | | X | X | Page 1 | |
| PTX-430C | | | X | X | Page 1 and page 14 | |
| | | 12:20pm | | | Defendant attorney Yohannan redirect of witness Kumar | |
| PTX-422C | | | X | X | PTX-422C | |
| | | 12:29pm | | | Plaintiff attorney Dowd re-cross of witness Kumar | |
| PTX-422C | | | X | X | PTX-422C | |
| | | 12:32pm | | | Defendant attorney  Yohannan redirect of witness Kumar | |
| | | 12:34pm | | | Witness excused from stand | |
| | | 12:34pm | | | Defendant attorney Hadjis calls witness Joern Soerensen for direct via video played  in courtroom | D |
| | | 12:35pm | | | Video played in courtroom | |
| PTX-001 | | | X | X | Page 3 of 13 | |
| | | 12:59pm | | | Defendant Hadjis calls witness Glen Wienecke for Direct | D |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| JTX-0018 | | X | X | Page 55 and 56 | |
| | 1:11pm | | | Plaintiff attorney Dowd cross of witness Weinecke | |
| JTX-0018 | | X | X | EXHIBIT | |
| | 1:13pm | | | Witness excused from the stand | |
| | 1:14pm | | | Defendant attorney Yohannan calls witness Andrew Percy for direct. | D |
| JTX-14-C | | X | X | EXHIBIT | |
| JTX-13-C | | X | X | PAGE 1 | |
| JTX-14C | | X | X | EXHIBIT | |
| | DDX-4 | | | Slide 4-1 | |
| | DDX-4 | | | Slide 4-2 | |
| | DDX-4 | | | Slide 4-3 | |
| | DDX-4 | | | Slide 4-4 | |
| | DDX-4 | | | Slide 4-5 | |
| | DDX-4 | | | Slide 4-6 | |
| | DDX-4 | | | Slide 4-7 | |
| | DDX-4 | | | Slide 4-8 | |
| | DDX-4 | | | Slide 4-9 | |
| JTX-14C | | X | X | Line 451 | |
| | DTX-0281C | X | X | Exhibit | |
| | DTX-288C | X | X | ADMITTED | |
| | DTX-291-C | X | X | ADMITTED | |
| | DTX-212C | X | X | Exhibit | |
| | 1:31pm | | | Jury exits. RECESS for the day. Further Jury Trial 9/10/14 at 8:30am | |
| | 1:32pm | | | Discussion with counsel. Recess until 4:00pm today | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | 4:01pm | | | Discussion with counsel. (no Jury). Exhibit PTX-55 admitted in evidence. | |
| PTX-55 | | | X | X | Admitted | |
| | | 6:02pm | | | RECESS for the day for counsel.  Counsel to return on 9/10/14 at 8:00am | |
| | | | | | | |
| | | 9/10/2014 | | | Court Reporter: Raynee Mercado | |
| | | 8:01am | | | Case called. Discussion with counsel. | |
| | | 8:34am | | | Jury enters courtroom | |
| | | 8:36am | | | Defendant attorney Yohannan resumes direct of witness Percy. | |
| | DTX-293C | | X | X | ADMITTED | |
| | DTX-500 | | X | X | ADMITTED | |
| JTX-14C | | | X | X | Exhibit | |
| | DDX-4 | | | | Slide 4-4 | |
| JTX-13C | | | X | X | Exhibit | |
| | | 8:49am | | | Plaintiff attorney Slenkovich cross of witness Percy. | |
| JTX-13C | | | X | X | exhibit | |
| JTX-14C | | | X | X | exhibit | |
| PTX-422C | | | X | X | Page 1 | |
| PTX-422C | | | X | X | Page 11 of 15 | |
| | | 9:00am | | | Defendant attorney Yohannan redirect of witness Percy | |
| PTX-422C | | | X | X | Page 2 | |
| | | 9:04am | | | Plaintiff attorney Slenkovich re-cross of witness Percy | |
| | | 9:07am | | | Defendant Yohannan redirect of witness Percy | |
