4:11-cv-5341-YGR

MediaTek v Freescale



FILED

SEP 2 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FINAL TRIAL EXHIBIT LIST

Joint Exhibit List

Plaintiff Exhibit Lists

Defendant Exhibit Lists

Court Designation: TX- Trial Exhibit List

## JOINT EXHIBIT LIST

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|--------------|
| JTX-0002 | U.S. Patent No. 6,889,331 prosecution history file wrapper | Vahid; Moynihan; Asanovic; Lawton | Admissible | | ✓ 9-16 |
| JTX-0003 | U.S. Patent No. 6,889,331 provisional application (60/315,655) | Vahid; Allen/Analog; Moynihan; Asanovic; Lawton | Admissible | | ✓ 9-16 |
| JTX-0004 | U.S. Patent No. 6,088,753 (Sheafor et al.) | Sheafor; Tsou; Wagner; Wei; Wienecke; Efrati; Reed; Lawton; Asanovic; Vahid | Admissible | IS 9-3-14 | 9/3/14 |
| JTX-0005 | U.S. Patent No. 6,088,753 prosecution history file wrapper | Vahid; Sheafor; Asanovic; Lawton | Admissible | IS 9/3/14 | 9/3/14 |
| JTX-0007 | U.S. Patent No. 6,738,845 prosecution history file wrapper | Vahid; Moynihan; Asanovic; Lawton | Admissible | | ✗ |
| JTX-0008 | U.S. Patent No. 6,738,845 (60/163,816) provisional application | Moynihan; Vahid; Asanovic; Lawton | Admissible | | ✗ |
| JTX-0009C | Circuit Diagrams | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | |
| JTX-0010C | i.MX50 Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0011C | ICAP: Vitesse Semiconductor Patent Offering | Yang; Interrante; Vahid; Reed; Lawton | Admissible | | ✓ 9-16 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---|---|---|---|---|---|
| JTX-0012C | '845 Invention Disclosure - MSP430 - Hercules Bus architecture definition - Architecture Specification | Moynihan; Vahid | Admissible | | |
| JTX-0013C | Site Information | Reed; Percy; Lawton; Freescale Interrogatory Responses | Admissible | | 9/5/14 |
| JTX-0014C (electronic) | Sales Spreadsheet | Kumar; Percy; Winter; Reed; Lawton; Freescale Interrogatory Responses | Admissible *ID 9/5* | | 9/5/14 |
| JTX-0015C | Physical Exhibit - Ford Sync Gen 1 board | Vahid; Wagner; Circello; Orris; Asanovic; Lawton | Admissible | | 9/2/14 |
| JTX-0016C | Physical Exhibit - Ford Sync Gen 2 board | Vahid; Wagner; Circello; Orris; Asanovic; Lawton | Admissible | | 9/2/14 |
| JTX-0017 | Joint Factual Stipulations | | Admissible *ID 9/5/14* | | 9/5/14 |
| JTX-0018 | Excerpts from MCIMX31 and MCIMX31L Applications Processors Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 8/2/14 |
| JTX-0019 | Excerpts from i.MX35 (MCIMX35) Multimedia Applications Processor Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 8/2/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|--------------|
| JTX-0020 | Excerpts from i.MX50 Multimedia Applications Processor Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 9/3/14 |
| JTX-0021 | Excerpts from MCIMX51 Multimedia Applications Processor Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 9/3/14 |
| JTX-0022 | Excerpts from i.MX53 Multimedia Applications Processor Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 9/3/14 |
| JTX-0023 | Excerpts from i.MX6 Dual/6 Quad Applications Processor Reference Manual | Asanovic; Vahid; Wagner; Weinecke; Currah; Obuszewski | Admissible | | 9-16 |
| JTX-0024 | Excerpts from i.MX 6Solo/6DualLite Applications Processor Reference Manual, Doc. Num.: IMX6SDLRM Rev. 0, 11/2012 | Asanovic; Vahid | Admissible | | 9/4/14 |
| JTX-0025 | Excerpts from i.MX6SoloLite Applications Processor Reference Manual | Asanovic; Vahid | Admissible | | 9/4/14 |
| JTX-0026 | Excerpts from MXC91131 Baseband Processor IC Reference Manual, Reference Manual Book II, Order# Draft A mm/2004 | Asanovic; Currah | Admissible | | 9/4/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Date Admitted |
|---------|-------------|--------------------|----------------------|------------|---------------|
| JTX-0027 | Excerpts from MXC91331 (Argon) Baseband Training, Rev. 4.0 | Asanovic; Vahid; Currah | Admissible | | 9/4/14 |
| JTX-0028 | Excerpts of MXC91321 Baseband Processor Reference Manual | Asanovic; Vahid; Currah | Admissible | | 9/4/14 |
| JTX-0029C | i.MX51 Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0030C | i.MX53 Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0031C | i.MX6DQ Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0032C | i.MX6DL Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0033C | i.MX6SL Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0034C | MXC91131 (ARM11 Platform) Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0035C | MXC91321 Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |
| JTX-0036C | AP Sub-System Block Diagram | Asanovic; Vahid; Wagner; Weinecke; Efrati | Admissible | | 9/4/14 |

## MEDIATEK'S EXHIBIT LIST - TRIAL

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX-0001 | U.S. Patent No. 6,738,845 (Hadwiger et al.) | Reed; Lawton; Percy; Wagner; Wienecke; Asanovic; Vahid; Tsou; Allen/Analog; Shieh; Soerensen; Moynihan | I A 9/8/14 | | TRIAL[1] | 9/8/14 |
| PTX-0002 | U.S. Patent No. 6,889,331 (Sorensen et al.) | Vahid; Reed; Asanović; Allen/Analog; Lawton; Shieh; Soerensen; Moynihan; Tsou; Vahid; Wagner; Wienecke | I A 9/5/14 | | TRIAL | 9/5/14 |
| PPTX0051 | Freescale video titled "Getting Started with i.MX50 Development Platforms using Linux Linux®" (http://www.freescale.com/webapp/sps/site/prod_summary.jsp?code=RDSABRE_FOR_EREADERS) | Asanovic; Vahid; Wagner; Weinecke | | | TRIAL | |

---

[1] Exhibits that the parties intend to offer into evidence are identified as "TRIAL." Exhibits that the parties do not currently plan to offer into evidence are identified as "MARK." (*See* Dkt. No. 431 (Hearing Tr., Feb. 7, 2014), 19:22-20:4.)

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------|---------------|
| | ummary.jsp?code=IMX53QSB) | | | | | |
| PPTX0062 | Freescale video titled "Get Started with the SABRE Board for Smart Devices Based on the i.MX 6 Series" (http://www.freescale.com/webapp/sps/site/prod_summary.jsp?code=RDIMX6SABREBRD) | Asanovic; Vahid; Wagner; Weinecke | | | TRIAL | |
| PPTX0064 | Freesvale video titled "Get Started with the i.MX 6SoloLite Evaluation Kit" | Asanovic; Vahid; Wagner; Weinecke | | | TRIAL | |
| PTX0067 | dvfc.cpp | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | |
| PTX0068 | dvfs.c driver code for i.MX35 | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | 9/2/14 |
| PTX0069 | dvfs_core.c | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | |
| PTX0070 | dvfs_v2.c | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | 9/3 |
| PTX0071 | dvfs.c driver code for i.MX31 | Asanovic; Weinecke; Wagner; | Stipulated as to authenticity | | TRIAL | 9/3/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | | Vahid | | | | |
| PTX0072 | dvfs_v2.c | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | 9/5/14 |
| PTX0073 | dvfs_core.c driver code for i.MX31 | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | | TRIAL | 9/5/14 |
| PTX0074 | dvfs.c driver code for i.MX50 | Asanovic; Weinecke; Wagner; Vahid | Stipulated as to authenticity | 9/1/13 9/1/13 9-1-14 | TRIAL | 9/4/14 |
| PTX0102C | Fusion System Expansion Interface (SEXI) | Sheafor | | | TRIAL | |
| PTX0104C | Preliminary Draft, Fusion Memory Controller Architecture Specification, Revision 1.04 | Sheafor | ID 9-3-14 | | TRIAL | 9-3-14 |
| PTX0171 | Complaint in USITC Inv. No. 337-TA-709, In the Matter of Certain Integrated Circuits, Chipsets, and Products Containing Same including Televisions, Media Players, and Cameras, March 1, 2010 | Shieh; Moynihan; Lawton | ID 9/5/14 | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0177 | Notice of Commission Determination not to Review a Final Determination of No Violation of Section 337; Termination of the Investigation, USITC Inv. No. 337-TA-709, In the Matter of Certain Integrated Circuits, Chipsets, and Products Containing Same including Televisions, Media Players, and Cameras, June 6, 2011 | Shieh; Moynihan | *ID 9-3-14* | | TRIAL | |
| PTX0178 | Complaint in USITC Inv. No. 337-TA-786, In the Matter of Certain Integrated Circuits, Chipsets, and Products Containing Same including Televisions, June 7, 2011 | Shieh; Moynihan; Lawton | *ID 9-3-14* | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|------------|---------|---------------|
| PTX0179 | Exhibit 1 to Complaint in USITC Inv. No. 337-TA-786, In the Matter of Certain Integrated Circuits, Chipsets, and Products Containing Same including Televisions - Certified Copy of U.S. Patent No. 5,467,455 | Shieh; Moynihan; Lawton | | | TRIAL | |
| PTX0180 | Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond, USITC Inv. No. 337-TA-786, In the Matter of Certain Integrated Circuits, Chipsets, and Products Containing Same including Televisions, July 12, 2012 | Shieh; Moynihan | | | TRIAL | |
| PTX0182 | Commission Opinion, USITC Inv. No. 337-TA-786, In the Matter of Certain Integrated Circuits, Chipsets, and Products | Shieh; Moynihan | ID 9-3-14 | | TRIAL | 9-3-14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0190 | Complaint for Patent Infringement, Freescale Semiconductor, Inc. v. Vizio, Inc. et al., Case No. 1:12-cv-00644-LY, Dkt. No. 1 (W.D. Tex. July 16, 2012) | Shieh; Moynihan | | | TRIAL | |
| PTX0192C | MT8135 Application Processor Datasheet | Shieh; Moynihan | | Not for jury trial *See* Legend Appendix. | TRIAL (for use in injunction proceedings only) | |
| PTX0193C | MT8135 Application Technical Brief | Shieh; Moynihan | | Not for jury trial *See* Legend Appendix. | TRIAL (for use in injunction proceedings only) | |
| PTX0334C (electronic) | Freescale Sales Data, cited in Expert Report of Catharine M. Lawton, p. 9 fn.3 as FSL-0243972 | Lawton; Percy; Freescale Interrogatory Responses | Stipulated as to authenticity | | TRIAL | |
| PTX0422C | Sales Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 *See* Legend Appendix. | TRIAL | 9/5/14 |
| PTX0423C | Amendment to Sales Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 *See* Legend Appendix. | TRIAL | ✓ 9/10/14 |
| PTX0427C | Customer Request for Information | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | TRIAL | 9/5/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------|---------------|
| | | | | *See* Legend Appendix. | | |
| PTX0522 | White Paper Entitled "Freescale Technologies for Energy Efficiency" | Currah; Lawton | *ID* 9/3 | | TRIAL | 9/3/14 |
| PTX0523 | White Paper Entitled "Creating Performance with Stamina for Wireless Communications" | Currah; Lawton; Obuszewski | | | TRIAL | |
| PTX0525 | White Paper Entitled "Smart Speed Technology - Results of Modeling for Embedded Applications" | Currah; Lawton | | | TRIAL | |
| PTX0526 | Document Entitled "i.MX31 and i.MX31L Processors" | Currah; Lawton | *ID* 9/3 | | TRIAL | 9/3/14 |
| PTX0528 | White Paper Entitled "Smart Speed Technology - Driving the Mobile Future" | Currah; Obuszewski; Lawton | | | TRIAL | |
| PTX0533C | MTK Roadmap for Tablet Solutions | Moynihan; Lawton | *ID* 9/3/14 | FRE 401/402; FRE 403; Order 443, Order 549 *See* Legend Appendix. | TRIAL | 9/16/14 |

_ID_

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0535 | MediaTek, Inc. 2009 Annual Report | Shieh; Lawton | _ID_ 9/2/14 | | TRIAL | 9/5/14 |
| PTX0538 | MediaTek, Inc. 2010 Annual Report | Shieh; Lawton | 9-2 | | TRIAL | 9/5/14 |
| PTX0547 | Freescale slide presentation – "Licensing the Crown Jewels: Capitalizing the full assets of your company" - Kevin Klein | Park; Lawton | | Foundation; FRE 401/402; FRE 403 _See_ Legend Appendix. | TRIAL | |
| PTX0565C | Decoder - Site Numbers/Site Names/Countries | Percy | | | TRIAL | |
| PPTX0630 C | Printed circuit board assembly | Osterhoff; Lawton; Asanovic; Vahid | | | TRIAL | |
| PPTX0631 C | Printed circuit board assembly | Osterhoff; Lawton; Asanovic; Vahid | | | TRIAL | |
| PTX0648C | Ford Presentation | Orris; Lawton | | | TRIAL | |
| PTX0649C | Table 1, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0653C | Table 5, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0661C | Table 13, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | 9/5/14 |
| PTX0663C | Table 15, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | 9/5/14 |
| PTX0664C | Table 16, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | 9/16/14 |
| PTX0666C | Table 18, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0667C | Table 19, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0668C | Table 20, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0673C | Chart 1, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | ✓ 9/16/14 |
| PTX0674C | Chart 2, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0677C | Chart 5, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0678C | Chart 6, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0679C | Chart 7, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0685C | Chart 13, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0686C | Chart 14, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | | TRIAL | 9/16/14 |
| PPTX0708 | SABRE Platform for eReaders based on i.MX50 | Asanovic; Lawton; Vahid; Wagner; Weinecke; Currah; Obuszewski; Freescale witness | | | TRIAL | 9/4/14 |
| PPTX0709 | SABRE platform for Tablets based on i.MX53 | Asanovic; Lawton; Vahid; Wagner; Weinecke; Currah; Obuszewski; Freescale witness | | | TRIAL | |
| PPTX0710 | i.MX 6Quad development kit built to Freescale SABRE Lite design | Asanovic; Lawton; Vahid; Wagner; Weinecke; Currah; Obuszewski; Freescale witness | | | TRIAL | 9/4/14 |
| PPTX0712 | MCIMX6Q-SDP Evaluation Kit, i.MX 6 QUAD SABRE Platform | Asanovic; Lawton; Vahid; Wagner; Weinecke; Currah; Obuszewski; Freescale witness | | | TRIAL | 9/4/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|-------------------|---------------------|------------|---------|---------------|
| PTX0729 | Amended Complaint for Patent Infringement, Freescale Semiconductor, Inc. v. MediaTek Inc. et al., Case No. 5:14-cv-02185-BLF, Dkt. No. 20 (N.D. Cal. May 27, 2014) | Moynihan; Lawton | *Is 9/9* | | TRIAL | *9/9/14* |
| PTX0730 | Amended Complaint in USITC Inv. No. 337-TA-920, In the Matter of Certain Integrated Circuits and Products Containing Same, May 27, 2014 | Moynihan; Lawton | *Is 9/9* | | TRIAL | *9/9/14* |
| PTX0731C | Table A, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0732C | Table B, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------|---------------|
| | Errata thereto | | | | | |
| PTX0738C | Updated Table 1-A, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0739C | Updated Table 1-B, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0740C | Updated Table 5, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | 9/5/14 |
| PTX0741C | Updated Table 6, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|------------|---------|---------------|
| PTX0742C | Updated Table 7, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | 9/5/14 |
| PTX0743C | Updated Table 8, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0744C | Updated Table 9, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0745C | Updated Table 10, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated Errata thereto | Lawton | | | TRIAL | |
| PTX0746C | Updated Table 11, Second Supplemental Expert Report of Catharine M. Lawton, dated July 22, 2014, and associated | Lawton | | | TRIAL | 9/5/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|-------------------|---------------------|------------|---------|---------------|
| PTX0761C | Exhibit A-8, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |
| PTX0762C | Exhibit A-9, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |
| PTX0763C | Exhibit A-10, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |
| PTX0764C | Updated Table 1, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | *D G/4* | | TRIAL | *9/5/14* |
| PTX0765C | Updated Table 1-A – Based on Supplemental Sales Data, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0771C | Updated Chart 6 – Based on Supplemental Sales Data, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | 9/5/14 |
| PTX0772C | Updated Chart 7 – Based on Supplemental Sales Data, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |
| PTX0773C | Updated Chart 13 – Based on Supplemental Sales Data, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | 9/5/14 |
| PTX0774C | Updated Table A, Third Supplemental Expert Rebuttal Report of Catharine M. Lawton, dated August 27, 2014 | Lawton | | | TRIAL | |
| PTX0775C | Updated Table B, Third Supplemental Expert Rebuttal Report of Catharine M. | Lawton | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0041C | MXC91131 Baseband Processor IC draft D of rev 2.3 | Asanovic; Vahid | Stipulated as to authenticity | | MARK - MediaTek is willing to delete this exhibit in the event the parties reach a stipulation regarding reference manual exhibits | |
| PTX0044 | Freescale Semiconductor Application Note - Interfacing the MC13783 Power Management IC with i.MX31 Applications Processors, Doc. No. AN3276 (Rev. 0.3) | Vahid; Asanovic | Stipulated as to authenticity | | MARK | |
| PTX0045 | AMBA Network Interconnect (NIC-301) Revision: r2p0 Technical Reference Manual | Asanovic; Vahid; Wagner; Weinecke | | | MARK | 9/4/14 |
| PTX0046 | CoreLink QoS-301 Network Interconnect Advanced Quality of Service, Revision:r0p1 Technical Reference Manual from ARM | Asanovic; Vahid; Wagner; Weinecke | | | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | p://www.freescale.com/webapp/sps/site/prod_summary.jsp?code=MCIMX51EVKJ) | | | | | |
| PTX0055 | Freescale wepage titled "SABRE Platform for Tablets based on i.MX53" (http://www.freescale.com/webapp/sps/site/prod_summary.jsp?code=RDIMX53SABRETAB) | Asanovic; Vahid; Wagner; Weinecke | | Hearsay; Not produced in discovery; FRE106; FRE1006 | MARK | *9-4-14* |
| PTX0058 | Freescale webpage titled "IMX53QSB: i.MX53 Quick Start Board" (http://www.freescale.com/webapp/sps/site/prod_summary.jsp?code=IMX53QSB) | Asanovic; Vahid; Wagner; Weinecke | | Hearsay; Not produced in discovery; FRE106; FRE1006 | MARK | |
| PTX0060 | Freescale webpage titled "SABRE Board for Smart Devices Based on the i.MX 6 Series" (showing Processor Feature) (http://www.freescale.com/webapp/sps/site/prod_s | Asanovic; Vahid; Wagner; Weinecke | | Hearsay; Not produced in discovery; FRE106; FRE1006 | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------|---------------|
| PTX0198C | Flextronics Automotive Business Overview | Osterhoff; Lawton | | Hearsay | MARK | |
| PTX0199C | Flextronics Manufacturing Document | Osterhoff; Lawton | | Hearsay | MARK | |
| PTX0206C | Ford SYNC Vehicles in CKS as of 6/19/2013 | Lawton | | | MARK | 9/5/14 |
| PTX0215C | Freescale WMSG Q3 Town Hall Meeting Presentation | Lawton | Stipulated as to authenticity | FRE 403 | MARK | |
| PTX0216C | Freescale WMSG Q2 Town Hall Meeting Presentation | Lawton | Stipulated as to authenticity | FRE 403 | MARK | |
| PTX0217C | Freescale Q1 2007 Town Hall Meeting Wireless and Mobile Systems Group Presentation | Lawton | Stipulated as to authenticity | FRE 403 | MARK | |
| PTX0218C | Freescale Networking & Multimedia Group Business Review | Lawton | Stipulated as to authenticity | FRE 403 | MARK | |
| PTX0222C | Patent License Agreement | Park; Lawton | Stipulated as to authenticity | | MARK | |
| PTX0223C | September 7, 2006 MAD Operations Review | Kasabasic; Lawton | Stipulated as to authenticity | | MARK | |
| PTX0224C | Freescale Business Strategy Review | Lawton | Stipulated as to authenticity | | MARK | |
| PTX0225C | Motorola | Lawton | Stipulated | | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|------------|---------|---------------|
| PTX0261C | Freescale MAD Product Council Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0263C | Freescale MAD NMG February Operations Review Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0264C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0265C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0266C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | 9/5/14 |
| PTX0267C | Freescale MAD Deep Dive Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0272C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0273C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0274C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0275C | Freescale Product Sales Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0276C | Freescale MAD NMG Operations Review Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0277C | Freescale MAD Town Hall Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0278C | Freescale MAD NMG Operations Review | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------|---------------|
| | Presentation | | | | | |
| PTX0327C | Freescale MAD NMSG Operations Review Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0328C | Freescale 3 May MAD Ops Review | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0329C | Freescale MAD Operations Review Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0330C | Freescale Business Analysis Presentation | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | 9/5/14 |
| PTX0331C | Freescale 30 May MAD Division Ops Review | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0332C | Freescale 4 April MAD Ops Review | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0333C | Document related to sales of related non-finished goods | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0335C | Patent License Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0336C | Addendum and Amendment to Patent License Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0337C | Correspondence concerning Immunity from Suit Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0338C | Patent License Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | Agreement | | as to authenticity | 401/402; FRE 403 | | |
| PTX0421C | Amendment to Commercial License Agreement | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | |
| PTX0424C | Freescale Sales Data | Lawton; Percy; Freescale Interrogatory Responses | Stipulated as to authenticity | | MARK | |
| PTX0425C (electronic) | Freescale Sales Data | Lawton; Percy; Freescale Interrogatory Responses | Stipulated as to authenticity | | MARK | |
| PTX0426C (electronic) | Freescale Sales Data | Lawton; Percy; Freescale Interrogatory Responses | Stipulated as to authenticity | | MARK | |
| PTX0430C | Freescale internal email | Lawton | Stipulated as to authenticity | FRE 401/402; FRE 403 | MARK | 9/5/14 |
| PTX0465 | Freescale Semiconductor SEC 10-K Form, 2008 | Lawton | | FRE 901 | MARK | |
| PTX0466 | Freescale Semiconductor SEC 10-K Form, 2009 | Lawton | | FRE 901 | MARK | |
| PTX0467 | Freescale Semiconductor SEC 10-KA Form, 2010 | Lawton | | FRE 901 | MARK | |
| PTX0468 | Freescale Semiconductor SEC 10-K Form, 2011 | Lawton | | FRE 901 | MARK | |
| PTX0469 | Freescale Semiconductor, Inc., December 31, 2012 Form | Lawton | | FRE 901 | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | 10-K (filed March 7, 2013) | | | | | |
| PTX0470 | Freescale Semiconductor, Inc., December 31, 2007 Form 10-K (filed March 13, 2008) | Lawton | | FRE 901 | MARK | |
| PTX0471 | Freescale Semiconductor LTD.,– Press Release Motorola Completes Separation of Freescale Semiconductor | Lawton | | FRE 1006 | MARK | |
| PTX0472 | Freescale Semiconductor, Freescale Realigns Product Groups [Press release] | Lawton | | FRE 901 | MARK | |
| PTX0482 | Freescale Semiconductor LTD.,accessed July 2013, Freescale i.MX Applications Processors | Lawton | | FRE 106; FRE 401/402; FRE 403; FRE 901 | MARK | |
| PTX0497 | MediaTek, Inc. 2011 Annual Report | Shieh; Lawton | | Hearsay; FRE 401/402; FRE 403;FRE 901; FRE 1006 | MARK | |
| PTX0498 | MediaTek, Inc. 2012 Annual Report | Shieh; Lawton | ID 9/3/14 | Hearsay; FRE 401/402; FRE 403;FRE 901; FRE | MARK | 9/3/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|--------------------|------------|---------|---------------|
| PTX0558 | MediaTek Inc.'s Second Notice of 30(b)(6) Deposition | Obuszewski | | Not substantive evidence; FRE 401/402; FRE 403; FRE 901 | MARK | |
| PTX0559C | Ford Presentation | Orris; Lawton | | Hearsay; not produced in discovery; FRE 401/402; FRE 403;FRE 901 | MARK | |
| PTX0560 | MediaTek's Second Notice of 30(b)(6) Deposition to Freescale Semiconductor, Inc. | Currah | | Hearsay; not produced in discovery; FRE 401/402; FRE 403; FRE 901 | MARK | |
| PTX0561 | Curriculum Vitae - Catharine M. Lawton - Exhibit A to Expert Report | Lawton | | Hearsay; FRE 403 | MARK | |
| PTX0562 | Intellectual Property Infringement Damages: A Litigation Support Handbook | Reed | | FRE 401/402; FRE 403 | MARK | |
| PTX0568 | Part ID Spreadsheet | Percy | | FRE 401/402; FRE 403 | MARK | 9/5/14 |
| PTX0569 | List of Freescale Accused Products | Percy | | | MARK | |
| PTX0573 | Freescale website print-out | Reed | | | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | 28 | | | | | |
| PTX0623 | Freescale Semiconductor Inc. 2012-01-29. 10K-Freescale Semiconductor Announces Fourth Quarter and Full-year 2012 Results. Period Ending 2012-12-31 | Lawton | | FRE 401/402; FRE 403; FRE 901 | MARK | |
| PTX0625 | Freescale Semiconductor Inc. 2013-04-25. 10Q-Freescale Semiconductor Reports First Quarter 2013 Results. Period Ending 2013-03-29 | Lawton | | FRE 401/402; FRE 403; FRE 901 | MARK | |
| PTX0626 | Freescale Semiconductor, Inc., December 31, 2005 Form 10-K (filed February 13, 2006), p.5 | Lawton | | FRE 401/402; FRE 403; FRE 901 | MARK | 9/3/14 |
| PTX0627 | Freescale Semiconductor Inc. 2012-01-26. 10Q-Freescale Semiconductor Reports Fourth Quarter and Full-Year 2011 Results. Period Ending 2011-12-31 | Lawton | | FRE 401/402; FRE 403; FRE 901 | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| PTX0651C | Table 3, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | Exhibit waived - not provided to Freescale; Hearsay | MARK | |
| PTX0652C | Table 4, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | Exhibit waived - not provided to Freescale; Hearsay; FRE 401/402; FRE 403 | MARK | 9/5/14 |
| PTX0660C | Table 12, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | Exhibit waived - not provided to Freescale; Hearsay; FRE 401/402; FRE 403 | MARK | |
| PTX0662C | Table 14, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | ID 9/8/14 | Exhibit waived - not provided to Freescale; Hearsay; FRE 401/402; FRE 403 | MARK | |
| PTX0665C | Table 17, Expert Report of Catharine M. Lawton, dated August 23, 2013, and associated Errata thereto | Lawton | | Exhibit waived - not provided to Freescale; Hearsay; FRE 401/402; FRE 403 | MARK | |
| PTX0669C | Table 21, Expert Report of Catharine M. Lawton, dated August 23, 2013, | Lawton | | Exhibit waived - not provided to Freescale; Hearsay; | MARK | |

## FREESCALE'S EXHIBIT LIST - TRIAL

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| DTX-0001 | U.S. Patent No. 6,889,331 (Sorensen et al.) | Reed; Lawton; Percy; Wagner; Wienecke; Asanovic; Vahid; Tsou; Allen/Analog; Shieh; Soerensen; Moynihan | Admissible | | TRIAL | |
| DTX-0016 | U.S. Patent No. 7,100,061 (Halepete et al.) | Asanovic; Vahid | | *D* 9/11 | TRIAL[2] | 9/11/14 |
| DTX-0020C | Purchase and Sale Agreement Among Analog Devices, Inc. and Mediatek Inc. | Shieh; Vahid; Reed | Stipulated as to authenticity | | TRIAL | 9/13/14 |
| DTX-0021C | Amended and Restated Disclosure Schedule to Purchase and Sale Agreement Among Analog Devices, Inc. and Mediatek Inc. | Shieh; Reed; Vahid | Stipulated as to authenticity | | TRIAL | |
| DTX-0023C | Annex A to Section 1.1(a)(i) of the Disclosure Schedule | Shieh; Vahid; Reed | Stipulated as to authenticity | | TRIAL | 9/13/14 |
| DTX-0031 | U.S. Patent No. 5,983,303 prosecution history file wrapper | Vahid | | | TRIAL | |
| DTX-0047 | MC88410 Secondary Cache Controller | Asanović; Vahid | *D* 9/11 | | TRIAL | 9/11/14 |

[2] Exhibits that the parties intend to offer into evidence are identified as "TRIAL." Exhibits that the parties do not currently plan to offer into evidence are identified as "MARK." (*See* Dkt. No. 431 (Hearing Tr., Feb. 7, 2014), 19:22-20:4.)

4:11-cv-05341 (YGR)                 36                 REVISED JOINT EXHIBIT LIST

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | User's Manual | | | | | |
| DTX-0049 | U.S. Patent 5,584,010 (Kawai et al.) | Asanović; Vahid | | | TRIAL | |
| DTX-0050C | Sale and Purchase Agreement for Vitese Patents Between Vitesse Semiconductor Corp. and MediaTek Inc. | Interrante; Vahid; Reed; Yang | Stipulated as to authenticity | Beyond Scope of Expert Report | TRIAL | |
| DTX-0063 | U.S. Patent No. 6,738,845 (Hadwiger et al.) | Vahid; Reed; Asanović; Allen/Analog; Lawton; Shieh; Soerensen; Moynihan; Tsou; Vahid; Wagner; Wienecke | Admissible | *4D* *9/11* | TRIAL | |
| DTX-0150 | AMBA Network Interconnect (NIC-301) Revision: r2p0 Technical Reference Manual | Vahid; Wagner; Circello; Wienecke | | | TRIAL | |
| DTX-0161C | MXC91131 Baseband Processor IC Reference Manual, Book III Applications Processor and Baseband Processor Shared Peripherals MXC91131/RM (Rev. 0, 02/2005) | Currah; Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0163C | MXC91331 Baseband Processor IC Reference | Currah; Vahid; Wagner; Circello | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | Manual, Book III (Draft Rev. A) Chapters 1-4 | | | | | |
| DTX-0227 | Worldwide Locations | Park; Chastain; Percy; Reed; Wagner; Circello; Wienecke; Holody; Winter; Circello | | Hearsay; Not Produced During Discovery; Relevance; Prejudice; Beyond Scope of Expert Report | TRIAL | |
| DTX-0229 | "Semiconductor: Serial Disruptor," The Economist | Lawton; Shieh; Tsou; Park; Chastain | | Hearsay; Foundation; Relevance; Prejudice; Improper Sponsoring Witness   *See* Legend Appendix | TRIAL | |
| DTX-0230C | MAD Operations Review | Chastain; Obuszewski; Park; Wagner; Circello; Wienecke | | | TRIAL | |
| DTX-0234C | SYNC Vehicles in CKS | Reed | | | TRIAL | |
| DTX-0255 | Freescale Technologies for Energy Efficiency | Currah; Lawton; Vahid; Wagner; Circello; Wienecke | | | TRIAL | |
| DTX-0262 | Freescale - MPC8360E-RDK - MPC8360E-RDK Reference Design Kit | Efrati; Circello; Vahid | | | TRIAL | |
| DTX-0277C | MAD - IP Requirements | Chastain; Obuszewski; Park; Wagner; Circello; Wienecke | | | TRIAL | |
| DTX-0281C | i.MX50 - | Reed; | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| DTX 0286 | Planning | Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke; Percy | *ID* 9/9 | *See* Legend Appendix | | 9/9/14 |
| DTX-0286C | i.MX61/63 Applications Processors, MAD Systems & Architecture, June 2010 | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke | *ID* 9/9 | | TRIAL | 9/9/14 |
| DTX-0288C | MX61 Business Case | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke; Percy | *ID* 9/9 | Hearsay; Relevance; Prejudice  *See* Legend Appendix | TRIAL | 9/9/14 |
| DTX-0289C | Entering Concept Phase - i.MX60 | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke | 9/15 | | TRIAL | ✓ 9/16/14 |
| DTX-0291C | i.MX 6SoloLite Review | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke; Percy | *ID* 9/9 | Hearsay; Relevance; Prejudice  *See* Legend Appendix | TRIAL | 9/9 |
| DTX-0292C | i.MX50 - Certification | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke; Percy | | | TRIAL | 9-11 9/16/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| DTX-0293C | i.MX 6SoloLite - Review | Reed; Chastain; Obuszewski; Park; Vahid; Wagner; Circello; Wienecke; Percy | | Hearsay; Relevance; Prejudice *See* Legend Appendix | TRIAL | 9/10/14 |
| DTX-0294C | Patent License Agreement | Park; Reed; Chastain | | | TRIAL | |
| DTX-0314C | eReader Solutions | Kenney; Winter; Wienecke; Wagner | | | TRIAL | |
| DTX-0315C | eReader proposal | Kenney; Winter; Wagner; Circello | | | TRIAL | |
| DTX-0330C | Portfolio GM analysis | Reed; Percy | | | TRIAL | 9/11 |
| DTX-0334C | Patent License Agreement | Chastain; Reed; Park | JA 9/8 | | TRIAL | 9/8 |
| DTX-0345C | End Customer Sale Information | Reed; Percy; Chastain; Obuszewski; Park; Wagner; Circello; Wienecke; Winter | | Improper Sponsoring Witness as to Winter, who was not identified by Freescale during fact discovery as having knowledge of this document | TRIAL | |
| DTX-0383 | Physical Exhibit - i.MX35 | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0385 | Physical Exhibit - i.MX50 | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0387 | Physical Exhibit - i.MX51 | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0395 | Physical Exhibit - i.MX6SL | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0397 | Physical Exhibit - MPC8360E | Vahid; Circello; Efrati | | | TRIAL | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| DTX-0405 | Physical Exhibit - Amazon Kindle Paperwhite | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0408 | Physical Exhibit - Ford Sync module | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0409 | Physical Exhibit - Amazon Kindle Touch | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0410 | Physical Exhibit - Amazon Kindle 4 | Vahid; Wagner; Circello | | | TRIAL | |
| DTX-0411 | Physical Exhibit - Apple iPad Air | Wagner; Circello | | Relevance; Foundation as to Vahid, Wagner, Circello; Prejudice; Improper Sponsoring Witness as to Vahid, Wagner, Circello

*See* Legend Appendix | TRIAL | |
| DTX-0412 | Physical Exhibit - Samsung Galaxy Tab 3 | Wagner; Circello | | Relevance; Foundation as to Vahid, Wagner, Circello; Prejudice; Improper Sponsoring Witness as to Vahid, Wagner, Circello

*See* Legend Appendix | TRIAL | |
| DTX-0422C | Amendment Six to the Architecture License Agreement | Reed; Chastain; Park | *(handwritten)* | | TRIAL | 9/5/14 |
| DTX-0454C | First Amendment to Patent License | Reed; Chastain; Park | *ID 9/8* | | TRIAL *P* | 9/8 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
|  | Agreement |  |  |  |  |  |
| DTX-0490C | Amendment Two to the Architecture License Agreement | Reed; Chastain; Park |  |  | TRIAL |  |
| DTX-0491C | Amendment Three to the Architecture License Agreement | Reed; Chastain; Park |  |  | TRIAL |  |
| DTX-0492C | Amendment One to the Architecture License Agreement | Reed; Chastain; Park |  |  | TRIAL |  |
| DTX-0493C | Amendment Four to the Architecture License Agreement | Reed; Chastain; Park |  |  | TRIAL |  |
| DTX-0494C | Amendment Five to the Architecture License Agreement | Reed; Chastain; Park |  |  | TRIAL |  |
| DTX-0495C | Architecture License Agreement | Wagner; Circello; Wienecke; Reed; Chastain; Obuszewski; Park |  |  | TRIAL |  |
| DTX-0500C | Freescale Entity Organization Chart | Percy; Chastain; Park; Holody; Winter; Circello |  |  | TRIAL | 9/10/14 |
| DTX-0505C | Digital Networking Organizational Structure | Percy; Chastain; Park; Kumar |  |  | TRIAL |  |
| DTX-0506C | Windows CE BSP for MX31 Reference Guide | Percy; Chastain; Park; Wagner; Wienecke; Circello | | Improper Sponsoring Witness as to Percy, Chastain, Park, Wagner, Circello; | TRIAL |  |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | Hearsay; Foundation as to Percy, Chastain, Park, Wagner, Circello; Relevance *See* Legend Appendix | | |
| DTX-0566C | i.MX Your Interface to the World | Wagner; Circello; Wienecke | | | TRIAL | |
| DTX-0571C | Reed Report Tabs 3-7 | Reed | | | TRIAL | |
| DTX-0578C | Reed Supplemental Report Tabs 3-U -18-U | Reed | | | TRIAL | WITHDRAWN |
| DTX-579 | FREESCALE'S TOTAL ROYALTIES 2 PAGES | | | | | 9/16/14 |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | as to Reed, Chastain, Park; Improper Sponsoring Witness as to Reed, Chastain, Park | | |
| DTX-0499C | Licensing Agreement | Reed; Chastain; Park | | Beyond Scope of Expert Report; Foundation as to Reed, Chastain, Park; Improper Sponsoring Witness as to Reed, Chastain, Park | MARK | |
| DTX-0510 | Freescale 10-Ks, 10-K (2010) | Reed; Chastain; Park; Kumar; Winter; Circello | _ID_ 9/8 | Hearsay | MARK | 9/8/15 |
| DTX-0511 | Freescale 10-Ks, 10-K (2011) | Reed; Chastain; Park; Kumar; Winter; Circello | _IA_ 9/8 | Hearsay | MARK | 9/8/15 |
| DTX-0512 | Freescale 10-Ks, 10-K (2012) | Reed; Chastain; Park; Kumar; Winter; Circello | _ID_ 9/8 | Hearsay | MARK | 9/8/15 |
| DTX-0541C | Overview | Chastain; Obuszewski; Park; Reed; Wagner; Circello; Wienecke | | Hearsay; Relevance; Prejudice; Beyond Scope of Expert Report; Foundation as to Circello, | MARK | |

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objections | Purpose | Date Admitted |
|---------|-------------|--------------------|----------------------|------------|---------|---------------|
| | | | | Chastain, Obuszewski, Park, Reed, Wagner, Wienecke | | |
| DTX-0549 | MAD Operations Review | Chastain; Obuszewski; Park; Reed; Wagner; Circello; Wienecke | | Hearsay; Relevance; Prejudice; Beyond Scope of Expert Report | MARK | |
| DTX-0561 | Dr. Frank Vahid CV | Vahid | *ID 9/11* | Hearsay | MARK | |
| DTX-0569 | Brett Reed CV and Prior Testimony | Reed | | Hearsay | MARK | |
| DTX-0574 | Edmonds.com: 2012 Model Year Changes | Reed | | Relevance; Hearsay; Prejudice; Not Timely Exchanged | MARK | |
| DTX-0575 | Edmonds.com: 2013 Model Year Changes | Reed | | Relevance; Foundation; Hearsay; Prejudice; Beyond Scope of Expert Report; Improper Sponsoring Witness | MARK | |
| DTX-0576 | Freescale Product Library Search | Reed | | Relevance; Foundation; Hearsay; Prejudice; Beyond Scope of Expert Report; Improper Sponsoring Witness | MARK | |
| DTX-0577 | ZDNet: Inside the Kindle Fire Processor | Reed | | Relevance; Hearsay; Prejudice; Beyond Scope of Expert | MARK | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 11-cv-05341-YGR
Case Name: MediaTek Inc.v. Freescale Semiconductor, Inc.

## TRIAL EXHIBIT SHEET

| TX NO. | NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|--------|-----|-------------------|----|----|-------------|----|
|  |  |  |  |  | **TRIAL EXHIBITS [TX]** |  |
| TX-1 |  | 9/5/14 | X | 9/18 | **PDX-4-110  -Admitted in part see Order Dkt. No. 701** |  |
| TX-1A |  | 9/5/14 | X | 9/18 | **PDX-4-110 with attorney notations on exhibit (deft)-Admitted in part see Order Dkt. No. 701** |  |
| TX-1B |  | 9/5/14 | X | 9/18 | **PDX-4-110 with attorney notations on exhibit(pla)- Admitted in part see Order Dkt. No. 701** |  |
| TX-2 |  | 9/5/14 | X | 9/18 | **PDX-4-64 Figure 3- Admitted 9/18/14** |  |
| TX-2A |  | 9/5/14 | X | 9/18 | **PDX-4-64 Figure 3 (with attorney notations)- - Admitted 9/18/14** |  |
| TX-3 |  | 9/5/14 | X |  | **DTX-1  Figure 7   Page 8 of 17-EXCLUDED- see Order Dkt. No. 701** |  |
| TX-3A |  | 9/5/14 | X |  | **DTX-1  Figure 7   Page 8 of 17 (with attorney notations)- EXCLUDED- see Order Dkt. No. 701** |  |
| TX-4 |  | 9/16/14 | X | 9/5 | **4 Pages: PDX-5-99; PDX-5-103; PDX-5-104; PDX-5-105** |  |
| TX-5 |  | 9/16/14 | X | 9/5 | **4 Pages: DDX-6-64; DDX-6-63; DDX-6-62; DDX-6-60** |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |