## JURY NOTES

CASE NO. 11-cv-05341-YGR    8/27/14 Jury Selection and 9/2/14 Jury Trial

CASE NAME  MediaTek Inc. v. Freescale Semiconductor, Inc.

**The Honorable** YVONNE GONZALEZ ROGERS

**Clerk:** Frances Stone



FILED
SEP 22 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Question for the judge;
From Phenvipa Sopapan

RECEIVED
SEP 0 9 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

When patents are granted by the government, does it mean all details of patent are available for public to search for free or do you have to get permission from the patent owners?

Thank you your honor,

Phenipa Sopy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUROR QUESTION

Plaintiff    Defendant

CASE NAME: MEDIATEK INC. V FREESCALE SEMICONDUCTOR, INC.

CASE NUMBER: 11-CV-5341-YGR

RECEIVED
SEP 0 4 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A question for the witness may be submitted to the Court through the Clerk during a recess or at the close of testimony. The Court will decide whether it is appropriate to ask the question. If it is not asked, do not speculate as to the reasons for the decision.

---

I see on the schedule that deliberation may continue all day.

① If we stay on schedule, when can we expect to begin deliberating? What day?

② Is deliberation included in the schedule ending on September 26? Or will we begin deliberating on that day?

③ If deliberation takes us more than one day, what time is the latest we may be expected to stay per day? As in, what time is "all day"?

④ Once we are deliberating, will we be expected to stay later than 1:30 each day we deliberate? How late?

Date Received: 9/4/14
Time Received: 1:30 pm