1  ALEXANDER J. HADJIS (pro hac vice)
   Alexander.Hadjis@cwt.com
2  CADWALADER, WICKERSHAM & TAFT LLP
   700 Sixth Street, N.W.
3  Washington, D.C. 20001
   Telephone: (202) 862-2323
4  Facsimile: (202) 862-2400

5  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California  94304
   Telephone: (650) 813-5600
8  Facsimile: (650) 494-0792

9  JOSHUA A. HARTMAN (pro hac vice)
   JHartman@mofo.com
10 MORRISON & FOERSTER LLP
   2000 Pennsylvania Avenue, NW
11 Suite 6000
   Washington, DC 20006
12 Telephone: (202) 887-1500
   Facsimile: (202) 887-0763
13
   Attorneys for Defendant-Counterclaimant
14 FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEDIATEK INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 4:11-cv-05341 (YGR) <br><br> **[PROPOSED] ORDER GRANTING FREESCALE'S MOTION TO SEAL PORTIONS OF THE AUGUST 18, 2014 HEARING TRANSCRIPT [DKT. NO. 615] PURSUANT TO GENERAL ORDER NO. 59** <br><br> Hon. Yvonne Gonzalez Rogers |

1  Pursuant to General Order No. 59, Freescale Semiconductor, Inc. (Freescale) has filed a
2  Motion to Seal Portions of the Transcript of Proceedings Before the Honorable Yvonne Gonzalez
3  Rogers, dated August 18, 2014 (Dkt. No. 615) ("Transcript").

4  The portions of the Transcript listed below discuss a patent license agreement designated
5  HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Freescale and identify a
6  confidential third party licensee.

7  Accordingly, for good cause shown, the Court ORDERS that the following portions of the
8  Transcript shall be filed under seal:

| Transcript | Portion To Be Sealed |
|---|---|
| August 18, 2014 PreTrial Conference | 37:5-6 |

This Order terminates Dkt. No. 655.

**IT IS SO ORDERED.**

Dated: __September 30__, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE