1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEDIATEK, INC.,** | Case No.: 11-cv-5341 YGR |
| **Plaintiff,** | **ORDER OF DISMISSAL NUNC PRO TUNC AS OF SEPTEMBER 22, 2014** |
| **vs.** | |
| **FREESCALE SEMICONDUCTOR, INC.,** | |
| **Defendant.** | |

Based upon the agreement of the parties, and as set forth on the record on September 22, 2014, this instant action is **DISMISSED NUNC PRO TUNC** as of September 22, 2014.

This Court retains jurisdiction under the parties' settlement agreement until such time as all conditions of that agreement have been completed, but not to exceed one year from September 22, 2014.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**