| PTX-422C | | | | | Page 1 | |
| | | 9:09am | | | Witness excused from stand. | |
| | | 9:10am | | | Defendant attorney Hadjis calls witness Richard Yang for direct via video played in courtroom | D |

| | | | | | **EXHIBIT and WITNESS LIST CONTINUED** | |
|---|---|---|---|---|---|---|
| **JTX-11C** | | | X | X | **Page 1 (Exhibit 3 in Yang Deposition)** | |
| | | 9:26am | | | Defendant attorney Hadjis calls witness M.H. Shieh for direct by video played in courtroom | D |
| | | | | | Depo. Ex. 9 - Sales Agreement | |
| | | | | | Depo. Ex. 11- Patent Transfer | |
| | | | | | Depo. Ex. 10 | |
| | | 9:40am | | | Video completed | |
| | | 9:41am | | | Discussion with counsel at bench | |
| | | 9:45am | | | Defendant attorney Kim calls witness Sheafor. break in proceeding. Discussion with jury re: one juror is ill. | |
| | | 9:47am | | | Recess for jury. | |
| | | 9:49am | | | Court and Juror 7 and counsel in courtroom for discussion | |
| | | 10:00am | | | Jury back into the courtroom | |
| | | 10:02am | | | RECESS for jury for the day. Juror 7 to contact clerk by 8:00am on 9/11/14. Further Jury Trial 9/11/14 at 8:30am | |
| | | 10:03am | | | RECESS for counsel for 15 min. | |
| | | 10:16am | | | Discussion with counsel. No Jury present. | |
| | | 10:40am | | | RECESS until 11:30am. | |
| | | 11:31am | | | Discussion with counsel. No Jury present. Court's tentative ruling adopted re excluding certain testimony from proceedings. Defendant Freescale is to pay total of $13,820.00 to Stephen Sheafor; to be paid within 7 days. | |
| | | 1:00pm | | | Recess for 30 min. | |
| | | 1:43pm | | | Discussion with counsel. No Jury present. Slides re witness Vahid discussed. | |
| | | 2:38pm | | | Break in proceeding | |
| | | 2:39pm | | | Resume discussion with counsel | |
| | | 2:50pm | | | Recess | |
| | | 2:53pm | | | Resume discussion with counsel | |
| | | 3:33pm | | | Recess for the day. Further Jury Trial 9/11/14 at 8:30am; Counsel at 8:00am. | |
| | | | | | | |
| | | 9/11/2014 | | | Court Reporter: Raynee Mercado | |
| | | 8:05am | | | Case called. Discussion with counsel regarding Slides. | |
| | | 8:37am | | | Jury enters courtroom | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | 8:39am | | | Defendant attorney Hadjis calls witness Frank Vahid for direct | D |
| | DDX-5 | | | | Slide 5-1 | |
| | DDX-5 | | | | Slide 5-2 | |
| | DTX-561 | | X | | Curriculm Vitae of Frank Vahid | |
| | DDX-5 | | | | Slide 5-3 | |
| | DDX-5 | | | | Slide 5-4 | |
| | DDX-5 | | | | Slide 5-5 | |
| | DDX-5 | | | | Slide 5-6 | |
| | DDX-5 | | | | Slide 5-7 | |
| | DDX-5 | | | | Slide 5-8 | |
| | DDX-5 | | | | Slide 5-9 | |
| | DDX-5 | | | | Court strikes Slide 5-10 | |
| | | 9:50am | | | RECESS for Jury | |
| | | 9:51am | | | Discussion with counsel | |
| | | 9:59am | | | Recess for cousnel (15 min) | |
| | | 10:17am | | | Discussion with counsel | |
| | | 10:19am | | | Jury enters courtroom. Court gives instruction as to portion of testimony that is stricken from record. | |
| | DDX-5 | | | | Slide 5-13 | |
| | DDX-5 | | | | Slide 5-14 | |
| | DDX-5 | | | | Slide 5-15 | |
| | DDX-5 | | | | Slide 5-16 | |
| | DDX-5 | | | | Slide 5-17 | |
| | DTX-0016 | | X | X | '061 Patent | |
| | DDX-5 | | | | Slide 5-17 | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | DDX-5 | | | | Slide 5-18 | |
| | DDX-5 | | | | Slide 5-19 | |
| | DDX-5 | | | | Slide 5-20 | |
| | DDX-5 | | | | Slide 5-22 | |
| | DDX-5 | | | | Slide 5-23 | |
| | DDX-5 | | | | Slide 5-22 | |
| | DDX-5 | | | | Slide 5-24 | |
| | DDX-5 | | | | Slide 5-26 | |
| | DDX-5 | | | | Slide 5-27 | |
| | DDX-5 | | | | Slide 5-28 | |
| JTX-004 | | | X | X | EXHIBIT | |
| | DDX-5 | | | | Slide 5-28 | |
| | DDX-5 | | | | Slide 5-29 | |
| | DDX-5 | | | | Slide 5-30 | |
| | DDX-5 | | | | Slide 5-31 | |
| JTX-004 | | | X | X | '753 Patent | |
| | | 11:27am | | | Jury exits courtroom for RECESS | |
| | | 11:28am | | | Discussion with counsel. | |
| | | 11:53pm | | | RECESS for counsel | |
| | | 12:00pm | | | Jury enters courtroom | |
| | [    ] | | | | '753 Patent; Sheet 1 of 16 ; Figure 1[notations by Vahid in red and blue ] | |
| | DDX-5 | | | | Slide 5-31 | |
| | DDX-5 | | | | Slide 5-32 | |
| | DDX-5 | | | | Slide 5-33 | |
| | DDX- | | | | Slide 5-35 | |

| | | | | | |
|---|---|---|---|---|---|
| | 5 | | | | |
| | | | | **EXHIBIT and WITNESS LIST CONTINUED** | |
| | DDX-5 | | | **Slide 5-36** | |
| | DDX-5 | | | **Slide 5-33** | |
| | DDX-5 | | | **Slide 5-37** | |
| | DDX-5 | | | **Slide 5-38** | |
| | DDX-5 | | | **Slide 5-40** | |
| | DTX-0047 | **X** | **X** | **Admitted** | |
| | JTX-004 | **X** | **X** | **Exhibit** | |
| | DDX-5 | | | **Slide 5-41** | |
| | | | | **Slide 5-42** | |
| | | | | **Slide 5-43** | |
| | | | | **Slide 5-44** | |
| | DTX-063 | **X** | | **'845 PATENT(ID ONLY)** | |
| | DDX-5 | | | **Slide 5-46** | |
| | DDX-5 | | | **Slide 5-47** | |
| | DDX-5 | | | **Slide 5-49** | |
| | | 12:58pm | | **RECESS for the day for Jury. Further Jury Trial 9/12/14 at 8:30am.** | |
| | | 12:59pm | | **Discussion with counsel re slides for witness Vahid.** | |
| | | 2:03pm | | **Recess for counsel (15 min)** | |
| | | 2:18pm | | **Resume discussion with counsel. Slides DDX5-52 and DDX-5-53 are stricken per Court.** | |
| | | 2:25pm | | **Recess for counsel until 3:30pm** | |
| | | 3:50pm | | **Discussion with counsel. No Jury present. Exhibit JTX11C is already in evidence. Defendant oral motion- Judgment as matter of law re non-infringement re MPC8360 is granted.** | |
| | DTX-292 | **X** | **X** | **Admitted** | |
| | DTX-330C | **X** | **X** | **Admitted** | |
| | | 5:46pm | | **RECESS for the day for counsel. Further trial 9/12/14** | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | 9/12/2014 | | | Court reporter: Raynee Mercado | |
| | | 8:00am | | | Case called. Discussion with counsel | |
| | DTX-20C | | X | X | Admitted | |
| | DTX-23C | | X | X | Admitted | |
| | | 8:42am | | | Jury enters courtroom | |
| | | 8:43am | | | Defendant attorney Hadjis resumes direct of witness Frank Vahid | |
| | DDX-5 | | | | Slide 5-40 | |
| | DDX-5 | | | | Slide 5-41 | |
| | DTX-63 | | X | | '845 Patent | |
| | DDX-5 | | | | Slide 5-42 | |
| | DDX-5 | | | | Slide 5-46 | |
| | DDX-5 | | | | Slide 5-47 | |
| | DDX-5 | | | | Slide 5-48 | |
| | DDX-5 | | | | Slide 5-43 | |
| | DDX-5 | | | | Slide 5-45 | |
| | DDX-5 | | | | Slide 5-50 | |
| | DDX-5 | | | | Slide 5-51 | |
| | | 9:19am | | | Plaintiff attorney Dowd cross of witness Vahid | |
| JTX-0017 | | | X | X | Exhibit | |
| | DDX-5 | | | | Slide 5-26 | |
| | | 10:00am | | | RECESS for Jury (15 min) and counsel | |
| | | 10:15am | | | Discussion with counsel | |
| | | 10:17am | | | Jury enters courtroom | |
| | | 10:18am | | | Plaintiff attorney Dowd resumes cross of witness Vahid. | |
| | DDX-5 | | | | Slide 5-13 | |
| PTX-74 | | | X | X | Page 1 and Page 7 | |

| | | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|---|
| | | | | | Working Point Table - NOT admitted | |
| | DDX-5 | | | | Slide 5-13 | |
| | DDX-5 | | | | Slide 5-26 | |
| PTX-01 | | | X | X | Page 2 | |
| | DTX-16 | | X | X | Page 1 | |
| | DTX-16 | | X | X | Figure 1 | |
| PTX-02 | | | X | X | Page 17 | |
| | DTX-16 | | X | X | Figure 1, page 3 | |
| | DDX-5 | | | | Slide 5-43 | |
| JTX-04 | | | X | X | Page 53 | |
| JTX-30C | | | X | X | Page 1 | |
| JTX-22 | | | X | | Pages 102-103 | |
| | DTX-47 | | X | X | Page 1 | |
| JTX-004 | | | X | X | Page 53 | |
| | DDX-5 | | | | Slide 5-42  (PTX-47 page 24 of 270 | |
| PTX-1 | | | X | X | '845  patent; claim 21; page 13 | |
| | DDX-5 | | | | Slide 5-49 | |
| | JTX-30C | | | | Exhibit | |
| | | 11:46am | | | RECESS for Jury | |
| | | 11:47am | | | RECESS for counsel | |
| | | 11:57am | | | Discussion with counsel; no jury. | |
| | | 12:08pm | | | Jury enters courtroom | |
| | | 12:08pm | | | Plaintiff attorney Dowd resumes cross of witness Vahid | |
| JTX-22 | | | X | X | Page 247 | |
| JTX-21 | | | X | X | Page 141 | |
| | | | | | | |

| | | | | EXHIBIT and WITNESS LIST CONTINUED | |
|---|---|---|---|---|---|
| | DDX-5 | | | | Slide 5-47 | |
| | | 12:19pm | | | Defendant attorney Hadjis redirect of witness Vahid | |
| PDX-4 | | | | | Slide 4-165 | |
| PDX-4 | | | | | Slide 4-164 | |
| PDX-4 | | | X | X | Slide PDX-4-140 | |
| | JTX-21 | | X | X | Page 141 | |
| | | 12:49pm | | | Witness excused from stand | |
| | | 12:50pm | | | Defendant attorney Yohannan calls witness Glen Wienecke for direct by reading of deposition transcript in courtroom | D |
| | | 1:01PM | | | Reading of testimony completed | |
| | | 1:02pm | | | Defendant attorney Yohannan calls witness Allen Wagner for direct by reading of deposition transcript in courtroom. | D |
| | | 1:08pm | | | Reading of testimony completed | |
| | | 1:09pm | | | Discussion with counsel at bench | |
| | | 1:16pm | | | Defendant attorney Hadjis recalls witness Frank Vahid for direct | D |
| | | 1:21pm | | | Plaintiff attorney Dowd cross of witness Vahid | |
| | | 1:23pm | | | Witness excused from the stand | |
| | | 1:24pm | | | RECESS for Jury for the day.  Further Jury Trial 9/15/14 at 8:30am | |
| | | 1:25pm | | | Discussion with counsel.  Worksheet used by Plaintiff attorney Dowd in trial is NOT admitted. | |
| | | 2:12PM | | | RECESS for counsel for the day. Further Jury Trial 9/15/14 at 8:30am. | |
| | | | | | | |
| | | 9/15/14 | | | Court Reporter: Raynee Mercado | |
| | | 8:07am | | | Case called.  Discussion with counsel. | |
| | | 8:33am | | | Jury enters courtroom. | |
| | | 8:34am | | | Defendant attorney Kim calls witness Brett Reed for direct | D |
| | DDX-6-2 | | | | Slide 6-2 | |
| | | 8:42am | | | Court accepts Reed as expert witness | |
| | DDX-6-5 | | | | Slide 6-5 | |
| | DDX-6 | | | | Slide 6-3 | |
| | | | | | | |

35

| | | | | EXHIBIT and WITNESS LIST CONTINUED | | |
|---|---|---|---|---|---|---|
| | DDX-6 | | | | Slide 6-4 | | |
| | DDX-6 | | | | Slide 6-8 | | |
| | DDX-6 | | | | Slide 6-9 | | |
| | DDX-6 | | | | Slide 6-10 | | |
| | DDX-6 | | | | Slide 6-6 | | |
| | DDX-6 | | | | Slide 6-12 | | |
| | DDX-6 | | | | Slide 6-15 | | |
| | DDX-6 | | | | Slide 6-16 | | |
| | DDX-6 | | | | Slide 6-17 | | |
| | DDX-6 | | | | Slide 6-18 | | |
| | DDX-6 | | | | Slide 6-19 | | |
| | DDX-6 | | | | Slide 6-20 | | |
| | DDX-6 | | | | Slide 6-21 | | |
| | DDX-6 | | | | Slide 6-22 | | |
| | DDX-6 | | | | Slide 6-26 | | |
| | DDX-6 | | | | Slide 6-23 | | |
| | DDX-6 | | | | Slide 6-27 | | |
| | DDX-6 | | | | Slide 6-29 | | |
| | DTX-281C | | X | X | Page 24 | | |
| | DTX-281C | | X | X | Page 2 | | |
| | DTX-289C | | X | | exhibit | | |
| | DDX-6 | | | | Slide 6-31 | | |
| | DDX-6 | | | | Slide 6-32 | | |
| | | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| DDX-6 | | | | Slide 6-34 | |
| DDX-6 | | | | Slide 6-35 | |
| DDX-6 | | | | Slide 6-36 | |
| DDX-6 | | | | Slide 6-37 | |
| DDX-6 | | | | Slide 6-39 | |
| DDX-6 | | | | Slide 6-40 | |
| DDX-6 | | | | Slide 6-41 | |
| DDX-6 | | | | Slide 6-42 | |
| DDX-6 | | | | Slide 6-43 | |
| DDX-6 | | | | Slide 6-44 | |
| DTX-286C | | X | X | Exhibit | |
| DTX-291C | | X | X | Exhibit | |
| DDX-6 | | | | Slide 6-45 | |
| DTX-330C | | X | X | Page 5 of 6 | |
| DDX-6 | | | | Slide 6-46 | |
| | 10:00am | | | RECESS for Jury | |
| | 10:01am | | | RECESS for counsel | |
| | 10:16am | | | Jury enters courtroom | |
| | 10:18am | | | Defendant attorney Kim resumes direct of witness Reed | |
| DDX-6 | | | | Slide 6-46 | |
| DTX-281 | | | | Page 31 of 31 | |
| DDX-6 | | | | Slide 6-46 | |
| DDX-6 | | | | Slide 6-47 | |
| | | | | | |

**EXHIBIT and WITNESS LIST CONTINUED**

|  | DDX-6 |  |  |  | Slide 6-48 |  |
|---|---|---|---|---|---|---|
|  | DDX-6 |  |  |  | Slide 6-7 |  |
|  | DDX-6 |  |  |  | Slide 6-11 |  |
|  | DDX-6 |  |  |  | Slide 6-58 |  |
|  | DDX-6 |  |  |  | Slide 6-4 |  |
|  | DDX-6 |  |  |  | Slide 6-50 |  |
| JTX-14C |  |  | X | X | A9467 Table |  |
| PTX-422C |  |  | X | X | Exhibit |  |
| PTX-764C |  |  | X | X | exhibit |  |
|  | DDX-6 |  |  |  | 6-52 |  |
| JTX-14C |  |  | X | X | exhibit |  |
| JTX-13c |  |  | X | X | exhibit |  |
| JTX-14C |  |  | X | X | exhibit |  |
| JTX-14C |  |  | X | X | Exhibit |  |
| PTX-764C |  |  | X | X | exhibit |  |
|  | DDX-6 |  |  |  | Slide  6-53 |  |
|  | DDX-6 |  |  |  | Slide 6-54 |  |
|  | DDX-6 |  |  |  | Slide 6-55 |  |
|  | DDX-6 |  |  |  | Slide 6-56 |  |
|  | DDX-6 |  |  |  | Slide 6-60 |  |
|  | DTX-579C |  |  |  | Corrects numbers on the products per counsel |  |
|  | DDX-6 |  |  |  | Slide 6-60 |  |
|  | DDX-6 |  |  |  | Slide 6-62 |  |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| | DDX-6 | | | | Slide 6-62 | |
| | DDX-6 | | | | Slide 6-63 | |
| | DDX-6 | | | | Slide 6-64 | |
| | DDX-6 | | | | Slide 6-57 | |
| | | | | | | |
| | | 11:21AM | | | Plaintiff attorney Slenkovich cross of witness Reed | |
| PDX-5 | | | | | Slide 5-94 | |
| PDX-5 | | | | | Slide 5-95 | |
| | | 11:45AM | | | RECESS | |
| | | 12:01PM | | | Plaintiff attorney Slenkovich resumes cross of witness Reed | |
| PDX-5 | | | | | Slide 5-95 | |
| PDX-5 | | | | | Slide 5-94 | |
| PDX-5 | | | | | Slide 5-96 | |
| PDX-5 | | | | | Slide 5-94 | |
| | DDX-6 | | | | Slide 6-16 | |
| | DDX-6 | | | | Slide 6-22 | |
| PTX-730 | | | | | Page 1 | |
| PTX-578 | | | | | Page 5 | |
| | DDX-6 | | | | Slide 6-42 | |
| | DDX-6 | | | | Slide 6-26 | |
| | | 12:29pm | | | Defendant attorney Kim redirect of witness Reed | |
| PDX-5 | | | | | Slide 5-94 | |
| | | 12:35pm | | | Plaintiff attorney Slenkovich re-cross of witness Reed | |
| | | 12:36pm | | | Defendant attorney Kim redirect of witness Reed | |
| | | 12:29pm | | | Witness excused from stand. | |
| | | 12:40pm | | | DEFENSE RESTS | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:41pm | | | Plaintiff Rebuttal case: Plaintiff calls witness Krste Asanovic for direct | P |
| DDX-6 | | | | | Slide 6-1 | |
| DDX-6 | | | | | Slide 6-3   figure 4 | |
| DDX-6 | | | | | Slide 6-5 | |
| DDX-6 | | | | | Slide 6-6 | |
| DDX-6 | | | | | Slide 6-7 | |
| DDX-6 | | | | | Slide 6-8 | |
| DDX-6 | | | | | Slide 6-9  figures 1-4 | |
| DDX-6 | | | | | Slide 6-10 | |
| DDX-6 | | | | | Slide 6-11 | |
| DDX-6 | | | | | Slide 6-12 | |
| DDX-6 | | | | | Slide 6-13 | |
| DDX-6 | | | | | Slide 6-14 | |
| | | 1:10PM | | | Defendant attorney Hadjis cros of witness Asanovic | |
| | DTX-16 | | X | | '061 patent | |
| | DTX-47 | | | | Motorola Manual page 5 of 249 | |
| | DDX-6 | | | | Slide 6-10 | |
| | DDX-6 | | | | Slide 6-11 | |
| | | 1:35pm | | | RECESS for Jury for the day. Further Jury Trial 9/16/14 at 8:30am | |
| | | 1:37pm | | | Discussion with counsel re '753 Claim 11; re '331 claim 2. Briefs filed by 9:00am; response filed by 11:00am; respond by 2:00pm. Other filings by midnight. | |
| | | 1:45pm | | | RECESS for the day for counsel. Counsel to appear at 8:00am on 9/16/14. | |
| | | | | | | |
| | | | | | | |

## EXHIBIT and WITNESS LIST CONTINUED

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 9/16/2014 |  |  | **Court Reporter: Raynee Mercado** |  |
|  |  | **8:05am** |  |  | **Case called. Discussion with counsel. Court will take the motions filed 9/15 14 under submission.** |  |
|  |  | **8:13am** |  |  | **Recess** |  |
|  |  | **8:26am** |  |  | **Discussion with counsel re scheduling of case and issues.** |  |
|  |  | **8:55am** |  |  | **Jury enters courtroom. Court gives scheduling alternatives to the Jury to consider.** |  |
|  |  | **9:01am** |  |  | **Defendant attorney Hadjis resumes cross of plaintiff Rebuttal witness Asanovic** |  |
|  |  | **9:03am** |  |  | **Witness excused** |  |
|  |  | **9:03am** |  |  | **PLAINTIFF RESTS RE REBUTTAL CASE** |  |
|  |  |  |  |  | **No sur-rebuttal case to be presented by defendant** |  |
|  |  | **9:04am** |  |  | **RECESS for Jury** |  |
|  |  | **9:05am** |  |  | **Discussion with counsel re time for closings; oral argument on word "among"; exhibit lists** |  |
|  |  | **9:11am** |  |  | **Jury enters courtroom. Jury will recess until Monday 9/22 /14 at 8:30am for Closings and Instructions and deliberations.** |  |
|  |  | **9:19am** |  |  | **Recess for Jury. Further Jury Trial 9/22/14 at 8:30am** |  |
|  |  | **9:20am** |  |  | **Discussion with counsel.  Recess until 2:15pm today.** |  |
|  |  | **9:25am** |  |  | **Recess for counsel until 2:15pm today.** |  |
|  |  | **2:16pm** |  |  | **Discussion with counsel. No Jury Present.** |  |
|  | **DTX-579C** |  | X | X | **ADMITTED** |  |
|  | **DTX-578C** |  |  |  | **WITHDRAWN** |  |
| **TX-4** |  |  | X | X | **4 PAGES; PDX-5-99; 5-103; 5-104; 5/105** |  |
| **TX-5** |  |  | X | X | **4 PAGES: DDX-6-64; 6-63;6-62; 6-60** |  |
|  | **PTX-533 C** |  | X | X | **ADMITTED** |  |
|  |  | **4:01PM** |  |  | **RECESS. Counsel only to return on 9/17/14 at 8:30am** |  |
|  |  | 9/17/2014 |  |  | **Court Reporter: Raynee Mercado** |  |
|  |  | **8:38am** |  |  | **Discussion with counsel. No Jury Present. Discussion re trial exhibits; demonstratives; and whether TX1-A and TX1B will be admitted; under submission. Defendant Motion to stike testimony of Lawton held and Denied.** |  |
|  |  |  |  |  |  |  |

## EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| | | 10:02am | | | RECESS. Further Jury Trial Monday, 9/22/14 at 8:30am. |
| | | | | | |
| | | 9/22/2014 | | | Court Reporter: Raynee Mercado |
| | | 8:00am | | | Discussion with counsel. |
| | | 8:03am | | | Recess. |
| | | 8:20am | | | Discussion with counsel. |
| | | 8:21am | | | Discussion with counsel on record; portion of proceeding under seal. |
| | | 8:35am | | | Jury enters courtroom. Court informs Jury that the case has been settled and case is dismissed. |
| | | 8:45am | | | RECESS for Jury |
| | | 8:45am | | | RECESSS for counsel. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |